AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-03426-JSC

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Omar Qazi.

was received by me on *(date)* 6.6.2020 .

☑ I personally served the summons on the individual at *(place)* 2625 Hyde Street San Francisco, CA 94109 on *(date)* 6.7.2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________, who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ____________ ; or

☐ Other *(specify)*:

My fees are $ 105.00 for travel and $ ________ for services, for a total of $ 105 .

I declare under penalty of perjury that this information is true.

Date: 6.9.2020

Select an area to comment on

Erin Houck

*Server's signature*

Erin Houck

*Printed name and title*

Independent Contractor of a
Licence Process Server Company
M&R Process Service, LLC
Owner Maurice Robinson
Solano County Reg # 110394

P.O.Box 277084 Sacramento, CA 95827 888.228.3028

*Server's address*

Additional information regarding attempted service, etc:

Case 3:20-cv-03426-JSC Document 5 Filed 05/21/20 Page 6 of 8

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-03426-JSC

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Smick Enterprises,INC

was received by me on *(date)* 6.6.2020 .

☐ I personally served the summons on the individual at *(place)* 2625 Hyde Street San Francisco, CA 94109 on *(date)* 6.7.2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Omar Qazi. , who is designated by law to accept service of process on behalf of *(name of organization)* Smick Enterprises,INC on *(date)* 6.7.2020 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ 105.00 for travel and $ ______ for services, for a total of $ 105 .

I declare under penalty of perjury that this information is true.

Date: 6.9.2020

Select an area to comment on

Erin Houck
*Server's signature*

Erin Houck
*Printed name and title*

Independent Contractor of a
Licence Process Server Company
M&R Process Service, LLC
Owner Maurice Robinson
Solano County Reg # 110394

P.O.Box 277084 Sacramento, CA 95827 888.228.3028
*Server's address*

Additional information regarding attempted service, etc: