AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-03426-JSC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Omar Qazi

was received by me on *(date)*  06/04/2020  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because  Omar Qazi lives in San Francisco as per his father.  ; or

☐ Other *(specify):*



My fees are $  80.00  for travel and $  0.00  for services, for a total of $  80.00  .

I declare under penalty of perjury that this information is true.

Date:  06/18/2020

_____
*Server's signature*

Isaura  Flores-Betancourt, RPS #2014267953
*Printed name and title*

KMS Process Servers
1613 Chelsea Road, Ste. 225
San Marino, CA 91108

*Server's address*

Additional information regarding attempted service, etc:

Addresses attempted:  22909 Audrey Avenue, Torrance, CA 90505 and 41 Santa Cruz, Rolling Hills Estates, CA 90274
(father's house).  Both addresses attempted on June 4th, 2020.