AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-03426-JSC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Smick Enterprise, Inc., c/o Omar Qazi as owner

was received by me on *(date)* 06/04/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because  Omar Qazi, who is the owner, moved to San Francisco  ; or

☐ Other *(specify)*: _____

My fees are $ 40.00 for travel and $ 0.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 06/18/2020

*Server's signature*

Isaura Flores-Betancourt, RPS #2014267953
*Printed name and title*

KMS Process Servers
1613 Chelsea Road, Ste. 225
San Marino, CA 91108

*Server's address*

Additional information regarding attempted service, etc:

Addresses attempted: 22909 Audrey Avenue, Torrance, CA 90505 and 41 Santa Cruz, Rolling Hills Estates, CA 90274 (father's house). Both addresses attempted on June 4th, 2020.