Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AARON GREENSPAN,<br><br>    Plaintiff,<br><br>    v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>    Defendants. | Case No. 3:20-cv-03426-JD<br><br>**DECLARATION OF AARON GREENSPAN IN SUPPORT OF PLAINTIFF'S MOTION FOR COSTS AND EXPENSES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(d)(2) FOR SERVICE ON ELON MUSK** |

I, Aaron Greenspan, declare as follows:

    1.    I filed this lawsuit against Omar Qazi, Smick Enterprises, Inc., Elon Musk and Tesla, Inc. with the Clerk of Court via e-mail on May 20, 2020, as CM/ECF is not yet equipped to process *pro se* opening documents.

    2.    I received the case number for the lawsuit on the morning of May 21, 2020.

    3.    After receiving the case number on May 21, 2020, I e-mailed Elon Musk and the other defendants a link to the PlainSite docket for the case, which contains links to true and correct copies of each associated CM/ECF document.

    4.    Later that day, I e-mailed Elon Musk copies of forms AO 398 and AO 399 (two copies) as part of an electronic message compliant with Federal Rule of Civil Procedure 4(d)(1).

    5.    I also e-mailed Elon Musk supplementary materials as required by Civil Local Rule 4-2 and the Initial Case Management Scheduling Order in this case.

6. True and correct copies of the messages I sent Elon Musk pertaining to waiver of service are attached to the accompanying Motion as Exhibit A.

7. The e-mails did not bounce, and I have corresponded with Elon Musk by e-mail at the same e-mail address in the past.

8. By June 19, 2020, Elon Musk had not responded to any of the e-mails I sent requesting waiver of service.

9. I sent a final reminder e-mail to Elon Musk on June 19, 2020.

10. Even despite the reminder, Elon Musk did not respond to any of my e-mails regarding waiver of service within thirty days of May 21, 2020.

11. During the thirty days starting from May 21, 2020, Elon Musk frequently found time to post on his Twitter account.

12. Elon Musk has waived service of process in numerous other lawsuits.

13. I hired Michelson Attorney Service to serve Elon Musk in person, which was accomplished on June 23, 2020 at a total cost of $930.33 for six physical addresses, printing, and service of the accompanying Motion.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct and that this declaration was executed on June 25, 2020 in San Francisco, California.

Dated: June 25, 2020

*Aaron Greenspan*
Aaron Greenspan