UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>    Plaintiff,<br><br>    v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>    Defendants. | Case No. 3:20-cv-03426-JD<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR COSTS AND EXPENSES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(d)(2) FOR SERVICE ON ELON MUSK**<br><br>Re: ECF No. 14 |

    Having reviewed Plaintiff's Motion for Costs and Expenses Pursuant to Federal Rule of Civil Procedure 4(d)(2) for Service on Elon Musk and the Declaration of Aaron Greenspan in support thereof, the Court ORDERS that Plaintiff Aaron Greenspan is awarded $930.33 as reimbursement for the costs and expenses of avoidable service of process on Elon Musk, to be paid by Elon Musk to Aaron Greenspan within ten (10) days of the date of this order.

    **IT IS SO ORDERED.**

Dated:

                                            Hon. James Donato
                                            Judge of the United States District Court