

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

July 1, 2020

RE:  Greenspan v. Qazi
    20-cv-03426-JD

Default is declined as to Omar Qazi and Smick Enterprises, Inc. on July 1, 2020.

Susan Y. Soong, Clerk

*Felicia Brown*

by:  Felicia Brown
Case Systems Administrator
415-522-2000

*REV. 7-19*