# EXHIBIT 2
# (REDACTED)



**From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
**Sent:** Tuesday, June 30, 2020 3:33 PM
**To:** Candace Jackman <cjackman@tesla.com>
**Subject:** Fwd: Greenspan v. Qazi et al. (Test E-Mail)

Ms. Jackman,

It has been over an hour and again you have failed to respond. Since you have provided no other method to contact you, such as a phone number, and you have not provided the California Bar with a phone, fax, or even e-mail, it does indeed appear that you want to play games with service, at the very least by making yourself seemingly impossible to reach. I will not be drawn in.

I have concrete evidence that your rationale for your prior failure to respond is a lie. Be very careful with what you file in court. I will not hesitate to file for sanctions and/or report you to the Bar, and already have grounds to do so.

I do not agree to any of your proposals and reserve all rights.

Aaron

PlainSite l https://www.plainsite.org

> Begin forwarded message:
>
> **From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
> **Subject: Re: Greenspan v. Qazi et al. (Test E-Mail)**
> **Date:** June 30, 2020 at 2:15:30 PM PDT
> **To:** Candace Jackman <cjackman@tesla.com>
>
> Ms. Jackman,
>
> Before I spend time drafting a response to your message, did you receive this e-mail?
>
> Aaron
>
> PlainSite l https://www.plainsite.org