1   TESLA, INC.
    CANDACE A. JACKMAN (267599)
2   LINDSEY ADAMS-HESS (260600)
    AUSTIN J. MARSH (299757)
3   901 Page Ave.
    Fremont, CA 94538
4   Email: cjackman@tesla.com
    Email: ladamshess@tesla.com
5   Email: aumarsh@tesla.com

6   Attorneys for Defendants
    ELON MUSK and TESLA, INC.
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  AARON GREENSPAN,                      Case No. 3:20-cv-03426-JD

13              Plaintiff,                **[PROPOSED] ORDER GRANTING
                                          DEFENDANT ELON MUSK AND
14         v.                             TESLA, INC.'S MOTION TO SET
                                          BRIEFING SCHEDULE AND
15  OMAR QAZI, SMICK ENTERPRISES,         EXTEND PAGE LIMITS PURSUANT
    INC., ELON MUSK, and TESLA, INC.      TO LOCAL RULES 6-3 AND 7-11**
16  Defendants.
                                          Judge: Hon. James Donato
17
                                          Date Filed: May 20, 2020
18

19

20

21

22

23

24

25

26

27

28

The Court has before it Defendants Elon Musk and Tesla Inc.'s (together "Tesla Defendants") Motion to Set Briefing Schedule and Extend Page Limits Pursuant to Local Rules 6-3 and 7-11, requesting that this Court issue an order (a) consolidating and extending any applicable deadline to respond to the Complaint, (b) setting a briefing schedule for their anticipated joint motion to dismiss, and (c) extending the page limits for such briefing beyond the limits set in Item No. 18 of the Standing Order. Based on the reasons set forth in the Tesla Defendants' motion,

IT IS HEREBY ORDERED that the Tesla Defendants' motion is **GRANTED**.

1. The Tesla Defendants shall be deemed to have waived service of process;

2. The Tesla Defendants shall respond to the Complaint on or before July 20, 2020, with Plaintiff's opposition due 21 days thereafter; and the Tesla Defendants' reply due 14 days thereafter; and

3. The page limits for briefing on the Tesla Defendants' anticipated motion to dismiss shall be extended to 25 pages for the Tesla Defendants' opening brief, 25 pages for Plaintiff's opposition, and 15 pages for the Tesla Defendants' reply.

Dated: _____

_____
Hon. James Donato
Judge of the United States District Court