| | |
|---|---|
| 1 | TESLA, INC. |
| | CANDACE A. JACKMAN (267599) |
| 2 | LINDSEY ADAMS-HESS (260600) |
| | AUSTIN J. MARSH (299757) |
| 3 | 901 Page Ave. |
| | Fremont, CA  94538 |
| 4 | Email: cjackman@tesla.com |
| | Email: ladamshess@tesla.com |
| 5 | Email: aumarsh@tesla.com |
| 6 | Attorneys for Defendants |
| | ELON MUSK and TESLA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN, | **APPEARANCE OF COUNSEL** |
| Plaintiff, | Judge: Hon. James Donato |
| v. | Date Filed:  May 20, 2020 |
| OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC. Defendants. | |

To the clerk of court and all parties of record:

I am admitted to practice in this court, and I appear in this case as counsel for Defendants Tesla, Inc. and Elon Musk.

Dated:  July 1, 2020              Respectfully submitted,

TESLA, INC.

By: /s/ Candace Jackman
     Candace A. Jackman

Attorney for Defendants Tesla, Inc. and Elon Musk
TESLA, INC.
901 PAGE AVENUE
FREMONT, CA 94538
CJACKMAN@TESLA.COM