**<u>EXHIBIT K</u>**
United States Copyright Office Registration No. TX 6-890-602 Certificate of Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

TX 6-890-602

**Effective date of registration:**

June 7, 2008

## Title

**Title of Work:** Authoritas: One Student's Harvard Admissions and the Founding of the Facebook Era

## Completion/ Publication

**Year of Completion:** 2008
**Date of 1st Publication:** April 13, 2008     **Nation of 1st Publication:** United States
**International Standard Number:** ISBN     978-1-60669-000-0

## Author

**Author:** Aaron Greenspan
**Author Created:** text, editing
**Work made for hire:** No
**Citizen of:** United States     **Domiciled in:** United States
**Year Born:** 1983

## Copyright claimant

**Copyright Claimant:** Aaron Greenspan
884 College Avenue, Palo Alto, CA, 94306-1303, United States

## Rights and Permissions

**Organization Name:** Think Press
**Name:** Aaron Greenspan
**Email:** info@thinkpress.com     **Telephone:** 415-670-9350
**Address:** 884 College Avenue
Palo Alto, CA 94306-1303  United States

## Certification

**Name:** Aaron Greenspan
**Date:** June 7, 2008

**Correspondence:** Yes

**IPN#:**

**Registration #:**   TX0006890602

**Service Request #:**   1-54715301

Think Press
Aaron Greenspan
884 College Avenue
Palo Alto, CA 94306-1303   United States