**<u>EXHIBIT Q</u>**
Excerpts of Deposition Testimony of Martin Tripp, Karl Hansen and Elon Musk

1          UNITED STATES DISTRICT COURT

2              DISTRICT OF NEVADA

3                  -oOo-

<span style="color:blue">REPORTER CERTIFIED</span>
4                                    <span style="color:blue">TRANSCRIPT</span>

TESLA, INC., a Delaware        :
5  corporation,                :
                               :     CASE NO.
6              Plaintiff,      :     3:18-cv-00296-LRH-CBC
                               :
7      vs.                     :
                               :
8  MARTIN TRIPP, an individual, :  <span style="color:red">**CONFIDENTIAL**</span>
                               :
9              Defendants.     :
                               :
10                             :
AND RELATED COUNTERCLAIMS      :
11 =====================================================

12

13                  **CONFIDENTIAL**

14       VIDEOTAPED DEPOSITION OF KARL HANSEN

15          Wednesday, September 4, 2019

16               Reno, Nevada

17

18

19

20

21  REPORTED BY:

22  MICHELLE BLAZER CCR #469 (NV)

23  CSR #3361 (CA)

24  FILE NO. 19-29471

25

10:05:59   1    think -- I think battery production, but it was

2    somewhere in that battery line production area an

3    employee allegedly took a video of part of the

4    manufacturing process and allegedly released that on

10:06:13   5    social media.

6            Q    And are you aware whether or not that

7    individual was Mr. Tripp?

8            A    It was not Mr. Tripp.

9            Q    Any other conversations that you had with

10:06:27  10    Mr. Lindemulder that you recall?

11            A    No.

12            Q    You also mentioned the installation of a

13    certain device that you came to believe could be used

14    to hack employees; is that correct?

10:06:46  15            A    Based on Mr. Gicinto's and Mr.

16    Lindemulder's statements, yes.

17            Q    Did you see the device?

18            A    I did.

19            Q    And what did it look like?

10:06:57  20            A    It was a white in color box.  I believe

21    it had an orange rim around it, if you will, like an

22    orange, I don't know, a band around the top.  Multiple

23    lights on it.  If I were to describe it the first

24    thing that came to mind was, wow, this is a unique

10:07:20  25    router.  Like a wireless router.

| | | |
|---|---|---|
| 10:17:02 | 1 | accounts. |
| | 2 | Q    Do you know anything about the amount of |
| | 3 | scrap Tesla was generating at the Gigafactory? |
| | 4 | A    The amount of scrap that they were |
| 10:17:20 | 5 | generating?  I have no personal knowledge of the |
| | 6 | amount as it relates to Mr. Tripp. |
| | 7 | Q    Do you have knowledge about scrap at the |
| | 8 | Gigafactory otherwise? |
| | 9 | A    I do. |
| 10:17:37 | 10 | As part of my responsibility as an |
| | 11 | investigator I was tasked to conduct investigative |
| | 12 | activity related to widespread thefts of scrap, raw |
| | 13 | material, production materials and other things that |
| | 14 | resulted in a significant financial loss to Tesla. |
| 10:18:04 | 15 | But I was not assigned any part of the investigative |
| | 16 | role as it relates to Mr. Tripp, Mr. Tripp's |
| | 17 | mentioning of scrap numbers associated with that, |
| | 18 | losses to Tesla financially, or what have you.  Any |
| | 19 | knowledge I have of that was based on my |
| 10:18:28 | 20 | investigations of losses. |
| | 21 | Also, based on information provided to |
| | 22 | myself and others in a security operations pre-shift |
| | 23 | meeting on June 5th wherein Elon Musk, Tesla CFO |
| | 24 | Deepak, I forgot his last name, Director of Security |
| 10:18:51 | 25 | Operations Jeff Jones, had a telephone conference with |

