Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AARON GREENSPAN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>　　Defendants. | Case No. 3:20-cv-03426-JD<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST OMAR QAZI AND SMICK ENTERPRISES, INC.**<br><br>Judge: Hon. James Donato<br>Complaint Filed: May 20, 2020 |

To the Clerk of the United States District Court for the Northern District of California:

　　Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Aaron Greenspan (hereinafter "Plaintiff") requests that the Clerk enter the default of the following Defendants for failure to plead or otherwise defend against this action in a timely manner:

　　**Name of Defendant:** Omar Qazi

　　As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4(e)(2)(A) of the Federal Rules of Civil Procedure on June 7, 2020. ECF No. 11.  Pursuant to Rule 6(a)(1)(C), as June 28, 2020 fell on a Sunday, the applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on June 29, 2020.

　　**Name of Defendant:** Smick Enterprises, Inc.

As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure on June 7, 2020. ECF No. 11.  Pursuant to Rule 6(a)(1)(C), as June 28, 2020 fell on a Sunday, the applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on June 29, 2020.

The above-named Defendants have failed to plead or otherwise respond to the Complaint. This request is based on Plaintiff's attached Declaration.

Dated: July 7, 2020

*Aaron Greenspan*
Aaron Greenspan
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 7, 2020, he caused this **PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST OMAR QAZI AND SMICK ENTERPRISES, INC.** to be served via First Class Mail by depositing this document, postage pre-paid, in a mailbox addressed to:

> Omar Qazi
> 2625 Hyde Street
> San Francisco, CA  94109
> *Defendant and Officer of Defendant Smick Enterprises, Inc.*

All other parties are registered for the CM/ECF system and have been served electronically.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 7, 2020.


Dated: July 7, 2020

_____
Aaron Greenspan