```
COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

AARTI REDDY (274889) (areddy@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendants
TESLA, INC. and ELON MUSK
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.<br><br>　　　　　Defendants. | Case No.  3:20-cv-03426-JD<br><br>**NOTICE OF APPEARANCE OF AARTI REDDY FOR DEFENDANTS TESLA, INC. AND ELON MUSK**<br><br>Trial Date: None Set<br>Date Action Filed:  May 20, 2020 |

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that Aarti Reddy of Cooley LLP will appear as counsel of record on behalf of Defendants Tesla, Inc. and Elon Musk in the above-captioned matter.  Effective immediately, please add counsel as attorney to be noticed on all matters at the following address:

AARTI REDDY (274889) (areddy@cooley.com)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Dated: July 9, 2020                         COOLEY LLP

                                            By: /s/ Aarti Reddy
                                                Aarti Reddy

                                            Attorneys for Defendants
                                            Tesla, Inc. and Elon Musk

229574015