# EXHIBIT 1

Archive Results Export - 2020-07-09 10:50:20

| From | To | Subject | Routing | Attachment | Size | Date | Status |
|---|---|---|---|---|---|---|---|
| aaron.greenspan@plainsite.org | security29@tesla.com; security29@tesla.com | Fwd: Waiver of Service Form | Received (inbound) | Has 6 Attachments | 961.1 KB | 6/19/20 16:52 | Archived Message |
| aaron.greenspan@plainsite.org | security29@tesla.com; security29@tesla.com | Greenspan v. Qazi et al Supplementary Materials | Received (inbound) | Has 6 Attachments | 537.5 KB | 5/21/20 14:54 | Archived Message |
| aaron.greenspan@plainsite.org | security29@tesla.com; security29@tesla.com | Waiver of Service Form | Received (inbound) | | 66.1 KB | 5/21/20 13:22 | Archived Message |
| aaron.greenspan@plainsite.org | security29@tesla.com; security29@tesla.com | Waiver of Service | Received (inbound) | | 4.1 KB | 5/21/20 11:56 | Archived Message |