| | |
|---|---|
| 1 | COOLEY LLP<br>JOHN C. DWYER (136533) (dwyerjc@cooley.com) |
| 2 | 3175 Hanover Street<br>Palo Alto, CA 94304-1130 |
| 3 | Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400 |
| 4 | |
| 5 | AARTI REDDY (274889) (areddy@cooley.com)<br>101 California Street, 5th Floor |
| 6 | San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000 |
| 7 | Facsimile: (415) 693-2222 |
| 8 | Attorneys for Defendants<br>ELON MUSK and TESLA, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OMAR QAZI, SMICK ENTERPRISES,<br>INC., ELON MUSK, and TESLA, INC.,<br><br>　　　　Defendants. | Case No. 3:20-cv-03426-JC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER ISO JOINT ADMINISTRATIVE MOTION TO INCREASE PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS**<br><br>**(CIV. L.R. 7-11)**<br><br>Judge: The Hon. James Donato<br><br>Date Action Filed: May 20, 2020 |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 7-11, Defendants Tesla, Inc. ("Tesla") and Elon Musk (together, |
| 2 | "Tesla Defendants"), through their respective attorneys, and Plaintiff Aaron Greenspan ("Plaintiff," |
| 3 | and together with the Tesla Defendants, the "Parties") hereby stipulate to extend the page limits for |
| 4 | both Parties in connection with briefing on the Tesla Defendants' anticipated motion to dismiss the |
| 5 | First Amended Complaint (Dkt. 20) ("FAC"), as follows: |
| 6 | WHEREAS, on May 20, 2020 (Dkt. 1), Plaintiff filed his Complaint in this matter; |
| 7 | WHEREAS, on July 2, 2020 (Dkt. 20), Plaintiff filed his FAC; |
| 8 | WHEREAS, the Tesla Defendants believe it would be more efficient for the Court and the |
| 9 | Parties for them to file a single, consolidated motion to dismiss the FAC, rather than to respond |
| 10 | individually; |
| 11 | WHEREAS, Item No. 18 in the Court's Standing Order for Civil Cases Before Judge James |
| 12 | Donato ("Standing Order") provides that opening and opposition briefs may not exceed 15 pages, |
| 13 | and reply briefs may not exceed 10 pages, except for class certification and summary judgment |
| 14 | motions; |
| 15 | WHEREAS, under Civil Local Rule 7-11, parties may file a motion for administrative relief, |
| 16 | accompanied by a stipulation under Civil Local Rule 7-12, to request that the Court extend |
| 17 | applicable page limits; |
| 18 | WHEREAS, due to the length of the FAC, the number of allegations against and regarding |
| 19 | the Tesla Defendants, the volume of exhibits, and the number of different claims against the Tesla |
| 20 | Defendants, the Tesla Defendants submit that, to fully and adequately brief the issues raised in the |
| 21 | FAC, they would need at least 25 pages for a joint opening brief on their motion to dismiss and 15 |
| 22 | pages on reply; |
| 23 | WHEREAS, Plaintiff is amenable to extending page limits for both sides, on the terms jointly |
| 24 | proposed in this Stipulation; and |
| 25 | **NOW THEREFORE**, pursuant to Civil Local Rule 7-11, the Parties jointly stipulate and |
| 26 | respectfully request that the Court enter an order that the page limits for briefing on the Tesla |
| 27 | Defendants' anticipated motion to dismiss shall be extended to 25 pages for the Tesla Defendants' |
| 28 | opening brief, 25 pages for Plaintiff's opposition, and 15 pages for the Tesla Defendants' reply. |

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: July 10, 2020 | | TESLA, INC. |
| | | By: */s/ Aarti Reddy* |
| | |     Aarti Reddy |
| | | Attorneys for Defendants |
| | | Tesla, Inc. and Elon Musk |

Dated: July 10, 2020                              AARON GREENSPAN

                                                                     By: */s/ Aaron Greenspan*
                                                                           Aaron Greenspan

## <u>ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)</u>

Pursuant to Civ. L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: July 10, 2020                                                    By: */s/ Aarti Reddy*
                                                                      Aarti Reddy

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____           _____
                                                             The Honorable James Donato
                                                             United States District Judge

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800, and my email address is dfoster@cooley.com. On the date set forth below, I served the document described below in the manner described below:

**STIPULATED REQUEST AND [PROPOSED] ORDER ISO JOINT ADMINISTRATIVE MOTION TO INCREASE PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS**

X    (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said document to be prepared in PDF and then served by electronic mail to the party listed below.

Omar Qazi
Smick Enterprises, Inc.
22909 Audrey Avenue
Torrance, CA 90505
Email: omar@smick.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 10, 2020 at San Francisco, California.

_____
Debra Foster

3

**STIPULATED REQUEST AND [PROPOSED] ORDER
RE PAGE LIMITS ON MTD
CASE NO. 3:20-CV-03426-JD**