Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AARON GREENSPAN,<br><br>    Plaintiff,<br><br>    v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>    Defendants. | Case No. 3:20-cv-03426-JD<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST OMAR QAZI AND SMICK ENTERPRISES, INC.**<br><br>Judge: Hon. James Donato<br>Complaint Filed: May 20, 2020 |

To the Clerk of the United States District Court for the Northern District of California:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Aaron Greenspan (hereinafter "Plaintiff") requests that the Clerk enter the default of the following Defendants for failure to plead or otherwise defend against the First Amended Complaint ("FAC") in this action in a timely manner:

**Name of Defendant:** Omar Qazi

As evidenced by the certificate of service on file with this Court, the above-named Defendant was served pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure on July 2, 2020.  ECF No. 20.  Pursuant to Rule 15(a)(3), regarding amended pleadings; Rule 6(d), as service was effected by mail; and Rule 6(a)(1)(C), as July 19, 2020 fell on a Sunday, the applicable time limit for the above-named Defendant to respond to the FAC expired on July 20, 2020.

**Name of Defendant:** Smick Enterprises, Inc.

As evidenced by the certificate of service on file with this Court, the above-named Defendant was served pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure on July 2, 2020. ECF No. 20. Pursuant to Rule 15(a)(3), regarding amended pleadings; Rule 6(d), as service was effected by mail; and Rule 6(a)(1)(C), as July 19, 2020 fell on a Sunday, the applicable time limit for the above-named Defendant to respond to the FAC expired on July 20, 2020.

The above-named Defendants have failed to plead or otherwise respond to the FAC. This request is based on Plaintiff's attached Declaration.

Dated: July 21, 2020

_[signature]_
Aaron Greenspan
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org