Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>　　Defendants. | Case No. 3:20-cv-03426-JD<br><br>**DECLARATION OF AARON GREENSPAN IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST OMAR QAZI AND SMICK ENTERPRISES, INC.** |

I, Aaron Greenspan, declare as follows:

　　1.　　I hereby incorporate by reference my July 7, 2020 declaration, ECF No. 26-1, concerning service of the initial Complaint in this lawsuit.

　　2.　　I filed a First Amended Complaint ("FAC") in this lawsuit against Omar Qazi, Smick Enterprises, Inc., Elon Musk and Tesla, Inc. on July 2, 2020 via CM/ECF.  Elon Musk and Tesla, Inc. were served with the FAC via CM/ECF.

　　3.　　On July 2, 2020, Omar Qazi and Smick Enterprises, Inc. had yet to appear before this Court.  The last known address for both entities was then and is now 2625 Hyde Street, San Francisco, CA 94109.

　　4.　　On July 2, 2020, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), I served the FAC on Omar Qazi and Smick Enterprises, Inc. by depositing it in the U.S. Mail, postage pre-paid, addressed to Omar Qazi, 2625 Hyde Street, San Francisco, CA 94109.

5.     Omar Qazi was served in his personal capacity and on behalf of Smick Enterprises, Inc. in his capacity as Chief Executive Officer of that company based on what is written on the company's website at https://www.smick.com/team.html.

6.     On July 16, 2020, counsel for Omar Qazi and Smick Enterprises, Inc. appeared before this Court. ECF Nos. 41, 42. Counsel then motioned to set aside default as to the initial Complaint and acknowledged the filing of the FAC. ECF No. 44.

7.     In his July 15, 2020 declaration, Omar Qazi confirmed that 2625 Hyde Street, San Francisco, CA 94109 is his last known address and that he is a "principal of Defendant Smick Enterprises, Inc." ECF No. 44-1.

8.     Under Federal Rules of Civil Procedure 15(a)(3), 6(d), and 6(a)(1)(C), Defendants Qazi and Smick Enterprises, Inc. were required to plead or otherwise respond to the FAC by July 20, 2020. The time to plead or otherwise respond to the FAC has not been extended by any agreement of the parties or any order of the Court.

9.     Defendant Qazi has failed to file or serve a response to the FAC. The applicable time limit for responding to the FAC has expired.

10.    Defendant Qazi is not a minor or an incompetent person.

11.    Defendant Qazi is not currently in the military service, and therefore the Servicemembers Relief Act does not apply.

12.    Defendant Smick Enterprises, Inc. has failed to file or serve a response to the FAC. The applicable time limit for responding to the FAC has expired.

13.    As a corporation, Defendant Smick Enterprises, Inc. is not a minor or an incompetent person.

14.    As a corporation, Defendant Smick Enterprises, Inc. is not currently in the military service, and therefore the Servicemembers Relief Act does not apply.

15.    As Exhibit A, I have attached to this declaration a true and correct copy of the certificate of service attached to the FAC on file with this Court for the above-named Defendants.

16. As Exhibit B, I have attached a true and correct copy of Defendant Qazi's July 15, 2020 declaration confirming his last known address and affiliation with Defendant Smick Enterprises, Inc.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct and that this declaration was executed on July 21, 2020 in San Francisco, California.

Dated: July 21, 2020

Aaron Greenspan

**<u>EXHIBIT A</u>**
July 2, 2020 First Amended Complaint Certificate of Service

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 2, 2020, he caused this **FIRST AMENDED COMPLAINT** to be served via First Class Mail by depositing this document, postage pre-paid, in the U.S. Mail addressed to:

Omar Qazi
2625 Hyde Street
San Francisco, CA  94109
*Defendant and Officer of Defendant Smick Enterprises, Inc.*

All other parties are registered for the CM/ECF system and have been served electronically.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 2, 2020.


Dated: July 2, 2020

Aaron Greenspan

**EXHIBIT B**
July 15, 2020 Declaration of Omar Qazi

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendants Omar Qazi
and Smick Enterprises, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **AARON GREENSPAN**, <br><br> Plaintiff, <br><br> v. <br><br> **OMAR QAZI**, et al., <br><br> Defendants. | Case No. 3:20-cv-03426-JD <br><br> **DECLARATION OF OMAR QAZI IN SUPPORT OF DEFENDANTS OMAR QAZI AND SMICK ENTERPRISES, INC.'S MOTION TO LIFT CLERK'S ENTRY OF DEFAULT** <br><br> Time: August 20, 2020 <br> Date: 10:00 a.m. <br> Before: The Hon. James Donato <br> Ctrm: 11, 19th Floor |

Case No. 3:20-cv-03426-JD          DECL. OF O. QAZI ISO SMICK DEFENDANTS' MTN TO LIFT DEFAULT

I, Omar Qazi, declare as follows:

1. I am a Defendant in this action and a principal of Defendant Smick Enterprises, Inc., which is also a Defendant in this action. Unless otherwise stated, I have personal knowledge of the facts stated herein.

2. While I previously resided at 2625 Hyde Street, San Francisco, CA 94109 as a subtenant, I moved out in April 2019, and I have not lived at or returned to that address since.

3. I was never personally served with the Complaint, and I never received an email from Plaintiff asking me to waive service of summons of the Complaint in this action. Notably, after receiving multiple emails from Aaron Greenspan containing threats and false allegations, in October 2019, I blocked all email from Aaron Greenspan through the settings in my Gmail account. Thus, if Aaron Greenspan sent me any emails after October 2019, I would not have received them.

4. I was only made aware of this action on around July 3, 2020, when I was contacted by a co-Defendant about the action. I was able to engage counsel to represent Smick Enterprises, Inc. and me on Sunday, July 12, 2020.

5. I have not intentionally failed to file a response in this matter or otherwise attempted to evade service; and I intend to assert meritorious defenses in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Jul 15, 2020


Omar Qazi (Jul 15, 2020 17:26 PDT)

Omar Qazi

Case No. 3:20-cv-03426-JD  
1  
**DECL. OF O. QAZI ISO SMICK DEFENDANTS' MTN TO LIFT DEFAULT**