**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendants Omar Qazi
and Smick Enterprises, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **AARON GREENSPAN**, <br><br> Plaintiff, <br><br> v. <br><br> **OMAR QAZI**, et al., <br><br> Defendants. | Case No. 3:20-cv-03426-JD <br><br> **DEFENDANTS OMAR QAZI AND SMICK ENTERPRISES, INC.'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT** |

Plaintiff's application for default on the Amended Complaint should be denied because Defendants were not properly served with the Amended Complaint; and Defendants' motion to lift default as to the original Complaint is still pending.

Pursuant to Federal Rule of Civil Procedure ("Rule") 5(a)(2), full service must be made under Rule 4 where, as here, a defendant is in default and the plaintiff asserts a new claim for relief against such a party. (See also Dkt. No. 44, 3:26–4:8.) Thus, Plaintiff's service by mail under Rule 5(b)(2)(C) is insufficient; in addition, Plaintiff mailed the Amended Complaint to an incorrect address for Defendants. (Dkt. No. 44-1, ¶2.) Defendants' counsel had offered to stipulate with Plaintiff to lift the default on the original Complaint and to accept service of the Amended Complaint, but Plaintiff responded by stating, "No I do not stipulate to anything." (Dkt. No. 44-2, ¶2.) Despite communicating with Plaintiff about this matter, Defendants did not receive any prior notice of Plaintiff's present application for default.

Respectfully Submitted,

DATED: July 21, 2020					**KRONENBERGER ROSENFELD, LLP**

By:   s/ Karl S. Kronenberger
        Karl S. Kronenberger

Attorneys for Defendants Omar Qazi and Smick Enterprises, Inc.

Case No. 3:20-cv-03426-JD         1         SMICK DEFENDANTS' OPP TO PLAINTIFF'S APP FOR ENTRY OF DEFAULT