Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| AARON GREENSPAN, | Case No. 3:20-cv-03426-JD |
| Plaintiff, | **DECLARATION OF AARON GREENSPAN IN FURTHER SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST OMAR QAZI AND SMICK ENTERPRISES, INC.** |
| v. |  |
| OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC., |  |
| Defendants. |  |

I, Aaron Greenspan, declare as follows:

1.      As Exhibit A, I have attached a true and correct copy of a July 16, 2020 post on Twitter that indicates that Defendant Omar Qazi controls the Twitter account @wholemarsblog, namely, that he referred to a known mug shot of Omar Qazi from a 2018 arrest for felony possession of a controlled substance (LSD) and misdemeanor possession of cannabis in Brevard County, Florida as "my photo" while using that account.  The mug shot was at that time being used by a second Twitter account, @MisterAnon10.

2.      As Exhibit B, I have attached true and correct copies of posts on the @wholemarsblog Twitter account dated July 3, 2020 comprising images of excerpts from the First Amended Complaint in this case and public discussion thereof.

3.      As Exhibit C, I have attached a true and correct copy of the Digital Millennium Copyright Act Counter-Notice I received from Defendant Qazi on July 16, 2020, indicating that

he would accept service of process in a lawsuit concerning infringement of my copyrighted work, *Authoritas: One Student's Harvard Admissions and the Foundation of the Facebook Era* ("Authoritas").

4.       Authoritas is at issue in the instant lawsuit as part of the First Amended Complaint at ¶¶ 201-207.  ECF No. 20.

5.       On July 13, 2020, counsel for Defendants Qazi and Smick Enterprises, Inc. offered to complete a form to waive service of process conditional on the lifting of default in this case, which I declined.  Counsel did not expressly state at any time that they were authorized to accept service of process on anyone's behalf pursuant to Federal Rule of Civil Procedure 4.

6.       Assuming that Defendant Qazi's statement about no longer residing at 2625 Hyde Street in San Francisco is actually true, I am unaware of his current residential and/or work address.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct and that this declaration was executed on July 21, 2020 in San Francisco, California.


Dated: July 21, 2020



_____
Aaron Greenspan

**<u>EXHIBIT A</u>**

July 16, 2020 @wholemarsblog Twitter Post Regarding "My Photo"

Search Twitter

Log in Sign up

**Whole Mars Catalog**
@WholeMarsBlog

yo @fredericlambert remember when you made an alt twitter account with my photo to harass me

or when you attacked 3rd row and tried to have them shut down because I tweeted that some of your takes were dumb?

Maybe people tell you to fuck off because you're part of the problem.

Fred Lambert @FredericLambert

I started writing articles 6 years ago. In my short career as a blogger, the biggest change I've seen is detractors going from:

"I disagree with what you wrote

ALEX 🚀 @ajtourville · 1d
I did apologize to everyone on behalf of all Quebecers for Fred... we don't like him either
4 9

MisterAnon @MisterAnon10
Replying to @ajtourville and @28delayslater

@MisterAnon10

Is there anything more cowardly than insulting people online hidden behind a keyboard? Doing it anonymously is even worse.

5:10 PM · 6/18/20 · Twitter Web App

MisterAnon @MisterAnon10 · 1d
Replying to @carsonight @WholeMarsBlog and 3 others
Not exactly. Greenspan only ousted Omar for his anon account, which he was using to Harry's people, including Greenspan. Greenspan didn't share private information. Unlike Omar, who posted Greenspan email and phone number then told followers to harass him.

8:44 PM · Jul 16, 2020 · Twitter for iPhone

**2** Retweets **33** Likes

**Whole Mars Catalog** @WholeMarsBlog · Jul 16
Replying to @WholeMarsBlog
nobody is above blame here

if you want to improve online discourse, start with yourself
3 14

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Whole Mars Catalog** Follow
@WholeMarsBlog
part 24 hour EV news channel / part shitty stand up comedy routine.

