Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>　　Defendants. | Case No. 3:20-cv-03426-JD<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST OMAR QAZI AND SMICK ENTERPRISES, INC.**<br><br>Judge: Hon. James Donato<br>Complaint Filed: May 20, 2020 |

　　Pursuant to Federal Rule of Evidence 201 and *Rosales-Martinez v. Palmer*, 753 F.3d 890, 894-895 (9th Cir. 2014), Plaintiff Aaron Greenspan requests that the Clerk and Court take judicial notice of the following mug shot photograph of Defendant Omar Qazi, taken by the Brevard County, Florida Sheriff's Office on or around January 6, 2018 upon Defendant Qazi's arrest, and to which Defendant Qazi referred as "my photo" as described in ¶ 1 and Exhibit A of the July 21, 2020 Declaration of Aaron Greenspan In Further Support of Plaintiff's Application for Entry of Default Against Omar Qazi and Smick Enterprises, Inc., ECF No. 47-1:



Dated: July 23, 2020

Aaron Greenspan
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org