**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendants Omar Qazi
and Smick Enterprises, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **AARON GREENSPAN**, <br><br>    Plaintiff, <br><br> v. <br><br> **OMAR QAZI**, et al., <br><br>    Defendants. | Case No. 3:20-cv-03426-JD <br><br> **DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF DEFENDANTS OMAR QAZI AND SMICK ENTERPRISES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR FRCP 11 SANCTIONS ON KRONENBERGER ROSENFELD LLP AND DEFENDANTS OMAR QAZI AND SMICK ENTERPRISES, INC.** <br><br> Date:     October 1, 2020 <br> Time:    10:00 a.m. <br> Before:  The Hon. James Donato <br> Ctrm.:   11, 19th Floor |

I, Karl S. Kronenberger, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before this Court. I am a partner at the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Defendants Omar Qazi and Smick Enterprises, Inc. (collectively, "Defendants") in this action. Unless otherwise stated, I have personal knowledge of the facts stated herein.

2. Throughout this case, I have repeatedly tried to work cooperatively with pro se Plaintiff Aaron Greenspan, including on issues related to Plaintiff's present motion. My firm, Defendants, and I have spent multiple hours and thousands of dollars trying to work with Plaintiff on various issues, in particular on lifting default on Plaintiff's original Complaint [D.E. 44], opposing Plaintiff's request for default on the First Amended Complaint [D.E. 46], and stipulating to allow Plaintiff to file a Second Amended Complaint [D.E. 69].

3. Plaintiff's motion claims that the filing of D.E. Nos. 44 and 46 violated Federal Rule of Civil Procedure ("Rule") 11. My firm, Defendants, and I take Rule 11 motions very seriously but find no basis for the motion in this case. In particular, our filings reflected in D.E. Nos. 44 and 46 were made after consultation with our clients, and in particular we relied on the Declaration of Mr. Qazi [D.E. 44-1], which I found to be reasonable and supported by the circumstances and facts known to me.

4. On August 12, 2020, I emailed Plaintiff, disputing that there was any unlawful or sanctionable conduct, in response to Plaintiff's threat to file the present motion for sanctions. A true and correct copy of that email is attached hereto as **Exhibit A**.

5. On September 2, 2020, the Court issued an Order regarding default and civility, resolving the default issues. [D.E. 72.] On the same day, I emailed Plaintiff asking that, given the order, would Plaintiff consider withdrawing the present motion for sanctions; I also discussed these issues on the phone with Plaintiff, and Plaintiff indicated he would not withdraw the present motion for sanctions. A true and correct copy of the foregoing email correspondence is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

DATED:  September 2, 2020                              s/Karl S. Kronenberger
                                                                             Karl S. Kronenberger

# Exhibit A

| | |
|---|---|
| **From:** | Karl Kronenberger <karl@krinternetlaw.com> |
| **To:** | Aaron Greenspan <aaron.greenspan@plainsite.org> |
| **CC:** | Jeff Rosenfeld <jeff@krinternetlaw.com>, Liana Chen<liana@krinternetlaw.com>, Leah Vulic <leah@krinternetlaw.com> |
| **Subject:** | RE: Motion for Sanctions |
| **Date:** | Wed, 12 Aug 2020 23:04:33 +0000 |
| **Message-ID:** | <BYAPR02MB4727F6E6D3DF5A5E1FBCE2E2D9420@BYAPR02MB4727.namprd02.prod.outlook.com> |

Hello Aaron,

We have reviewed your motion for sanctions, and we dispute that there has been any unlawful or sanctionable conduct, including as related to the differing opinions about service or anonymous online accounts. In efforts to try to resolve these issues, we have filed an updated certificate of interested entities, and we have requested that the Court allow our clients to respond to the FAC (which was filed on July 2) by August 18.

Sincerely,

Karl

-----Original Message-----
From: Aaron Greenspan <aaron.greenspan@plainsite.org>
Sent: Monday, July 27, 2020 9:39 PM
To: Karl Kronenberger <karl@krinternetlaw.com>
Cc: Jeff Rosenfeld <jeff@krinternetlaw.com>; Liana Chen <liana@krinternetlaw.com>; Leah Vulic <leah@krinternetlaw.com>
Subject: Motion for Sanctions

Karl,

For your convenience, attached is a copy of the motion for sanctions served on Saturday.

Aaron

PlainSite | https://www.plainsite.org

# Exhibit B

| | |
|---|---|
| From: | Karl Kronenberger <karl@krinternetlaw.com> |
| To: | Aaron Greenspan <aaron.greenspan@plainsite.org> |
| CC: | Jeff Rosenfeld <jeff@krinternetlaw.com>, Liana Chen<liana@krinternetlaw.com>, Kate Hollist <kate@krinternetlaw.com>, Liana Chen<liana@krinternetlaw.com> |
| Subject: | Request to Withdraw Rule 11 Motion |
| Date: | Wed, 2 Sep 2020 22:13:57 +0000 |
| Message-ID: | <BYAPR02MB472738BB488E21EAE0840B58D92F0@BYAPR02MB4727.namprd02.prod.outlook.com> |

Hello Aaron:

Given the order today from the Court lifting default, will you consider withdrawing your Rule 11 motion?

We need to file our opposition in the next hour or so if you don't withdraw the motion.

Very best regards,

Karl

---

# Karl S. Kronenberger

**PARTNER**

**KRONENBERGER ROSENFELD, LLP**

150 Post Street, Ste 520 San Francisco, CA 94108

**Phone:** (415) 955-1155 Ext. 114

 

Get vCard   LinkedIn   karl@krinternetlaw.com

www.krinternetlaw.com

Follow us

 

NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited.  If you are not the intended recipient, please contact the sender at the above number and delete all copies.  Inadvertent waiver shall waive no privileges.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein (the foregoing paragraph has been affixed pursuant to U.S. Treasury Regulations governing tax practice).