**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendants Omar Qazi
and Smick Enterprises, Inc.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **AARON GREENSPAN**, <br><br> Plaintiff, <br><br> v. <br><br> **OMAR QAZI**, et al., <br><br> Defendants. | Case No. 3:20-cv-03426-JD <br><br> **DECLARATION OF OMAR QAZI IN SUPPORT OF DEFENDANTS OMAR QAZI AND SMICK ENTERPRISES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR FRCP 11 SANCTIONS ON KRONENBERGER ROSENFELD LLP AND DEFENDANTS OMAR QAZI AND SMICK ENTERPRISES, INC.** <br><br> Date:     October 1, 2020 <br> Time:    10:00 a.m. <br> Before:  The Hon. James Donato <br> Ctrm.:   11, 19th Floor |

I, Omar Qazi, declare as follows:

1. I am a Defendant in this action and a principal of Defendant Smick Enterprises, Inc., which is also a Defendant in this action. Unless otherwise stated, I have personal knowledge of the facts stated herein.

2. On July 15, 2020, I executed a declaration in support of Defendants' motion to lift default. The statements in that declaration are still true and accurate. Importantly, despite the allegations of Plaintiff about earlier notice, I only became aware of the fact that a lawsuit was actually filed against me on or around July 3, 2020, when I was contacted by a co-Defendant about the action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 2, 2020


Omar Qazi (Sep 2, 2020 10:29 PDT)

Omar Qazi

Case No. 3:20-cv-03426-JD    1    **DECL. OF O. QAZI ISO SMICK DEFS' OPP TO MTN FOR SANCTIONS**