Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

AARON GREENSPAN,

    Plaintiff,

    v.

OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,

    Defendants.

Case No. 3:20-cv-03426-JD

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR FRCP 11 SANCTIONS ON KRONENBERGER ROSENFELD LLP AND DEFENDANTS OMAR QAZI AND SMICK ENTERPRISES, INC.**

Judge: Hon. James Donato
SAC Filed: August 26, 2020

    Despite counsel for Defendants Qazi and Smick Enterprises, Inc. explicitly admitting to their violation of an agreement between the parties just this afternoon, and despite the numerous false and misleading statements contained in their Opposition (ECF No. 73) to the above-referenced Motion, in the spirit of the Court's Order Re Default and Civility (ECF No. 72) which notes the Court's inherent ability to issue sanctions *sua sponte* where appropriate, Plaintiff Aaron Greenspan hereby withdraws his Motion for Federal Rule of Civil Procedure 11 Sanctions on Kronenberger Rosenfeld LLP and Defendants Omar Qazi and Smick Enterprises, Inc., recorded on the docket as ECF No. 66.

1  Dated: September 9, 2020

*Aaron Greenspan*
Aaron Greenspan
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org