# EXHIBIT 6

twitter.com/PlainSite/status/1033014089579151362

### Tweet



**PlainSite**
@PlainSite

Replying to @LokkenJorn and @Tesla

Actually, we did try to check last night. Furthermore, Elon Musk has a habit of communicating false information via Twitter. The official Tesla statement contained no information about exactly which tent was affected and whether manufacturing was affected.

8:32 AM · Aug 24, 2018 · Twitter Web Client