UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>     Plaintiff,<br><br>     v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC.,<br>ELON MUSK, and TESLA, INC.,<br><br>     Defendants. | Case No. 3:20-cv-03426-JD<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR FRCP 11 SANCTIONS ON KRONENBERGER ROSENFELD LLP AND DEFENDANTS OMAR QAZI AND SMICK ENTERPRISES, INC.**<br><br>Re: ECF No. 83 |

   The Court has before it Plaintiff's Motion for Federal Rule of Civil Procedure ("Rule") 11 Sanctions on Kronenberger Rosenfeld LLP and Defendants Omar Qazi and Smick Enterprises, Inc., requesting that this Court impose sanctions on those defendants and their counsel for having made false and misleading statements. Having reviewed and considered the motion and the supporting and opposing documents, as well as the other related papers and pleadings on file, the motion is hereby **GRANTED**.

   Kronenberger Rosenfeld LLP shall pay $10,000.00 to the Court within ten (10) days.

   Omar Qazi and Smick Enterprises, Inc. shall combined, split in a matter to be determined by the parties, pay $10,000.00 to the Court within ten (10) days.

   Omar Qazi and Smick Enterprises, Inc. shall combined, split in a matter to be determined by the parties, pay Plaintiff Aaron Greenspan for 20 hours of time at the rate of $_____ per hour within ten (10) days.

   The Clerk of Court shall strike ECF No. 75 from the record.

[PROPOSED] ORDER ON PLAINTIFF'S MOTION     1                         3:20-cv-03426-JD
FOR FRCP 11 SANCTIONS

Any further violations of Rule 11 shall lead to the imposition of more severe sanctions.

**IT IS SO ORDERED.**

Dated:

_____
Hon. James Donato
Judge of the United States District Court