**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendants Omar Qazi
and Smick Enterprises, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **AARON GREENSPAN**, <br><br> Plaintiff, <br><br> v. <br><br> **OMAR QAZI**, et al., <br><br> Defendants. | Case No. 3:20-cv-03426-JD <br><br> **DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF DEFENDANTS OMAR QAZI AND SMICK ENTERPRISES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR FRCP 11 SANCTIONS ON KRONENBERGER ROSENFELD, LLP AND DEFENDANTS OMAR QAZI AND SMICK ENTERPRISES, INC.** <br><br> Date: December 10, 2020 <br> Time: 10:00 a.m. <br> Before: The Hon. James Donato <br> Ctrm: 11, 19th Floor |

I, Karl S. Kronenberger, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before this Court. I am a partner at the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Defendants Omar Qazi and Smick Enterprises, Inc. (the "Smick Defendants") in this action. Unless otherwise stated, I have personal knowledge of the facts stated herein.

2. On October 4, 2020, Plaintiff Aaron Greenspan served me, via email, with his Notice of Motion and Motion for Rule 11 Sanctions on Kronenberger Rosenfeld LLP and Defendants Omar Qazi and Smick Enterprises, Inc. A true and correct copy of Plaintiff's email is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 9, 2020            s/ Karl S. Kronenberger
                                                        Karl S. Kronenberger

# Exhibit A

| | |
|---|---|
| **From:** | Aaron Greenspan |
| **To:** | Karl Kronenberger |
| **Cc:** | Jeff Rosenfeld; Liana Chen; Kate Hollist |
| **Subject:** | Greenspan v. Qazi et al Motion for Rule 11 Sanctions |
| **Date:** | Sunday, October 4, 2020 8:30:18 PM |
| **Attachments:** | 20201003.motionsanctions.pdf |
| | 20201004.declaration.pdf |
| | 20201003.proposedorder.pdf |

Karl,

Please see attached. Pursuant to our prior written agreement of July 27, 2020, you are hereby served via e-mail.

Aaron

PlainSite | https://www.plainsite.org



