Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>Plaintiff,<br><br>v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>Defendants. | Case No. 3:20-cv-03426-JD<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. James Donato<br>Complaint Filed: May 20, 2020<br>SAC Filed: August 26, 2020 |

Pursuant to Federal Rule of Evidence 201 and *Rosales-Martinez v. Palmer*, 753 F.3d 890, 894-895 (9th Cir. 2014), Plaintiff Aaron Greenspan requests that the Court incorporate by reference or take judicial notice of the documents identified below in support of Plaintiff's Second Amended Complaint ("SAC"). These documents did not yet exist at the time the SAC was filed.

## I.    DOCUMENTS SUBJECT TO THIS REQUEST

| Exhibit | Description | Basis for Notice and/or Incorporation |
|---|---|---|
| A | Twitter, Inc. "Ban evasion policy" Dated October 2020 | Publicly available from a reliable source; SAC ¶¶ 10, 110, 138, 293(h) |
| B | LinkedIn Profile of Former Tesla, Inc. Director of Engineering Dorian West Disclosing That "Tesla Semi | Publicly available from a reliable source; SAC |

| | program engineering team" Had Been "Redeployed…as needed" | Issue No. 31 |
|---|---|---|
| C | @ElonMusk Twitter Post Dated October 16, 2020 For The First Time Disclosing Multiple Neck Surgeries | Publicly available from a reliable source; SAC Issue No. 44 |
| D | @ElonMusk Twitter Post Dated November 3, 2020 For The First Time Disclosing Tesla, Inc. "about a month" From Bankruptcy During "mid 2017 to mid 2019" | Publicly available from a reliable source; SAC Issue Nos. 1, 4, 5, 6 |

## II.    FACTUAL BASIS

Judicial notice is proper because all of these documents did not yet exist when the SAC was filed on August 26, 2020, but are now available from reliable public sources.  As such, the documents' existence and authenticity cannot reasonably be questioned.

The website of Twitter, Inc. is a reliable public source, both for content concerning the company itself and for posts by specific users.  Per counsel for Defendant Musk, "Courts in this district and elsewhere in the Ninth Circuit have found that tweets are appropriate subjects of judicial notice where—as here—they are publicly available and their accuracy may not reasonably be questioned.  *Unsworth v. Musk*, No. 19-MC-80224-JSC, 2019 WL 5550060, at *4 (N.D. Cal. Oct. 28, 2019) ('[J]udicial notice is proper because the existence of the publicly-available . . . tweets cannot reasonably be questioned.')."  ECF No. 58.

Similarly, LinkedIn profiles are reliable public sources properly subject to judicial notice.  "[T]he Court here takes judicial notice of Thomas Alston's LinkedIn profile (which is still currently active)…"  *Miller v. Southwest Credit Systems, L.P. et al*, Case No. 1:18-cv-02538-ADC (D. Maryland December 4, 2019).  Mr. West's LinkedIn profile is active and accessible at https://www.linkedin.com/in/dorian-west/.

## III.    CONCLUSION

For the aforementioned reasons, Plaintiff respectfully requests that the Court take judicial notice of the above referenced documents.

Dated: November 20, 2020

Aaron Greenspan
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

**<u>EXHIBIT A</u>**
Twitter, Inc. "Ban evasion policy" Dated October 2020

 **Help Center**

# Ban evasion policy

## Overview

**October 2020**

Our rules exist to help keep everyone using Twitter safe and ensure they can participate freely in the public conversation. Therefore, we prohibit attempts to circumvent prior enforcement, including through the creation of new accounts.

## What is in violation of this policy?

Under this policy we prohibit a range of behaviors:

- **You can't circumvent permanent suspensions.** If an account has been permanently suspended for severe violations of the Twitter Rules (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/twitter-rules), Twitter reserves the right to also permanently suspend any other account we believe the same account holder or entity may be operating in violation of our earlier suspension, regardless of when the other account was created.

- **You can't circumvent a Twitter suspension, enforcement action, or anti-spam challenge.** This includes any behavior intended to evade any Twitter remediation, such as creating a new account or repurposing an already-existing account.

