Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>  Plaintiff,<br><br>  v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>  Defendants. | Case No. 3:20-cv-03426-JD<br><br>**DECLARATION OF AARON GREENSPAN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE APPLICATION FOR DEFAULT AND/OR MOTION FOR DEFAULT JUDGMENT ON SMICK ENTERPRISES, INC.** |

I, Aaron Greenspan, declare as follows:

1. I have consulted the California Secretary of State's Business Search database at https://businesssearch.sos.ca.gov on a number of occasions, most recently today, to check for the status of Smick Enterprises, Inc.

2. At no point has Smick Enterprises, Inc. ever been registered with or filed a Statement of Information with the California Secretary of State, or by extension, a tax return or payment with the California Franchise Tax Board.

3. At no point have Smick Enterprises, Inc. or its principal Omar Qazi ever argued that Smick Enterprises, Inc. was, in fact, registered to do business or paying taxes in California.

4. The closest matching company, Smick, Inc., was dissolved in 2006.

5. As Exhibit A, I have attached a true and correct copy of the California Secretary of State's Business Search results page at

https://businesssearch.sos.ca.gov/CBS/SearchResults?filing=&SearchType=CORP&SearchCriteria=smick&SearchSubType=Keyword accessed today, reflecting no company named Smick Enterprises, Inc. as of December 28, 2020.

6. As Exhibit B, I have attached a true and correct copy of my correspondence with opposing counsel regarding this motion. Although it is my understanding Smick Enterprises, Inc. cannot defend itself in this lawsuit in any way, pursuant to Civil Local Rule 7-11(a), I requested that Defendants Smick Enterprises, Inc. and Omar Qazi stipulate to this filing. Counsel responded by asking for citations to legal precedent, but did not definitively respond to my question regarding stipulation. Even if counsel had responded in a clear manner, it is not clear to me that his response would have any legal effect under *Palm Valley Homeowners Assn., Inc. v. Design MTC*, 85 Cal.App.4th 553, 556, 560 (2000).

7. As Exhibit C, I have attached a true and correct copy of an image posted by Defendant Omar Qazi on his personal website on December 25, 2020, depicting a payment request from Kronenberger Rosenfeld LLP to Smick Enterprises, Inc. for several legal bills in connection with this litigation, at https://i0.wp.com/wholemars.net/wp-content/uploads/2020/12/Screen-Shot-2020-12-25-at-7.14.27-AM.png?resize=768%2C740&ssl=1.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct and that this declaration was executed on December 28, 2020 in San Francisco, California.

Dated: December 28, 2020

_Aaron Greenspan_
Aaron Greenspan

**EXHIBIT A**

California Secretary of State Business Search Results Page as of December 28, 2020

**Alex Padilla**
**California Secretary of State**

 Business Search - Results

The California Business Search is updated daily and reflects work processed through Sunday, December 27, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for Corporation Name keyword "smick" returned 4 entity records (out of 4 records found).

Show [ 10 ] entities per page

Narrow search results: [          ]

| Entity Number | Registration Date | Status | Entity Name | Jurisdiction | Agent for Service of Process |
|---|---|---|---|---|---|
| C0996272 | 08/27/1980 | FTB SUSPENDED | **LARRY B. SMICK, D. O. INC.** | CALIFORNIA | WILLIAM MORTLAND |
| C1094638 | 10/30/1981 | FTB SUSPENDED | **LORRELL D. SMICK, D.D.S., INC.** | CALIFORNIA | LOREELL D SMICK |
| C0789728 | 12/23/1976 | DISSOLVED | **SMICK, INC.** | CALIFORNIA | NAOMI CHERI SMITH |
| C3530590 | 12/18/2012 | FTB SUSPENDED | **THE ALEXANDER SMICK MEMORIAL FOUNDATION** | CALIFORNIA | LEGALZOOM.COM, INC. (C2967349) |

Showing 1 to 4 of 4 entities

| Previous | 1 | Next |

Modify Search    New Search

**EXHIBIT B**
E-Mail Correspondence with Karl Kronenberger Regarding Motion for Leave To File

**From:** **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG
**Subject:** Civil Local Rule 7-11 Stipulation Request
**Date:** December 25, 2020 at 4:05 PM
**To:** Karl Kronenberger  karl@krinternetlaw.com
**Cc:** Jeff Rosenfeld  jeff@krinternetlaw.com,  Liana Chen  liana@krinternetlaw.com,  Kate Hollist  kate@krinternetlaw.com

Karl,

I plan to file an administrative motion for leave to file an application for default and/or motion for default judgment on Smick Enterprises, Inc., which is not registered to do business in California and has not paid taxes in California and is therefore unable to defend against a lawsuit.

