UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>    Plaintiff,<br><br>    v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC.,<br>ELON MUSK, and TESLA, INC.,<br><br>    Defendants. | Case No. 3:20-cv-03426-JD<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE APPLICATION FOR DEFAULT AND/OR DEFAULT JUDGMENT ON SMICK ENTERPRISES, INC.**<br><br>Re: ECF No. 96 |

Having reviewed Plaintiff's Administrative Motion for Leave to File Application For Default and/or Motion for Default Judgment on Smick Enterprises, Inc. and any related opposition and reply briefings, the motion is **GRANTED**. Since Defendant Smick Enterprises, Inc. is unable to defend itself in litigation as an unregistered corporation, the Clerk of Court shall enter default on Smick Enterprises, Inc. Plaintiff may file a Motion for Default Judgment on Smick Enterprises, Inc. within 14 days from the date of this Order and the entry of default, whichever is later.

**IT IS SO ORDERED.**

Dated:

_____
Hon. James Donato
Judge of the United States District Court