UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**AARON GREENSPAN**,

    Plaintiff,

v.

**OMAR QAZI**, et al.,

    Defendants.

Case No. 3:20-cv-03426-JD

**[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE APPLICATION FOR DEFAULT AND/OR MOTION FOR DEFAULT JUDGMENT ON SMICK ENTERPRISES, INC.**

Date:    In Chambers
Time:    In Chambers
Before:  The Hon. James Donato
Ctrm:    11, 19th Floor

Before the Court is Plaintiff Aaron Greenspan's Administrative Motion for Leave to File Application for Default and/or Motion for Default Judgment on Defendant Smick Enterprises, Inc. Having reviewed and considered Plaintiff's motion and supporting and opposing documents, as well as the other related papers and pleadings on file herein, and good cause appearing, the Court hereby finds and orders as follows:

IT IS ORDERED THAT Plaintiff's Administrative Motion for Leave to File Application for Default and/or Motion for Default Judgment on Defendant Smick Enterprises, Inc. is DENIED.

**IT IS SO ORDERED.**

DATED: _____       _____
                                                                  United States District Judge