**<u>EXHIBIT C</u>**
Example Posts and Messages by Omar Qazi



**Omar Qazi**
@omarqazi

i have this out of control revenge
impulse

and this time i'm really trying to
be like ok omar just relax

this aaron guy seems fucking
psychotic

but i found his home address
apartment number and phone
number on plain site

and im a little bit pissed he called
my dad

01/17/19, 23:45

> Hey you got $tslaq calling out his
> BS.
>
> 01/17/19, 23:45 ✓

hahahaha

01/17/19, 23:45

> Dude
>
> 01/17/19, 23:46 ✓

anyway it kind of annoyed me he
did that

01/17/19, 23:46

> What was the point of his call?
>
> 01/17/19, 23:46 ✓

like my dad didn't care but what
a fucking pussy

Dude, all Jim (steve jobs) said

> What happens phone shouldn't
> transcend to irl unless agreed
> upon
>
> 01/17/19, 23:46 ✓

was that screens freezing on
tesla doesn't make the car stop

guy is fucking nuts

some people are crazy

01/17/19, 23:47

> Yup
>
> 01/17/19, 23:47 ✓

anyway i called aaron a few times

01/17/19, 23:47

> Derangement
>
> And
>
> 01/17/19, 23:47 ✓

to fuck with him

I just Hi

this is the phone company

do you still live on 64 race street

apartment 4323

he's like yes who is this??!?

i'm like sir this is the phone
company

he goes which one?!?!!

AT&T sir

i've never been at at&t customer.
why are you calling me on a
blocked number

and i was just like sir i'm going to
need you to just hang tight and
stay in your apartment.

someone is coming to service
your apartment

he hung up

01/17/19, 23:49

> Haha
>
> 01/17/19, 23:49 ✓

he sounded like such a dork

01/17/19, 23:49

> You guys are having too much
> fun
>
> 01/17/19, 23:49 ✓

lol

yeah you know

all this happened on my birthday
too

01/17/19, 23:49

> Just don't let it escalate

You can no longer send Direct Messages to this person.
Learn more

one. twitter.com/tesla_truth/st…

> This Tweet is unavailable.

💬 10    ⟲ 9    ♡ 52

**PlainSite** @PlainSite · 6h ⌄

(There was no restraining order court date this week and there never was.)

💬 1    ⟲    ♡ 6

**PlainSite** @PlainSite · 6h ⌄

On Saturday, August 3rd, Qazi sent text messages to PlainSite founder @AaronGreenspan threatening to file a false police report against him about child pornography possession. He followed up minutes later with a pornographic fax.



💬 7    ⟲ 6    ♡ 29

**steve myro** @SteveMyro · 1h ⌄
Is this true @omarqazi?

💬 1    ⟲    ♡ 1

**Omar Qazi**     ( Follow )   ⌄
@omarqazi

Replying to @SteveMyro @PlainSite @AaronGreenspan

# I did make the joke post about Aaron getting beat up by kids or whatever with his contact info I got from PlainSite. Did it for fun because he posted tweeted about me. Deleted it later that day. Nothing personal against Aaron.

6:38 PM - 7 Aug 2019

💬    ⟲    ♡





Home Moments Search Twitter Have an account? Log in

Steve Jobs
@tesla_truth
I'm back to help
truth about Tesla
soul could rest, I
thing.. Fan parod
California, US
pravdur.com
Joined Nover

**Steve Jobs Ghost**
@tesla_truth
Follow

How did Aaron Greenspan of Plainsite manage to qualify for non-profit status and avoid paying the government taxes? Is it legal to use a non-profit to stalk and harass people?

2:16 PM - 8 Aug 2019

**2** Retweets **12** Likes

1 2 12

**Michael** @ElectroCar · 14m
Replying to @tesla_truth
IRS complaint
irs.gov/individuals/ho…

I think you need this form.
irs.gov/pub/irs-pdf/f1…

IRS

**How Do You Report Suspected Tax Fraud Activity?…**
If You… Then And … suspect or know of an individual or a business that is not complying with the tax laws on issues such as:
irs.gov

1 1

**Steve Jobs Ghost** @tesla_truth · 8m
Thanks! These are the valid reasons to have a non-profit.

Doesn't say anything about harassment and cyberstalking as exempt activities.

**Exempt Purposes - Internal Revenue Code Section 501(c)(3)**

English

**Exempt Organization Types**
**Charitable Organizations**
Tax Exempt Organization Search

The exempt purposes set forth in section 501(c)(3) are charitable, religious, educational, scientific, literary, testing for public safety, fostering national or international amateur sports competition, and preventing cruelty to children or animals. The term **charitable** is used in its generally accepted legal sense and includes relief of the poor, the distressed, or the underprivileged; advancement of religion; advancement of education or science; erecting or maintaining public buildings, monuments, or works; lessening the burdens of government; lessening neighborhood tensions; eliminating prejudice and discrimination; defending human and civil rights secured by law; and combating community deterioration and juvenile delinquency.

1 1

**Steve Jobs Ghost** @tesla_truth · 4m
this will probably be the most interesting letter they've read all year 😂

Form **13909** (December 2016)
Department of the Treasury - Internal Revenue Service
**Tax-Exempt Organization Complaint (Referral)**

1. Name of referred organization

Street address

City | State | ZIP code | Date of referral

2. Organization's Employer Identification Number (EIN)

3. Nature of violation
- [x] Directors/Officers/Persons are using income/assets for personal gain
- [x] Organization is engaged in commercial, for-profit business activities
- [x] Income/Assets are being used to support illegal or terrorist activities
- [ ] Organization is involved in a political campaign
- [x] Organization is engaged in excessive lobbying activities
- [ ] Organization refused to disclose or provide a copy of Form 990
- [ ] Organization failed to report employment, income or excise tax liability properly
- [ ] Organization failed to file required federal tax returns and forms
- [ ] Organization engaged in deceptive or improper fundraising practices
- [x] Other *(describe)*

4. Details of violation
Name(s) of person(s) involved

Organizational title(s)

Date(s) | Dollar amount(s) *(if known)*

Description of activities

5. Submitter information
Name

Occupation or business

Street address

City | State | ZIP code | Telephone number

- [x] I am concerned that I might face retaliation or retribution if my identity is disclosed

6. **Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.

1 4

© 2019 Twitter About Help Center Terms Privacy policy Cookies Ads info

# Twitter

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 📋 Lists
- 👤 Profile
- ⋯ More

**Tweet**

## Plain Shite
32 Tweets



**Plain Shite**
@PlainShite  **Follows you**

It's plain to see — we are full of shit. Please donate to our charity before IRS revokes our tax exempt status (Tax accountant, Parody)

🔗 plainshit.org   📅 Joined August 2019

**72** Following   **76** Followers

Not followed by anyone you're following

| Tweets | **Tweets & replies** | Media | Likes |

📌 Pinned Tweet

**Plain Shite** @PlainShite · Aug 23
It took a lot of hard work to break every single one of these rules with our fraudulent charity, but we pulled it off.
irs.gov/pub/irs-tege/H...

💬   🔁 5   ♡ 32   ⬆️

**Plain Shite** @PlainShite · 46m
Could you also disclose the expenditures related to web server hosting, bandwidth, software development, and any other expenditures related to the operation of PlainSite?

As you hosted damaging docs on your servers and has the foundation foot the bill, relevant @AaronGreenspan

The latest PlainSite joint venture disclosures have been posted at plainsite.org/about/jointven... Think Computer Foundation's total net court record expenditures for Q3 2019 across all of PlainSite amounted to $1,057.14, within 0.12% of the quarterly spending average since 2015.

PlainSite @PlainSite If any particular con may face an existen stock market event, Computer Foundation on court records inv company, there is s the company, not th
💬 1   🔁

💬   🔁   ♡   ⬆️

**Plain Shite** @PlainShite · 1h
Replying to @SmokeyShorts
thanks i'm scrambling to cover my ass

💬 1   🔁   ♡ 1   ⬆️

**Plain Shite** @PlainShite · 1h
Ah shit.

Just realized I forgot to register my fake charity in California. Fired the paperwork last week.

Hope this covers my ass

🔍 Search Twitter



## You might like

**Elon's Musketeer**
@Dr_KmaC_

**Sara** 🚀
@starshipsara

**MyTeslaAndMe**
@MyTeslaAndMe

Show more

## Trends for you

Trending in United States
**#SuccessionHBO**
Trending with: Kendall Roy,

Trending in United States
**Devin Bush**
10.8K Tweets

Trending in United States
**#SolCalled911**
4,276 Tweets

Trending in United States
**Correa**
173K Tweets

Trending in United States
**#TheEnd**
Trending with: #fortniteeven

Gaming
Fortnite's season 10 black mystery deepens with ...

Show more

Terms   Privacy policy   Cookie
More ⌄   © 2019 Twitter, Inc.



| | |
|---|---|
| Agent for Service of Process: | AARON JACOB GREENSPAN 956 CAROLINA ST SAN FRANCISCO CA 94107 |
| Entity Address: | 20560 SHELBURNE RD SHAKER HEIGHTS OH 44122 |
| Entity Mailing Address: | 20560 SHELBURNE RD SHAKER HEIGHTS OH 44122 |

A Statement of Information is due within 90 days of registration and then EVERY year beginning five months

💬 2  🔁  ♡ 4  ⬆️

## Who to follow

**TeslaTony** @TeslaTony2  [ Follow ]

**ValueAnalyst** @ValueAnalyst1  [ Follow ]

**Sarah Tuttle** @Shimmeringvixen  [ Follow ]
❤️

Show more

**Plain Shite** @PlainShite · 7h  ⌄
Replying to @Pravduh15 @tesla_truth and 5 others
DONT MAKE FUN OF ME I WILL SUE YOU
💬 1  🔁  ♡ 3  ⬆️

**Plain Shite** @PlainShite · 7h  ⌄
Replying to @SmokeyShorts @28dayslater and 4 others
👹
💬  🔁  ♡ 2  ⬆️

**Plain Shite** @PlainShite · 7h  ⌄
Don't EVER mention Facebook to me!

You will make me angry 👹

And when I get angry I like to do things.

Like stalk, bully, and slander people online.

Don't mess with me. I'll do it to you too.

@28dayslater @BarkMSmeagol @vincent13031925 @JohnnaCrider1 @flcnhvy @tslatruth



0:35  634 views








Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet



💬 3          ⟲ 4          ♡ 18          ⬆

**Plain Shite** @PlainShite · 16h                    ⌄
Yes, it's true. I invented Facebook.

If you'd like to hear more about it, follow me on Twitter.
💬          ⟲          ♡ 5          ⬆

**Plain Shite** @PlainShite · Oct 12                  ⌄
Replying to @LudaLisl @28delayslater and 2 others
You will be in jail by this time next week. I know Elon is paying you.
💬          ⟲          ♡ 3          ⬆

**Plain Shite** @PlainShite · Oct 12                  ⌄
I've filed my lawsuit against @28delayslater. I will destroy him. You don't want to mess with Aaron Greenspan.

Details of the lawsuit here:
plainsiite.org/frunkpuppy-FRA...

@BarkMSmeagol @AfMusk you are next if you don't shut your whore mouths
💬 9          ⟲ 1          ♡ 24          ⬆

**Plain Shite** @PlainShite · Oct 12                  ⌄
Replying to @PlainShite @BarkMSmeagol and 2 others
1. man up, apologize, and delete all the libelous information you've posted about innocent Tesla fans in an attempt to harm them

2. live the rest of your life in fear of an increasingly large group of people who hate your guts

I strongly encourage you to seek professional help
💬          ⟲          ♡ 5          ⬆

**Plain Shite** @PlainShite · Oct 12                  ⌄
Replying to @BarkMSmeagol @28delayslater and @AaronGreenspan
Aaron, you're a truly sick human being. It's because you do things like this — make unfounded accusations in an attempt to retaliate against people you perceive to have slighted you — that people are trolling you.

You have two options here:
💬 1          ⟲          ♡ 4          ⬆

**Plain Shite** @PlainShite · Oct 11                  ⌄
Replying to @Nobody_Really7
i am plainshit.org/norman-lawsuit
💬 1          ⟲          ♡ 2          ⬆

**Plain Shite** @PlainShite · Oct 11                  ⌄
Replying to @CanadianMartia1
details of the lawsuit are here:

plainsiite.org/28delayslater-...

@28delayslater see you in court asshole
💬          ⟲          ♡ 4          ⬆

**Plain Shite** @PlainShite · Oct 11                  ⌄
Norman, supposedly a "dog" frequently appears in videos and tweets in an effort to artificially drive up Tesla's stock price.

