**EXHIBIT E**
IRS Form 13909 Complaints Regarding Think Computer Foundation and
March 4, 2020 IRS Letter 5177 to Think Computer Foundation

| Form **13909**<br>(December 2016) | Department of the Treasury - Internal Revenue Service<br>**Tax-Exempt Organization Complaint (Referral)** | | |
|---|---|---|---|
| 1. Name of referred organization<br>plainsite.org Aaron Greenspan | | | |
| Street address<br>500 Race Street, Suite 4321 | | | |
| City<br>San Jose | State<br>CA | ZIP code<br>95126 | Date of referral<br>August 29, 2017 |

2. Organization's Employer Identification Number (EIN)

3. Nature of violation

[x] Directors/Officers/Persons are using income/assets for personal gain
[x] Organization is engaged in commercial, for-profit business activities
[x] Income/Assets are being used to support illegal or terrorist activities
[ ] Organization is involved in a political campaign
[ ] Organization is engaged in excessive lobbying activities
[x] Organization refused to disclose or provide a copy of Form 990
[ ] Organization failed to report employment, income or excise tax liability property
[x] Organization failed to file required federal tax returns and forms
[x] Organization engaged in deceptive or improper fundraising practices
[ ] Other *(describe)*

4. Details of violation
Name(s) of person(s) involved
Aaron Greenspan

Organizational title(s)
CEO, COO

| Date(s)<br>Many dates | Dollar amount(s) *(if known)*<br>unspecified |
|---|---|

Description of activities
Aaron Greenspan the owner of the monetized website plainsite.org is using this website to make money in many illegal ways and is committing cyber terrorism, cyber harassment and cyber stalking. This individual is gaining access to Sealed and non-public documents on people's personal and private legal and medical matters and then ruthlessly posting these documents on his website plainsite.org. If you ask him to remove something he turns around and starts posting a lot more of your personal information on the web and apparently thinks its funny dong this to people. He claims to have a 501c for plainsite.org and is engaged in all kinds of various for profit schemes for this website. He is ruining people's careers and reputations.

5. Submitter information
Name
Diego MasMarques

Occupation or business

| Street address<br>PO Box 560042 | | | |
|---|---|---|---|
| City<br>Medford | State<br>MA | ZIP code<br>02156 | Telephone number |

[x] I am concerned that I might face retaliation or retribution if my identity is disclosed

6. **Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.

| Form **13909**<br>(December 2016) | Department of the Treasury - Internal Revenue Service<br># Tax-Exempt Organization Complaint (Referral) |
|---|---|

**1. Name of referred organization**

Aaron Jacob Greenspan/monetized website "plainsite.org" under fraudulent 501c called Think Computer Corporation out of Louisiana/ Father Neil G

**Street address**

500 Race Street, Suite 4321

| City | State | ZIP code | Date of referral |
|---|---|---|---|
| San Jose | CA | 95126 | 12/11/2017 |

**2. Organization's Employer Identification Number (EIN)**

unknown Jeffrey Allen Steinport has refused to provide a copy of Form 990 for his supposed 501c. He has since changed contact info to Panama

**3. Nature of violation**

- [x] Directors/Officers/Persons are using income/assets for personal gain
- [x] Organization is engaged in commercial, for-profit business activities
- [x] Income/Assets are being used to support illegal or terrorist activities
- [x] Organization is involved in a political campaign
- [ ] Organization is engaged in excessive lobbying activities
- [x] Organization refused to disclose or provide a copy of Form 990
- [x] Organization failed to report employment, income or excise tax liability properly
- [x] Organization failed to file required federal tax returns and forms
- [x] Organization engaged in deceptive or improper fundraising practices
- [x] Other *(describe)*

Aaron Jacob Greenspan and Neil Greenspan have set up this plainsite.org under a fraudulent 501c called the Think Computer Corporation, in order to avoid paying taxes, defraud and deceive the US Government, while they are making money from the fraudulent 501c and at the same time engaged in commercial for-profit business activities. The Greenspan's refuse to hand over a copy of the Form 990 to anyone.

**4. Details of violation**

**Name(s) of person(s) involved**

Aaron Jacob Greenspan and his Father Neil Greenspan of Shaker Heights, Ohio. There are Attorneys and others involved in this fraud as well.

**Organizational title(s)**

plainsite.org run by Aaron Jacob Greenspan who has posted that he is the CEO of this monetized website and Think Computer Corporation

| Date(s) | Dollar amount(s) *(if known)* |
|---|---|
| multiple dates going back many years now throughout the US | Hundreds of thousands of dollars at a minimum and hiding earned income |

**Description of activities**

Aaron Jacob Greenspan a/k/a Aaron Greenspan and his Father Neil Greenspan of Shakers Heights, Ohio have conspired to use this monetized website plainsite.org as a ploy to make legal cases open to the public. What these individuals are really doing is selecting what documents they post on the web to attract the most traffic online to plainsite.org and once a person files a legitimate complaint against plainsite.org they are then viciously attacked by plainsite.org on the web, by having more documents uploaded. Plainsite.org is a racketeering and extortion outfit.

