**EXHIBIT F**
Example Versions of Omar Qazi's "The Victims of Aaron Greenspan Foundation" Website and Contextual Documents

# Plain Shit

## "It's plain to see: This fraudulent charity is FULL OF SHIT"

Have you been harassed, intimidated, threatened or targeted for extortion by Aaron Greenspan, his fraudulent "Think Foundation" "Charity", or board members Neil Greenspan or Judy Greenspan? You are not alone.

The law offices of Lantham & Watkins are collecting testimonies regarding the fraudulent 501(c)(3) non-profit Think Foundation's activities, and the conduct of board members Aaron Greenspan, Neil Greenspan and Judith Greenspan. Please add your contact information to the form below and one of our staff will contact you shortly. Thank you for speaking out.

## 56 people have submitted verified testimonies

Join Class Action





Need Password Help?

## It's plain to see: We're full of shit.

[                                                                    ] [ Go ]

**Aaron Greenspan Did Not Invent Facebook. He is a failure.**

Recent { <u>Aaron Greenspan</u> • Mueller Trump Investigation • President Donald J. Trump • Turkey • Emoluments Clause }

Reality Check { I didn't invent Facebook. • Herbalife Nutrition, Ltd. • Credit Acceptance Corporation }











| Issues | Laws | Cases | Pro | Home Map | Pro Se | Articles | Firms | Entities |

A joint venture of Think Computer Corporation and Think Computer Foundation, a fraudulent 501(c)(3) non-profit organization.
Although this website is run with charitable funds, almost all of the income is inured privately to Aaron Greenspan, the founder and sole employee.
Activity of the organization may be related to Feynman Turing, LLC Greenspan's Investment Company where he is the sole employee and "investment manager"
Copyright © 2019 Victims of Aaron Greenspan, Inc. All Rights Reserved.

## Have you been a victim of harassment, intimidation, extortion, sexual assault, identity theft, or cyberstalking by Aaron Greenspan?

**You are not alone. The victims of Aaron Greenspan Foundation is gathering evidence of Aaron Greenspan's crimes to finally bring this criminal to justice**

**If you have any information on the criminal activity of Aaron Greenspan or Think Foundation board members Neil Greenspan, Judith Greenspan, or Simon Greenspan (pictured below), please submit your contact information**

  



**956 people have submitted testimonies**

## Join Class Action

email address

Subscribe

# Have you been a victim of harassment, intimidation, extortion, sexual assault, identity theft, or cyberstalking by Aaron Greenspan?

**You are not alone. The victims of Aaron Greenspan Foundation is gathering evidence of Aaron Greenspan's crimes to finally bring this criminal to justice**

**If you have any information on the criminal activity of Aaron Greenspan or Think Foundation board members Neil Greenspan, Judith Greenspan, or Simon Greenspan (pictured below), please submit your contact information**




 

## 956 people have submitted testimonies

### Join Class Action

email address

Subscribe

**4681 people have submitted testimonies**

**Join Class Action**

email address

Subscribe

# Have you been a victim of harassment, intimidation, extortion, sexual harassment, identity theft, or cyberstalking by Aaron Greenspan?

**You are not alone. The Victims of Aaron Greenspan Foundation is gathering evidence of Aaron Greenspan's crimes to finally bring light to this situation. Aaron is an extremely dangerous and manipulative individual who uses his fake non-profit to mask disgusting conduct.**

**If you have been targeted by or have any information on the criminal activity of Aaron Greenspan or Think Foundation board members Neil Greenspan, Judith Greenspan, or Simon Greenspan (pictured below), please submit your contact information**

Learn more about Aaron Greenspan  Learn More about Neil Greenspan








## [READ M'S TESTIMONY](#)

## [READ P'S TESTIMONY](#)

## [READ F'S TESTIMONY](#)

# Have you been a victim of harassment, intimidation, extortion, sexual harassment, identity theft, or cyberstalking by Aaron Greenspan?