| | | |
|---|---|---|
| 10:18:51 | 1 | Mr. Gouthro as well as other leadership.  Mr. Musk |
| | 2 | directed that all employees be reminded of the NDAs |
| | 3 | that they had signed, that there was to be no |
| | 4 | discussion of any of these concerns. |
| 10:19:12 | 5 | And those concerns were Elon Musk |
| | 6 | specifically stating that between January and June a |
| | 7 | figure of $37 million in raw material was unaccounted |
| | 8 | for and missing. |
| | 9 | I became aware of that because Mr. |
| 10:19:31 | 10 | Gouthro, being my supervisor, directed me to |
| | 11 | previously conduct investigations into these thefts. |
| | 12 | Additionally, prior conversations with |
| | 13 | Mr. Gouthro at the onset of those investigations |
| | 14 | indicated that there were losses and thefts.  Now, |
| 10:19:52 | 15 | this is Mr. Gouthro stating thefts in excess of |
| | 16 | $100 million, and that this information -- when I |
| | 17 | asked I said, well, where are these figures coming |
| | 18 | from?  How are we going to account for this?  Based on |
| | 19 | my experience they had been investigating spot thefts |
| 10:20:11 | 20 | here and there, you know onesies and twosies, if you |
| | 21 | will. |
| | 22 | And I started to take a look at the |
| | 23 | overall picture and determined that there was probably |
| | 24 | a more widespread organized effort with respect to |
| 10:20:28 | 25 | theft.  And I'm not going to get into, I guess, my |

| | | |
|---|---|---|
| 10:20:28 | 1 | investigations, and that's probably -- that's not even |
| | 2 | relevant to this matter, but at the end of the day Mr. |
| | 3 | Gouthro reported to me that his information from Jeff |
| | 4 | Jones and from folks in the accounting world were that |
| 10:20:47 | 5 | there was excess losses of 100 million-plus dollars. |
| | 6 | Q    Would it be fair to say that -- that your |
| | 7 | knowledge is about theft of scrap and missing raw |
| | 8 | materials; is that correct? |
| | 9 | A    Yes. |
| 10:21:01 | 10 | Q    But your knowledge is not about the |
| | 11 | amounts of scrap Tesla was generating? |
| | 12 | A    I would agree with that, yes.  That's |
| | 13 | fair to say. |
| | 14 | Q    And do you have any information about |
| 10:21:14 | 15 | whether -- how Tesla was storing scrap at the |
| | 16 | Gigafactory complied with all safety regulations? |
| | 17 | Whether it was maintained safely? |
| | 18 | A    I do have knowledge of that.  I know they |
| | 19 | weren't. |
| 10:21:29 | 20 | Q    And what's your knowledge of that? |
| | 21 | A    So my knowledge of the storage of scrap, |
| | 22 | the storage of lithium batteries, the storage of -- |
| | 23 | I'm not sure of the industry term, but miss -- |
| | 24 | mis-manufactured products or materials, maybe they |
| 10:21:51 | 25 | don't pass a QA inspection or whatnot, there was a |

| | | |
|---|---|---|
| 10:21:51 | 1 | designated area at the Gigafactory known as the |
| | 2 | recycle area.  Batteries, battery components, battery |
| | 3 | parts were stored and just thrown in boxes or on |
| | 4 | certain pallets.  They were stored in trailers, and I |
| 10:22:14 | 5 | say cargo van, dry trailers, tractor-trailer vans on |
| | 6 | various locations on the property.  There was an |
| | 7 | occasion of a fire involving an explosion or a what -- |
| | 8 | what I was told was maybe a gas-off.  That's not my |
| | 9 | level of expertise with respect to lithium batteries, |
| 10:22:37 | 10 | but I did know that they needed to be stored -- I was |
| | 11 | told by engineering and environmental safety and |
| | 12 | health personnel that they were concerned because |
| | 13 | there were literally millions of batteries stored over |
| | 14 | in an area of the Gigafactory that was under |
| 10:22:52 | 15 | construction.  Their concern was that there was hot |
| | 16 | work going on, and these lithium batteries were there. |
| | 17 | The environmental health guy told me that |
| | 18 | he had spoken to people to get these batteries |
| | 19 | removed.  But literally, millions of them.  Pallets. |
| 10:23:08 | 20 | As far as the other scrap, there were |
| | 21 | drive unit parts, battery parts, other various |
| | 22 | production components that were just rampantly stored |
| | 23 | outside the back of the gigafactory.  It got to a |
| | 24 | point where a tent was set up or -- and being utilized |
| 10:23:27 | 25 | for materials that there was no more room for. |