**Fred Lambert** Follow
@FredericLambert
Editor-in-Chief at @ElectrekCo - DM open for tips or email: fred@9to5mac.com - Green investment ideas at zalkon.com

## What's happening

In memoriam · 4 hours ago
**Remembering Robin Williams on his birthday**
Trending with: Robin Williams

Trending in United States
**Fredo**
11.4K Tweets

Soccer · Trending
**Kolasinac**
5,804 Tweets

Premier League · 2 hours ago
**Watford vs Manchester City**
Trending with: Watford

Entertainment · Trending
**Knives Out 2**

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.



**EXHIBIT B**

July 3, 2020 @wholemarsblog Posts Of and Replies To First Amended Complaint Excerpts

7/3/2020    Whole Mars on Twitter: "In Aaron Greenspan's lawsuit he describes Tesla as "a ponzi scheme that just happens to sell cars"" / Twitter

Case 3:20-cv-03426-JD   Document 47-1   Filed 07/21/20   Page 6 of 21

← | Search Twitter | Log in | Sign up | •••

## Whole Mars
**@WholeMarsBlog**

In Aaron Greenspan's lawsuit he describes Tesla as "a ponzi scheme that just happens to sell cars"



> **Critical Enthusiasm** @WR4NYGov · 6m
> Replying to @WR4NYGov @HenrockHenry and 4 others
> Tesla will earn an annual profit in 2020. Pretty sure SpaceX has earned profits. Gwynne Shotwell told the media in 2018 that the company is profitable.
>
> What kind of idiot would Musk be if he paid himself in stock as part of a Ponzi scheme where the suckers buy stock?
>
> 3.    Defendant Tesla has never earned an annual pr
> Defendant Musk ever earned an annual profit while he was in
>
> 4.    Defendant Tesla can be fairly described as a Po
> produce cars, where new investors cash out old investors whil
> Defendant Musk, are rewarded ever more handsomely throug
> company loses ever more money.  This perverse dynamic is w
> shorted stock in the United States.

7:44 PM · Jul 3, 2020 · Twitter for iPhone

**1** Retweet   **4** Likes

💬 | ⇄ | ♡ | ⬆

### Stephen Pallotta @stephenpallotta · 2m
Replying to @WholeMarsBlog
I think he meant to say energy company* that just so happens to sell cars.
💬 | ⇄ | ♡ 1 | ⬆

### That T3sla Guy @thatt3slaguy · 2m
Replying to @WholeMarsBlog
No. That's Trevor Milton
💬 | ⇄ | ♡ 1 | ⬆

## New to Twitter?
Sign up now to get your own personalized timeline!

Sign up

### Relevant people

**Whole Mars**
@WholeMarsBlog
Follow
part 24 hour EV news channel / part shitty stand up comedy routine

**Critical Enthusiasm**
@WR4NYGov
Follow
Warren Redlich - combining #CriticalThinking with #enthusiasm. Long Tsla, FB, Google, Amzn. Tesla referral ts.la/warren26324 #Libertarian

**Henrock**
@HenrockHenry
Follow

### What's happening

Movies · Last night
**Fans are more than satisfied with Hamilton arriving on Disney+**

#Hamilfilm 🤩
Hamilton is now streaming on Disney+
▶ Promoted by Disney+

Politics · Trending







Search Twitter

Log in Sign up

**Whole Mars**
@WholeMarsBlog

no

> **Gabriel R.** @tesla_addicted · 5m
> Replying to @WholeMarsBlog
> Is the judge obligated to read this stupid thing completely?