- **You can't circumvent a Twitter suspension by operating, or having someone else operate on your behalf, an account which represents your identity, persona, brand or business persona for a different purpose.**

- **You can't allow someone who has been permanently suspended from Twitter to permanently take over or temporarily operate your account.**

- **You can't imitate a suspended account if the apparent intent is to replace a suspended account.** Operating a parody, newsfeed, commentary, and fan account that does not function as a replacement of the suspended account is not in violation of the above, provided that the account follows the applicable requirements outlined

Feedback

in the policy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/parody-account-policy).

# What happens if you violate this policy?

The consequences for violating this policy depend on the type and severity of the violation and of the accounts' previous history of violations.

Circumventing a Twitter enforcement action (such as a permanent suspension) by creating accounts or repurposing existing accounts to replace or mimic a suspended account is a violation of the ban evasion policy; it will result in permanent suspension at first detection.

We may suspend any account that is being operated to circumvent a Twitter enforcement action (such as a temporary account lock). Note that the account owner may in some circumstances be allowed back on Twitter following a successful appeal; however, any account used for the purpose of circumventing Twitter remediation will remain suspended.

# Additional resources

If you believe that an account you own has been suspended or otherwise restricted in error, instead of creating a new account, we recommend that you appeal your account suspension by contacting our support team, and/or that you comply with completing required Twitter challenge(s) if applicable.

Learn more about our range of enforcement options (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/enforcement-options) and our approach to policy development and enforcement (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/enforcement-philosophy).

# Was this article helpful?*

 



**<u>EXHIBIT B</u>**
LinkedIn Profile of Former Tesla, Inc. Director of Engineering Dorian West Disclosing That
"Tesla Semi program engineering team" Had Been "Redeployed"



**Re-elect John Zoglin -** Lifelong emotional engagement with El Camino Hospital. Tonsils removed at 7



Aaron, u

## Dorian W. · 3rd

Leading engineering teams to create a sustainable transportation & energy future

San Francisco Bay Area · 500+ connections · Contact info

Stanford

People Als



Ni
•3r
EVI

Bri
•3r
Dir
Te

## About

Seasoned engineering leader with primary interest in sustainable transportation and energy. Background in mechanical, electrical, and software engineering. I am serious about developing engineering solutions to reduce

fossil fuel consumption.... see more

## Experience



**Director of Engineering**
Tesla · Full-time
Sep 2005 – Sep 2020 · 15 yrs 1 mo

Incredible 15 year experience at the world's most inspiring engineering company, accelerating the transition to sustainable transportation and energy.

2005-2007
Early employee initially served as the release engineer for the Roadster battery pack. Discovered and overcame novel challenges to utilize small cylindrical cells in the world's first production automotive application. Created and led the Battery Engineering team, critical to Tesla's early success. Supported manufacturing bringup of first battery module & pack factory overseas.

2007
Performed early vehicle system engineering for Whitestar vehicle (Model S).

2008-2011
Led battery pack development for automotive OEM customers (Smart Electric Drive, Mercedes A-Class Electric Drive). Supported Roadster battery manufacturing ramp to volume production domestically.

2011-2015
Led engineering development of full powertrain systems for automotive OEMs retrofitting their existing platforms (Toyota RAV4EV, Mercedes B-Class Electric Drive). These systems include


Ar
•3r
Dir
Eng


Bri
•3r
Ch

Ala
•2r
Dir
Eng

People Yo


Br
Fou
LLF


Ro
IoT
Sci

energy storage, propulsion, powertrain/cabin thermal management, low voltage generation, and charging. Supported vehicle level validation (e.g. battery structure was critical to vehicle crash performance.)

2015-2017
Reestablished and led vehicle Prototype Engineering & Fabrication team. Produced dozens of internal prototype systems and vehicles, including Bucks, Mules, Alpha, and Beta prototypes. Most notable were the functional showcars used to reveal the Model 3 and Tesla Semi.

2017-2020
Led Tesla Semi program engineering team. Redeployed team (and recruited others) as needed to support urgent hands-on efforts including battery module production at Nevada Gigafactory and vehicle general assembly in Fremont Factory.

**see less**



### Product Engineer
Mindtribe Product Engineering
Oct 2000 – Sep 2005 · 5 yrs

Helped establish a product engineering consulting firm during its early formative years. Performed project management, mechanical design, electrical design, and software design for embedded systems used in consumer, commercial, and industrial products. Exposed to a wide breadth of engineering challenges, working with dozens of diverse clients.