Pursuant to Civil Local Rule 7-11(a), please let me know if you stipulate to this filing.

Aaron

PlainSite | https://www.plainsite.org

**From:** **Aaron Greenspan** aaron.greenspan@plainsite.org
**Subject:** Fwd: Civil Local Rule 7-11 Stipulation Request
**Date:** December 28, 2020 at 3:03 PM
**To:** Karl Kronenberger  karl@krinternetlaw.com
**Cc:** Jeff Rosenfeld  jeff@krinternetlaw.com,  **Liana Chen**  liana@krinternetlaw.com,  **Kate Hollist**  kate@krinternetlaw.com

Karl,

I will be filing this today. Please advise.

Aaron

PlainSite l https://www.plainsite.org

> Begin forwarded message:
>
> **From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
> **Subject: Civil Local Rule 7-11 Stipulation Request**
> **Date:** December 25, 2020 at 4:05:41 PM PST
> **To:** Karl Kronenberger <karl@krinternetlaw.com>
> **Cc:** Jeff Rosenfeld <jeff@krinternetlaw.com>, Liana Chen <liana@krinternetlaw.com>, Kate Hollist <kate@krinternetlaw.com>
>
> Karl,
>
> I plan to file an administrative motion for leave to file an application for default and/or motion for default judgment on Smick Enterprises, Inc., which is not registered to do business in California and has not paid taxes in California and is therefore unable to defend against a lawsuit.
>
> Pursuant to Civil Local Rule 7-11(a), please let me know if you stipulate to this filing.
>
> Aaron
>
> PlainSite l https://www.plainsite.org

**From:** **Karl Kronenberger** karl@krinternetlaw.com
**Subject:** RE: Civil Local Rule 7-11 Stipulation Request
**Date:** December 28, 2020 at 3:06 PM
**To:** Aaron Greenspan aaron.greenspan@plainsite.org
**Cc:** Jeff Rosenfeld jeff@krinternetlaw.com, Liana Chen liana@krinternetlaw.com, Kate Hollist kate@krinternetlaw.com

Hello,

Will you explain what your legal argument is for this motion?

Sincerely,

Karl

---

**From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
**Sent:** Monday, December 28, 2020 3:03 PM
**To:** Karl Kronenberger <karl@krinternetlaw.com>
**Cc:** Jeff Rosenfeld <jeff@krinternetlaw.com>; Liana Chen <liana@krinternetlaw.com>; Kate Hollist <kate@krinternetlaw.com>
**Subject:** Fwd: Civil Local Rule 7-11 Stipulation Request

Karl,

I will be filing this today. Please advise.

Aaron

PlainSite I https://www.plainsite.org

> Begin forwarded message:
>
> **From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
> **Subject: Civil Local Rule 7-11 Stipulation Request**
> **Date:** December 25, 2020 at 4:05:41 PM PST
> **To:** Karl Kronenberger <karl@krinternetlaw.com>
> **Cc:** Jeff Rosenfeld <jeff@krinternetlaw.com>, Liana Chen <liana@krinternetlaw.com>, Kate Hollist <kate@krinternetlaw.com>
>
> Karl,
>
> I plan to file an administrative motion for leave to file an application for default and/or motion for default judgment on Smick Enterprises, Inc., which is not registered to do business in California and has not paid taxes in California and is therefore unable to defend against a lawsuit.
>
> Pursuant to Civil Local Rule 7-11(a), please let me know if you stipulate to this filing.
>
> Aaron

Aaron

PlainSite | https://www.plainsite.org

**From:** **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG
**Subject:** Re: Civil Local Rule 7-11 Stipulation Request
**Date:** December 28, 2020 at 3:13 PM
**To:** Karl Kronenberger  karl@krinternetlaw.com
**Cc:** Jeff Rosenfeld  jeff@krinternetlaw.com,  **Liana Chen**  liana@krinternetlaw.com,  **Kate Hollist**  kate@krinternetlaw.com

Karl,

Pursuant to *Palm Valley Homeowners Assn., Inc. v. Design MTC* (2000), "[A] corporation suspended under the Corporations Code, like a corporation suspended under the Revenue and Taxation Code, is also disabled from participating in litigation activities." 85 Cal.App.4th 553, 556, 560. Smick Enterprises, Inc. ("Smick") has never even made an attempt to comply with the California Corporations Code; it therefore is also disabled from participating in litigation activities in California and cannot defend itself in this lawsuit. *See also Nickerman v. Remco Hydraulics, Inc.*, Case No. 3:06-cv-02555-SI at footnote 3 (N.D. Cal. August 8, 2006) (corporations that fail to pay taxes "may not prosecute or defend an action").