Today we are announcing we are suing Norman for securities fraud. My daddy will help me file the lawsuit today.

We wont rest until he's in doggy jail twitter.com/28delayslater/...

This Tweet is unavailable.
💬 16          ⟲ 13          ♡ 134          ⬆









Home Moments Search Twitter Have an account? Log in

**Steve Jobs Ghost V10** @tesla_truth

Follow

Bloodsport Capital DMd me.

He seemed really defensive for someone who definitely didn't commit a federal crime. Why worry about it?

I didn't worry when Aaron Greenspan said Elon paid me to kill him because it wasn't true

continued in next post

1:26 PM - 27 Sep 2019

3 Retweets 41 Likes

8 3 41

**Steve Jobs Ghost V10** @tesla_truth · 11h

lol

blocked him after

2 1 24

**Nobody Really** @Nobody_Really7 · 11h

Replying to @tesla_truth

Is he threatening violence here? I'd show this to the police if it was me.

1 3

**Steve Jobs Ghost V10** @tesla_truth · 11h

ok

2

**Bompi** @bamisalami · 11h

Replying to @tesla_truth

I've a black belt in eating noodles. If you need help. Just dm me

1 5

**Killa (Joe)** @KillaSarg · 11h

Replying to @tesla_truth

Fixed it.

6

**FuturamaKing🚀🐉🙋** @FuturamaKing · 10h

Replying to @tesla_truth

You might want to contact @TwitterSafety

That person is basically threatening you. Super not cool!

2

**RandyVegetables** @RandyVegetables · 10h

Replying to @tesla_truth

What exactly was this all about?

1

**More replies**

**Bruno Silva** @brunosilva · 10h

Replying to @tesla_truth

What we got from this convo is that you're a fraud! You're not Steve!!!!! How is this possible? How could you lie to us all this time?

In all seriousness. You shouldn't worry too much about these aholes. They're freaking out with how red their money is.

1 1

**FuturamaKing🚀🐉🙋** @FuturamaKing · 10h

Steve looks a bit different then what I remembered 🤔

1 4

**Bruno Silva** @brunosilva · 10h

a bit? Please, do borrow my glasses!

1

**Think for yourself & speak freely** @DHTRKBA · 9h

He's just gotten a tan from his occasional visits to Hell, when the Devil has called him down to fix his Apple products.

2

**TeslaDeaths.com** @maya42069 · 10h

Replying to @tesla_truth

DEFENDANT/JUVENILE: Qazi, Omar,

OBTS NO. 0501-367093

On the above date and time, a search was conducted of the defendant's luggage due to K-9 alert, which was identified to be his by self identification by BCSO Deputy Bowes and United States Custom and Border Protection (CBP) Officer Thompson. The search was conducted pursuant to 19 U.S.C. 507, bringing BCSO Deputy/Agent Shinault under CBP's auspices for border search authority.

Incident to the search, 12 grams amount of green leafy substance was located at the bottom of the defendants luggage concealed in two separate socks. The green leafy substance was then field tested. The test was conducted using a SIRCHE marijuana drug test kit, and a small amount of the suspected marijuana was placed into the drug test. When the substance was mixed with the test kit, it rendered a positive reading for marijuana

The defendant stated the use was for medicinal purposes.

The medical use and possession of marijuana in the state of Florida is controlled by Florida Statute 381.986. The statute specifically defines the forms of marijuana that may be legally possessed for medical purposes within the State of Florida. The statute does not recognize or make exception for marijuana allegedly prescribed or purchased in other states for medicinal or recreational purposes. The lawful possession of marijuana or cannabis products in the State of Florida is subject to strict guidelines imposed by law and by the will of the legislature and the people of the state of Florida. (See Florida Statute 381.986 attached and incorporated by reference herein). Mr. Qazi possession of CANNABIS is in direct violation of Florida Statute 381.986(1(j)1.-4; 381.986(1)(j)5.f; 381.986(1)(k) 381.986(12)(e) and Florida Statute 893.13. Since other states do not necessarily follow the strict personal and public safety standards of the State of Florida, and since the Federal government has not legalized marijuana in any way and continues to list marijuana as a controlled substance prohibiting its possession and distribution pursuant to title 21 USC section 841(a), Mr. Qazi was placed under arrest for illegal possession of a controlled substance. He was transported to the Brevard County Jail Complex by Corrections Deputies.

His luggage was search by CBP Officer Victor Dusan ID 12499 and discovered three LSD tablets. Agent Swartz took custody of the evidence.

© 2019 Twitter About Help Center Terms Privacy policy Cookies Ads info

Home Moments Search Twitter Have an account? Log in

Smart Mon
@SmartMoneyPu
Long scams short
constitute investm
PugTown
Joined April 20

**Smart Money Pug**
@SmartMoneyPug
Follow

What's going on here @Shafat @omarqazi @elonmusk these seem like some pretty serious offences?
@tesla_truth
$TSLA

**PlainSite** @PlainSite
On Saturday, August 3rd, Qazi sent text messages to PlainSite founder @AaronGreenspan threatening to file a false police report against him about child pornography possession. He followed up minutes later with a pornographic fax.
Show this thread

10:52 AM - 28 Sep 2019

**2** Likes

1 2

**Steve Jobs Ghost V10** @tesla_truth · 25m
Replying to @SmartMoneyPug @Shafat and 2 others
You'll notice there is 0 evidence of these allegations. That's because they're completely untrue. DM me if you want the whole story

you should be ashamed of yourself for harassing innocent people and tagging my dad just because you lost money

1

**Steve Jobs Ghost V10** @tesla_truth · 23m
I don't even have a fax machine. The only thing that has been revealed here is that Aaron Greenspan has child pornography at his house. I do not.

Ask yourself: if this was true, wouldn't I be in jail?

Why did Greenspan choose to tweet rather than go to the police? He's a liar

© 2019 Twitter About Help Center Terms Privacy policy Cookies Ads info

**Steve Jobs Ghost** 🍎 @tesla_truth · 6h

Imagine the cognitive dissonance needed to go call someone a "doxxer" while doxxing then and tagging and harassing their dad.

all because they lost money this week.

Their hypocrisy is laid bare for the world to see. Follow these guys and report them every day. twitter.com/tesla_truth/st…

---

**Polixenes**
@Polixenes13

Let's back off just a bit, ben. Yes, we know @████████ son, @tesla_truth, is a criminal &, like lots of kids with wealthy parents, a drug user. However, we don't know he's an addict. And, yes, he's a deeply malignant human being & doxxer. But, still, let's clean up the language.

---

💬 3     ⟲ 5     ♡ 35

**Moments of Brilliance** @DuTeach · 6h

Another Euro-troll thinking himself clever. Greenspan should start a tin-hat club for these guys.

GIF

💬 2     ⟲     ♡ 2

**Steve Jobs Ghost** 🍎
@tesla_truth

Follow

Replying to @DuTeach

he did, it's fraudulently registered as a non-profit charity

9:51 AM - 28 Sep 2019

**2** Likes

💬     ⟲     ♡ 2

© 2019 Twitter   About   Help Center   Terms   Privacy policy   Cookies   Ads info

Steve Jobs
@tesla_truth
I'm back to help p
truth about Tesla's
soul could rest, I
thing.. Fan parody
California, US
wholemars.co
Joined Novem



**Steve Jobs Ghost** 👻 @tesla_truth · 4h
The genius of @elonmusk is that he's a man who knows how to eat a dinosaur.

Where others see a huge insurmountable problem, he can break down the essentials and package up breakfast, lunch, and dinner meals for 10 years, for 40,000 people

And he follows through, no matter what

♡ 5    ⟲ 21    ♡ 103

**Steve Jobs Ghost** 👻 @tesla_truth · 4h
Many people expect a CEO to be a financial genius or a business genius or something like that. Elon isn't, so many people with very low IQs think he's stupid.

In reality, this is why he outperforms everyone else. Just look at what he's delivered in his life. Says it all.

♡ 3    ⟲ 2    ♡ 25

**Steve Jobs Ghost** 👻 @tesla_truth                     Follow
@tesla_truth

Who do you trust: Someone like Elon Musk who has delivered a handful of disruptive innovations to the global marketplace

or someone like Aaron Greenspan who has done nothing except lie, cheat, extort others, and claim he invented Facebook?

(guess who the media trusts more😂)

2:30 PM · 28 Sep 2019

3 Retweets   35 Likes

♡ 5    ⟲ 3    ♡ 35

**Steve Jobs Ghost** 👻 @tesla_truth · 4h
Nobody ever gives you credit for eating a dinosaur. It happens so slowly, by the time you're done people have long forgotten the dinosaur was there.

But it doesn't happen itself. Somebody has to do it. And we need those people.

♡ 4    ⟲ 2    ♡ 45

**MIKE JONES** @TheGoldMineSF · 44m
Replying to @tesla_truth
He said what 🤔🤔

♡ 1    ⟲    ♡

**Steve Jobs Ghost** 👻 @tesla_truth · 38m
that mark zuckerburg stole the idea for Facebook from him

♡ 1    ⟲    ♡

**MIKE JONES** @TheGoldMineSF · 38m
👽👽🙏🙏maybe he did tho

♡ 1    ⟲    ♡ 1

**Steve Jobs Ghost** 👻 @tesla_truth · 35m
Lol he 100% did not

♡ 1    ⟲    ♡

**MIKE JONES** @TheGoldMineSF · 34m
Prove it



♡ 1    ⟲    ♡

**Steve Jobs Ghost** 👻 @tesla_truth · 29m
does this guy look like he invented facebook

♡    ⟲    ♡

**Smartish Mean** @MeanSmartish · 4m
Replying to @tesla_truth
I'll vote for Alan Greenspan

♡    ⟲    ♡

**Draining** @Swamp_Things · 3h
Replying to @tesla_truth
Greenspan isn't to be trusted but Why are any of these things evidence we should Trust Musk? Especially in light of what you find when you dig deeper into him and his companies?

♡    ⟲    ♡ 3

Show more replies

© 2019 Twitter   About   Help Center   Terms   Privacy policy   Cookies   Ads info





Home Moments Search Twitter Have an account? Log in

Steve Jobs
@tesla_truth
I'm back to help truth about Tesla soul could rest, I thing.. Fan paroc
California, US
wholemars.c
Joined Nove

**Steve Jobs Ghost**
@tesla_truth
Follow

Have you ever heard of a charity that retaliates against people when their owner and sole employee loses money on his short position? Just for saying something positive?

A charity is supposed to benefit the public, not the owner (Aaron Greenspan) irs.gov/pub/irs-tege/d …

> Hint: @DisruptResearch is [redacted] is a graduate student in the United Kingdom.
>
> > **Elon Musk** @elonmusk · 2h
> > Replying to @DisruptResearch @Tesla and @karpathy
> > Probably our most viral feature ever. Most of the Autopilot team has been working on this, led by Ashok, CJ, Andrej & many others.
>
> 5:49 PM · 9/30/19 · TweetDeck

7:30 PM - 30 Sep 2019

4 Retweets 31 Likes

5 4 31

**Steve Jobs Ghost** @tesla_truth · 1h
read about why an organization may lose its tax exempt status here:

Shorts have been using Aaron Greenspan's fraudulent "Think Foundation" charity to pool their money and go after Tesla — and they can deduct donations from their income tax!!!

A THREAD:

nonprofitrisk.org/resources/arti…

Aaron Greenspan is organizing this fundraiser on behalf of Think Computer Foundation. Donations are 100% tax deductible.
Created May 7, 2019
Education & Learning
Think Computer Foundation is a 501(c)(3) non-profit organization that focuses on improving understanding of the legal system and assisting those with disabilities (mostly in the Cleveland

$25 · 6d
Fiery Turtle $50 · 6d
Peter Roselle $200 · 6d
John Gnatt $25 · 6d
Mark Spiegel $100 · 6d
Anonymous

3 3 16

**Steve Jobs Ghost** @tesla_truth · 1h
"501C3s should be directed exclusively toward some exempt purpose. Activities should not serve private interests, or benefit of any individual or organization more than insubstantially. The intent is to ensure it serves a public interest, not a private one" — Richard Crom, IRS

Vladimir Grimshpun @VGrimshpun · 4h
So, for the record, are you still having $TSLA put and/or short positions?
Aaron Greenspan @AaronGreenspan
you have anything you'd like to share? you an investor in Tesla? Or in any wa mpensated by Tesla, including as a use eferral program at any point in time?
On PlainSite, the world is in plain sight.
Soviet/Russian Asset Donald J. Trump

1 3 14

**Steve Jobs Ghost** @tesla_truth · 1h
"The concept of inurement states that no part of an organization's net earnings may inure to the benefit of a private shareholder or individual who, because of the person's relationship to the organization, has an opportunity to control or influence its activities" — @IRStaxpros

claims and has subpoenaed the carmaker for information on several crashes, according to documents posted by a nonprofit advocacy group.