**5. Submitter information**

**Name**

Diego MasMarques

**Occupation or business**

**Street address**

PO Box 560042

| City | State | ZIP code | Telephone number |
|---|---|---|---|
| Medford | MA | 02156 | 6176976692 |

- [x] I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.

| Form **13909** (December 2016) | Department of the Treasury - Internal Revenue Service **Tax-Exempt Organization Complaint (Referral)** |
|---|---|

**1. Name of referred organization**

Aaron Jacob Greenspan owner of the website plainsite.org under fraudulent 501c Think Computer Corporation

**Street address**

500 Race Street

| City | State | ZIP code | Date of referral |
|---|---|---|---|
| San Jose | CA | 95126-5159 | April 2, 2018 |

**2. Organization's Employer Identification Number (EIN)**

unkown

**3. Nature of violation**

[X] Directors/Officers/Persons are using income/assets for personal gain
[X] Organization is engaged in commercial, for-profit business activities
[X] Income/Assets are being used to support illegal or terrorist activities
[X] Organization is involved in a political campaign
[X] Organization is engaged in excessive lobbying activities
[X] Organization refused to disclose or provide a copy of Form 990
[X] Organization failed to report employment, income or excise tax liability properly
[X] Organization failed to file required federal tax returns and forms
[X] Organization engaged in deceptive or improper fundraising practices
[X] Other *(describe)*

Aaron Jacob Greenspan owner of plainsite.org under a fraudulent 501c called Think Computer where his father Neil Sanford Greenspan is the VP and Treasurer is one of the biggest frauds out there when it comes to falsely using the 501c through the IRS then goes around and asks not only for private donations and investment money for their website, but also have set up the business to ask the public for monetary subscription

**4. Details of violation**

**Name(s) of person(s) involved**

Aaron Jacob Greenspan and his father Neil Sanford Greenspan who is listed as the VP and Treasurer of Think Computer Corp.

**Organizational title(s)**

Aaron Jacob Greenspan owner of plainsite.org under fraudulent 501c Think Computer Corp. Neil S Greenspan is VP and Treasurer

| Date(s) | Dollar amount(s) *(if known)* |
|---|---|
| Ongoing for quite some years now | Quite a lot of money and not being reported to the IRS. |

**Description of activities**

Aaron Jacob Greenspan set up plainsite.org as a cover to scam the public out of their money. His father Neil S Greenspan who actually works at the Case Western Reserve University in Columbus, Ohio is shown as the VP and Treasurer of the fraudulent umbrella 501c called Think Computer Corp.. Aaron Greenspan set up this fraud company as a supposed charity but his true intention was always to make lots of money off the backs of the public. Attached is a complaint someone posted about plainsite.org on ripoffreport.com and it states it well, that Aaron Greenspan uses plainsite.org

**5. Submitter information**

**Name**

Diego Mas Marques

**Occupation or business**

**Street address**

PO Box 560042

| City | State | ZIP code | Telephone number |
|---|---|---|---|
| Medford | MA | 02156 | |

[X] I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.

Catalog Number 50614A  www.irs.gov  Form **13909** (Rev. 12-2016)

 **Department of the Treasury
Internal Revenue Service
Tax Exempt and Government Entities
Exempt Organizations Examinations**
1100 Commerce Street MS 4900 DAL
Dallas, TX 75242-1100

Date: MAR 0 4 2020

Taxpayer Identification Number:
  34-1937820
Form:
  990-N
Tax Period(s) Ended:
  December 31, 2018
Person to Contact / ID Number:

Employee ID:
Contact Numbers:
  Telephone:
  Fax:

THINK COMPUTER FOUNDATION

20560 SHELBURNE RD
SHAKER HTS, OH 44122-1941

Dear THINK COMPUTER FOUNDATION:

We completed our audit of your financial information relating to Form 990-N, Electronic Notice (e-Postcard) for Tax-Exempt Organizations Not Required to File Form 990 or 990-EZ, for the period(s) shown above. We determined you were eligible to file Form 990-N for those periods.

Your organization continues to qualify for exemption from federal income tax as described in Internal Revenue Code Section 501(c)(3).

If you have questions, contact the person listed at the top of this letter. If you write, provide a phone number and the most convenient time to contact you.

Sincerely,

*[signature]*
for Maria Hooke
Director, Exempt Organizations Examinations

Letter 5177 (Rev. 5-2017)
Catalog Number 62613F