**You are not alone. The Victims of Aaron Greenspan Foundation is gathering evidence of Aaron Greenspan's crimes to finally bring light to this situation. Aaron is an extremely dangerous and manipulative individual who uses his fake non-profit to mask disgusting conduct.**

**If you have been targeted by or have any information on the criminal activity of Aaron Greenspan or Think Foundation board members Neil Greenspan, or Judith Greenspan, please submit your contact information above to join our mailing list.**

**You can also submit any testimony you have about Aaron or other Think Foundation board members [by emailing us](#) and your testimony will be included anonymously on this site.**

[Learn more about Aaron Greenspan](#) [Learn More about Neil Greenspan](#)





*Correction: An earlier version of this website stated that Aaron's brother Simon Greenspan also sat on the board of the Think Foundation.*
*Though Simon may have been a benefactor of the organization, the latest available public documents do not list him as a board member*





**Amelia** ⬛⬛⬛ 🔗
To: Omar Qazi
confidential

17 October 2019 at 8:23 AM
All Mail - Google 📁    AT



Elon Musk Read.docx

On 14 Oct 2019, at 9:17 AM, Amelia ⬛⬛⬛⬛⬛⬛⬛⬛

<article 1.pdf>

---

**Amelia** ⬛⬛⬛ 🔗
To: Omar Qazi
Article 1 from insert name plea , now you know my name haha

14 October 2019 at 9:17 AM
All Mail - Google 📁    AT

article 1.pdf

---

**Omar Qazi**
To: Amelia Tracey
Re: Hope you're ok!

27 October 2019 at 5:39 AM
Inbox - Google 📁    OQ

🗑  ↩  ↩↩  →

⬛⬛⬛ Hahaha wow, you're amazing! You could be a really amazing investigative journalist Amelia :)

Anyway, don't worry about me. I think that the Twitter support people just checked out for the weekend before they got to review my appeal. Fingers crossed they will re-enable me when they get to work on Monday. In the meantime i'm enjoying spending time in the real world and not having Twitter to check.

Can't wait to talk to you when I get back online! 😌

Take care,
Omar Qazi
⬛⬛⬛⬛⬛⬛⬛

See More from Amelia T ⬛⬛⬛

---

**Amelia** T ⬛⬛⬛
To: Omar Qazi
Re: Hope you're ok!

25 October 2019 at 8:08 PM
All Mail - Google 📁    AT

Thanks :). by the way i wrote this up re Greenspan just did it quickly but willl share... try and get word out... he does a lot of other crazy stuff but just started here.

Hope it helps some hov     
Aaron Greenspan.pdf



Search

Help   News   Language ˅    **Charities & Nonprofits**    **Tax Pros**

| **File** | **Pay** | **Refunds** | **Credits & Deductions** | **Forms & Instructions** |

Home > Charities and Non-Profits > Search for Charities > Tax Exempt Organization Search

# Results for Tax Exempt Organization Search



**Select Database** ⓘ

[ Search All ˅ ]

**Search By** ⓘ

[ Organization Name ˅ ]

**Search Term** ⓘ

[ "Victims of Aaron Greenspan" ]

**City**

[ Enter City ]

**State**

[ All States ˅ ]

**Country**

[ United States ˅ ]

[ Search ]    [ Reset ]    Search Tips

**Your search did not return any results. Please try again.**

**Need Help?** See Search Tips for guidance on effective searching, search criteria and logic, and selecting search terms.

**Additional information**

- Frequently asked questions - *Exempt Organizations Select Check*
- Revocations of 501(c)(3) Determinations
- Suspensions Pursuant to Code Section 501(p)
- Exempt Organizations Business Master File Extract (EO BMF): a list of organizations recognized as exempt by the IRS
- Tax Exempt Organization Search: Bulk Data Downloads

*Page Last Reviewed or Updated: 6-Sept-2019*

[ ↗ Share ]   [ 🖨 Print ]



 



**Our Agency**

About IRS

Work at IRS

Help

**Know Your Rights**

Taxpayer Bill of Rights

Taxpayer Advocate Service

Accessibility

**Resolve an Issue**

Respond to a Notice

Office of Appeals

Identity Theft Protection

**Other Languages**

Español

??

???

**Related Sites**

U.S. Treasury

Treasury Inspector General for Tax Administration

USA.gov