| | | |
|---|---|---|
| 10:23:27 | 1 | So that's my -- my knowledge. And inside |
| | 2 | corridors were blocked. It was -- was not organized, |
| | 3 | was not orderly, and that's my knowledge of that. |
| | 4 | Q And is your knowledge based on both your |
| 10:23:48 | 5 | own observations and conversations you had with other |
| | 6 | employees at the Gigafactory? |
| | 7 | A Based on my personal knowledge, my |
| | 8 | observations, and my interactions with Tesla's |
| | 9 | recycling manager, Mr. Elles, who complained to me |
| 10:24:01 | 10 | when I got -- we got a report of a theft, that he was |
| | 11 | extremely frustrated that he could not manage this |
| | 12 | area because there were no SOPs. Tesla had no |
| | 13 | standard operating procedures, no guidelines, and -- |
| | 14 | and no practical application to organize this scrap |
| 10:24:22 | 15 | and materials and theft. |
| | 16 | Furthermore, he indicated that this is |
| | 17 | wide open, used some colorful language, and stated |
| | 18 | he's tired of these employees just driving up, backing |
| | 19 | their vehicles in here, grabbing stuff, throwing |
| 10:24:38 | 20 | materials in there, and telling me that then they are |
| | 21 | taking it down to scrap metal yards. |
| | 22 | He went into the telling me he's worked |
| | 23 | in the industry for 20 plus years, he's never seen an |
| | 24 | operation like this. |
| 10:24:49 | 25 | So that's the basis of my knowledge. |

| | | |
|---|---|---|
| 10:24:49 | 1 | Q    Do you recall Mr. Elles's first name? |
| | 2 | A    Michael, I believe. |
| | 3 | Q    And do you recall around what time this |
| | 4 | conversation occurred? |
| 10:24:59 | 5 | A    I do not.  I do not. |
| | 6 | Q    Was it when you were still an employee? |
| | 7 | A    Yes, it was. |
| | 8 | Q    For -- and I think you mentioned it was |
| | 9 | batteries and drive units that you saw being stored |
| 10:25:41 | 10 | poorly -- |
| | 11 | A    Sure. |
| | 12 | Q    -- at the -- |
| | 13 | A    Yeah. |
| | 14 | Q    -- Tesla? |
| 10:25:44 | 15 | Any other types of scrap that you recall? |
| | 16 | A    Absolutely.  Different plastics, molded |
| | 17 | components ultimately used in I want to say the end |
| | 18 | state assembly of the -- I'll say the Model 3 battery |
| | 19 | unit itself.  When it went through that production |
| 10:26:09 | 20 | line, plastic pieces, electrical wiring harnesses, |
| | 21 | things like that.  Lots of it. |
| | 22 | So, yeah, I mean, I -- I couldn't |
| | 23 | specifically tell you what those are called.  I -- I |
| | 24 | don't have that background. |
| 10:26:25 | 25 | Q    And concerning the batteries it was your |

| | | |
|---|---|---|
| 10:26:25 | 1 | understanding that batteries were to be controlled in |
| | 2 | a -- I'm sorry, let me start again. |
| | 3 | It was your understanding that batteries |
| | 4 | were to be stored in a climate-controlled environment; |
| 10:26:54 | 5 | is that correct? |
| | 6 | A   That is correct. |
| | 7 | Q   And it's your understanding that the -- |
| | 8 | there is millions of batteries, I think you said, that |
| | 9 | were not stored in the climate-controlled environment; |
| 10:27:06 | 10 | is that correct? |
| | 11 | A   That's correct. |
| | 12 | Q   And how do you know they weren't stored? |
| | 13 | A   I observed them, and I was approached |
| | 14 | while I was an employee there conducting a security |
| 10:27:14 | 15 | patrol by an environmental safety manager who also was |
| | 16 | an OSHA instructor, he told me and made it clear that |
| | 17 | he had spoken to somebody about these batteries, I |
| | 18 | believe it was over the last -- the preceding couple |
| | 19 | of days, and that no action had been taken.  And that |
| 10:27:33 | 20 | his -- the contractors had hot work permits that -- |
| | 21 | that -- welding hot work, different things like that |
| | 22 | that needed to be done, and there was a concern that |
| | 23 | there could be a potentially dangerous situation |
| | 24 | involving the batteries, hot work, things like that. |
| 10:27:50 | 25 | Q   During your time at Tesla was that |

| | |
|---|---|
| 10:27:50 | 1 |

concern over the batteries and how those batteries

2    were stored, was that ever addressed, to your

3    knowledge?

4         A    By who?  Was it addressed in what way?

10:28:08  5         Q    I'm just wondering if it was corrected.