7:49 PM · Jul 3, 2020 · Twitter for iPhone

**2** Likes

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Whole Mars**
@WholeMarsBlog
Follow
part 24 hour EV news channel / part shitty stand up comedy routine

**Gabriel R.**
@tesla_addicted
Follow
Tech lover, Tesla #ModelS #ModelX #Model3 owner. (#ModelY and #Cybertruck Reserved) go solar, go Long, go Green TikTok: greberte (500k) insta: @Greberte

**What's happening**

Movies · Last night
**Fans are more than satisfied with Hamilton arriving on Disney+**

←     🔍 Search Twitter     Log in   Sign up   •••



**Whole Mars** ⌄
@WholeMarsBlog

Aaron Greenspan has filed a lawsuit against Tesla, @elonmusk, and @tesla_truth.

Greenspan, a Tesla short seller, believes that Elon secretly paid Omar to tweet about Tesla.

Please help spread the word about Greenspan threatening and harassing Tesla customers and employees.

| iff: | Aaron Jacob Greenspan | **Reasons for Requeste** |
| dant: | Smick Enterprises Inc., Elon M | 2. On May 20, 2020, Plaintiff |
| Number: | 3:2020cv03426 | hich spans 62 pages, 222 paragraphs, |
| | May 20, 2020 | ndants deny all of the material allega |
| : | US District Court for the North | 3. The Tesla Defendants dispu |
| ling Judge: | Jacqueline Scott Corley | 12, 2020 (Dkt. 12) and the waivers of |
| e of Suit: | Securities/Commodities | t May 21, 2010 (as alleged in Dkt. 14) |
| emanded | Plaintiff | ce as to Mr. Musk made on June 23, 2 |

6:06 PM · Jul 3, 2020 · Twitter Web App

**77** Retweets    **336** Likes

💬     ⟲     ♡     ⬆



**Whole Mars** @WholeMarsBlog · 1h ⌄
Replying to @WholeMarsBlog
you can't make this shit up folks...

TSLAQ is truly losing their shit

💬 7     ⟲ 2     ♡ 49     ⬆

**Whole Mars** @WholeMarsBlog · 45m ⌄

**Whole Mars** @WholeMarsBlog · 2h

Aaron Greenspan has been harassing Tesla employees and @elonmusk so often, Tesla's information security team blocked his emails from reaching any Tesla employees as a nuisance.

Show this thread

| Subject: | FW: Greenspan v. Qazi et al. |
| Date: | Tuesday, June 30, 2020 at 2:04:44 PM Pacific Daylight Time |
| From: | Candace Jackman |
| To: | aaron.greenspan@ ▮▮▮▮ |

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**



**Whole Mars** Follow
@WholeMarsBlog
part 24 hour EV news channel / part shitty stand up comedy routine

**Elon Musk** ✔ Follow
@elonmusk

**What's happening**

Movies · Last night
**Fans are more than satisfied with Hamilton arriving on Disney+**

#Hamilfilm 🌟
Hamilton is now streaming on Disney+
▶ Promoted by Disney+

Search Twitter

Log in Sign up

Please excuse my delayed response; I was informed over the weekend that your emails were not reaching my inbox, as explained in more detail below.

We do contest service as to Tesla. The packet of materials we received is attached. We are entitled to proper service, and it is irrelevant whether you or your process server is to blame for the improper service. We reserve rights on the purported service to Mr. Musk.

Your requests for waiver of service also were not effective. As a result of your frequent, unsolicited, and unsupported emails in the past to Mr. Musk and others at Tesla, Tesla's information security team had team blocked your emails from reaching individual Tesla employees as a nuisance. As a result, neither Mr. Musk, Mr. Prescott, nor I received your prior emails regarding this lawsuit. After reviewing the emails attached to your costs motion, I inquired with our information security team, who informed me of the block, retrieved copies of your recent emails, and forwarded them on for my review. In this circumstance, your email

1 2 8

**Whole Mars** @WholeMarsBlog · 42m

Please help spread the word.

Greenspan has been threatening and harassing Omar because he uncovered the truth about Greenspan's criminal conduct

> **Whole Mars** @WholeMarsBlog · 1h
>
> Aaron Greenspan illegally misappropriated the brand and assets of his 501 (c)(3) charity to insure private benefits to himself through his Tesla short selling bets.
>
> Spread the word.