### QA Manager
GetFit.com
Feb 2000 – Dec 2000 · 11 mos

Established and led a quality assurance team at a fast paced web startup. Wide range of responsibilities including product specification and software validation prior to product launch.


An
Pro
Un


Me
Exi
Ma


Ma
UX


**LEARNING**
Add new skills







### Mechanical Engineer
Edge Innovations
Jun 1998 – Feb 2000 · 1 yr 9 mos

Responsible for the mechanical design, assembly, testing, and operation of underwater animatronic models for feature films & exhibits. Productions included Deep Blue Sea, The Perfect Storm, Disney World. Worked on location for film shoots and theme parks.



### Mechanical Engineer
Edge Innovations
Jan 1996 – Sep 1996 · 9 mos

Created CAD models and drawings for the Anaconda project. Redesigned and rebuilt whales for Free Willy 3, finally supporting the film shoot as a diver on location.

## Education



### Stanford
BSME & MSME, Mechanical Engineering
1992 – 1998
Activities and Societies: Stanford Solar Car Project



### Mount Vernon High School



See more cours

Promoted


Hac
The
UCR


Lea
Keep
onlin
how


How
USA
Lear

## Skills & endorsements

### Engineering Management · 77

Endorsed by **Barrie Dickinson and 3 others who are highly skilled at this**

Endorsed by **58 of Dorian's colleagues at Tesla**

### Engineering · 40

Endorsed by **Barrie Dickinson and 4 others who are highly skilled at this**

Endorsed by **27 of Dorian's colleagues at Tesla**

### Mechanical Engineering · 37

Endorsed by **Jonathan Hall and 3 others who are highly skilled at this**

Endorsed by **23 of Dorian's colleagues at Tesla**

**Show more** ⌄

## Recommendations

Received (0)    **Given (1)**

### Don Williams

IT Operations Manager at Lucid Motors

October 24, 2011, Dorian worked with Don in different groups

In the time we worked together at Tesla, Don was consistently conscientious, responsible, and hardworking. He oversaw a large portions of the IT systems while our company grew rapidly. I wouldn't hesitate to hire him into a demanding position with high expectations.



**<u>EXHIBIT C</u>**
@ElonMusk Twitter Post Dated October 16, 2020
For The First Time Disclosing Multiple Neck Surgeries





Explore

Settings



🔍 Search Twitter

**Andy Phillips** @flyerandyp · 3h

Ouch!  Not fun.

♡ 3

**Andy Phillips** @flyerandyp · 4h
Replying to @elonmusk and @mojosusan
Thanks, man. I'll look into that.

1   ♡ 48

**Critical Enthusiasm - Warren Redlich** @WR4NYGov · 3h
As a lawyer I've dealt with a lot of spine surgery cases. Let me know if you want to talk sometime, or meet for lunch.

1   ♡ 2

Show replies

🦹 **Earl of 100k tweets** 🦹 @28delayslater · 4h
Replying to @elonmusk @flyerandyp and @mojosusan
Provably can just bypass that spinal cord soon

4   1   ♡ 25

**Andy Phillips** @flyerandyp · 3h
I would gladly do that.

1   ♡ 4

Show replies

**adam stevens** @intelligent_eat · 4h
Replying to @elonmusk @flyerandyp and @mojosusan
This stuff is the best of modern medicine (when successful!) I had cardiac surgery as a baby - was born cyanotic, would've died without intervention. - had Mustard procedure for transposition of the great arteries, my heart operates in reverse to general pop :)

2   ♡ 2

**Andy Phillips** @flyerandyp · 3h
Wow!  That sounds amazing!  What a time to be alive.

1   ♡ 2

Show replies





**Explore**

**Settings**

Search Twitter

**<u>EXHIBIT D</u>**

@ElonMusk Twitter Post Dated November 3, 2020
For The First Time Disclosing Tesla, Inc. "about a month" From Bankruptcy
During "mid 2017 to mid 2019"



🐦

# Explore

⚙ Settings

← **Tweet**



**Jon Erlichman** ✓ @JonErlichman · 3h
On this day in 2008: Tesla secures $40 million loan to avoid bankruptcy

Today, it's the most valuable automaker in the world.