To the extent there may be cases where unregistered, as opposed to suspended, foreign corporations in California have alleged that they do have the right to defend themselves in court, those cases have not involved allegations that the corporation was delinquent insofar as taxes are concerned. Here, the allegations that Smick has not paid its taxes are explicit. And in fact, Smick has not paid its taxes.

Aaron

PlainSite | https://www.plainsite.org

**From:** **Karl Kronenberger** karl@krinternetlaw.com
**Subject:** RE: Civil Local Rule 7-11 Stipulation Request
**Date:** December 28, 2020 at 3:42 PM
**To:** Aaron Greenspan aaron.greenspan@plainsite.org
**Cc:** Jeff Rosenfeld jeff@krinternetlaw.com, Liana Chen liana@krinternetlaw.com, Kate Hollist kate@krinternetlaw.com

Aaron,

What is the docket number of the document to which you are referring in the *Nickerman* case below? There are 220 entries.

Sincerely,

Karl

---

**From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
**Sent:** Monday, December 28, 2020 3:13 PM
**To:** Karl Kronenberger <karl@krinternetlaw.com>
**Cc:** Jeff Rosenfeld <jeff@krinternetlaw.com>; Liana Chen <liana@krinternetlaw.com>; Kate Hollist <kate@krinternetlaw.com>
**Subject:** Re: Civil Local Rule 7-11 Stipulation Request

Karl,

Pursuant to *Palm Valley Homeowners Assn., Inc. v. Design MTC* (2000), "[A] corporation suspended under the Corporations Code, like a corporation suspended under the Revenue and Taxation Code, is also disabled from participating in litigation activities." 85 Cal.App.4th 553, 556, 560. Smick Enterprises, Inc. ("Smick") has never even made an attempt to comply with the California Corporations Code; it therefore is also disabled from participating in litigation activities in California and cannot defend itself in this lawsuit. *See also Nickerman v. Remco Hydraulics, Inc.*, Case No. 3:06-cv-02555-SI at footnote 3 (N.D. Cal. August 8, 2006) (corporations that fail to pay taxes "may not prosecute or defend an action").

To the extent there may be cases where unregistered, as opposed to suspended, foreign corporations in California have alleged that they do have the right to defend themselves in court, those cases have not involved allegations that the corporation was delinquent insofar as taxes are concerned. Here, the allegations that Smick has not paid its taxes are explicit. And in fact, Smick has not paid its taxes.

Aaron

PlainSite | https://www.plainsite.org

**From:** **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG
**Subject:** Re: Civil Local Rule 7-11 Stipulation Request
**Date:** December 28, 2020 at 3:43 PM
**To:** Karl Kronenberger  karl@krinternetlaw.com
**Cc:** Jeff Rosenfeld  jeff@krinternetlaw.com,  Liana Chen  liana@krinternetlaw.com,  Kate Hollist  kate@krinternetlaw.com

Karl,

I'm not sure, but only one of entries should be a court order that corresponds to the date in the citation, August 8, 2006.

Aaron

PlainSite | https://www.plainsite.org

**From:** **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG
**Subject:** Re: Civil Local Rule 7-11 Stipulation Request
**Date:** December 28, 2020 at 3:52 PM
**To:** Karl Kronenberger  karl@krinternetlaw.com
**Cc:** Jeff Rosenfeld  jeff@krinternetlaw.com,  Liana Chen  liana@krinternetlaw.com,  Kate Hollist  kate@krinternetlaw.com

Karl,

It's Document 49, attached.

Aaron

PlainSite | https://www.plainsite.org



gov.uscourts.ca
nd.178...9.0.pdf

**EXHIBIT C**
Image Posted By Omar Qazi Depicting Request for Smick Enterprises, Inc. To Pay Kronenberger Rosenfeld LLP $31,397.08

# Kronenberger Rosenfeld LLP

Dear Smick Enterprises, Inc.,

Your bill is ready. You can see your account summary below.

Thank you for your business.

---

## Account summary

**Amount due on Bill 22083** (⬇ [Download](#))  $9,228.88
Due date: 01/22/2021

**Amount due on 2 other bills**  $22,168.20

---

**Total amount due**  **$31,397.08**

---



The payment link will expire in 90 days upon receipt.