NHTSA lawyers took issue with an Oct. 7 Tesla blog post that said the Model 3 had achieved the lowest probability of injury of any vehicle the agency ever tested, the documents released Tuesday by the legal transparency group Plainsite show. The regulator said the claims were inconsistent with its advertising guidelines regarding crash ratings and that it would ask the Federal Trade Commission to investigate whether the statements were unfair or deceptive acts.

LACMA | HYUNDAI

2 1 12

**Steve Jobs Ghost** @tesla_truth · 1h
"if lobbying activities are substantial an organization risks losing its tax exempt status" — @IRStaxpros

documents available on-line, we got a long "no thank you" in response. Meanwhile, housing prices are higher than ever. Buying only Santa Clara County's data would cost over $44,000.00. bloomberg.com/news/articles/...

these fronts:
- The IRS. Subpoenaed and obligated by statute.
- NY State. New legislation.
- Mazars LLP, formerly WeiserMazars, his accounting firm. Subpoenaed.
- Deutsche Bank. Subpoenaed.
He will lose.
11:37 PM · 5/20/19 · TweetDeck
1 Retweet 4 Likes

2 1 9

**Steve Jobs Ghost** @tesla_truth · 1h
"All section 501(c)(3) organizations are prohibited from directly or indirectly participating in, or intervening in, any political campaign on behalf of (or in opposition to) any candidate running for public office" — @IRStaxpros

@realDonaldTrump 501C3 going after you

On PlainSite, the world is in plain sight.

Steve Jobs Ghost @tesla_truth · 1h
"for their organizations to remain tax exempt under section 501(c)(3), leaders cannot make partisan comments in official organization publications or at official functions of the organization" — @IRSnews

@realDonaldTrump

Steve Jobs Ghost @tesla_truth · 1h
"If you stop doing all or a significant amount of the exempt activities you told the IRS you were going to do in your original application for exemption—you could lose your exemption

If your organization's direction has changed, let us know. It could prevent future problems"-IRS

Steve Jobs Ghost @tesla_truth · 1h
weird haven't heard anything about him saying anything about helping his brother recently. has the purpose of the think foundation changed without disclosure?

or are they still selling DVDs on amazon for below market price?

Steve Jobs Ghost @tesla_truth · 1h
"If a 501(c)(3) organization engages in inurement or substantial private benefit, the organization risks losing its exemption. Additionally, insiders guilty of inurement may be subject to excise tax"

hope he saved up some of the money he extorted from mark zuckerburg for taxes

Steve Jobs Ghost @tesla_truth · 1h
To conclude, is anyone surprised Aaron Greenspan is a complete fraud? Every $(slag) I have looked into has committed serious crimes.

Aaron, know you have anger issues and like to "do something" when you're mad but retaliating against me for reporting my fraud will make it worse

0:42  157 views

Steve Jobs Ghost @tesla_truth · 1h
I'll happily back off if you do Aaron. But if you're going to consistently go after me, try and harass and intimate me, and go after my family i'm not going to keep quiet about the things i've known for a long time

Steve Jobs Ghost @tesla_truth · 1h
Oh, and here's a bonus fraud: he see you a website with fake ads and clicked them himself to steal money from advertisers.

When Google found out and shut him down he sued them (he sues everyone)

Google showed the evidence and won.

Steve Jobs Ghost @tesla_truth · 1h
sucks for me going after Aaron because I know he will retaliate and i'll probably get more death threats tomorrow. I know they'll keep going after my family and sending the goons

but someone has to stand up to this dork. didn't even get into him claiming he invented facebook

Steve Jobs Ghost 🛡
@tesla_truth                                    Follow

seriously look this guy up it's insane
what his life story is

8:05 PM · 30 Sep 2019

1 Retweet  10 Likes

Show more replies

© 2019 Twitter  About  Help Center  Terms  Privacy policy  Cookies  Ads info



Search Twitter

Have an account? **Log in**

Steve Jobs Ghost 👻 @tesla_truth · Oct 9

Periodic reminder that Aaron Greenspan, who claims he invented Facebook (he didn't), is running a fake charity that Tesla short sellers use to illegally pool funds for propaganda efforts.

Please report his fake charity to the IRS. he is committing tax fraud

> Hint: @DisruptResearch is a graduate student in the United Kingdom.
>
> **Steve Jobs Ghost** 👻 @tesla_truth
> Have you ever heard of a charity that retaliates against people when their owner and sole employee loses money on his short position? Just for saying something…
> Show this thread

💬 2    🔁 4    ♡ 30

**Steve Jobs Ghost** 👻
@tesla_truth

[ Follow ]

can someone at the @IRSnews @SEC_Enforcement or @StateDept or @DeptofDefense look into this guy

he has harassed so many people including me

I don't understand how it's okay

3:07 PM - 9 Oct 2019

**2** Retweets **17** Likes

💬    🔁 2    ♡ 17

© 2019 Twitter  About  Help Center  Terms  Privacy policy  Cookies  Ads info



**Steve Jobs Ghost** 👻
@tesla_truth

Follow

All Aaron Greenspan had to do was shut up and I would have forgotten all about that clown.

Now i'm going to drag his name through the mud until the day he does. I want everyone to know the true facts about who he really is

after he dies i'll keep telling people he sucked

3:09 PM · 9 Oct 2019

1 Retweet   15 Likes

💬 3        🔁 1        ❤️ 15

**Steve Jobs Ghost** 👻 @tesla_truth · 21m
when his reputation is destroyed, he'll only have himself to blame.

I don't have to make up any bullshit conspiracy theories about him. The facts of his life are so embarrassing it says it all

he is committing serious crimes in "plain sight" on "plainsite"

💬 1        🔁        ❤️ 7

**More replies**

**Nikola Tesla** 🦅 @NotThatTesla · 17m
Replying to @tesla_truth
The sad part is he probably has actual talent as a developer. But instead of putting it to use by working somewhere important, he chooses to be a grifter. What an incredible loser

💬        🔁        ❤️ 3

**TSLAQ Ninja** @TslaqNinja · 24m
Replying to @tesla_truth
You have an unhealthy obsession with this Aaron. Maybe you fantasize about him. But realize that whatever u do wont do sht to him cz he actually ISNT in the wrong. Maybe focus on sucking up to Elon more. Ul get a free roadster

💬        🔁        ❤️





Home Moments Search Twitter Have an account? Log in

**Steve Jobs Ghost** @tesla_truth · 7m
LMFAO Aaron just emailed me and some people from Tesla saying he's going to sue me!

Talk about being butthurt. He must be getting killed on his Tesla short position.

**Aaron Greenspan** Inbox - Google 3:34 PM AG
Notice of Intent to Sue and Evidence Preservation Notice Details
To: Elon Musk, Jonathan Chang, Tim Hughes, Omar Qazi, Cc: James Gleeson, Erin Schneider

Gentlemen:

I write to inform Elon Musk, Excession LLC, Space Exploration Technologies Corporation, Tesla, Inc. (the "Musk Entities") and Omar Qazi and Smick Enterprises, Inc. (the "Musk Affiliates") that I intend to sue over claims including but not necessarily limited to libel, defamation, securities fraud, and violations of California Business and Professions Code § 17200. I will file suit against the aforementioned parties if they do not **FIRST** export and for discovery purposes preserve the contents of and **THEN** shut down all social media accounts that do not presently disclose that authors are now or have been, at any point, paid employees of the Musk Entities within 7 days after receiving this letter. (This includes, but is not limited to, the "@tesla_truth" Twitter account.) I will also file suit if it appears that new social media accounts are formed in place of those that are deleted.

I have reason to believe that the above parties have electronic information that may contain evidence critical to the above matter. You must preserve any information or documents that might lead to relevant evidence in this planned litigation against some or all of the aforementioned parties.

Please note that clearly defined laws and rules bar the destruction of evidence. These rules apply both to physical documents and electronic evidence and any other information created or stored in digital form that is relevant to a case.

Please also be advised that my formal discovery requests, when served and where appropriate, will necessarily include documents, records, and other computer-generated information in native, electronic format, whether structured or unstructured, and may further include, without limitation, any relevant computer, network, or system environments such as operating systems, applications, encrypted chats, middleware or scripts, all as generated and used by the Musk Entities and Musk Affiliates in the regular conduct of their everyday activities. Moreover, this includes instances where any evidence in the form of a handwritten, non-text, or other non-machine-readable original has been input into any word-processing, image capture, other electronic information retention device or application (irrespective of whether such input and storage of such input took place on any networked computer, non-networked computer, laptop, or mobile data generating device, including but not limited to PDAs, smartphones, and tablets). The Musk Entities and Musk Affiliates are hereby notified that both original paper documents as well as relevant computer-generated information derived from such original paper documents will be requested, and should be preserved.

I also write to notify the Musk Entities and Musk Affiliates that they have a duty for the length of this matter to suspend all routine document retention policies and processes to the extent they involve the destruction of evidence that is or is likely to be considered relevant in this matter, irrespective of format (paper, electronic, or other) and location.

For purposes of this notice, Electronically Stored Information (ESI) means computer-generated data or information of any kind and from any source, whose temporal existence is evidenced by its storage in, or on any electronic medium, wherever located, now existing or developed in the future, and irrespective of whether such medium is real, virtual, or otherwise.

This letter also serves to notify the Musk Entities and Musk Affiliates that they must preserve all existing sources of digital evidence that are not presently used or that may have been deleted from active systems, including but not limited to Twitter. Lastly, the Musk Entities and Musk Affiliates have a continuing obligation to preserve evidence that may come into existence after the date of this letter, or which may exist now or in the future but of which they may not have current knowledge.

Please contact me by e-mail at greenspan@post.harvard.edu or at +1 415 670 9350 to resolve this matter. (Any telephone conversation will be recorded.)

Thank you for your immediate attention.

Aaron

9 1 22

**Steve Jobs Ghost** @tesla_truth · 4m
I welcome the chance to discuss Aaron Greenspan's conduct and crimes in front of a court and / or jury

1 12

**Steve Jobs Ghost**
@tesla_truth
Follow

LMFAOOOOO I'm dying

what a fucking moron

3:51 PM - 9 Oct 2019

1 Retweet 16 Likes

3 1 16

**Jason** @JasonCarrei · 59s
Replying to @tesla_truth
was that Elon Musk's actual reply, lol?

1 1

**Steve Jobs Ghost** @tesla_truth · 52s
yes lmao

2

**Vincent** @808Vinny · 2m
Replying to @tesla_truth
🤣🤣🤣🤣🤣😂🤣

1

**Zain** @ZainRaz4 · 1m
Replying to @tesla_truth
Hahahah did Elon say that?

1

**Steve Jobs Ghost** 👻
@tesla_truth

**Follow**

If you would like to contact Aaron for pranks you can email or call him using the info listed below. Remember that all pranks will be recorded, so give it your best shot.

> and Musk Affiliates have a continuing obligation to preserve evidence that may come into existence after the date of this letter, or which may exist now or in the future but of which they may not have current knowledge.
>
> Please contact me by e-mail at greenspan@post.harvard.edu or at +1 415 670 9350 to resolve this matter. (Any telephone conversation will be recorded.)
>
> Thank you for your immediate attention.
>
> Aaron

3:56 PM - 9 Oct 2019

**1 Like**

💬    🔁    ♡ **1**

First the car drives us to the freeway @elonmusk

2:04   1.06M views

💬 447    🔁 3.0K    ♡ 21K

Show this thread



It's not libel if it's true. You didn't invent Facebook. You've never accomplished anything in your life.

These are plain facts.

You just create negativity and feed off other people. And I can prove your crimes in court.

**Aaron Greenspan**
@AaronGreenspan

"Now I'm going to drag his name through the mud until the day he does [sic]" Says the guy potentially looking at a libel claim...

**Steve Jobs Ghost** 👻
@tesla_truth    Follow

All Aaron Greenspan had to do was shut up and I would have forgotten all about that clown.