6    If they were put in a safe place.

7         A    I never observed that during my tenure at

8    all.  I reported the EHS guys' concerns.  What

9    happened after that, I don't know.  But I can tell you

10:28:22  10    that I observed nothing changing with respect to that.

11         Q    And could you just give me a sense of

12    what you observed of the batteries?  How they were

13    stored?  Where they were stored?

14         A    Sure.  Outside the back area, inside

10:28:39  15    cargo vans, dry tractor-trailer vans.  The -- the

16    pallets of millions of these battery cells, these

17    individual battery cells were -- I believe they were

18    in D and E quad.  I'd -- I'd have to look at a

19    schematic, you know, of the area to -- to be specific

10:28:58  20    on that, but they were definitely in those two modules

21    that were under construction.

22              And those batteries were palletized,

23    wrapped in plastic, various markings on them with

24    respect to date of manufacture.

10:29:18  25              There were also markings that they were

| | | |
|---|---|---|
| 10:29:18 | 1 | bad cells, return to Panasonic, send to this person, |
| | 2 | this person, things like that. |
| | 3 | Additionally out back, individual battery |
| | 4 | cells.  And on the production floor where there were |
| 10:29:34 | 5 | challenges with respect to maybe a production accident |
| | 6 | or something, these batteries were observed just being |
| | 7 | thrown in a vat of water, I guess a 30 or 50-gallon |
| | 8 | drum of water.  And I don't know the end state of when |
| | 9 | they were removed, if they were removed, but during my |
| 10:29:55 | 10 | patrols and investigation into an incident occurring |
| | 11 | wherein a couple pallets of batteries crashed to the |
| | 12 | floor, started sparking, caused a little fire up |
| | 13 | there, my review of the video on that, as well as my |
| | 14 | inspection of the conveyor and the machine led me to |
| 10:30:17 | 15 | see that there were these drums with water. |
| | 16 | And during that incident these -- these |
| | 17 | batteries were being picked up and scooped and dumped |
| | 18 | into this container of water that was on the |
| | 19 | manufacturing floor. |
| 10:30:31 | 20 | Out back, same thing.  Well, not -- well, |
| | 21 | there were -- there were, in fact, a couple of those |
| | 22 | out back against the back of the building during my |
| | 23 | observations and my tenure where batteries were inside |
| | 24 | a vat of water.  They appeared to have been there for |
| 10:30:46 | 25 | an extended period of time. |

| | | |
|---|---|---|
| 10:30:46 | 1 | And the trailers, the tractor-trailers |
| | 2 | where you had -- again, I don't know the term, but you |
| | 3 | had a, I don't know, probably a 12-inch by eight-foot |
| | 4 | whatever unit module or -- or even more assembled -- a |
| 10:31:12 | 5 | bigger assembly units that were stacked in |
| | 6 | tractor-trailers, like I say, in different areas.  An |
| | 7 | area known as the boneyard, there were several old |
| | 8 | tractor-trailers over there.  Scrap steel, scrap |
| | 9 | metal, a whole bunch of things. |
| 10:31:26 | 10 | So those are my observations. |
| | 11 | Q    Do you know if the cargo trailers were |
| | 12 | temperature-controlled? |
| | 13 | A    They were not. |
| | 14 | Q    And how do you know that? |
| 10:31:35 | 15 | A    I have a commercial driver's license, and |
| | 16 | I'm aware of what those trailers look like, and they |
| | 17 | were not temperature-controlled trailers. |
| | 18 | Q    About how many -- |
| | 19 | A    And there was no electric over there, so |
| 10:31:47 | 20 | even -- how many trailers? |
| | 21 | Q    Let me ask it again. |
| | 22 | And can you estimate how many trailers |
| | 23 | you saw with batteries? |
| | 24 | A    Yes.  I am aware of five individual |
| 10:32:05 | 25 | trailers at different locations around the |