6

**Elon Musk** @elonmusk · 47m

Replying to @WholeMarsBlog and @tesla_truth

Greenspan is crackers, bananas, barky & ten cards short of a full deck

163 159 1.4K

**Pranay Pathole** @PPathole · 27m

I have nothing against anyone who wants to short a stock. You've just as much a right bet for something as bet against it but, the insane tactics used by shorts like stock manipulation, by propaganda especially against Tesla, has literally turned them into criminals in my mind.

4 6 30

1 more reply

**origamicyber** @origamicyber · 19m

Replying to @WholeMarsBlog @elonmusk and @tesla_truth

Man, I'm sorry you have to deal with this BS. Stay strong and let me know if there's anything I can do to help.

1 1 2

**Whole Mars** @WholeMarsBlog · 19m

❤️

1 1

News · 20 minutes ago

**Protesters temporarily block Mount Rushmore road ahead of President Trump's rally**

Sports · Trending

**Spiders**

Trending with: Cleveland Spiders, Cleveland

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

7/3/2020 Whole Mars Catalog on Twitter: "@elonmusk @chroniclevn.. @stunami 33 1925 million or 7aed..with 1 are grew @ Im2.thing is, Omar and Elon d…

Case 3:20-cv-03426-JD Document 47-1 Filed 07/21/20 Page 10 of 21



 **Critical Enthusiasm** @WR4NYGov · 22m

The master researcher didn't realize that it was Omar's father's company?

I figured that out in a few minutes when I was looking Omar up before our livestream.

Why would you call his employer anyway?

> 34. The same day, still concerned about the danger posed to his family and others at
> the synagogues mentioned in the posts, Plaintiff attempted to contact Defendant Qazi by phone
> at his employer's office as determined by his LinkedIn profile, but was unable to reach him.
> Plaintiff then asked the receptionist to speak with a supervisor in Defendant Qazi's department.
> Plaintiff informed an unknown female employee that he had asked Defendant Qazi to stop and
> considered his conduct dangerous, harassing and libelous.
>
> 35. At the time, Plaintiff did not know that Defendant Qazi's "employer" was actually
> his father's company where Defendant Qazi appears to hold a vanity title. Plaintiff did not ask to
> speak with Defendant Qazi's father or any of his family members when he called. Plaintiff
> simply conveyed that Defendant Qazi's dangerous conduct should cease immediately, regardless





**Critical Enthusiasm** @WR4NYGov · 18m ⌄

Greenspan gets the same spam/phishing phone calls we all get about once a month, and somehow thinks it's Omar.

And I think I'm paranoid.

> 36.    The next day, on January 15, 2019 at 7:01 P.M. (all times herein are Pacific Time
> unless otherwise specified) Plaintiff received a harassing phone call from a blocked telephone
> number.  The caller, who did not specify his name, was a man impersonating a service technician
> who initially only said he was calling from "the phone company."  The anonymous caller then
> tried to ascertain Plaintiff's home address.  Since the caller refused to identify "the phone
>
> FIRST AMENDED COMPLAINT                    7                          3:20-cv-03426-JD

Case 3:20-cv-03426-JD   Document 20   Filed 07/02/20   Page 8 of 82

💬 1          🔁         ♡ 2          ⬆️



**Critical Enthusiasm** @WR4NYGov · 16m ⌄

OMG - he took his hands off the steering wheel.

I've got a secret. I've done that. I don't even have a Tesla or any automatic steering.

And then that rascal Omar allegedly used a computer to look at a website.

RPV - nice digs Omar!