### Tesla Promised Another $40 Million, Loses Lawsuit

BY CLAIRE CAIN MILLER    NOVEMBER 3, 2008 2:49 AM

**UPDATED 4:23 p.m.:** Added news of ruling against Tesla in Tesla's suit against Fisker Automotive, a competing electric car company.

💬 25    ⟲ 497    ♡ 5.6K    ⬆

**Elon Musk** ✓ @elonmusk · 38m
That funding round completed 6pm on Christmas Eve in 2008. Last hour of last day possible, as investors were leaving town that night & we were 3 days away from bankruptcy. I put in all money I had, didn't own a house & had to borrow money from friends to pay rent. Difficult time.

💬 416    ⟲ 1.6K    ♡ 18.1K    ⬆

**Vincent** 🚀🟠 @vincent13031925 · 36m
And it turns out to become the best decision ever 🤍

💬 3    ⟲ 4    ♡ 456    ⬆

**Elon Musk** ✓ @elonmusk · 30m
I put in my last money, even though I thought we would still fail. But, it was either that or certain death for Tesla. Extremely difficult to raise money for an electric car startup (considered super quirky back then), while stalwarts like GM & Chrysler were going bankrupt.

💬 149    ⟲ 168    ♡ 1.8K    ⬆

**Zain** @ZainRaz4 · 30m
How close was Tesla from bankruptcy when bringing the Model 3 to mass production?

💬 2    ⟲ 2    ♡ 93    ⬆

**Elon Musk** ✓ @elonmusk

Replying to @ZainRaz4 @vincent13031925 and @JonErlichman

Closest we got was about a month. The Model 3 ramp was extreme stress & pain for a long time — from mid 2017 to mid 2019. Production & logistics hell.

6:59 AM · Nov 3, 2020 · Twitter for iPhone

**30** Retweets  **10** Quote Tweets  **552** Likes

💬    ⟲    ♡    ⬆

**I Love Katha** @ILoveKatha1 · 24m
Replying to @elonmusk @ZainRaz4 and 2 others
Will our European orders stay locked in for the coming standart Europe cybertruck? I'm betting on your Fsd achievement ;)
YOU ROCK!!! 🚀

💬    ⟲    ♡ 2    ⬆

🔍 Search Twitter

### New to Twitter?

Sign up now to get your own per

**Sign up**

### Relevant people

**Elon Musk** ✓
@elonmusk

**Zain**
@ZainRaz4

**Vincent** 🚀🟠
@vincent13031925
EV believer, Extrem
$TSLA & SpaceX in
Model3 / ModelY / (
TeslaSolar owner. C
of @tesmanian_con

### What's happening

US elections · **LIVE**
**Election Day: Voters head**
**polls across the US for the**
**elections**



**Explore**

**Settings**

Search Twitter

California: get local update
about the elections

US elections · Yesterday
Photo of Joe Biden not wea
a mask on a plane is from 2
fact-checkers report

World news · Yesterday
Whale sculpture in the
Netherlands stops train fro
going off the track 🐋

Entertainment · LIVE
It's Kendall Jenner's birtho

Show more

Terms of Service   Privacy Policy
Ads info   More •••   © 2020 Twit

**Dreams of Mars 2049** @MemesOfMars · 24m
Replying to @elonmusk @ZainRaz4 and 2 others
No Fear!



♡ 2

**waiting for posty to drop** @macxmalone · 24m
Replying to @elonmusk @ZainRaz4 and 2 others
How close is starship to the 15km launch?

**Jeremy Greenlee** @JeremyGreenlee · 23m
Replying to @elonmusk @ZainRaz4 and 2 others
How's the FSDbeta testing going??

♡ 2

**Stephen Pallotta** @stephenpallotta · 23m
Replying to @elonmusk @ZainRaz4 and 2 others
Why Tesla is starting to stockpile cash? Just precautionary?

♡ 2

**JoeyDollaz** @1Chinchi · 22m
Replying to @elonmusk @ZainRaz4 and 2 others
do you think cybertruck will out preform gms hummer



Explore



Settings



Elon Musk @elonmusk · 2mo Nah, it would be cool though. Classic car aesthetic would be a month then and about 3 sup was extreme stress &a...



Explore

Settings

Search Twitter





**Explore**

**Settings**

🔍 Search Twitter