Now i'm going to drag his name through the mud until the day he does. I want

4:05 PM · 9 Oct 2019

1 Like





Home Moments aaron greenspan Have an account? Log in

aaron gre

Top Latest

Search filters

Want to take
the new Tw
It's simp

Steve Jobs Ghost 👻
@tesla_truth
Follow

How will Aaron Greenspan, a criminal guilty of felony tax fraud with no lawyer, do in court against two guys with a lot more money than him?

Tune into next week's episode of Tesla Twitter to find out!

4:25 PM - 9 Oct 2019

1 Retweet 17 Likes

1 17

Lol

## Worldwide trends

#TheAddamsFamily
Celebrate Halloween early with #TheAddamsFamily 🎃 in theaters Friday!
Promoted by The Addams Family

Braves
Cardinals hang a 10-piece on the Braves in the first inning of Game 5

Flaherty
Cardinals hang a 10-piece on the Braves in the first inning of Game 5

#AlaskaHappyHour
2,624 Tweets

#STLvsATL
Cardinals hang a 10-piece on the Braves in the first inning of Game 5

#TrumpGenocide
43.1K Tweets

#Cardinals
Cardinals hang a 10-piece on the Braves in the first inning of Game 5

Normandy
29.7K Tweets

#KurdsBetrayedByTrump
180K Tweets

NLCS
Cardinals hang a 10-piece on the Braves in the first inning of Game 5

© 2019 Twitter About Help Center Terms

**Luke Silbey** @LukeSilbey · 9m
Replying to @BarkMSmeagol @AaronGreenspan
Who is Omar?

**Steve Jobs Ghost** 👻 @tesla_truth · 10m
How will **Aaron Greenspan**, a criminal guilty of felony tax fraud with no lawyer, do in court against two guys with a lot more money than him?

Tune into next week's episode of Tesla Twitter to find out!

1 17

**clean.green.revelry** @CleanRevelry · 15m
Replying to @tesla_truth
@AaronGreenspan Aaron, you are barking up the wrong tree. It seems you are basing your conclusion on the supposition that Omar could not possibly be clever enough to equate Elon Musk to Steve Jobs, or crank out dozens of tweets/day on his own. No offense, but that's dumb logic.

🗨 2    ⟲ 1    ♡ 8



**Steve Jobs Ghost** 👻 @tesla_truth · Oct 8

" our statistics exam was handed back in class. On top of mine it said 69 one of the lowest grades in the class. How did I do so badly? I mean, I know I suck at this stuff, but I didn't think I sucked that much" — @aarongreenspan

actual quote form his book page 194

🗨 4    ⟲ 1    ♡ 10

💧 **S Padival** @S_Padival · Oct 9

Bad at statistics? 🤔 Hmm.. is Aaron Babycharts? 🤣

🗨 1    ⟲    ♡ 5

**Steve Jobs Ghost** 👻
@tesla_truth

**Follow**

Replying to @S_Padival @AaronGreenspan

## no, likely just his learning disability due to aspergers



**OVERVIEW**    **SYMPTOMS**    **TREATMENTS**    **SPECIALIS**

### Requires a medical diagnosis

People with this condition may be socially awkward and have an all-absorbing interest in specific topics.

### People may experience:

**Behavioral:** aggression, compulsive behavior, fidgeting, impulsivity, persistent repetition of words or actions, repetitive movements, or social isolation

**Muscular:** inability to combine muscle movements, poor coordination, or tic

**Mood:** anger, anxiety, or apprehension

**Also common:** depression, intense interest in a limited number of things, learning disability,

6:19 PM - 9 Oct 2019

**3 Likes**

🗨    ⟲    ♡ 3



**Musk AF** @AfMusk · 5h

The Dean

💬 2      ⇄      ♡ 9

**Mayur M Thaker, CFA** @freshjiva · 1h

Is that really TC?

💬 1      ⇄      ♡ 1

**Vincent** @808Vinny · 1h

No that's Aaron Greenspan

💬 1      ⇄      ♡ 1

**Steve Jobs Ghost** 👻      [ Follow ]

@tesla_truth

Replying to @808Vinny @freshjiva @AfMusk

# yeah he's this clown who thinks he invented facebook and comited felony tax fraud

10:07 AM - 11 Oct 2019

© 2019 Twitter   About   Help Center   Terms   Privacy policy   Cookies   Ads info







**Steve Jobs Ghost** @tesla_truth

There is a fraudulent non-profit set up by a Tesla short seller

Shockingly, both Tesla short sellers and journalists are making tax exempt donations to this charity, which is then used to harass and intimidate Tesla supporters and fans into silence

medium.com/@notbenshooter …

Read the link

12:16 PM - 12 Oct 2019

47 Retweets 150 Likes

Elon Musk, Bark, Vincent and 5 others

11 · 47 · 150

---

**Elon Musk** @elonmusk · 12m
Replying to @tesla_truth @BarkMSmeagol and 6 others
Super messed up situation!
24 · 27 · 243

**Earl of Frunkpuppy** @28delayslater · 11m
Tell me about it Elon. Today I was doxxed and my work was tagged saying I mock disabled people. Insane.
4 · 3 · 47

**Justin J. K.** @TeslaEV1 · 8m
I don't think of tslaq as sane or reasonable people so this tag is kind of true - tslaq are disabled people. 👀
3

**SAKU** 🌼🤣😜 @du886 · 8m
Replying to @tesla_truth @elonmusk and 7 others
This shouldn't be happening.
1 · 3

**Patrik Nordlund** @epatnor · 12m
Replying to @tesla_truth @28delayslater and 7 others
I reported and blocked plainsite after reading up on it, that Aaron guy seem to have issues
1 · 1 · 5

**Nelson Ocampo** @winningguy · 9m
Probably a good idea. If he would do that to @28delayslater with such weird faulty logic, it could happen to anyone.

**Riku Mattila** @rmattila74 · 11m
Replying to @tesla_truth @Kristennetten and 8 others
The short selling losses guarantee the non-profitability though.
1

**ker** @ecokids01 · 8m
Replying to @tesla_truth @elonmusk and 7 others
This is unbelievable thanks for sharing

**Al Kindi** ♠ @hkindi · 2m
Replying to @tesla_truth @elonmusk and 7 others
Good research & great dedication to find and spread the truth, much respect ✊ Steve , clean energy is winning.

**NinjaRose** @NinjaRose420 · 1m
Replying to @tesla_truth @elonmusk and 7 others
Eww....

**Mark** @n2179_twit · 8s
Replying to @tesla_truth @elonmusk and 7 others
To whoever wrote the article: people who are victims of this harassment may want to deescalate and stay out of this fight, for their own personal safety. Including them in this document in such a detailed way derails those efforts. This is not ok.

**Mark B** @voytechs · 6m
Replying to @tesla_truth @elonmusk and 7 others
"harass and intimidate Tesla supporters and fans into silence"

You forgot shareholders.
3

**Rik** @vest_rik · 10m
Replying to @tesla_truth @elonmusk and 7 others
@danahull of course your name is mentioned. Along with you moron bud @russ1mitchell whose integrity couldn't get any lower.
1

**Renewable energy | #teamelon |#Tesla| SolarCoin** @SolarCoinNews · 6m
Replying to @tesla_truth @elonmusk and 7 others
@latimes @business @MikeBloomberg @Forbes No serious journals would allow this! Please take correcting actions! #latimes #bloomberg #forbes #mikebloomberg

@russ1mitchell

I just donated $50.00 to Plainsite. Every little bit helps. Aaron's doing important work. gofundme.com/f/challenge-th...

6:33 PM · Sep 24, 2019 · Tweetbot for Mac

**NonProfit PlainSite Attacks People Online**
There is a guy by the name of Aaron Greenspan who hates Tesla very much. His hatred has made his heart angry and bitter and has turned him…
medium.com

5 · 6

Home

Elon Musk
@elonmusk
Joined June 2…

account? Log in

25 85 326

**Elon Musk** @elonmusk · 48m
Super messed up situation!

52 52 551

**Elon Musk**
@elonmusk

Follow

Replying to @elonmusk @tesla_truth and 7 others

## .@DrPatSoonShiong, are you aware that one of your senior journalists (Russ Mitchell) is openly funding a fake charity run by an online bully?

1:18 PM - 12 Oct 2019

51 Retweets 301 Likes

58 51 301

**Bark** @BarkMSmeagol · 14m
Replying to @elonmusk @tesla_truth and 7 others
Yes!

**Bark** @BarkMSmeagol
How big of a $TSLAQ #DumDum is @russ1mitchell i hear you ask.

This big. Seriously @latimes, it's time to fire this…

1 2 17

**Kristina Fitzsimmons** @FitzsimmonsK · 12m
Wtg Bark! Twitter justice feels good.

5

**Sara Boutall** @sara_boutall · 15m
Replying to @elonmusk @tesla_truth and 8 others
Thank you for standing up for the community. This fake charity is terrifying and it's even more terrifying it's not surprising.

1 15

**Sara Boutall** @sara_boutall · 13m
Replying to @elonmusk @tesla_truth and 8 others
Elon doesn't have to be doing any of this and I've never seen a CEO so personally invested in truly changing the future and looking after the community that's behind him. I really hope and trust this will be resolved swiftly and fairly according to the rule of law.

1 1 12

1 more reply

**Viv** 🎃💉 @flcnhvy · 10m
Replying to @elonmusk @tesla_truth and 7 others
This whole thing is super insane. Never seen anything like tslaq before. Lots of resemblance to political troll networks as well.

I fail to understand why there's a mob of people dedicated to smearing a company that's just trying to make the future better. It's mind-boggling.

4 2 22

**Joanna DeGuire dit LaRose** @Fluffy925 · 7m
Agreed.

2 1

1 more reply

**Tesla Owners Silicon Valley** @teslaownersSV · 16m
Replying to @elonmusk @tesla_truth and 8 others
And he hates the Tesla community. Why are we trying to create censorship

1 8

**Mark B** @voytechs · 15m
Replying to @elonmusk @tesla_truth and 8 others
Ohh boy. Let the fireworks begin!

1 6

**Wojciech Kamiński** @wk_kaminski · 13m
This media may contain sensitive material. Learn more View

4

**🐶Earl of Frunkpuppy🐶** @28delayslater · 13m
Replying to @elonmusk @tesla_truth and 7 others
Pat "

1 1 21

1 more reply

**White Lightning** @donattosfirearm · 14m
Replying to @elonmusk @tesla_truth and 8 others
@DrPatSoonShiong should research employees!

Home  Moments

Search Twitter

Have an account? Log in

**Steve Jobs Ghost** 🧿
@tesla_truth

Follow

Today I received an identity theft alert from Experian.

An employee also alerted me to the fact that @AaronGreenspan 's fake charity has been sending email to our mail servers.

Presumably this is some kind of retaliation attempt. Aaron, remember that if you break the law...

PlainSite Help Line                                    Done

: grapefruitaluminum@⬛⬛⬛

PL

PlainSite Help Line

💬        📞        📹        ✉️        $
message                              mail      pay

other
help@plainsite.org

Add to VIP

*ssage has no content.*

🖼

6:34 PM · 14 Oct 2019

**3** Likes

💬 2        ↻ 1        ♡ 3

**Steve Jobs Ghost** 🧿 @tesla_truth · 3m            ⌄
in anger you will be held accountable for your actions. be careful — it's not worth ruining your life over.

You wouldn't be the short seller who has gotten in trouble with the law trying to go after me.

It's funny — this guy always goes on his crazy rampages when $TSLA is up

💬 1        ↻ 1        ♡ 3

**Steve Jobs Ghost** 🧿 @tesla_truth · 3m            ⌄
seriously dude. take a deep breath, calm down, go for a walk, and maybe get some help.

I don't work for Tesla and you're only making yourself look bad, wasting your time, and inviting more trolling when you let your anger get the best of you.

You know how it feels. why do it?

💬 1        ↻ 1        ♡ 3

**Steve Jobs Ghost** 🧿 @tesla_truth · 3s            ⌄
hey @IRSnews @IRStaxpros @SEC_Enforcement is it normal for a 501(c)(3) non-profit that is pooling donations from Tesla short sellers to retaliate against critics by comitting wire fraud?

am surprised this organizations gets a tax exemption. Owner previously stole DoD documents

💬        ↻        ♡

**FuturamaKing**🚀👽🚀 @FuturamaKing · 2m            ⌄
Replying to @tesla_truth and @AaronGreenspan
Save all the evidence !

💬 1        ↻ 1        ♡ 1

**Steve Jobs Ghost** 🧿 @tesla_truth · 2m            ⌄
of course

💬        ↻        ♡

© 2019 Twitter   About   Help Center   Terms   Privacy policy   Cookies   Ads info

 **Omar Qazi**

---

**Omar Qazi**

You and Omar aren't connected on Facebook

Chief innovation officer at BQE Software Inc, Co-founder at Smick Enterprises and Tech founder at Predpol
Studied Economics at Santa Clara University
Lives in Santa Clara, California

---

THU 1:52 AM

hi simon

 how are you ?