| | | |
|---|---|---|
| 10:32:05 | 1 | Gigafactory.  Also, Tesla has off-site warehouses out |
| | 2 | there, and there are trailers at -- cargo trailers |
| | 3 | that are around these warehouses that are also filled |
| | 4 | with various scrap materials and batteries, and I |
| 10:32:28 | 5 | would say -- and I -- I know five.  I would say that |
| | 6 | there was approximately two more that I observed |
| | 7 | during another investigation in looking for some |
| | 8 | missing property over at those warehouses. |
| | 9 | Q    So there are five trailers at the |
| 10:32:43 | 10 | gigafactory, and you saw two more at off-site |
| | 11 | warehouses; is that correct? |
| | 12 | A    That's -- yes.  Yes.  I'll agree to that. |
| | 13 | Q    And the off-site trailers, those were |
| | 14 | also not temperature-controlled; is that correct? |
| 10:32:58 | 15 | A    That is correct. |
| | 16 | Q    And about how big were the trailers? |
| | 17 | A    They were 53-foot dry cargo dry vans.  I |
| | 18 | believe approximately 53.  I think that's what the |
| | 19 | overall length is. |
| 10:33:12 | 20 | Q    And about how many pallets do you recall |
| | 21 | seeing of batteries stored at the Gigafactory? |
| | 22 | A    Are you referring to the D and E mod? |
| | 23 | Q    Yes.  Well, just that you saw that you |
| | 24 | thought were unsafe -- was unsafe storage of batteries |
| 10:33:29 | 25 | by being maintained on those pallets. |

| | |
|---|---|
| 10:33:29 | 1 |

10:33:29  1    A    Hundreds.  Between -- I -- I --

2    between 100 and 200, based on my recollection right

3    now, and looking at those rows and remembering, you

4    know, how many were in those rows, definitely between

10:33:57  5    100 and 200 at a minimum.

6    Q    And you said those were stored in the D

7    and E quad; is that correct?

8    A    I believe they were D and E quad, yes.

9    Q    And you mentioned one incident where you

10:34:14  10    are aware of that the -- some batteries fell over and

11    there was some sparking; is that correct?

12    A    Yeah.  Caused a small fire, correct.

13    Very, very small.

14    Q    Is that -- is that the only incident you

10:34:26  15    recall with the batteries?

16    A    I was -- I observed a video of a battery

17    exploding, and then that was during a review of

18    another investigation and a discussion we had after

19    that particular incident, in fact, and the volatility

10:34:40  20    of these battery cells.

21    Additionally, I'm -- I was made aware of

22    an explosion, if you will, by battery cells that were

23    in one of those vats of water behind the Gigafactory

24    that caused a small fire back there.  I did not

10:34:58  25    personally observe that.  That was information told to

10:34:58 1  me by Mr. Gouthro, as well as Mr. Halliday and others

2  that had been part of the investigative team during

3  that time.

4         Q    So if I have that right those are three

10:35:19 5  separate instances?

6         A    Yes.  Yeah.

7         Q    So you mentioned you observed security

8  footage of a battery exploding.  Can you describe what

9  you observed?

10:35:35 10         A    Yeah.  I observed video surveillance, I

11  guess surveillance footage of a vehicle that ran over

12  a battery cell in one of the parking lots that

13  exploded and shot through the air ultimately.  That

14  was my observation on that.

10:35:57 15         Q    So the battery was just sitting on kind

16  of the -- like the parking lot; is that accurate?

17         A    That is accurate.

18         Q    And do you know how it got there?

19         A    I have no idea, no.

10:36:06 20         Q    And then the other incident was a -- I

21  think you said that the -- a pallet crashed, and --

22         A    Well, there were, like, I think three or

23  four pallets on -- on the pro -- say the production --

24  production conveyor system.  In the area I think it

10:36:31 25  was A mod, A module, where the -- the initial assembly

| | | |
|---|---|---|
| 10:36:31 | 1 | of the battery units started.  And so yes, that's what |
| | 2 | I observed.  Several of those.  Just the machine |
| | 3 | apparently starting by itself, and pushing these right |
| | 4 | off on to the floor. |
| 10:36:54 | 5 | Q     What kind of machine was it? |
| | 6 | A     I don't know the name of it.  It's part |
| | 7 | of the manufacturing and production conveyor system, |
| | 8 | if you will, where pallets are brought in by these |
| | 9 | remote vehicles.  I say pallets.  I don't even know if |
| 10:37:08 | 10 | that's an accurate term, but they are like a tray, |
| | 11 | stacked individual trays with 140 something individual |
| | 12 | different battery cells, they are stacked 30 high, and |
| | 13 | they go through the process, you know, down the |
| | 14 | conveyor belt ultimately to whatever end -- end use |
| 10:37:25 | 15 | area. |
| | 16 | I'm not -- I don't know the production |
| | 17 | role.  So -- but that's what I observed.  Conveyor |
| | 18 | system, if you will, is what it appeared to me to be. |
| | 19 | Q     And then the -- your understanding is |
| 10:37:37 | 20 | that the conveyor system in some way malfunctioned |
| | 21 | causing the batteries to fall and sparking which led |
| | 22 | to a fire? |
| | 23 | A     That's correct.  That's correct. |
| | 24 | Q     And was anyone hurt within the fire? |
| 10:37:47 | 25 | A     To my knowledge, no.  No. |