> 40.    On August 2, 2019 at 11:24 P.M., via the @PlainSite Twitter account, Plaintiff
> accurately reported on a public video posted by Defendant Qazi on the @tesla_truth Twitter
> account purporting to advertise the features of Tesla's so-called "Autopilot" functionality, which
> requires that drivers keep their hands on the steering wheel.  The video depicted Defendant Qazi
> driving through a red light on Autopilot without his hands on the steering wheel.
>
> 41.    The next day, on August 3, 2019 starting at 7:49:32 A.M., an internet user with
> the DNS hostname ip72-203-123-36.oc.oc.cox.net, representing an internet-connected device in
> or around Rancho Palos Verdes, California, accessed documents from Plaintiff's restraining
> order case, Case No. 18CH008067 in Santa Clara County Superior Court, hosted on PlainSite.
>
> 42.    Defendant Qazi's parents live 0.1 miles from Rancho Palos Verdes, California.

💬 1          🔁         ♡ 1          ⬆️



**Critical Enthusiasm** @WR4NYGov · 14m ⌄

Oh no, someone told a joke.

Remember Omar - In communism, a joke is only funny if everyone gets it.

> 43.    Less than 20 minutes later, on August 3, 2019 at 8:07 A.M., the @tesla_truth
> Twitter account posted an altered and false version of Form CH-100 from Plaintiff's
> aforementioned restraining order case, replacing the "Person From Whom Protection Is Sought"
> with the name "Little Billy Watkins" and an age of "5" (referring to a fictional five-year-old
> child).  The portion of the altered court document image posted also contained Plaintiff's phone
> number and fax number.  Defendant Qazi posted the altered image alongside the text:
>            "BREAKING: Aaron Greenspan of Plainsite has been arrested after trying to beat up a
>       group of kids in the playground after a failed child abduction. The kids ended up doing a
>       number on him and now he has filed a restraining order against them.  Should've known



← | Search Twitter          | Log in | Sign up | •••

---

 **Critical Enthusiasm** @WR4NYGov · 11m                            ⌄

Irrelevant detail about some guy who's not part of the lawsuit.

And Greenie reported something to the FBI.

Small chance the FBI had better things to do with their time. Probably. Not sure they do much really.

> 49.    A similar anonymous fax from the same unknown fax number was reportedly sent to another critic of Tesla, Paul Huettner, in December 2018.  That fax, with the same cover page style, reportedly contained a thinly veiled death threat aimed at Mr. Huettner.  *See* https://twitter.com/Paul_M_Huettner/status/1075415917809541121.  The fax cover page in that instance purported to be from "Elon Musk" with a message of, "Paul, Would you prefer to go first or would you prefer your family go first."
>
> 50.    Plaintiff immediately reported the harassing text messages and pornographic fax to the Federal Bureau of Investigation ("FBI").

💬 1             ⟲             ♡ 1             ⬆

---

 **Critical Enthusiasm** @WR4NYGov · 10m                            ⌄

After calling Omar's dad didn't work, and then calling the FBI didn't work, he calls Tesla's board to complain about Omar.

Someone seems like a heck of a whiner.

> 51.    In light of these events, on August 7, 2019 at 3:27 P.M., Plaintiff e-mailed the Tesla Board of Directors, including Defendant Musk, with concerns about Defendant Tesla's relationship with Defendant Qazi.  *See* Exhibit A.  Plaintiff did not receive any response to this message from Defendant Musk or any Tesla Director or representative.

💬 2             ⟲ 1             ♡ 2             ⬆

---

 **Whole Mars** @WholeMarsBlog                                ⌄

Replying to @WR4NYGov @HenrockHenry and 4 others

## funny thing is, Omar and Elon didn't know each other at all at this point

8:07 PM · Jul 3, 2020 · Twitter for iPhone

💬             ⟲             ♡             ⬆

---

### New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

---

### Relevant people

 **Whole Mars** @WholeMarsBlog          **Follow**

part 24 hour EV news channel / part shitty stand up comedy routine

 **Critical Enthusiasm** @WR4NYGov          **Follow**

Warren Redlich - combining #CriticalThinking with #enthusiasm. Long Tsla, FB, Google, Amzn. Tesla referral ts.la/warren26324 #Libertarian

 **Henrock** @HenrockHenry          **Follow**

---

### What's happening

Movies · Last night
**Fans are more than satisfied with Hamilton arriving on Disney+**



#Hamilfilm 🤩
Hamilton is now streaming on Disney+
▶ Promoted by Disney+

Politics · Trending
**Kimberly Guilfoyle**
Trending with: Don Jr., Donald Trump Jr.