TUE 6:49 PM

Hi Omar how do I Know you ?

You can now call each other and see information like Active Status and when you've read messages.

    Type a message...  







**Steve Jobs Ghost** 👻 @tesla_truth · 51m
Shit. If Tesla stock keeps going up every day shawty is going to murder me
2 · 41

**Steve Jobs Ghost** 👻
@tesla_truth
Follow

to the police: if I am found dead in mysterious circumstances, it was almost certainly aaron greenspan

he killed me for saying he didn't invent facebook

(he didn't)

7:42 AM - 15 Oct 2019

1 Retweet 42 Likes

8 · 1 · 42

**🦋an** 🧢 @van_essavan · 48m
Replying to @tesla_truth
Steve, file a restraining order. Go to the local police department with printouts of his nuttiness and tell them you want one.
1 · 3

**Steve Jobs Ghost** 👻 @tesla_truth · 45m
that's probably a good idea
6

**Nikola Tesla** 🧢 @NotThatTesla · 19m
Replying to @tesla_truth
Calm down Steve. He didn't say he invented Facebook. He claims he invented The Facebook. Totally different
4

**Leo** @Leo_tsv · 45m
Replying to @tesla_truth
🤣🤣🤣🤣🤣
2

**Nekware** @nekware · 28m
Replying to @tesla_truth
He didn't invent Facebook, this guy below did

1

**Lord Awesome** @dividendgrowth1 · 7m
Not this guy?

2

**Kent_EVs** @Kent_EVs · 48m
Replying to @tesla_truth
😂😂
1

**J. S.** @shangguanyue197 · 31m
Replying to @tesla_truth
Did t he invent the question mark too? And sunshine?

**Len L** @Lenny2you · 27m
Replying to @tesla_truth
Wait.. I though Eryin invented FB right after he finished the code for MP3.com. Or was it before that Geocities platform he gave to Google..?

It's so hard to keep up with such genius level progress.

**Ben** @24mobius42 · 36m
Replying to @tesla_truth
Lots of shorties freaking out, giving their talking points of their short thesis... this will be entertaining, these clowns have no idea....

2 · 1 · 6

**Eric Sutphen** @electro_nerd · 30m
$tsla is up over $16 this week and not much covering seems to be happening. There's a lot of people willing to go down with the ship, apparently.

2 · 1

**mactesla** @mactesla1 · 22m
Goes to Jack Rickard's theory about the ultimate source of the $
1 · 1

**Eric Sutphen** @electro_nerd · 19m
It sure does
1

Home Moments Search Twitter Have an account? Log in

**Plain Shite**
@PlainShite

Follow

Tesla short sellers: Donate to us

It's tax deductible because we are running a fraudulent non-profit.

we promise to use the money to try and harm Tesla. that's why so many short sellers donate to us @SEC_Enforcement

> **G Schelle** @g_schelle
> Replying to @BertelSchmitt @PlainShite @AaronGreenspan
>
> If this imposter is right, it seems to me @PlainSite is worth it to donate money to.

10:40 AM - 19 Oct 2019

**1** Like

1

**Plain Shite**
@PlainShite

"Aaron Greenspan … Foundation charit… public. This parod… harassment, intim… lies"-Victims of A…

plainshit.org

Joined August…

6 Photos and …

Follow

…fit.

…so many short

…o donate money to.

**Plain Shite** @PlainShite · 16h

My job (that I hired myself for) is to spend all day attacking and slandering anyone I want to.

But if you have anything bad to say about me, i'll sue you. I'll sue your fraudulent ass!!!!

2 1 18

**Plain Shite** @PlainShite · Oct 17

We've been incredibly successful in pushing the story that the Unsworth lawsuit is about the defamation of Vernon's good name

The idiots in the media have no idea we played them like fools. This case is about defaming Elon Musk, so we can destroy Tesla. Some of our best work.

7 25

**Plain Shite** @PlainShite · Oct 17

If you have been a victim of Aaron Greenspan or his fraudulent Think Foundation charity and would like to provide a testimony, depositions will begin next week

If you'd like to participate please submit your contact information at the bottom of this page: plainshit.org

**Steve Jobs**
@stevejobs@mast.wholemars.com

 Follow

Aaron Greenspan always retaliates on the day the stock goes up, even if I didn't do or say anything about him

Today I think he's passing my number to spam services. Don't worry, all evidence is being saved.

My full story documenting all the harassment since January is coming soon



**Text Message**
Today 12:46 PM

eat is reserved for the
premiere of Hidden
The Science of Miracles
eries! It goes live on
Nov 7th at 9pm (EST)
TOP 2 stop

eat is reserved for the
premiere of Hidden
The Science of Miracles
eries! It goes live on
Nov 7th at 9pm (EST)
TOP 2 stop



The social network of the future: No ads, no corporate surveillance, ethical design, and decentralization! Own your data with Mastodon!

mastodon Profile directory About Mobile apps Log in Sign up



Steve Jobs
@stevejobs@mast.wholemars.com

Follow

this is why we do it

hane
3 seconds ago

been meaning to thank you, Omar
Truth/Steve Jobs).  Looks like this is a
do that.  Your funny, informative, tho
ng, & aggressive tweets against Tesla
d me to purchase Tesla shares in Apri
2019.  There were others as well.  Ho
d out.  Thanks to you (& obviously T
ion & hard work and consumers of t
s), I was able to pay for several stem
es for my son and for a few more to c
enty leftover to purchase a Cybertru
etirement.  I owe you.  Do not let thes
bring you down.  People whining ab
someone a piece of shit is hilarious.
win the hearts & minds of consumer
ducts that are better for our planet, c
& safety, and our future generations.
ooting around does not always work.
y much and keep up the great work!



The social network of the future: No
ads, no corporate surveillance, ethical
design, and decentralization! Own your
data with Mastodon!



May 17, 2020, 11:57 AM · Mast · ↩ 0 · ⟳ 1 · ★ 6

💬 Sign in to participate in the conversation

**RESOURCES**

Terms of service

Privacy policy

**DEVELOPERS**

Documentation

API

**WHAT IS MASTODON?**

**MAST.WHOLEMARS.COM**

About

v3.0.1

**MORE…**

Source code

Mobile apps



Q Search Twitter

Log in    Sign up

**Whole Mars**
@wholemarslog

It's time for the board of Plainsite to face justice for their crimes.

12:12 PM · May 25, 2020 · Twitter for iPhone

**1** Retweet    **24** Likes

**Musk AF** ——————ran @AfMusk · 24m
Replying to @wholemarslog
Is that lawsuit against Tesla & Omar legit? I can't imagine Greenspan not receiving a Rule 11 violation.
1      8

**Whole Mars** @wholemarslog · 22m
He will, but the lawyers he's opposing are pushing for criminal charges
2      11

**Musk AF** ——————ran @AfMusk · 20m
Good thing he stuffed his tiny Facebook settlement into a non profit, so it can't be touched by lawsuit judgements. 🙄
1      7

**Whole Mars** @wholemarslog · 17m
non-profit status will be revoked when it's discovered the brand, server logs, and resources were misappropriated to inure private benefit to Aaron Greenspan
3    1      13

**Musk AF** ——————ran @AfMusk · 16m
Shouldn't be hard to prove, considering he is a admitted short seller and one can calculate what % of plainsite is dedicated specifically to hurt Tesla. Must be like 95% of its content.
2      3

**Whole Mars** @wholemarslog · 15m
Yes, shouldn't be hard especially when he can't afford a lawyer and Elon can afford the best
     1

**LFXS** @lfxs1212 · 29m
Replying to @wholemarslog



KEEP GOIN

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Whole Mars**
@wholemarslog    Follow
Access to tools for the new world

**What's happening**

COVID-19 · LIVE
**COVID-19 updates for the US**

COVID-19 · LIVE
**COVID-19: Americans observe a quiet Memorial Day amid pandemic**

Celebrities · Trending
**Dave Chappelle**
Trending with: Azealia Banks

Business & finance · Trending
**X Æ A-Xii**
22K Tweets

Celebrity · 3 hours ago
**Doja Cat addresses allegations**

Search Twitter

Log in    Sign up

Show more

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.



GIF

💬 1    🔁    ♡ 2    ⬆

**Whole Mars** @wholemarslog · 29m
after crew launch

💬    🔁    ♡ 3    ⬆

**Bend Oregon Tesla Club** @damphouse · 33m
Replying to @wholemarslog
Is the board more than one person?

GIF

💬 1    🔁    ♡ 6    ⬆

**Whole Mars** @wholemarslog · 31m
Yes, Aaron Greenspan, Neil Greenspan, and Judith Greenspan.

As board members they presided over Plainsite's tax fraud, harassment of Tesla customers, and short and distort fraud.

💬 1    🔁    ♡ 13    ⬆

1 more reply

**K10**✨© @Kristennetten · 34m
Replying to @wholemarslog
Yeah!!!

💬    🔁    ♡ 3    ⬆





Explore

Settings

**Tweet**

Search Twitter

**Whole Mars**
@WholeMarsBlog

Damn, this is litterally exactly what Aaron Greenspan did to Omar, Earl, Viv, Johnna.

Maybe one day he'll be charged too

12:37 PM · Jun 15, 2020 · Twitter for iPhone

**5** Retweets **26** Likes

**K10✨©** @Kristennetten · 31m
Replying to @WholeMarsBlog & @NuovaRealta ...
1 1 8

**Whole Mars** @WholeMarsBlog · 30m
too many people to list!
1 8

**K10✨©** @Kristennetten · 29m
He will get his .. soon imo
1 4

**Whole Mars** @WholeMarsBlog · 28m
I agree, tens of thousands of dollars shorting Tesla was just the beginning. he is a criminal
5

**Ryan Scanlan (DVTOC)** @Xenius101 · 28m
Replying to @WholeMarsBlog
One can hope, because that guy appears to be quite troubled.
1 4

**Whole Mars** @WholeMarsBlog · 26m
no kidding... just hope he finds help
3

**Æx** @anonyx10 · 25m
Replying to @WholeMarsBlog
Yep, sounds like $tslaq
1 3

**Nikola Tesla's Ghost** @Nikola_Truth · 13m
Replying to @WholeMarsBlog

**New to Twitter?**
Sign up now to get your own per

Sign up

**Relevant people**

**Whole Mars**
@WholeMarsBlog
Access to tools for

**What's happening**

COVID-19 · LIVE
**COVID-19: Updates for the**

**#60in6onQuibi**
In Depth. In Minutes. Weekly
Promoted by Quibi

Trending in United States
**SUPERM GRAMMY**
12K Tweets

Celebrity · 2 hours ago
**Jon Stewart discusses pol brutality, media and politic New York Times interview**

Trending in United States
**T-Mobile**
Trending with: #TMobile, #T

Explore

Settings

## Thread

**Whole Mars**
@WholeMarsBlog

Why does Aaron Greenspan threaten his critics, and Tesla customers?

To spread false stories about Tesla in the media, while surpressing positive voices through intimidation.

The SEC must investigate and prosecute the perpetrators of this short and distort fraud.

1:45 PM · Jun 23, 2020 · Twitter for iPhone

**10** Retweets    **33** Likes

**Whole Mars** @WholeMarsBlog · 57m
Replying to @WholeMarsBlog
For bringing light to his misconduct, Greenspan will try and have this account pulled off Twitter. He has been successful in surpressing the truth about his crimes before.

Screenshot this tweet, and help spread the word. It's impossible to hide forever.

1    3    23

**Charles Scott** @CharlesScott78 · 55m
Replying to @WholeMarsBlog
I assume he has money? Unfortunately this falls under the Golden Rule - he who has the gold makes the rules. People with the wherewithal to sue or pressure companies like Twitter seem to run the show. I think we are going to need another platform other than Twitter.

1    1    2

**K10✨Ⓒ** @Kristennetten · 27m
I think it's the "squeaky wheel theory". Squeaky wheel gets the oil. He is just a plain obnoxious bully that makes it his life work to destroy others w/ what he sues you for libel & slander.