10:37:47   1         Q     And do you --

           2         A     And that was information I was told by

           3   the supervisor.  I was tasked to look into that with

           4   Mr. Gouthro, Mr. Halliday, the -- Tesla's engineering

10:38:01   5   team came down because they were concerned about this,

           6   they didn't know how this could have happened.  I was

           7   asked to go up and conduct an investigation into this,

           8   review footage.  Because employees had been

           9   identified, as -- as it was explained to me, in an

10:38:16  10   effort to speed a process or somehow -- I believe it

          11   was speed a process.  But anyway, they would -- they

          12   would at times put tape over sensors on -- on these

          13   things, and that tape, obviously, over a sensor would

          14   prevent the -- the operation of the machine as it's

10:38:41  15   designed to do.

          16         That investigation was ultimately handled

          17   by -- by somebody else.

          18         Q     And are you aware of a similar incident

          19   occurred again at the -- at the Gigafactory where

10:39:02  20   batteries fell over or sparked?  That kind of thing?

          21         A     I'm not personally aware, but I have

          22   heard that it happens, and it happened on several

          23   other occasions.

          24         Actually, I am.  I am aware of one, yes.

10:39:17  25   In fact, it may have -- I don't know if it was that

Martin Tripp-Confidential

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

REPORTER'S CERTIFIED
TRANSCRIPT

| | |
|---|---|
| TESLA, INC., a Delaware corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>MARTIN TRIPP, )<br><br>Defendant, )<br>_____)<br> )<br>AND RELATED COUNTER-CLAIMS.)<br>_____) | Case No.:<br><br>3:18-cv-00296 LRH-CBC<br><br>CONFIDENTIAL |

CONFIDENTIAL

VIDEOTAPE DEPOSITION OF MARTIN TRIPP

PHOENIX, ARIZONA
WEDNESDAY, SEPTEMBER 4, 2019
9:01 A.M.

DAVID M. LEE, RMR, CCR
Certified Reporter
Certificate Number 50391
File No.: 19-29468



| 09:51 | 1 | Q.  How should you be viewed then? |

09:51  1    Q.  How should you be viewed then?

09:51  2    A.  Preferably not viewed at all.

09:51  3    Q.  All right.  You wanted to remain anonymous.

09:51  4    A.  That is correct.

09:51  5    Q.  You wanted to continue with your job at

09:51  6  Tesla while continuing to provide information to

09:51  7  reporters.

09:51  8    A.  Only if it was necessary.

09:51  9    Q.  And you were going to do that for as long

09:51  10  as you thought it was necessary.

09:51  11    A.  Yes.

09:51  12    Q.  As determined by you.

09:51  13    A.  Yes.

09:51  14    Q.  So you thought by changing -- by -- excuse

09:51  15  me.  Let me start that again.

09:51  16        You thought by sharing information with

09:51  17  Linette Lopez, you would change the -- what was

09:52  18  being done at the Tesla Gigafactory; right?

09:52  19    A.  That was my hope.

09:52  20    Q.  And you were going to continue to provide

09:52  21  information from Tesla to Linette Lopez as long as

09:52  22  it was -- you thought there were things that needed

09:52  23  to be changed at Tesla's Gigafactory.

09:52  24    A.  If it involved public safety, yes.