News · 31 minutes ago
**Protesters temporarily block Mount Rushmore road ahead of President Trump's rally**



Politics · Trending
**South Dakota**

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.



←    🔍 Search Twitter        Log in    Sign up   ⬤⬤⬤



**Follow**

### Whole Mars
@WholeMarsBlog

part 24 hour EV news channel / part shitty stand up comedy routine

📍 San Francisco, California    🔗 wholemars.net    📅 Joined May 2020

**1,916** Following     **4,873** Followers

| **Tweets** | Tweets & replies | Media | Likes |
|------------|------------------|-------|-------|

←    🔍 Search Twitter           Log in    Sign up   •••



⇄ Whole Mars Retweeted

**Elon Musk** ✓ @elonmusk · 2h      ⌄

Replying to @ReadCoal @Supernautical and 4 others

This is false. I landed in Montreal at age 17 with $2000, a backpack of clothes & suitcase of books. My father is bankrupt & has been for a long time. I inherited literally nothing from him.

**Elon Musk Is the Hero America Deserves**
Ashlee Vance interviews the billionaire entrepreneur on his Twitter usage, selling off his possessions, and the historic upcoming launch.
🔗 bloomberg.com

💬 52     ⇄ 42     ♡ 156        ⬆

⇄ Whole Mars Retweeted

**Dmitriy** @dmitriyTM3 · 2h      ⌄

Replying to @WR4NYGov @WholeMarsBlog and 5 others

If that's not a harassment then I don't know what is.

💬     ⇄ 1     ♡ 2        ⬆

⇄ Whole Mars Retweeted

**Critical Enthusiasm** @WR4NYGov · 2h      ⌄

Replying to @WR4NYGov @HenrockHenry and 5 others

Never diagnosed ...

Sounds like a line from the movie Stripes.

Q: Have you ever been convicted of a crime?
A: Convicted? No, never convicted.

161.    Plaintiff has never suffered from any psychiatric illness, nor has Plaintiff ever been diagnosed with any mental disorder. Plaintiff does not live in and has never been admitted to a psychological unit for clinical evaluation, nor has Plaintiff ever visited with a mental health

Search Twitter

Log in   Sign up

Whole Mars Retweeted

**Stephan** @stephanvaningen · 2h
Replying to @WholeMarsBlog and @elonmusk
Nice thread again :) — They can change their initial statement "hydrogen is the most redundent" to "protons, electrons and morons are the most redundent" 🙃.

💬  ⟲ 1  ♡ 1  ⬆️

Whole Mars Retweeted

**Kaushik Krishna VR** @kkvr2823 · 2h
Replying to @Kristennetten @MFrunker and 9 others

Three arrested after Tesla cars stolen off hauler in Flint
The three men have been let out of jail, as investigators work to find out if they've done this before and who else might be involved.
🔗 abc12.com

💬 2  ⟲ 4  ♡ 7  ⬆️

Whole Mars Retweeted

**Melvern Bristol** @BristolMelvern · 2h
Replying to @elonmusk @WholeMarsBlog and @tesla_truth
Haters gonna keep hating the underdog!!! Get em Elon, I cant wait to buy my first Tesla and when I do I'm never looking back!!!

💬 2  ⟲ 1  ♡ 9  ⬆️

Whole Mars Retweeted

**Critical Enthusiasm** @WR4NYGov · 2h
Replying to @WR4NYGov @HenrockHenry and 5 others
I'm somewhat familiar with the concept of vicarious liability.

This ain't it. Nice try Greenie.