1    3

**Charles Scott** @CharlesScott78 · 2m
I love our country, but I really wish we had loser pays for frivolous lawsuits. If I have a staff of attorneys I can bankrupt anyone without deep pockets. Even if the person loses the case - you still have to put the time, effort and $$$ to defend yourself.

Search Twitter

### New to Twitter?
Sign up now to get your own per

**Sign up**

### Relevant people

**Whole Mars**
@WholeMarsBlog
Access to tools for

### What's happening

COVID-19 · LIVE
**COVID-19: Updates for the**

Trending in United States
**Lettuce**
7,379 Tweets

bball · Trending
**Blake Griffin**
2,956 Tweets

Premier League · 2 hours ago
**Ndombele starts on the be for Spurs again**

kpop · Trending
**Map of the Soul**
78.2K Tweets

Show more

Terms   Privacy policy   Cookies
© 2020 Twitter, Inc.



Explore

Settings

# Tweet

**Whole Mars**
@WholeMarsBlog

Aaron Greenspan abuses his charity to inure private benefit to himself.

His tax exempt status should and will be revoked, and he must pay back the taxes he illegally avoided.

1:35 PM · Jun 23, 2020 · Twitter for iPhone

**1** Retweet  **16** Likes

New to Twitter?

Sign up now to get your own per

Sign up

**Relevant people**

**Whole Mars**
@WholeMarsBlog
Access to tools for

**What's happening**

COVID-19 · LIVE
**COVID-19: Updates for the**

Trending in United States
**#ItsOkayToBeRacist**
4,398 Tweets

Music · Trending
**Naughty Girl**
Trending with: Crazy in Love

Premier League · 2 hours ago
**Ndombele starts on the be**
**for Spurs again**

Trending in United States
**The FBI**
90K Tweets

Show more

Terms  Privacy policy  Cookies
© 2020 Twitter, Inc.




Explore

Settings

## Tweet

**Whole Mars** @WholeMarsBlog · 1h

Aaron Greenspan is a cyberstalker who has been threatening and harassing Omar & others for years.

A common tactic used by cyber stalkers is false accusations and false victimization.

The harasser will try and make it look like they are the victim, and use that to incite hate.

Cyberstalking

From Wikipedia, the free encyclopedia

*"Cyberstalker" redirects here. For the Lifetime TV film, see Cyberstalker (film).*

**Cyberstalking** is the use of the Internet or other electronic means to stalk or harass an individual, group, or organization.[1] It may include false accusations, defamation, slander and libel. It may also include monitoring, identity theft, threats, vandalism, solicitation for sex, or gathering information that may be used to threaten, embarrass or harass.[1]

Cyberstalking is often accompanied by realtime or offline stalking.[2] In many jurisdictions, such as California, both are criminal offenses.[3] Both are motivated by a desire to control, intimidate or influence a victim.[4] A stalker may be an online stranger or a person whom the target knows. They may be anonymous and solicit involvement of other people online who do not even know the target.

Cyberstalking is a criminal offense under various state anti-stalking, slander and harassment laws. A conviction can result in a restraining order, probation, or criminal penalties against the assailant,

Internet, or hire a private detective.[10]

- Monitoring their target's online activities and attempting to trace their IP address in an effort to gather more information about their victims.[11]
- Encouraging others to harass the victim: Many cyberstalkers try to involve third parties in the harassment. They may claim the victim has harmed the stalker or his/her family in some way, or may post the victim's name and telephone number in order to encourage others to join the pursuit.
- False victimization: The cyberstalker will claim that the victim is harassing him or her. Bocij writes that this phenomenon has been noted in a number of well-known cases.[12]
- Attacks on data and equipment: They may try to damage the victim's computer by sending viruses.
- Ordering goods and services: They order items or subscribe to magazines in the victim's name. These often involve subscriptions to pornography or ordering sex toys then having them delivered to the victim's workplace.
- Arranging to meet: Young people face a particularly high risk of having cyberstalkers try to set up meetings between them.[12]
- The posting of defamatory or derogatory statements: Using web pages and message boards to incite some response or reaction from their victim.[13]

without a current relationship with the victim.

[Stalking] is a form of mental assault, in
disruptively breaks into the life-world of
longer has), with motives that are direct
Moreover, the separated acts that make
mental abuse, but do taken together (cu

**By anonymous online mobs**

Web 2.0 technologies have enabled online groups of anonymous people to self-organize to target individuals with online defamation, threats of violence and technology-based attacks. These include publishing lies and doctored photographs, threats of rape and other violence, posting sensitive personal information about victims, e-mailing damaging statements about victims to their employers, and manipulating search engines to make damaging material about the victim more prominent.[23] Victims frequently respond by adopting pseudonyms or going offline entirely.[24]

Experts attribute the destructive nature of anonymous online mobs to group dynamics, saying that groups with homogeneous views tend to become more extreme. As members reinforce each others' beliefs, they fail to see themselves as individuals and lose a sense of personal responsibility for their destructive acts. In doing so they dehumanize their victims, becoming more aggressive when they believe they are supported by authority figures. Internet service providers and website owners are sometimes blamed for not speaking out against this type of harassment.[24]

A notable example of online mob harassment was the experience of American software developer and blogger Kathy Sierra. In 2007 a group of anonymous individuals attacked Sierra, threatening her with

2 2 18

**Tesla Tony @CrewTesla**
@TonyCrisostomo

Replying to @WholeMarsBlog

I am personally going through a similar situation!! He's actually following and filming me. I've never even met him in person.

8:51 PM · Jun 23, 2020 from Maricopa, AZ · Twitter for iPhone

**1** Retweet **2** Likes

**Whole Mars** @WholeMarsBlog · 59m
Replying to @TonyCrisostomo
Who?

3

**Tesla Tony @CrewTesla** @TonyCrisostomo · 57m

Someone local and he and a few others have been extremely aggressive to the point the police have had to get involved. He has stated he knows what I Drive and has been following me.

1 2

**Whole Mars** @WholeMarsBlog · 56m
wtf... people are crazy

1 1

**the catalogs intern** @MartianIntern · 55m
Why is teslaq like this @TESLAcharts

1 3

**Tesla Tony @CrewTesla** @TonyCrisostomo · 54m
A question for the ages

1

Search Twitter

**New to Twitter?**

Sign up now to get your own per

Sign up

**Relevant people**

**Tesla Tony @Crew**
@TonyCrisostomo
@CrewTesla Silent
Proud owner of a M
Road Glide. Use my
Supercharger miles
ts.la/tony55108

**Whole Mars**
@WholeMarsBlog
Access to tools for

**What's happening**

COVID-19 · LIVE
**COVID-19: Updates for the**

MLB · Trending
**Puig**
55.2K Tweets

Politics · Trending
**Trump University**
13.5K Tweets

Sports · Yesterday
**FBI concludes no federal c was committed following investigation into the noos found in Bubba Wallace's NASCAR garage**

Trending in United States
**LET IT GO**
128K Tweets

Show more

Terms Privacy policy Cookies

© 2020 Twitter, Inc.

←    🔍 Search Twitter         **Log in**   **Sign up**   •••

**Whole Mars** ⌄
@WholeMarsBlog

Aaron Greenspan has been stalking me for years and shared my personal information with TSLAQ so they could harass me

> 👤 **Elon Mask** @ShadowMusk · 7h
> Replying to @WholeMarsBlog
> How do they have your phone number?

11:14 AM · Jun 28, 2020 · **Twitter Web App**

**10** Likes

💬      ⇄      ♡      ⬆

**Everyday Elon** @EverydayElon · 10m     ⌄
Replying to @WholeMarsBlog
This dude 👇 accused u of being a pedo 🤣 🤮 🤮 !! Its the only time I liked Mark Zuckerberg when he laughed Aaron off the stage. Must have been quite a hit in the stomach for such a huge ego!



💬 1     ⇄ 1     ♡ 4     ⬆

**Whole Mars** @WholeMarsBlog · 8m     ⌄
when did he laugh aaron off the stage 😂 sounds hilarious

💬     ⇄     ♡ 3     ⬆

**RyÆn** 👾 @Ryanth3nerd · 14m     ⌄
Replying to @WholeMarsBlog
You should change your number

💬     ⇄     ♡     ⬆

## More replies

**spacerace2025** @spacerace2025 · 36m     ⌄
Replying to @WholeMarsBlog
Why don't you and Omar sue Aaron? Take that asshole down.

💬     ⇄     ♡ 4     ⬆

**spacerace2025** @spacerace2025 · 33m     ⌄

---

**New to Twitter?**

Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**



**Whole Mars**   **Follow**
@WholeMarsBlog
Access to tools for the new world

**Elon Mask**   **Follow**
@ShadowMusk
Wear a (Elon) Mask | Future stuff

**What's happening**

FA Cup · 52 minutes ago
**Barkley's goal sends Chelsea to the FA Cup semis**

**#DoomPatrol**
Get weird! Stream Season 2
▶ Promoted by HBO Max

Food · Trending        ⌄

←    Search Twitter          Log in    Sign up   •••

**Watford FC**

**Southampton FC**    **3**

Entertainment · Trending
**Blaire**

Show more

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.

♡ 1      ♡ 2

**Whole Mars** @WholeMarsBlog · 32m    ⌄
I think so too. and he's committing tax fraud by doing it through a charity
so he will definitely have to pay the IRS back more than $100,000

💬    ⇄    ♡ 2    ⬆

💚🤗 **EV Customer Advocate** @DuTeach · 18m    ⌄
Replying to @WholeMarsBlog
Aaron is Criminal Minds (the TV show) level nuts. Like shackles in the
basement type.



💬    ⇄    ♡ 1    ⬆









Search Twitter

Log in | Sign up

**Whole Mars**
@WholeMarsBlog

TESLA SHAREHOLDERS

Buy FSD. Buy acceleration boost. Buy accessories for your car. Place a $100 order for a Cybertruck or other new vehicle. Buy solar, powerwall, a freaking t-shirt I don't care!

Let's push Tesla over the edge to profitability!!!

12:39 PM · Jun 29, 2020 · Twitter Web App

**53** Retweets **277** Likes

---

**Whole Mars** @WholeMarsBlog · 2h
Replying to @WholeMarsBlog
oh yeah forgot cybertruck reservations don't count

> **Matt Smith** @MatchasmMatt · 2h
> Replying to @teslatrey and @WholeMarsBlog
> No - cybertruck reservations (or really any reservation not delivered in Q2) do not impact the income statement. This was a bad suggestion, but the other ones will make a difference.

2 1 24

---

**Nathan** @nhukee · 2h
Replying to @WholeMarsBlog
🤔

4 1 18

---

**Zain** @ZainS180 · 2h
Do it

5

---

**Trey** @teslatrey · 2h

---

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Whole Mars** @WholeMarsBlog — Follow
Access to tools for the new world

## What's happening

**#ShopSmall**
Learn more at ShopSmall.com
Promoted by American Express

Trending in United States
**The Big E**

Politics · This morning
**Supreme Court strikes down Louisiana law regulating abortion clinics**

Politics · Trending
**Susan Collins**
Trending with: Kavanaugh

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

Search Twitter

Log in Sign up

**Whole Mars**
@WholeMarsBlog

i'm paying for the down payment on my model 3 with the money Aaron Greenspan lost shorting Tesla

12:57 PM · Jun 30, 2020 · Twitter for iPhone

**24** Likes

**Whole Mars** @WholeMarsBlog · 3h
Replying to @WholeMarsBlog
through turing feynman llc and the think computer corporation, as well as personally

1 3

**Whole Mars** @WholeMarsBlog · 3h
i'm not kidding the amount he lost in 2020 is equal to my down payment

2 8

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Whole Mars**
@WholeMarsBlog
Follow
part 24 hour EV news channel / part shitty stand up comedy routine

**What's happening**

Baseball · 21 minutes ago
**There will be no Minor League Baseball in 2020**

**#DickinsonAtHome**
Join the watch party at 6pm PT
Promoted by Dickinson

Entertainment · Trending
**Tati**
Trending with: Shane, Jeffree

Politics · Earlier today
**Amy McGrath defeats Charles Booker in Kentucky's Senate primary, reports say**

Trending in United States
**carson**

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

Search Twitter

Log in Sign up

**Whole Mars**
@WholeMarsBlog

Good morning shawties!