09:52  25    Q.  So a lot of the information that you

Martin Tripp-Confidential

| 09:52 | 1 | disclosed had to do with the amount of dollar value |
| 09:52 | 2 | of scrap.  Do you remember that? |
| 09:52 | 3 | A.  Yes. |
| 09:52 | 4 | Q.  How is that an issue of public safety? |
| 09:52 | 5 | A.  I can't say that it is. |
| 09:52 | 6 | Q.  Then why were you disclosing it to Linette |
| 09:52 | 7 | Lopez? |
| 09:52 | 8 | A.  Because there was a concern internally |
| 09:52 | 9 | amongst many employees. |
| 09:52 | 10 | Q.  Okay.  So there was a concern internally |
| 09:52 | 11 | amongst employees, and you didn't see it was |
| 09:52 | 12 | changing to your liking; right? |
| 09:52 | 13 | MR. FISCHBACH:  Object to the form of the |
| 09:53 | 14 | question. |
| 09:53 | 15 | THE WITNESS:  It was not changing to the |
| 09:53 | 16 | liking of anyone. |
| 09:53 | 17 | Q.  BY MR. GATES:  You didn't think that Tesla |
| 09:53 | 18 | was changing sufficiently in response to the |
| 09:53 | 19 | concerns about the level of scrap. |
| 09:53 | 20 | A.  That is correct. |
| 09:53 | 21 | Q.  And so because of that, you decided to |
| 09:53 | 22 | provide Tesla confidential information to Linette |
| 09:53 | 23 | Lopez. |
| 09:53 | 24 | A.  Yes. |
| 09:53 | 25 | Q.  But that's not an issue of public safety. |

**Martin Tripp-Confidential**

| | | |
|---|---|---|
| 09:53 | 1 | A.  Not to my knowledge. |
| 09:53 | 2 | Q.  You also disclosed to her information about |
| 09:53 | 3 | the number of Model 3s that were being produced. |
| 09:53 | 4 | Do you remember that? |
| 09:53 | 5 | A.  Yes. |
| 09:53 | 6 | Q.  Was that an issue of public safety? |
| 09:53 | 7 | A.  I can't say that it is. |
| 09:53 | 8 | Q.  Why did you disclose it to Linette Lopez? |
| 09:53 | 9 | A.  Because Elon Musk was lying to investors and |
| 09:54 | 10 | the public about the amount of cars being produced |
| 09:54 | 11 | per day, and I was showing proof of that. |
| 09:54 | 12 | Q.  Okay.  Let's suppose that you thought the |
| 09:54 | 13 | numbers that you were being put to the public were |
| 09:54 | 14 | incorrect.  Why go to a reporter with Tesla |
| 09:54 | 15 | confidential information?  What's the importance of |
| 09:54 | 16 | that? |
| 09:54 | 17 | A.  I believed it was wrong.  I, myself, was an |
| 09:54 | 18 | investor with restricted stock units, and I believe |
| 09:54 | 19 | that it was wrong for him to say one thing, and we |
| 09:54 | 20 | were actually doing another. |
| 09:54 | 21 | Q.  So because you thought it was wrong, it was |
| 09:54 | 22 | okay to steal Tesla confidential information and |
| 09:54 | 23 | provide it to a reporter. |
| 09:54 | 24 | A.  Correct. |
| 09:54 | 25 | Q.  Did you raise the issue of the number of |

```
              UNITED STATES DISTRICT COURT

                 DISTRICT OF NEVADA
_____
TESLA, INC., a Delaware        )
corporation,                   )
                               )
          Plaintiff,           )
                               )
v.                             )          Case No.
                               )    3:18-CV-00296-LRH-CBC
MARTIN TRIPP, an               )
individual,                    )
                               )
          Defendant.           )
_____          )
MARTIN TRIPP, an               )
individual,                    )
                               )
     Counterclaimant,          )
                               )
v.                             )
                               )
TESLA, INC., a Delaware        )
corporation,                   )
                               )
     Counterdefendant,         )
_____)


                      CONFIDENTIAL

          Videotaped Deposition of Elon Musk

                Los Angeles, California

                Friday, February 21, 2020




          Michael P. Hensley, RDR, CSR No. 14114
```

```
 1    reporter please swear in the witness.
 2                        ELON MUSK,
 3    having been first duly sworn, was examined and testified
 4    as follows:
 5                        EXAMINATION
 6    BY MR. FISCHBACH:
 7    Q.      Sir, can I have your full name for the record.
 8    A.      Elon Reeve Musk.
 9    Q.      Mr. Musk, are you under the influence of any
10    medications or controlled substances or anything that
11    might impact your ability to give truthful and accurate
12    deposition testimony here today, sir?
13    A.      No.
14    Q.      Sir, did you understand the oath you just took?
15    A.      Yes.
16    Q.      What does it mean to you?
17    A.      How is this relevant to the testimony?
18    Q.      Sir, I'm not here to answer your questions.
19    You're here to answer my questions.
20    A.      Okay.
21    Q.      My question for you is, sir, do you understand
22    the oath that you just took?
23    A.      Yes, of course.
24    Q.      What do you think it means?
25    A.      To say the whole truth, nothing but the truth,
```

```
 1   you supported -- or that you submitted in opposition to
 2   your deposition?
 3   A.      I suppose it was.
 4   Q.      All right.  Did you read this before you signed
 5   it?
 6   A.      Yeah.
 7   Q.      Is everything in this declaration true?
 8   A.      I certainly believed it to be true.  Do you want
 9   me to read it in detail?
10   Q.      I do not, Mr. Musk.
11   A.      Yeah.
12   Q.      I want to ask you, however, why this deposition
13   would pose a substantial burden and hardship to you in
14   this case.
15   A.      Well, I have a lot of obligations to run two
16   companies and make sure that the right thing happens
17   there.  This case, in my view, is a frivolous case
18   brought by a counterparty who is just a terrible human
19   being.  And, frankly, if I may say so, I -- I'm troubled
20   by your association with him.
21           So instead of me being able to do my duty for
22   the companies, I'm here.  This is not -- this is not --
23   this is not -- does not serve anyone.  It's not good.
24   It's a waste of time.
25   Q.      I think you knocked your microphone down,
```