> 156.   Defendant Musk is vicariously liable for all libelous statements published by
> Defendant Qazi concerning Plaintiff through at least October 9, 2019, the date that Defendant
> Musk was quoted in *Bloomberg Businessweek* as having told Defendant Qazi, "Your Twitter is
> awesome!"  This wholesale endorsement of Defendant Qazi's statements up to that point
> amplified their effect and encouraged untold thousands of readers to correctly believe that
> Defendant Qazi's statements, positive and negative, were completely supported by Defendant
> Musk—a billionaire perceived by many to be at the pinnacle of success.

💬 1  ⟲ 1  ♡ 2  ⬆️

Whole Mars Retweeted

**Sean M Mitchell** @seanmmitchell · 2h

### New to Twitter?
Sign up now to get your own personalized timeline!

**Sign up**



←    🔍 Search Twitter      Log in   Sign up   •••

⇄ Whole Mars Retweeted

**Critical Enthusiasm** @WR4NYGov · 2h ⌄

Replying to @WR4NYGov @HenrockHenry and 5 others

Greenie accuses Omar of participating in an interview.

Great interview by the way.

Maybe Third Row should interview Greenie? Boy that idea will help me sleep tonight.



133.  Signaling the vital importance of Defendant Qazi's work harassing Tesla's critics, Defendant Musk appeared on video with Defendant Qazi in a 3.5-hour-long Third Row Tesla podcast filmed at one of Defendant Musk's Los Angeles homes on February 9, 2020.  *See* https://www.youtube.com/watch?v=J9oEc0wCQDE.  The below photograph depicts Defendant Qazi (far right) with other Third Row Tesla members, Defendant Musk (far left) and Tesla Director Kimbal Musk (second from right with cowboy hat) at the recording session:

💬 2    ⇄ 1    ♡ 2    ⬆

⇄ Whole Mars Retweeted

**That T3sla Guy** @thatt3slaguy · 2h ⌄

Replying to @WR4NYGov @WholeMarsBlog and 5 others

Wait so he is using every tweet talking about him in the lawsuit? Lol

💬 2    ⇄ 1    ♡ 1    ⬆

⇄ Whole Mars Retweeted

**Erin Greenspam** 🤮 @AaronDweeb · Oct 28, 2019 ⌄

#NewProfilePic this is more realistic

💬 1    ⇄ 1    ♡ 6    ⬆

⇄ Whole Mars Retweeted

**Erin Greenspam** 🤮 @AaronDweeb · May 21 ⌄

#NewProfilePic

**You might like**

 **K10** ✨ⓒ
@Kristennetten   Follow

🧛 **Earl of FrunkPuppy** 🐶
@28delayslater   Follow

 **Nikola Tesla's Ghost** 👻
@Nikola_Truth   Follow

Show more

**What's happening**

Movies · Last night
**Fans are more than satisfied with Hamilton arriving on Disney+**

#Hamilfilm⭐
Hamilton is now streaming on Disney+
📺 Promoted by Disney+

Animals · Trending
**#xposed**

NFL · Earlier today
**The debate around the name of Washington's NFL team has existed for decades**

Trending in United States
**EAT JIN**

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.



**<u>EXHIBIT C</u>**

July 16, 2020 Digital Millennium Copyright Act Counter-Notice From Omar Qazi
Including Statement Accepting Service of Process

**From: Support** dmca@automattic.com
**Subject:** DMCA Counter Notice Received
**Date:** July 16, 2020 at 2:17 PM
**To:** Aaron Greenspan aarong@thinkcomputer.com

##– Please type your reply above this line –##

**Knox** (Automattic)

Jul 16, 2020, 9:17 PM UTC

Hello,

We have received a formal DMCA Counter Notice regarding the material removed in response to a DMCA Takedown Notice submitted by you on 7/11/2020. The complete Counter Notice is pasted below. You now have a period of 10 business days to initiate legal action against the individual responsible for the material's publication and submission of this Counter Notice. Should you choose to pursue the matter legally, you will need to respond to this email immediately and provide us with all relevant and legal documentation evidencing such action. Access to the content in question will then remain disabled until a determination is made by the court. Please note that the DMCA requires that any legal action must be filed in the district of the user's address as listed in the counter notice, unless that address is outside the United States, in which case the action must be filed in an area where Automattic are legally established.