9:56 AM · Jul 1, 2020 · Twitter for iPhone

**43** Likes

**LFXS** @lfxs1212 · 1h
Replying to @WholeMarsBlog

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Whole Mars** Follow
@WholeMarsBlog
part 24 hour EV news channel / part shitty stand up comedy routine

## What's happening

Television · 1 hour ago
**Beavis and Butt-Head are 'entering a whole new Gen Z world' in an upcoming reboot**

kpop · Trending
**KIM TAEHYUNG**
Trending with: #KTH1iscoming, KTH1

Trending in United States
**PayPal**

Holidays · 5 hours ago
**Happy Birthday, Canada! 🇨🇦**

Trending in United States
**Stonewall Jackson**

Show more

Terms Privacy policy Cookies Ads info More
© 2020 Twitter, Inc.

Search Twitter

Log in Sign up

**Whole Mars**
@WholeMarsBlog

that's a yes.

Legal troll who extorted Mark Zuckerburg for $250,000 and then donated it to his fraudulent charity to evade taxes.

When we have his tax exempt status revoked, he'll owe about $100,000 in back taxes.

> **Pravduh** @Pravduh15 · 6h
> Replying to @WholeMarsBlog
>
> 
>
> @AaronGreenspan
>
> Replying to @Pravduh15 @DuTeach and 2 others
>
> This is a ridiculous question. I have the right to use public records however I see fit so long as such use is legal, and filing substantiated complaints is obviously legal. Get a grip.

1:52 AM · Jul 7, 2020 · Twitter for iPhone

**4** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Whole Mars**
@WholeMarsBlog
Follow
part 24 hour EV news channel / part shitty stand up comedy routine

**Pravduh**
@Pravduh15
Follow
We have no right to assume that any physical laws exist, if they have existed up until now, that they will continue to exist in a similar manner in the future.

## What's happening

COVID-19 · 58 minutes ago
**Vaccine maker Novavax receives $1.6 billion from 'Operation Warp Speed'**

Trending in United States
**I FEEL THREATENED**

Trending in United States
**Costco**

US news · Yesterday
**ICE says international students whose universities move to online-only this fall must transfer or leave the US**

Politics · Trending
**Rick Santorum**

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

Search Twitter

Log in    Sign up

**Whole Mars**
@WholeMarsBlog

Aaron Greenspan is a criminal.

Pass it on.

1:47 AM · Jul 7, 2020 · Twitter for iPhone

**5** Retweets    **16** Likes

**Pravduh** @Pravduh15 · 6h
Replying to @WholeMarsBlog

@AaronGreenspan

Replying to @Pravduh15 @DuTeach and 2 others

This is a ridiculous question. I have the right to use public records however I see fit so long as such use is legal, and filing substantiated complaints is obviously legal. Get a grip.

♺ 1    ♡ 2

**More replies**

**Peter DeCaprio** @cppinvest · 4h
Replying to @WholeMarsBlog
An actual criminal with an arrest record like yours? Or just euphemistically?

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Whole Mars**
@WholeMarsBlog    Follow
part 24 hour EV news channel / part shitty stand up comedy routine

**What's happening**

COVID-19 · 58 minutes ago
**Vaccine maker Novavax receives $1.6 billion from 'Operation Warp Speed'**

Trending in United States
**I FEEL THREATENED**

Trending in United States
**Costco**

US news · Yesterday
**ICE says international students whose universities move to online-only this fall must transfer or leave the US**

Politics · Trending
**Rick Santorum**

Show more

Terms   Privacy policy   Cookies   Ads info   More
© 2020 Twitter, Inc.



← Search Twitter

Log in  Sign up  •••

**Whole Mars**
@WholeMarsBlog

no, only money he had is the money he extorted from Zuckerburg

He can't afford a lawyer so he represents himself

> Dennis 🦑 @DennisT03784883 · 4m
> Replying to @WholeMarsBlog
> How does Greenspan afford this? Did he inherit a lot of money or something like that?

5:02 PM · Jul 8, 2020 · Twitter for iPhone

**6** Likes



**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Whole Mars**
@WholeMarsBlog    Follow
part 24 hour EV news channel / part shitty stand up comedy routine

**Dennis** 🦑
@DennisT03784883    Follow

**What's happening**

COVID-19 · This morning
**Trump threatens to cut funding from schools that won't reopen**
Trending with: #schoolsreopening

#TheBoysTV
Daddy's home. The Boys Season 2 drops 9/4
↗ Promoted by Prime Video

Celebrities · Trending
**zendaya**
Trending with: John David Washington

Politics · This morning
**Supreme Court rules employers with religious objections can be exempt from ACA's birth control mandate**
Trending with: Viagra

NBA · Trending
**Kendrick Perkins**

Show more

Terms  Privacy policy  Cookies  Ads info  More ∨
© 2020 Twitter, Inc.



←    🔍 Search Twitter      Log in   Sign up   •••

**Whole Mars Catalog**
@WholeMarsBlog

I'm sad. Greenspan has stalked me and tried to hurt me so much, it can't even fit in a tweet. He rapes his victims, entering their mind and shattering their peace when they least expect it. You can't imagine it unless you've seen it first hand.

12:31 PM · Jul 10, 2020 · Twitter Web App

**2** Retweets    **56** Likes

💬    ⟲    ♡    ⬆

**Whole Mars Catalog** @WholeMarsBlog · Jul 10
Replying to @WholeMarsBlog
there's this whole mob of people who think i'm a convicted felon addicted to crystal meth paid by Tesla who's also a child rapist

all because of him and they threaten me, post pictures of me

and the media and even Frederic Lambert are on thier side. it's insane.

💬 7    ⟲ 3    ♡ 37    ⬆

**Futur3Tech** @Futur3Tech · Jul 10
Replying to @WholeMarsBlog
Report him to the law enforcement, not twitter. And get it on record.

💬 1    ⟲    ♡ 5    ⬆

**Whole Mars Catalog** @WholeMarsBlog · Jul 10
yes, overdue

💬    ⟲ 1    ♡ 6    ⬆

**pinkocat** @pinkocat1 · Jul 10
Replying to @WholeMarsBlog
Sorry this is happening to you.

💬 1    ⟲    ♡ 9    ⬆

**Whole Mars Catalog** @WholeMarsBlog · Jul 10
thanks

💬    ⟲    ♡ 3    ⬆

**Futur3Tech** @Futur3Tech · Jul 10
Replying to @WholeMarsBlog
Report him. To get him on the record.

💬    ⟲    ♡ 4    ⬆

**CYBR FXR** @DatHandsomeJerk · Jul 10
Replying to @WholeMarsBlog
🙁
We will beat this together and ensure he doesn't harm anyone else anymore. 👊

💬    ⟲    ♡ 2    ⬆

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Whole Mars Catalog**
@WholeMarsBlog   Follow
part 24 hour EV news channel / part shitty stand up comedy routine.

**What's happening**

US news · 14 minutes ago
**Kanye West won't be listed on South Carolina's presidential ballot in November**
Trending with: Kanye



**#TheAlienist** 🎩
Catch Up on the S2 Premiere
↗ Promoted by Angel of Darkness on TNT

Gaming · Trending
**Nintendo**
Trending with: SMTV, Direct

 Search Twitter

Log in    Sign up    ○○○



**Whole Mars Catalog**
@WholeMarsBlog

Huh, interesting.

Aaron Greenspan had servers in New Jersey.

The same place the death threat @JohnnaCrider0 got this week came from.



@AaronGreenspan Aaron...
www.scribd.com

```
        A.   It was available for all Harvard students
to use.
        Q.   Where was -- what server was it run off
of?
        A.   Think Computer's primary web server.
        Q.   All right.  And where was Think Computer's
primary web server?
        A.   Physically?
        Q.   Yes.
        A.   Hoboken, New Jersey, at the time.
        Q.   All right.  And were you remotely logging
into it to administer it?
        A.   I did on occasion.
```

**Whole Mars Catalog** @WholeMarsBlog · Jul 9
Near Piscataway, New Jersey

could be a VPN tho
Show this thread

7:10 PM · Jul 11, 2020 · Twitter for iPhone

**2** Retweets   **15** Likes

**Whole Mars Catalog** @WholeMarsBlog · 1h
Replying to @WholeMarsBlog
Huh. 30 minutes away.

What a crazy coincidence.

**To Piscataway**
From Hoboken, NJ, United States

**39 min**
31 mi · New Jersey Turnpike W

GO

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

### Relevant people



**Whole Mars Catalog**
@WholeMarsBlog                Follow
part 24 hour EV news channel / part shitty stand up comedy routine.

**Johnna** 💕
@JohnnaCrider0                Follow
Author at @CleanTechnica who makes jewelry has a cat and collects minerals. I tweet about 💎 jewelry Tesla and Elon Musk.
johnnacrider.com

### What's happening

US news · Yesterday

**President Trump commutes the**



 Search Twitter

Log in   Sign up 


**Whole Mars Catalog**
@WholeMarsBlog

Aaron Greenspan is a serial rapist.

He enters his victims lives unannounced and unexpected, and rapes them while they're going about their lives, with their friends

You can't understand it unless you've been targeted by him. I will fight for all his victims — past and future.



9:19 PM · Jul 17, 2020 · **Twitter for iPhone**

**12** Likes

   

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

 **Whole Mars Catalog**
@WholeMarsBlog    Follow

part 24 hour EV news channel / part shitty stand up comedy routine.

**What's happening**

In memoriam · This morning
**Civil rights leader Rev. C.T. Vivian has died**
Trending with: C.T. Vivian


#GhostofTsushima🗡️
Become the Ghost
Promoted by PlayStation

Politics · Trending
**RIP Sir**
3,766 Tweets

US election · 5 hours ago
**Fox News' Chris Wallace challenges Trump's claim that Joe Biden wants to defund the police**
Trending with: Chris Wallace


IndyCar · Trending
**#IndyCar**
9,596 Tweets

Show more

Terms Privacy policy Cookies Ads info More ⌄
© 2020 Twitter, Inc.

**Whole Mars Catalog** @WholeMarsBlog · 15m



**Whole Mars Catalog** @WholeMarsBlog · 15m
Replying to @WholeMarsBlog

saying that he harasses and threatens people just doesn't communicate the kind of person he is

he's a rapist

and the world will know the truth, no matter how hard he fights to keep it quiet

💬 2      🔁      ♡ 5      ⬆



**Whole Mars Catalog** @WholeMarsBlog · 15m

trying to do my best to live my life, enjoy the weekend, and not worry about idiots like him

but he can't leave a grudge aside. he still attacks Zuckerburg to this day

Until he faces the consequences of his actions, he'll keep going and going

💬 4      🔁      ♡ 5      ⬆

**Whole Mars Catalog** @WholeMarsBlog · 3m

to be clear there doesn't appear to be any evidence Aaron Greenspan is a rapist in a sexual sense

by all accounts he is still a virgin

just trying to explain what it feels like to be his victim. "harassment", "threats", "defamation" etc doesn't adequately explain it

💬      🔁      ♡ 3      ⬆



**Forstall** @forstall_ · 12m
Replying to @WholeMarsBlog

almost guaranteed Aaron gets triggered by this tweet.

and that's a good thing 😊

💬      🔁 1      ♡ 4      ⬆



**Nobody Really** @Nobody_Really7 · 7m
Replying to @WholeMarsBlog

Wow that's a big word. Stay cool so that you may achieve victory.

💬 1      🔁      ♡ 1      ⬆



**Whole Mars Catalog** @WholeMarsBlog · 6m

I will

💬      🔁      ♡ 1      ⬆



**Lisa #TeslaTruth** @TeslaLisa · 7m
Replying to @WholeMarsBlog


GIF

💬      🔁      ♡      ⬆

### New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

### Relevant people



**Whole Mars Catalog**
@WholeMarsBlog    **Follow**

part 24 hour EV news channel / part shitty stand up comedy routine.

### What's happening

In memoriam · This morning
**Civil rights leader Rev. C.T. Vivian has died**
Trending with: C.T. Vivian


#GhostofTsushima 🥷
Become the Ghost
▶ Promoted by PlayStation

Politics · Trending
**RIP Sir**
3,766 Tweets

US election · 5 hours ago
**Fox News' Chris Wallace challenges Trump's claim that Joe Biden wants to defund the police**
Trending with: Chris Wallace


IndyCar · Trending
**#IndyCar**
9,596 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.



←     🔍 Search Twitter     **Log in**   **Sign up**   •••

**Whole Mars Catalog**
@WholeMarsBlog

Aaron Greenspan stalks and harasses colleged aged girls! Creepy! Leave her alone!