CONFIDENTIAL - Elon Musk - 2/21/2020

Page 14

1    Mr. Musk.

2    A.      Yeah.

3    Q.      Thank you.

4            THE VIDEOGRAPHER:  Mr. Musk, if it could be on

5    your jacket, please.

6            THE WITNESS:  Yeah.

7            THE VIDEOGRAPHER:  Thank you, sir.

8    BY MR. FISCHBACH:

9    Q.      And, sir, if I understand you correctly, time is

10   a very precious commodity for you, given the

11   responsibilities you have to these various companies; is

12   that true?

13   A.      Yes.  This is -- I have a lot of responsibility,

14   and it's critical to execute that responsibility.  If I

15   am constantly deposed in cases that lack merit, as I

16   view this one to be --

17           MR. FISCHBACH:  May I have that marked, please?

18           (Exhibit 3 was marked for identification.)

19   BY MR. FISCHBACH:

20   Q.      Sir, the court reporter has handed you what has

21   been marked as deposition Exhibit 3.  That is an email

22   sent from Martin Tripp to you on May 16th of 2018.

23           The title of this email is "Stator Scrap Pareto

24   (Month of April)"; correct?

25   A.      Yes.

1   Q.       And it references something called "NCM"; is

2   that right?

3   A.       Yes.

4   Q.       NCM is shorthand for nonconforming material?

5   A.       Yes.

6   Q.       In other words, scrap; correct?

7   A.       Yes.

8   Q.       And the gist of this email is that Mr. Tripp is

9   expressing concern to you regarding scrap in the

10  Gigafactory; correct?

11  A.       Yes.

12  Q.       Does Tesla encourage the practice of its

13  employees reaching directly out to the CEO if they see

14  something that concerns them?

15  A.       I do.

16  Q.       In May of 2018 was the amount of scrap at the

17  Gigafactory a serious concern for you?

18  A.       Yes.

19  Q.       Did you do anything in response to Mr. Tripp's

20  email?

21  A.       I -- I don't recall exactly what I did, but I

22  wanted to -- like, I forwarded it on to have it be

23  looked into.

24           (Exhibit 4 was marked for identification.)

25           MR. FISCHBACH:  4?

```
 1              MR. SPIRO:  Copy for me?

 2              MR. FISCHBACH:  That is your copy.

 3     BY MR. FISCHBACH:

 4     Q.        Sir, the court reporter has handed you what has

 5     been marked as deposition Exhibit 4.  This is an email

 6     originally from Mr. Tripp to you on June 10th and then a

 7     response from you to Mr. Tripp.

 8              And in this email, you state "Getting scrap from

 9     when cells exit Panasonic to less than 1 percent needs

10     to be a hardcore goal."

11              Did you actually write that?

12     A.        Yeah.

13     Q.        And when you say something, do you mean it?

14     A.        Almost always.

15     Q.        Okay.  Well, should Tesla employees believe you

16     when you make a statement like that?

17     A.        Yes.

18     Q.        So Mr. Tripp should have believed you when you

19     stated that getting scrap down to 1 percent is a

20     hardcore goal for the company?

21     A.        Of course.

22     Q.        Did you do anything in response to this email to

23     meet that hardcore goal?

24     A.        We did many things, and we have achieved it.  No

25     thanks to Tripp.
```