If no further action is taken, we will be required to restore access to the material at the end of the 10 business-day period.

Thank you very much.

— Begin counter notice —

DMCA counter submission from omar@smick.com
Counter Notice Details:
Location at which the material appeared on your WordPress.com blog before it was removed or access to it was disabled: https://wholemars.net/wp-content/uploads/2020/07/maxresdefault-10.jpg
https://wholemars.net/wp-content/uploads/2020/07/4.jpeg
https://wholemars.net/wp-content/uploads/2020/07/5.jpeg
https://wholemars.net/wp-content/uploads/2020/07/6.jpeg
https://wholemars.net/wp-content/uploads/2020/07/7.jpeg
https://wholemars.net/wp-content/uploads/2020/07/8.jpeg
https://wholemars.net/wp-content/uploads/2020/07/9.jpeg

https://wholemars.net/wp-content/uploads/2020/07/a.jpeg
https://wholemars.net/wp-content/uploads/2020/07/b.jpeg
https://wholemars.net/wp-content/uploads/2020/07/c.jpeg
https://wholemars.net/wp-content/uploads/2020/07/d.jpeg
https://wholemars.net/wp-content/uploads/2020/07/e.jpeg
https://wholemars.net/wp-content/uploads/2020/07/f.jpeg
https://wholemars.net/wp-content/uploads/2020/07/g.jpeg
https://wholemars.net/wp-content/uploads/2020/07/h.jpeg
https://wholemars.net/wp-content/uploads/2020/07/j.jpeg
https://wholemars.net/wp-content/uploads/2020/07/k.jpeg
https://wholemars.net/wp-content/uploads/2020/07/l.jpeg
https://wholemars.net/wp-content/uploads/2020/07/m.jpeg
https://wholemars.net/wp-content/uploads/2020/07/n.jpeg
https://wholemars.net/wp-content/uploads/2020/07/q.jpeg
https://wholemars.net/wp-content/uploads/2020/07/p.jpeg
https://wholemars.net/wp-content/uploads/2020/07/o.jpeg
https://wholemars.net/wp-content/uploads/2020/07/r.jpeg
https://wholemars.net/wp-content/uploads/2020/07/s.jpeg
https://wholemars.net/wp-content/uploads/2020/07/t.jpeg
https://wholemars.net/wp-content/uploads/2020/07/u.jpeg
https://wholemars.net/wp-content/uploads/2020/07/v.jpeg
https://wholemars.net/wp-content/uploads/2020/07/w.jpeg
https://wholemars.net/wp-content/uploads/2020/07/x.jpeg
https://wholemars.net/wp-content/uploads/2020/07/y.jpeg
https://wholemars.net/wp-content/uploads/2020/07/z.jpeg

Date on which content was removed: 7/12/2020
Full Legal Name: Omar Qazi
Address: 3825 Del Amo Boulevard
City: Torrance
State: Ca
Country: US
ZIP: 90503
Phone Number: 310█████████
Digital Signature: Omar Qazi

I declare under penalty of perjury that I have a good faith belief that the
material was removed or disabled as a result of mistake or misidentification of
the material to be removed or disabled.
I consent to the jurisdiction of Federal District Court for the judicial district
in which my address is located, or if my address is outside of the United States,
for any judicial district in which Automattic may be found.
I will accept service of process from the person who provided notification under
subsection (c)(1)(C) or an agent of such person.
I understand that a copy of this counter notice, including my contact information

```
(address, telephone number, and email address) will be forwarded to the person who
provided the Infringement Notice.
```

— End counter notice —

Knox | Community Guardian | Automattic

This email is a service from Automattic.

[YDE6VD-96MV]