@jack @TwitterSafety



0:03   459 views

10:29 PM · Jul 18, 2020 · Twitter for iPhone

**4** Retweets    **20** Likes

💬     ⇄     ♡     ↑

**CLOROX™ — Your Trusted COVID-19 Medicine** @aVT_ll · 42m
Replying to @WholeMarsBlog @jack and @TwitterSafety
aww

two creeps under a tree

two creeps who can't understand the meaning of looking up to someone

💬    ⇄ 1    ♡ 1    ↑

**hen** @hentesla · 47m
Replying to @WholeMarsBlog @jack and @TwitterSafety
Do you think he realises that half the accounts following him are just second accounts from Tesla fans that want to laugh at him after he's blocked them?

💬    ⇄    ♡ 1    ↑

**Pilot X Æ C-137**🚀 @jchybow · 47m
Replying to @WholeMarsBlog @jack and @TwitterSafety
Oh ffs. 2 creepy old men discussing a young woman's - whom they've never met - future. I need to shower after seeing this.

💬    ⇄    ♡    ↑

**SnowyOwl** @Snowyowyl · 38m
Replying to @WholeMarsBlog @jack and @TwitterSafety
This is going to give me nightmares...thanks 😭😭

💬    ⇄    ♡    ↑

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

**Whole Mars Catalog** @WholeMarsBlog   **Follow**
part 24 hour EV news channel / part shitty stand up comedy routine.

**jack** ✔ @jack   **Follow**
#bitcoin ₿

**Twitter Safety** ✔ @TwitterSafety   **Follow**
Tweeting the latest safety tools, resources, and updates from @Twitter. For support, visit help.twitter.com

**What's happening**

Entertainment · LIVE
**Fans wish Jared Padalecki a happy birthday** 🎉
Trending with:
#HappyBirthdayJaredPadalecki

Sports · Trending
**Chicharito**
2,081 Tweets

Celebrities · Trending
**Jeffree Star**
71K Tweets

Gaming · This morning
**Fortnite adds the Renegade dance into the game**

Music · Trending
**#진영이를_Hear_진영이와_Here**
Trending with: #HearHereForJinyoung
12K Tweets

**Show more**

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.



←    🔍 Search Twitter        **Log in**    **Sign up**   •••



**Whole Mars Catalog** ⌄
@WholeMarsBlog

Scary. someone tried to hack into Omar's iCloud account, so it got locked and he had to reset the password.

Added to the Greenspan criminal activity file...



# Your Account Has Been Unlocked

Your Apple ID password has also been reset successfully. From now on, use your new password to sign in to your account.

**Done**

### New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

### Relevant people

**Whole Mars Catalog**   **Follow**
@WholeMarsBlog

part 24 hour EV news channel / part shitty stand up comedy routine.

### What's happening

NBA · LIVE
**Spurs at 76ers**
Trending with: ron brooks

Trending in United States ⌄
**#GeorgeFloyd**
7,792 Tweets

Music · Trending ⌄
**Cardi**
37.3K Tweets

MLB · LIVE
**Mets at Braves**
Trending with: deGrom

Movies and TV · Trending ⌄
**#TheBachelorGOAT** 🌹

Show more

Terms   Privacy policy   Cookies   Ads info   More ⌄

© 2020 Twitter, Inc.

**4** Retweets    **39** Likes

**Zachary Pernikliyski** @zachary1978 · 2h
Replying to @WholeMarsBlog
Can you prove he's trying hack you? And if you can, I hope that you can make him pay for everything he did,

💬 2     ⟲     ♡ 2

**Whole Mars Catalog** @WholeMarsBlog · 2h
can't prove it just based on this, but can examine evidence to see if he was involved. given history he's a natural suspect

💬     ⟲     ♡ 3

**FuturamaKing** 🐈🦇🐙🌞🦎🌲 @FuturamaKing · 2h
Replying to @WholeMarsBlog
good thing to add to evidence for the defense team.

Please tell Omar, he should ask his legal team to ask Greenspan's legal team to add any records of iCloud attempts to the evidence list.

💬 1     ⟲     ♡ 5

**Whole Mars Catalog** @WholeMarsBlog · 2h
of course, this and many other attempts

💬 1     ⟲     ♡ 9

**ALEX** 🚀 @ajtourville · 2h
Please tell Omar to tell his attorney to ask Aaron if he could hurry it up and file his reply to Elon's & Tesla's motion to dismiss Aaron's complaint... we need a good laugh 😂

💬 1     ⟲     ♡ 12

**J** @John33407116 · 1h
He probably ran out of bullshit and can't reply.

💬     ⟲     ♡

**Ruff Past** @ruffpast · 2h
Replying to @WholeMarsBlog
Wow the team against Omar seems pretty ruthless

💬     ⟲     ♡

**Charles** @Charles1776USA · 2h
Replying to @WholeMarsBlog
Ask Omar if his password was Gr33n5p@n15@n@55! 😉

💬     ⟲     ♡ 1

**Eats shorts for breakfast** @christorrella · 1h
Replying to @WholeMarsBlog
aarongreenspanisaweirdo123

💬     ⟲     ♡ 1

**More replies**

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Whole Mars Catalog**   Follow
@WholeMarsBlog
part 24 hour EV news channel / part shitty stand up comedy routine.

**What's happening**

NBA · LIVE
**Spurs at 76ers**
Trending with: ron brooks

Trending in United States
**#GeorgeFloyd**
7,792 Tweets

Music · Trending
**Cardi**
37.3K Tweets

MLB · LIVE
**Mets at Braves**
Trending with: deGrom

Movies and TV · Trending
**#TheBachelorGOAT** 🌹
Show more

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.

Twitter

# Explore

## Settings

← **Thread**

**Whole Mars Catalog**
@WholeMarsBlog

## Motives and profile of a Cyberstalker like Aaron Greenspan



Perpetrators

**Motives and profile**

Mental profiling of digital criminals has identified psychological and social factors that motivate stalkers as: envy; pathological obsession (professional or sexual); unemployment or failure with own job or life; intention to intimidate and cause others to feel inferior; the stalker is delusional and believes he/she "knows" the target; the stalker wants to instill fear in a person to justify his/her status; belief they can get away with it(anonymity); intimidation for financial advantage or business competition; revenge over perceived or imagined rejection.[26][27]

11:11 AM · Aug 21, 2020 · Twitter for iPhone

**6** Retweets and comments    **17** Likes

---

**Whole Mars Catalog** @WholeMarsBlog · Aug 21
Replying to @WholeMarsBlog
I couldn't have written a better description myself honestly

💬 1    🔁 1    ♡ 6

---

**Pravduh** @Pravduh15 · Aug 21
Replying to @WholeMarsBlog
I keep wanting to feel bad for him,  but if you make bad choices,  bad things happen...

💬 1    🔁    ♡ 3

---

**Whole Mars Catalog** @WholeMarsBlog · Aug 21
I do feel bad for him, but with no consequences you never wake up

💬 2    🔁 1    ♡ 3

1 more reply

---

**Dennis** @DennisT03784883 · Aug 21
Replying to @WholeMarsBlog
100% accurate.

💬    🔁 1    ♡ 2

## New to Twitter?

Sign up now to get your own per

**Sign up**

### Relevant people

**Whole Mars Catal**
@WholeMarsBlog
part 24 hour EV ne
shitty stand up com

### What's happening

Weather · LIVE
**Hurricane Laura upgraded 'extremely dangerous' Cat 4 storm**
Trending with: Katrina

Trending in United States
**Home Alone**
13.7K Tweets

Trending in United States
**Josh Hader**
2,156 Tweets

News · LIVE
**Weather and reinforcemer help firefighters battle California wildfires that ha killed at least seven**

K-pop · Trending
**DYNAMITE TAKEOVER**
19.6K Tweets

Show more

Terms   Privacy policy   Cookies
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in







 Explore

Settings

## Tweet

**Whole Mars Catalog**
@WholeMarsBlog

Based on his cyberstalking and false police reports we have a good case to put him away for 5 and a half years

**Jonas Bloch Kristensen** @Jonas_Bloch1 · 29m
Replying to @WholeMarsBlog and @elonmusk
I think it's time for Aaron, to go to jail 🙂

10:52 PM · Aug 21, 2020 · Twitter for iPhone

**13** Likes

## More replies

**Atul Kalaskar** @atulkalaskar · 12m
Replying to @WholeMarsBlog
I will donate food to 100 people for every 1 year of sentence Aron shitpot gets

1 1

Search Twitter

**New to Twitter?**
Sign up now to get your own per

Sign up

**Relevant people**

**Whole Mars Catal**
@WholeMarsBlog
part 24 hour EV nev
shitty stand up com

**Jonas Bloch Kriste**
@Jonas_Bloch1
Husband, father, HI
data technicians in
Navy ⚓🇩🇰, studyin
here for sustainabili
investment📈

**Elon Musk**
@elonmusk

**What's happening**

MLB · 3 hours ago
**White Sox at Cubs**
Trending with: White Sox

Trending in United States
**GOOD JOB EVERYONE**
15.7K Tweets

K-pop · Trending
**ARMYs**
1.3M Tweets

MLB · 2 hours ago
**Reds at Cardinals**
Trending with: Matt Davidson

Music · Trending
**KING BACH**

Show more

Terms Privacy policy Cookies
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in S

Explore

Settings

## Tweet

**Whole Mars Catalog**
@WholeMarsBlog

I trust you guys to be smart enough to figure out what's fact and speculation.

We don't know a lot of things about battery day, but we'll find out soon. In the meantime seeing if we can figure anything out is fun.

9:05 PM · Aug 24, 2020 · Twitter for iPhone

**2** Retweets **21** Likes

**Lort Mike Connor** @Mikepc1988 · Aug 24
Replying to @WholeMarsBlog
Wait you mean melon Muskie not going to give me a model 3 long range?

**Duncan Aitken** @duncanaitken · Aug 24
Replying to @WholeMarsBlog
And that's a fact.

No, wait...

Search Twitter

**New to Twitter?**
Sign up now to get your own per

Sign up

**Relevant people**

**Whole Mars Catal**
@WholeMarsBlog
part 24 hour EV new
shitty stand up com

**What's happening**

Republican National Convent...
**Republican National Conve**
**The third night is underwa**
**Mike Pence set to speak**

Hip hop · Trending
**6ix9ine**
Trending with: Lil Reese
9,461 Tweets

News · Trending
**Tucker Carlson**
Trending with: #FireTuckerC
59.7K Tweets

US news · Yesterday
**Illinois police arrest one su**
**in connection to fatal shoo**
**at Jacob Blake protest**
Trending with: Molotov

Trending in United States
**George Floyd**
105K Tweets

Show more

Terms Privacy policy Cookies
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in S

Explore

⚙ Settings

← **Tweet**



Whole Mars Catalog
@WholeMarsBlog

While researching the Aaron Greenspan story we've uncovered shocking evidence of massive fraud.

We will start publishing the story chapter by chapter in a 10 part series starting in one week.

Still some prep to do before then, but we will take the story to IRS, SEC, FBI, 👮

4:04 PM · Dec 7, 2020 · Twitter for iPhone

**10** Retweets  **4** Quote Tweets  **104** Likes

Paul @Paul49787221 · 19m
Replying to @WholeMarsBlog
Unleash the Kraken!!!
❤ 3

David F *HODL* @Real_Futurist · 19m
Replying to @WholeMarsBlog
Way to make an entrance! Yippee ki-yay!

GIF

❤ 3

On Love @DrewAdamTepper · 19m
Replying to @WholeMarsBlog
👏👏👏👏👏👏👏👏

James Carlisle @jamescarlisle35 · 19m
Replying to @WholeMarsBlog

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own per

**Sign up**

**Relevant people**

Whole Mars Catalo
@WholeMarsBlog
part 24 hour EV ne
shitty stand up com
unofficial fan accou

**What's happening**

In memoriam · 4 hours ago
**Actor Natalie Desselle Reid died at age 53**
Trending with Natalie Desselle,

NFL · Trending
**Haskins**
1,469 Tweets

Television · Trending
**Sunday Ticket**
1,862 Tweets





**Tweet**

**Whole Mars Catalog**
@WholeMarsBlog

I know it hurts me too but this is super important to get right.

we're talking about major organized criminal activity... this is some messed up stuff

> Screaming Tesla Bull @alisailan585 · 2m
> Replying to @WholeMarsBlog
> Can't leave us like that bro.

4:49 PM · Dec 7, 2020 · Twitter for iPhone

**6** Likes

**Screaming Tesla Bull** @alisailan585 · 1s
Replying to @WholeMarsBlog
Well let's do something about it. I think me and the Tesla community got ur back.