## **EXHIBIT G**
Excerpts of Essays Concerning Plaintiff by Omar Qazi

# **Whole Mars Catalog**

Tools for a new world

# **Thanks for the Love ❤️**

Thanks for all the love everybody 😁 I miss you guys all a lot. I'm doing great and am planning to enjoy my weekend. But come back Monday for more on this story.

# **What's on Monday?**

On Monday, I'll tell the whole story, with screenshots and other evidence.

I'll show you how Aaron Greenspan, the Tesla short seller who runs a fake charity called called the "**Think Computer Foundation**" (doing business as Plainsite) started harassing and stalking me in January of this year, after I wrote a tweet he didn't like.

I'll document his attempts to threaten, silence, and intimidate me. I'll show you the tweets and messages he sent about me, and how his short seller gang took up the call to continue harassing me based on provably false information. I'll show you what they said to me and the messages and threats they sent to my family and employer.

I'll show you how he tried to slander me by going to the media and Twitter with false allegations about me, and show you the evidence that proves that they are not true.

I'll tell you about Aaron's fake charity that Tesla short sellers are donating to in order to pass tax deductible "charity" funds to Aaron so that he can attack Tesla customers, young girls, and members of the US military. I'll explain how he committed tax fraud and securities fraud, and his campaign to cover up his crimes and remove evidence from the internet once his fraud was discovered.

And I'll even get into some history about how he extorted $250,000 from Mark Zuckerburg claiming he was the original inventor of Facebook, and how he claimed Square stole the idea for Square cash from his app **"FaceCash" (tagline: Pay with your face!)**

It's going to be one hell of a blog post. You're not going to want to miss it. Click the follow

button at the bottom of the site and it'll be sent directly to your inbox.

Anyway, like I said I'm going to go enjoy my weekend. But come back Monday for a story you won't want to miss.

Oh, if you want some intro to the story **read this post someone (not me) wrote for the Victim's of Aaron Greenspan Foundation's website.** I will present more new information and more of my side of the story on Monday, with lots of new details that have never been shared before.

Advertisements



👤 **Steve Jobs**    🕐 **November 1, 2019**    🗂 **Uncategorized**    💬 **Leave a comment**

# Join Mastadon

I've setup an open source social network that's similar to Twitter called Mastadon on this website.

Sign up if you want to communicate with me in a twitter-like way at **mast.wholemars.com**

👤 Steve Jobs   🕐 October 31, 2019   📁 Uncategorized   🗨 2 Comments

# Steve Jobs is Dead

Boom. It's me.

I wanted to give you all an update, since I know there have been many questions. Today I was notified by Twitter that my account @tesla_truth has been permanently suspended. I will not be allowed to use Twitter any longer, or create any new accounts. Here is the notification from Twitter at 6:22 PM today citing "multiple or repeat violations of the rules"



We're writing to let you know that your account has been suspended due to multiple or repeat violations of our [rules](#).

Please do not reply to this email, or send us new appeals for this account as we won't monitor them.

Thanks,

## What were the violations?

Since my @tesla_truth Twitter account was focused on exposing a massive social media disinformation campaign orchestrated against Tesla, as well as posting real information about Tesla products, Tesla short sellers did not like me very much. A lot of untrue information about me, and the reasons why I was suspended are being spread and will continue to be spread. Please don't believe unsubstantiated claims about me. Here is the real info on how $TSLAQ and Aaron Greenspan were able to get my account taken down.

## Suspension #1: Immediately After Opening



verify@twitter.com
Inbox - Smick    November 27, 2018 at 2:58 PM
Tesla Truth, confirm your email address to access all of Twitter's features
To: Twitter User

# Confirm your email address

I started the @tesla_truth Twitter handle on November 27, 2018 to refute the disinformation campaign orchestrated by a group of Tesla short sellers who called themselves "$TSLAQ", noting their intent to bankrupt the company in order to make money betting against the stock.

After two days of tweeting, my account was suspended on the 29th of November 2018. I sent in an appeal, and one day later it was unsuspended on November 30 2018.



support@twitter.com
Inbox - Smick    November 30, 2018 at 12:57 PM
Case# 0099242562: Appealing an account suspension - @tesla_truth [ ref:_00DA0K0A8._5004...    Details
To: teslatruth@smick.com

Hello,

We appreciate your patience and, after further review, we have unsuspended your account.

# Suspension #2: Impersonation

The display name on my @tesla_truth account was "Steve Jobs". The subject of the account was the importance of innovation, and as a funny sort of parody of the anonymous swarms

of accounts posting negative information about Tesla, I thought it would be funny to post in character as Steve Jobs back from the dead to explain Tesla's technology. I did not closely review the rules around parody accounts and $TSLAQ was able to have me suspended for impersonating Steve Jobs.

On July 3rd, I was notified that my account was permanently deleted and would not be restored for violating the rules against impersonation. This report was likely submitted by Aaron Greenspan.





After writing an appeal begging for my account back and explaining that it was a parody and not meant to deceive, Twitter allowed me to have my account back as long as I changed the name to "Steve Jobs' Ghost" and changed the bio.



support@twitter.com                                    Inbox - Smick    July 4, 2019 at 12:18 AM    S
Case# 0119181393: Appealing an account suspension - @tesla_truth [ ref:_00...    Details
To:  teslatruth@smick.com

Hello,

We've received a report that your account, @tesla_truth, may be in violation of Twitter's policies on impersonation and/or trademark. Your account has been temporarily suspended.

Twitter firmly believes in freedom of expression. However, impersonation or misuse  of a trademark on our platform is against the Twitter Rules https://support.twitter.com/articles/18311. If you intended to

create a parody, commentary, or fan account, your account will
not be in violation as long as it complies with our policy:
http://help.twitter.com/articles/106373.

If you would like your account to be restored, please do the
following:

- Respond to this email and confirm that you've read and
  understood the Twitter Rules
  https://support.twitter.com/articles/18311.
- When we receive your reply and your account is
  reactivated, you will have 48 hours to bring your account
  into compliance with our policy by editing the following
  information on the account:
    - Account name
    - Bio

Please understand that your account may be subject to
permanent suspension if you fail to comply with these
instructions or if it's found to further violate the Twitter Rules.

# Suspension #3: Copyright on Aaron Greenspan's Purple Shirt

Since January 2019, I have been stalked and harassed by a deranged Tesla short seller
named Aaron Greenspan. At one point I tweeted a picture of Aaron that is shown many
places on the internet, **including in this blog post**.

Aaron sent a Digital Millennium Copyright Act takedown notice to Twitter demanding that
they remove my profile header image, which was the top portion of the picture (showing the
top of his head). I thought it was so funny that Aaron would bother to send a DMCA
takedown notice that I posted two screenshots showing my profile before and after the
copyright removal. I didn't think a screenshot of the old violation constituted copyright
infringement, but Aaron waited until the day before Tesla earnings and sent an email to

Twitter asking them to remove both my @tesla_truth and personal accounts for repeated copyright violations. Twitter agreed, and suspended my account. I was able to get it back about 1 day later.

== Reported Tweet URL:
https://twitter.com/tesla_truth/status/1182586032362901505

== Description of infringement: Within hours, this user re-posted a screenshot of the same copyrighted image that had just been removed via the DMCA complaint in support request number 0128821585, and a different cropped view of the image that had just been removed. In addition, the user posted a separate copyrighted image this morning, which is the subject of request number 0128859664. This activity constitutes repeat infringement. The account and other accounts controlled by the same individual (e.g. @OmarQazi) should be permanently suspended under your repeat infringer policy.

-------

== 512(f) Acknowledgment: I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

== Good Faith Belief: I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

== Authority to Act: The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

== Signature: Aaron Greenspan

# Suspension #4: Spam + Permanent Ban

One day after getting my account back for the copyright violation, I received a notice that my personal account and @tesla_truth account had been permanently banned due to

"Spam". The appeal email from Twitter said this was connected to the copyright case, so it seems clear that Aaron Greenspan submitted this complaint. It's unclear what exactly the violation of the spam policy was, but things like posting from a different account while you're suspended could fall under this policy. I appealed the suspension, but 7 days later (today) Twitter told me that after reviewing my appeal my account would not be restored. I will not be able to create a new account either.





Hello,

Your account, tesla_truth has been suspended for violating the Twitter Rules.

Specifically, for:

**Violating our rules against platform manipulation and spam.**
You may not use Twitter's services in a manner intended to artificially amplify or suppress information or engage in behavior that manipulates or disrupts people's experience

manipulates or disrupts people's experience
on Twitter.

Note that if you attempt to evade a permanent
suspension by creating new accounts, we will
suspend your new accounts. If you wish to
appeal this suspension, please contact our
support team.





**support@twitter.com**                          6:22 PM
To: teslatruth@smick.com ›

# About your Twitter account 0129940580 [ ref:_00DA0K0A8._5004A1ndl ll:ref ]



Hello,

We're writing to let you know that your account has been suspended due to multiple or repeat violations of our [rules](#).

Please do not reply to this email, or send us new appeals for this account as we won't monitor them.

Thanks,

## What now?

Don't worry about it. Getting off Twitter is actually kind of nice. The shorts are doomed either way, and you can subscribe to this blog if you still want to hear from me. There's an email signup on the bottom of the page. And who knows, maybe Twitter will change their mind when they find out more about the situation

It's clear that the Tesla short sellers have put a lot of effort into making sure you can't hear from me. But their thesis is falling apart, and their fraud will be exposed. I'll have a lot more to say later but for now I'll be relaxing and enjoying my weekend. I just wanted to give you all an update on what happened now that I know that I am permanently banned from Twitter forever. Sad how the platform has been abused to become a propaganda tool for Tesla shorts.

I'll miss you guys all a lot! The 11 months we had together on that account were great. Never forget what the Tesla short sellers did! If they can use Twitter to try and destroy Tesla, others will use Twitter to destroy America and destroy democracy.

## Media Inquiries

If you are a journalist who would like to know more, or is researching the $TSLAQ social media disinformation campaign, please feel free to contact me anytime.

## Support this Site

If you'd like to support this website, you can do so here:



👤 **Steve Jobs**    🕐 **October 31, 2019**    🗂 **Uncategorized**    💬 **91 Comments**

**Whole Mars Catalog**, **Blog at WordPress.com.**





# WHOLE MARS CATALOG

## Access to tools for the new world

WRITTEN BY STEVE JOBS

NOVEMBER 1, 2019

### FAMOUS LAST WORDS



Less than 1 day after this post exposing Aaron Greenspan's fraudulent "Think Computer Foundation"

charity was posted, Aaron had it removed from Medium.

Less than two weeks later, he had my account removed from Twitter.

Don't underestimate the lengths this insane psychopathic individual will go to cover up his crimes. He has no job, so he has nothing to do but harass and threaten people. Don't let him intimidate you into silence, but be prepared for him to come after you if you speak out against him.

---

**SHARE IT FOR A FREE TESLA:**

 Twitter    Facebook

---

**LIKE THIS:**

    

5 bloggers like this.

---

**RELATED**



Tesla Short Seller Aaron Greenspan Starts Rumor That Elon Musk Has Cancer
December 17, 2019
In "Damn Shawty"



Response to Frederic
May 17, 2020
In "Damn Shawty"

1) $TSLA is now Bitcoin except instead of being USED by criminals it's RUN by one. It's no longer a stock- it's a "trading sardine" completely detached from reality. It just took out yesterday's high & I slashed our 10% equity position to

Mark Spiegel Covers Half of Short Position After 2020 Ass-Kicking
January 9, 2020
In "Damn Shawty"

**POSTED IN UNCATEGORIZED.**

## 2 THOUGHTS ON "FAMOUS LAST WORDS"

 **PAUL**
NOVEMBER 2, 2019 AT 7:37 AM

Origins of the Think Computer Foundation link doesn't seem to be working, AG got to you? 

 Like

REPLY

**SAMMY**
NOVEMBER 2, 2019 AT 6:12 PM

Thanks for exposing him, and tirelessly working on setting the record straight.

 Like

REPLY

**LEAVE A REPLY**

Enter your comment here...

PREVIOUS POST

NEXT POST





# WHOLE MARS CATALOG

**Access to tools for the new world**

WRITTEN BY STEVE JOBS

NOVEMBER 3, 2019

## TELLING MY STORY

Previously I said that on Monday I'd present my story about how a fraudulent charity called the Think Computer Foundation (doing business as PlainSite) cyberstalked and harassed me all year. Remarkably, board members Aaron Greenspan, Neil Greenspan, and Judith Greenspan are accepting donations from Tesla short sellers to personally attack Tesla customers, in violation of the law.

This constitutes tax fraud and securities fraud, given that a substantial if not all significant activity of the 501 (c)(3) is intended to inure private benefit to Aaron Greenspan's personal stock market bets. To receive a tax exemption as a non-profit all of an organization's activities must be directed towards an exempt purpose that serves only the public good. There can be no benefits to any individual, especially not those running the organization. Criminal harassment is certainly not an exempt charitable activity.

Tesla short sellers are able to deduct donations to this "charity" due to the illegal misappropriation of a non-profit Aaron Greenspan registered as a high school project to "donate computers to children with

disabilities". In addition, the foundation is able to avoid paying taxes, including on $250,000 Aaron Greenspan extorted from Mark Zuckerburg challenging the trademark application for Facebook.

The story is coming, but I'm not sure I'll be done with it tomorrow. There are a few reasons for this:

1. I want to make sure I do it right, in an impartial and unemotional way, presenting all the evidence that's available
2. I'm enjoying the break
3. I know that I will be attacked and targeted after I post it, and I'm not missing that. I know the haters are still posting about me, but I don't have to read most of it and I enjoy that

So the story is coming, but just be patient. I haven't ever told this whole story because it's kind of painful and there are a lot of parts that are very personal. But it needs to be done.

---

**SHARE IT FOR A FREE TESLA:**

 Twitter     Facebook

---

**LIKE THIS:**

 Like 

5 bloggers like this.

---

**RELATED**



Tesla Short Seller Aaron Greenspan Starts Rumor That Elon Musk Has Cancer
December 17, 2019
In "Damn Shawty"



Response to Frederic
May 17, 2020
In "Damn Shawty"



Tesla Short Sellers Filed a Fake NHTSA Petition Under My Name
January 20, 2020
In "Damn Shawty"



MENU



# WHOLE MARS CATALOG

Access to tools for the new world

WRITTEN BY STEVE JOBS

MAY 17, 2020

## RESPONSE TO FREDERIC



My name is Omar Qazi, and I called Frederic Lambert a "complete piece of shit". Do I regret my choice of words and choice of venue? Yes, very much so. I apologize sincerely to Frederic, and to my podcast team. But what can I say? At the time, it came from the heart. I own up to what I said, and I alone am responsible for it.

Today, I wanted to respond the way I should have to an op-ed published by Frederic Lambert on Electrek, where he called out Vincent, the Third Row Twitter account, 28delayslater and others Tesla customers that have criticized his writing. He accused his critics of "toxic spreading of misinformation" and "superfandom that is negative for the electric revolution".

Ii We'll go through the piece line by line together so I can share my thoughts. Frederic didn't let us know about the piece in advance or give us a chance to respond before publishing it, even though he said he worked on it for a while. If he had, we would have corrected all inaccuracies before publication.



## BACKGROUND ON TWITTER

To understand this week's drama, you really need to know the backstory with me and Twitter.

Nothing interesting happened in my first 10 years on Twitter. Then in April 2018 I got the Tesla Model 3 that I had pre-ordered 2 years earlier, and tweeted about it.

**TSLAQ**

What happened next surprised me. A swarm of anonymous troll accounts started commenting on my post making fun of me and replying with false negative information about Tesla. They assured me that Tesla was about to file for bankruptcy, and that Elon Musk was a criminal fraud. I decided to follow them, and try and talk to them. What they were saying didn't at all match the experiences I was having with my new car.

Trying to talk to them didn't help — they just laughed. I quickly realized that these anonymous accounts weren't on Twitter to discuss Tesla, they were there to push a disinformation campaign against the company, and harass Tesla CEO Elon Musk through a campaign of provocation and psychological warfare designed to turn the media and the public against him. It went beyond just tweets and news articles — they would chase Tesla employees in their cars, and manipulate courts, financial markets, regulators, or any other means available to do damage to Tesla.

The volume of false and misleading tweets they put out about Tesla was insane. They made use of social media well, creating memes and jokes reinforcing their narrative that were honestly kind of funny, but didn't end up being true. Their message was catching on and gaining wide acceptance, which frustrated me because I could clearly see from using the product that what they were saying wasn't true. I realized I couldn't provide an adequate rebuttal for massive amounts of misinformation through my personal @omarqazi account. I would feel bad about spamming everyone who wanted to follow me personally with constant responses to false negative info about Tesla. I realized to fight the trolls, I had to become a troll myself.

So I created a new account called @tesla_truth. To parody the ridiculousness of trusting something written by an anonymous online account, I decided to make the display name for the account "Steve Jobs".

**TESLA TRUTH**

The strategy for the account was to overpower TSLAQ with an absurd number of tweets showing the other side of what was happening at Tesla. All day every day, Tesla short-sellers would try and push their narrative that Tesla was about to go bankrupt any minute. By pushing this narrative, they hoped to create a "self fulfilling prophecy" where a falling stock price, loss of confidence from consumers and suppliers, and loss of confidence in Musk would actually push the company further to the brink or even (they hoped) over the edge. This would allow them to make money betting against the company's stock. The group called themselves "$TSLAQ", referring to the Q that is appended to a stock ticker symbol when the company goes bankrupt.

Besides posting about the positives, the account also refuted the negative narrative pushed in TSLAQ tweets, as well as by journalists who worked closely and became friendly with TSLAQ members as sources for their articles in publications like the LA Times, New York Times, CNBC, Bloomberg, the Wall Street Journal, and other publications. The mainstream view at the time was that Tesla would never be profitable, and short sellers were considered the primary experts on the company.

Before long, the account really got on TSLAQ's nerves. My view was that what I was doing would help them avoid huge losses, even if they didn't want to hear it. The TSLAQ community put together a "block list" of accounts that were starting to see through what they were doing. This list of thousands of Twitter accounts that had ever said anything positive about Tesla helped them create Twitter conversation threads that appeared unanimously negative. Even TSLAQ members who started to express concern about what was happening were added to the block list, forcing conformity of opinion on the threat of exile.

**AARON GREENSPAN**

I started the @tesla_truth account in November, and it didn't take long before some short sellers started getting pissed off about what I said about them. On my birthday in January, I did some googling and realized that a TSLAQ account called "Plainsite" posing as a 501 (c) (3) tax exempt charity was run guy a guy named Aaron Greenspan. Greenspan had attended Harvard with Mark Zuckerburg, and turned down the chance to start Facebook with Zuck because he "already had a lot going on" with the computer repair business he started in high school, Think Computer.

After Facebook made it big, Aaron Greenspan took legal action against Zuckerburg for supposedly "stealing the idea for Facebook" from him, aiming to block Facebook from getting a trademark on the name. He later sued the makers of the movie "The Social Network" for not putting him in the movie. After that, he also sued Jack Dorsey and Square, claiming the idea for "Square Cash" was stolen from his failed app "FaceCash" (Pay with your face!). I personally thought it was hilarious that he claimed he invented Facebook, and posted some tweets making fun of that fact. Greenspan didn't think it was funny. Shortly after the tweets were posted, he sent a series of threatening direct messages to the account:





Greenspan threatened to sue me unless I deleted the tweets making fun of him. I refused, as he chose to do it in a rude and threatening way rather than trying to reason with me politely. Greenspan was enraged, and decided to "Doxx" me for my 25th birthday. "Doxxing" is when you post someones name and private info online for the purpose of directing harassment towards them. My identity was no secret to anyone who asked politely, but by posting my private info to the TSLAQ community Greenspan hoped I would feel unsafe and uneasy and avoid looking further into him or criticizing him in the future.









While most of the TSLAQ community initially criticized Greenspan for the retaliatory doxxing, they started to support his harassment efforts as the @tesla_truth account started making fun of them too. Greenspan was enraged and escalated his attacks on me and my credibility.

In July, Greenspan again threatened to sue me and accused me of illegally raising capital online. Although his false accusations didn't bother me, since I knew he was grasping at straws, I was disturbed by the effort he was putting in to stalk me and put out false information designed to damage my credibility and reputation. For the moment, I shrugged it off and moved on.



> **PlainSite**
> @PlainSite
>
> While he's not making false statements on Twitter pretending to be Steve Jobs, Omar Qazi is raising capital for his "Californian design team," Smick Enterprises. If you're not worried about libel lawsuits, you can buy shares online at https://54.213.151.11.

The next month, as I was preparing to be interviewed by Bloomberg journalist Zach Mider for a [Businessweek feature on Autopilot](#), I noticed Greenspan post this video on his "charity" Plainsite's YouTube channel:



This perplexed me, as Plainsite was supposed to be a charity. What was Greenspan trying to do? Get me a

ticket? In the video he posted, I wasn't even driving. Using the brand of a tax-exempt organization to push false negative information solely to inure private benefit to Greenspan through his stock market short selling bets seemed like a clear case of tax fraud.

I did some research and realized when Zuckerburg paid Greenspan $250,000 to settle the trademark dispute, Greenspan "donated" it to his "charity" Plainsite, avoiding a $50k – $100k tax bill. Greenspan then set up an "investment management" company called Turing Feynman, which I suspect is used to short the stocks of companies like Facebook and Tesla that he holds personal grudges against.

As time went on, Greenspan became more and more enraged, and also became worried about my allegations of his tax fraud and misconduct. On the day Bloomberg came to interview me, he published a series of tweets and wrote an email to the entire Tesla board of directors, and a group of journalists covering Tesla where he accused me of "harboring child pornography". He did not mention his earlier accusations about running a red light or committing securities fraud. Because he included Bloomberg in the list of journalists, a copy of the email found its way to me which made Greenspan very upset when I tweeted about it, exposing his conduct.

Present and Former Tesla Board Members:

I have a few additional unrelated questions

Tesla has numerous fans, and understandab
harboring child pornography, with the supp





The next day Zach Mider called me on the phone "So, you don't really have kiddie porn do you?". I said no and explained the background with Greenspan going after me. Thankfully, he understood and believed me. What are the chances this would happen the same day I was getting interviewed by Bloomberg? It must have been an amazing coincidence.

I wish I could tell you the story ends there, but it got worse when the feature in Bloomberg Businessweek was finally published. Greenspan reveres influence with the media, and often praises journalists in a thinly veiled attempt to gain favor with them. The idea that I, the guy he had been trying so hard to discredit, would be featured in Bloomberg? Greenspan was livid.

On October 9, 2019 the story went out:

■ October 9, 2019, 2:00 AM PDT

# Tesla's Autopilot Could Save the Lives of Millions, But It

Right on cue that afternoon, Greenspan came out accusing me of being secretly paid by Tesla. He threatened to sue Elon Musk, Tesla, and myself unless I immediately deleted my Twitter account.





Elon and I laughed at the time when he threatened the lawsuit, but before the end of October he had succeeded in removing my account from Twitter completely. Not just my Steve Jobs account, but my personal account as well.

The account suspension was a trying experience. Immediately, TSLAQ went wild spreading malicious rumors that I was unable to refute because I couldn't get into my account. They said that I had been suspended for posting child pornography online, or that I had been suspended for harassment, abuse, or just being a rude person.



**Gustavo Litovsky** @agusn... · 10/24/19 ∨
Uh from my understanding he's been
threatening people and sending Child
porn. So good riddance.

💬 10          ⇄          ♡ 26          ⬆



**John Hanna** @jjhanna2 · 10/24/19          ∨
What evidence have you got?

💬 1          ⇄          ♡ 2          ⬆



**Gustavo Litovsky** @agusn... · 10/24/19 ∨
Several people from $tslaq side have
side he sent them that and called to gloat
about it. I am not certain but that's what
they've said and it's not just one person.

I'm not calling him anything, but there's
no need for people like that here.

💬 3          ⇄          ♡ 1          ⬆



**Vincent** @vincent13031925 · 10/24/19   ∨
Stop BSing in here, he will be in jail if
that's the case.

💬 1          ⟲          ♡ 5          ⬆



**Gustavo Litovsky** @agusn... · 10/24/19   ∨
I don't know when it happened. That
takes time. But apparently Omar has
been in jail and is a convicted felon.

💬 5          ⟲          ♡ 1          ⬆



**Gustavo Litovsky**                                    ∨
@agusnox

Replying to @vincent13031925 @jjhanna2 and 6
others

I didn't make anything up. I simply
stated the allegations and why he
would be suspended.

8:07 PM · 10/24/19 · Twitter for iPhone

💬          ⟲          ♡          ⬆

Some people believed this narrative because my tweets were often rude, but this was a complete lie. I'm not a convicted felon, and have never served time in jail. The reasons that Twitter communicated to me for the suspension were not abuse, harassment, or pornography of any kind. Saying otherwise is a demonstrably false lie. If you see someone saying this, it's a good tip off that they're lying or don't check their facts.



Frederic and Seth repeating TSLAQ's lies about why I got suspended on their podcast. As you can see below, what they said is nothing more than demonstrably false misinformation.

Twitter will actually tell you the reasons why you're being suspended. If you get suspended for harassment that will be listed as the reason, like when ZeroHedge got suspended:

Your account, zerohedge has been suspended for violating the Twitter Rules.

Specifically, for:

**Violating our rules against abuse and harassment.**
You may not engage in the targeted harassment of someone, or incite other people to do so. This includes wishing or hoping that someone experiences physical harm.

## REASONS PROVIDED FOR SUSPENSION



On Halloween 2019, Steve Jobs Ghost officially died. Twitter cited "multiple or repeat violations of their rules", referencing multiple suspensions that had occurred as a result of reports sent by TSLAQ.



The first suspension was on November 30, 2018 — around the same time I created the account.




support@twitter.com    📥 Inbox - Smick    July 3, 2019 at 12:25 AM    S
Case# 0119181393: Appealing an account suspension - @tesla_truth [ ref:_...    **Details**
To: teslatruth@smick.com



Hello,

It has come to our attention that your Twitter account is in violation of the Twitter Rules, specifically the policy on Impersonation: https://support.twitter.com/articles/18366-impersonation-policy.

Impersonation is pretending to be another entity in order to deceive, and is strictly prohibited. This account has been suspended and will not be restored.

Thanks,

Twitter

The second suspension was for "impersonating" Steve Jobs. I personally thought this was a little bit ridiculous, as Steve Jobs had passed away many years ago at that point. I was warned I could be permanently suspended unless I changed the account name to "Steve Jobs Ghost" and changed the bio to say that it was a "parody".



The next day, I was suspended for impersonation and trademark infringement again, after another report.

After that, I started tweeting more about Greenspan's attempts to harass, stalk and smear Tesla owners like me. In one of the tweets, I included a photo of Greenspan wearing a purple shirt to show my followers who it was who was going after me. Greenspan responded by sending a DMCA takedown complaint to Twitter, requesting they suspend both my Steve Jobs account and my personal account. Twitter complied, and suspended me again.

== Reported Tweet URL:
https://twitter.com/tesla_truth/status/1182586032362901505

== Description of infringement: Within hours, this user re-posted a screenshot of the same copyrighted image that had just been removed via the DMCA complaint in support request number 0128821585, and a different cropped view of the image that had just been removed. In addition, the user posted a separate copyrighted image this morning, which is the subject of request number 0128859664. This activity constitutes repeat infringement. The account and other accounts controlled by the same individual (e.g. @OmarQazi) should be permanently suspended under your repeat infringer policy.

-------

== 512(f) Acknowledgment: I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

== Good Faith Belief: I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

== Authority to Act: The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

== Signature: Aaron Greenspan

I appealed to Twitter, telling them that the person complaining had been going after me and harassing me incessantly, and I shouldn't be suspended for posting a photo of them. Twitter initially agreed, and unsuspended my account.

Shortly after, I received a call from the San Francisco Police Department Special Victims Unit, in regards to Greenspan. Although Greenspan claimed to have evidence I was a child rapist, securities fraudster, and red light runner the Sergeant accused me of no crimes, and did not say he was going to arrest me. Instead he just asked me to leave Greenspan alone on Twitter. I explained that I felt Greenspan had been harassing me relentlessly, and the sergeant asked "Do you work for Tesla?". I told him I did not, and he thanked me and said goodbye after warning me to "watch it" before things got "a lot worse". I don't know what Greenspan told the police, but providing false information to law enforcement is a crime.

## Unknown
unknown
October 17, 2019 at 3:22 PM

 

0:00                                                                                    −1:16

                  

### Transcription Beta

"Hi this message is for Omar this is Sergeant Kelly from the San Francisco Police Department special victims unit could you please give me a call back I need to talk to you about an incident that you're involved in my phone number is 415-734-3006 thank you bye..."

Was this transcription useful or not useful?

Then, one day later I was suspended again for "Spam". I certainly wouldn't categorize my tweets as spam, so this confused me.

Another anti-Tesla account, "Bertel Schmitt" likely coordinated with Greenspan on this final suspension after becoming upset that I had revealed his ties to Volkswagen, calling the credibility of all his anti-Tesla tweets into question. I was just watching a documentary on Netflix about the Volkswagen diesel fraud, and he was being interviewed for it as a "Former VW Advertising Exec". I recognized him from Twitter and posted "a picture saying "Wow look its Bertel", but this made him very angry for some reason. He said "I was never a Volkswagen exec, they were my client" and took several retaliatory actions against me. Twitter rules state

that verified accounts that engage in retaliatory harassment will have their verification removed, but so far Twitter hasn't taken action.





**MENU**



# WHOLE MARS CATALOG

## Access to tools for the new world

WRITTEN BY STEVE JOBS

JULY 12, 2020

## AARON GREENSPAN TRIES TO REMOVE BOOK REVIEW: HOW EVIL PEOPLE ABUSE THE DMCA TO SILENCE CRITICS



How do people like Aaron Greenspan get away with their criminal conduct for so long? Often, they will threaten and harass anyone who criticizes them and try and have their criticism pulled off the internet. That's exactly what Aaron Greenspan has done with me, and I'm sure he's done it with many other people who learned the truth about him too.

Recently, I reviewed Aaron Greenspan's autobiography. Although books are copyrighted and it would be illegal to post the whole book online for free, quoting a book or sharing an excerpt for the purpose of reviewing it or examining it is fair use.

Even though Greenspan himself published the book, he didn't like people reading what he has to say because it establishes that he's been angry at the world and suffering from paranoid delusions since high school (or perhaps earlier). Regardless of what Greenspan may think, I have a right to talk about the criminal who has been threatening and harassing me for years. I am not his only victim. If he doesn't like my criticism, he should have tried to talk to me like a human being instead of threatening me, attacking me, and defaming me with demonstrably false allegations.

So how did Greenspan try and have my book review pulled off the internet? The same way he's done it every time I've spoken out about him in the past: He filed a Digital Millennium Copyright Act Takedown Notice, or **DMCA takedown notice** against me:

— BEGIN NOTICE —

First name: Aaron
Last name: Greenspan
Company name:
Address: 956 Carolina Street
City: San Francisco
State/Region/Province: CA
ZIP: 94107
Country: United States (US)
Phone number: 4156709350
Email address: aarong@thinkcomputer.com

Copyright holder: Aaron Greenspan

Location of unauthorized material:
https://wholemars.net/2020/07/11/choice-moments-from-aaron-greenspans-autobiography/

Location of original materials:
https://www.amazon.com/Authoritas-Students-Admissions-Founding-Facebook/dp/1606690000/ref=sr_1_1

Description of original materials:
Book: Authoritas: One Student's Harvard Admissions and the Founding of the Facebook Era

I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.
I swear, under penalty of perjury, that the information in the notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
I acknowledge that a copy of this infringement notice and any correspondence related to it, including any contact information I provided above (address, telephone number, and email address), will be forwarded to the user who uploaded the content at issue. I also acknowledge that a note may be placed on the site in question detailing the name of the copyright owner who submitted the takedown notice.

Digital signature: Aaron Greenspan
Signed on: 2020-07-11 16:06:04

— END NOTICE —

This is similar to the strategy Greenspan took when I started asking questions abut him he didn't like on Twitter. He spent multiple frivolous DMCA notices to Twitter until they eventually suspended my account. He then went and claimed that I had been suspended for harassing him, when the truth was that he had sent frivolous DMCA notices to Twitter to have the account taken down wrongfully.

**Twitter Support**

About your Twitter report 0128820757 [ref:00DA0000000K0A8.5004A00001n4uc...    **Details**

Inbox - Google    October 10, 2019 at 9:36 PM

To: teslatruth@smick.com

Hello,

The following material has been removed from your account in response to the DMCA takedown notice copied at the bottom of this email:

- Header photo: @tesla_truth
- Image uploaded with Tweet: https://twitter.com/tesla_truth/status/1181827897868161024 - "the fact that microsoft windows 95 debuted in 1995 seemed like an obvious data point that economic theory alone couldn't explain" — @aarongreenspan

  page 218 https://t.co/qpUe9OkoJ9



**Twitter Support**

Case# 0129937210: We've received a DMCA notice regarding your account [ref:00...

Inbox - Google    October 22, 2019 at 3:02 PM    **Details**

To: teslatruth@smick.com

Hello,

The following material has been removed from your account in response to the DMCA takedown notice copied at the bottom of this email:

- Image uploaded with Tweet:
  https://twitter.com/tesla_truth/status/1182586032362901505 -
  @VirtusT he doesn't want people to see how stupid he looks even
  though he already put the picture online https://t.co/tYpAvlA17A

== Copyright owner: Aaron Greenspan

== Name: Aaron Greenspan

== Company: Think Computer Corporation

== Job title: President & CEO

== Email address: greenspan@post.harvard.edu


== Address: 956 Carolina Street

== City: San Francisco

== State/Province: CA

== Postal code: 94107

== Country: United States

== Phone (optional): +1 415 670 9350

== Fax (optional): +1 415 373 3959


-------


== Description of original work: Photograph of Aaron Greenspan in purple shirt


== Links to original work: http://www.aarongreenspan.com/about/


---


== Reported Tweet
URL: https://twitter.com/tesla_truth/status/1182538948020539392


== Description of infringement: Within hours, this user re-posted a screenshot of the same copyrighted image that had just been removed via the DMCA complaint in support request number 0128821585, and a different cropped view of the image that had just been removed. In addition, the user posted a separate copyrighted image this morning, which is the subject of request number 0128859664. This activity constitutes repeat infringement. The account and other accounts controlled by the same individual (e.g. @OmarQazi) should be permanently suspended under your repeat infringer policy.

## AFTER TWITTER SUSPENSION

Many people assume that after Aaron Greenspan had my Twitter accounts pulled down, he left me alone. Sadly, he continued to stalk me well after that and the harassment and threats never stopped. When I set up an open source Twitter clone called Mastadon, he filed a DMCA takedown notice to have that taken down as well:



I then setup a website called the Victims of Aaron Greenspan Foundation to allow Aaron Greenspan's victims and people researching his misconduct to publish information anonymously without having to worry about having their account taken down.

Greenspan sent a DMCA to try and have that site taken down too:

support@linode.com                    📁 Inbox - Google    November 5, 2019 at 7:31 PM
Linode Support Ticket ▮▮▮▮▮▮▮▮▮ - Content Removal Reque…   Details
To: Omar Qazi

Support Ticket ▮▮▮▮▮▮▮▮▮▮▮ has been updated by mambrogi:

Hello,

We've received a complaint about content that is being hosted on your Linode:

Reported URLs:

   https://vagfoundation.org
   https://vagfoundation.org/contact.html
   https://vagfoundation.org/m-testimony.html
   https://vagfoundation.org/p-testimony.pdf

We ask that you consider removing the specified content in good faith; however, as the request does not
include a US court order we will not require that you do so. We only require that you update this ticket to let you
know if you intend on removing the content or not.

Please let us know how you plan to proceed. Thanks in advance!

Regards,
Shelley
Linode Support Team

## LIABILITY FOR FALSE DMCA NOTICES

Abusing DMCA takedown notices to silence your critics isn't just wrong — it's also against the law.

Lawyers.com explains it well in this post from ten years ago:

> However, some people abuse the DMCA system. Despite **not having a valid claim of copyright
> infringement**, a person who wants content taken down may send a takedown notice anyway, in
> order to **have material they find offensive, defamatory, or otherwise objectionable removed**,
> or **simply to harass the person responsible** for the account which will be affected by the DMCA
> notice. What many who abuse the DMCA system do not realize is that they can be **sued and held
> civilly liable for the havoc they wreak by sending these fake notices.**
>
> Lawyers.com

Uh oh. With all the other criminal conduct he's engaged in, the last thing Aaron Greenspan needs is more
civil liability for his harassment. He's sent at least 10 frivolous DMCA notices on me. If he was held to account
for all his abuses of the law, it would likely bankrupt him.

> A perfect example of this is the case of Online Policy Group v. Diebold, Incorporated. Diebold
> made voting machines used in US elections. **Online Policy Group was critical of Diebold's
> machines**, and released e-mail correspondence from the company that they had obtained onto

> the Internet. Diebold sent DMCA takedown requests to have access to the e-mails that Online Policy Group had posted online removed.
>
> Policy Group sued Diebold over the takedown requests, arguing that the Group **had the legal right to publish the e-mails**. A California court agreed with the Group and granted a request for summary judgment, after which **Diebold settled with the Group to pay $125,000 for their monetary losses and legal fees**.
>
> Lawyers.com

Well, I hope Aaron's got some savings after he lost all that money shorting Tesla. He's gonna need every penny.

It's insane that this kind of abuse of DMCA can go on, while the vectors for abuse are so widely understood. I'm speaking up about this issue and how it has affected me because I'm worried about Aaron Greenspan's next victim.

| Enter your email address | **SIGN UP** |

**SHARE IT FOR A FREE TESLA:**

 Twitter      Facebook

**LIKE THIS:**

Like

Be the first to like this.

**RELATED**



Response to Frederic
May 17, 2020
In "Damn Shawty"



Choice Moments from Aaron Greenspan's Autobiography
July 11, 2020
In "Damn Shawty"



Steve Jobs is Dead
October 31, 2019
With 132 comments





# WHOLE MARS CATALOG

**Access to tools for the new world**

WRITTEN BY STEVE

NOVEMBER 30, 2020

## MARTIN TRIPP TO PAY $420,000 TO SETTLE TESLA CASE



Tesla's long legal battle with Martin Tripp is finally over:

> A former Tesla Inc. employee who locked horns with Chief Executive Officer Elon Musk has **agreed to pay the company $400,000** […]

The payment is part of a proposed settlement of a lawsuit Tesla filed in 2018 that accused Martin Tripp of **illegally divulging trade secrets** about the production of Tesla's Model 3.

As part of the accord, Tripp admitted to violating trade secret laws and confidentiality agreements and promised to pay Tesla $25,000 for continuing to reveal information about the company, despite being ordered to stop by a judge.

Bloomberg

Okay, so it was $425,000 but let's just round down a little bit.

This is a very sad situation. Martin Tripp was a victim here almost as much as Tesla was. He was tricked and used by Tesla short-sellers known as "TSLAQ", who promised to make him rich if he would help them. Tesla short-sellers even provided legal funding to Tripp that prolonged and complicated the conflict, which Tripp finally admitted today as part of the settlement. TSLAQ ruined Tripp's life to try and make money for themselves, just as they have done to so many others (including me). To make matters worse, after all the people they hurt they still lost billions of dollars. It's time to hold the leaders of this short and distort fraud accountable for all the damage they've done.

Recently Martin Tripp has been working with Aaron Jacob Greenspan to threaten, harass, and doxx Tesla customers. He also has a history of making threats against Tesla, and even faces allegations of abuse by his own step-son. For these reasons and more, many Tesla customers and fans likely view what he did very negatively. However, Scott actually talked to Tripp on Twitter a while back (before he started threatening us) and I think he can be a very decent person when he chooses to be. He just got caught up in a messy short and distort campaign that manipulated him for their own benefit, and that's a tragedy. Now that this is over, we should all grant Tripp some peace and let everyone involved put this unfortunate incident behind them.

I hope this serves as a warning to Aaron Greenspan and others who break the law on behalf of TSLAQ. The consequences Aaron Greenspan and the Think Computer Foundation are facing will make Martin Tripp's settlement look like lunch money.

Read the full story at Bloomberg





MENU



# WHOLE MARS CATALOG

**Access to tools for the new world**

WRITTEN BY STEVE

DECEMBER 8, 2020

## HARVARD SHUT DOWN AARON GREENSPAN'S WEBSITE FOR STEALING STUDENT PASSWORDS

> AARON GREENSPAN started Think Computer Corporation from his bedroom while he attended high school in Shaker Heights, Ohio. After providing computer services for clients in his hometown, he began writing computer software. He invented The Facebook while attending Harvard College in September, 2003 and graduated in 2004. He lives in Palo Alto, California.

No matter how hard the world laughs at him, Aaron Greenspan continues to insist that he invented Facebook. Have you ever wondered what the real story was? Well, buckle up boys and girls because today I'm going to tell you.

*In the past, Aaron Greenspan has tried to have information about himself that he doesn't want on the internet taken down via legal threats and illegal DMCA takedown requests. We're preparing to finally pursue damages and attorney's fees for Aaron Greenspan's abuse of the DMCA, as the law provides. As a fair warning to Aaron, make sure you think carefully before making the same mistake again. You can't hide the truth forever.*

Basically what happened is that Aaron Greenspan created a website for Harvard students called houseSYSTEM, which was totally unrelated and separate from Facebook. I know, houseSYSTEM is a terrible name — but there was one section called "the facebook" which was a generic term at Harvard that came from a physical book of students' faces the school would hand out. Greenspan's website performed a bunch of mostly useless functions for students (like providing information on textbooks and courses) but the controversy started before anyone signed up.

The problem was that houseSYSTEM told users they **must sign up with their Harvard school ID and must use the same password as their Harvard school account.** That immediately caused concern among students, who warned each other not to use the site due to serious security issues in the design of the site that would have allowed Aaron Greenspan to access any Harvard student's email account, register for classes, and access private files. To make matters worse, the site was designed in a misleading way to make it look like it was run by Harvard. Aaron Greenspan had even included a copyright notice for Harvard University in the footer of his webpage, amplifying the confusion caused by the site's design and login system.

Students warned each other on email mailing lists not to trust the site, and soon after the Harvard Crimson wrote about this controversy. This lead Harvard faculty to get involved and force Aaron to shut down the site. Aaron kicked and screamed the whole way through the ordeal to the frustration of the school, pretending not to understand the security risks involved in allowing him to ask for student's private Harvard account information. Several Harvard students attending the university at the time told us they remembered the controversy, recalling that the site was "ugly and convoluted" in addition to being insecure.

> The FaceNet isn't as easy to use as thefacebook.com. It might be too little, too late. It will be hard to compete with thefacebook.com when thefacebook.com already has about 5,000 members and lots of momentum.
>
> Jeffery B. Miller, Class of 2005, in March 2004

One former student speculated based on recollection that Aaron Greenspan had wanted to access the account of a female student he had a crush on at the time so that he could monitor who she was talking to, which is why he insisted on asking for Hardvard network account information even as the school threatened him with expulsion for refusing to comply.

Here's Aaron Greenspan describing the experience with his own recollections and emails that he saved:

> A more ominous warning came from a friend in Cabot House, who had seen a sneak preview of the site a couple of weeks beforehand. She forwarded me cabot-open's response to my announcement.
>
> "Yeah, I feel like this web site is partly **pretty sketch**. Overall legit, but it's ridiculous what they wrongly imply you need to do with your password. 'In order to use houseSYSTEM, **your password must be the same as your password for your Harvard FAS network account**'. You can change your password to anything, but it makes it sound like you need to use your FAS password. In fact, to confuse you, even after you change your password, it still says "Please Change Your Password" if you don't match up with your FAS password.
>
> Aaron Greenspan

Why would Aaron Greenspan tell people they needed to use the same password as their Harvard account? Worse yet, the fact that it notified them to change their password if it didn't match what Harvard showed on file means that he was actually checking the passwords against Harvard's network to make sure it matched. Super creepy, especially given what we know about Aaron Greenspan's stalking of innocent people in the years since the houseSYSTEM incident.

The concerned student continued in their email:

> Also misleading is the copyright notice, which says portions are copyright "The Presidents and Fellows of Harvard College". Which is true, but **makes it sound like this web site is really closely affiliated with them, which isn't the case** (right?). And then the email they sent introducing the web site **doesn't make their disconnect from the college admin clear either.**
>
> Aaron Greenspan

As if asking Harvard students for their passwords wasn't bad enough, the site was misleading people into thinking the website was associated with Harvard when in reality it was built and operated entirely by Aaron Greenspan. Was he just clueless about how it looked or was he really trying to steal people's account information?

Greenspan tried to respond to user complaints, but the situation only got more out of hand:

> Before I could even respond to the latest round of questions, Rodica sent me an instant message: lowell-open was going mad. I hadn't even received the latest batch of messages, so I signed in. […]
>
> Of course, **the only way that it could know that you didn't give it your FAS password is by trying to access your FAS account using the password you supplied**… […]
>
> Your security statement is, frankly, nonsense. I have strong doubts that you have ever had any formal exposure to cryptography — it reads very much like you read a few web pages on encryption and decided the more times you encrypt something, so much the better.
>
> This is a sure sign of someone who doesn't understand cryptography. The number of times something is encrypted does not correlate with security in the least. Also, **MD5 does not encrypt**, it hashes. MD5 has sufficient weaknesses in its compression function that its use in newly deployed applications should be discouraged. Use SHA-1 instead.
>
> Aaron Greenspan

Greenspan insists that there was no way for him to read the passwords since they were hashed with MD5 before being stored, but he had chosen a hashing algorithm that was already obsolete. Today, you could easily find any user's original passwords using those hashed records if Aaron Greenspan had not been forced by Harvard to delete them. Even back then, someone could have used a rainbow table to reverse hashes of commonly used passwords back to their original text. Rather than admit his mistake and fix the login system, Greenspan insisted everyone was wrong and was "being mean to him" for no good reason by not letting him steal account information from thousands of Harvard students.

One more email from a Harvard student really set Aaron off:

> **[Saying you can't decrypt our passwords] is a lie**. If you "connect directly to the Harvard IMAP server upon login to fetch the number of new messages', you must store passwords in such a form that you can present the same access credential to the FAS server. This means that you store passwords in a way that you can recover. So what if the hash of the submitted password matches the stored password hash? **You still have the password transmitted in cleartext**. Ever heard of **man in the middle attacks**? A **self-signed certificate** means absolutely nothing.
>
> Do you have a written waiver for [school rules stating that] "**the possession or collection of others passwords or other secure identification information is prohibited**"? Reading your security statement gives me no confidence

> in your site's ability to protect confidential information. I suggest that people refrain from giving it such
> information util the author has demonstrated even a rudimentary understanding of the security issues involved

Aaron Greenspan

The email was biting, but completely accurate. A self-signed certificate meant that there was no way for a user to know if they were really connecting to houseSYSTEM, or if there was an imposter intercepting the connection to steal their Harvard account credentials. At best, it was completely irresponsible for Greenspan to launch the site with such glaring security flaws. At worst, he was deliberately trying to mislead students into handing over their account credentials in a sort of phishing attempt backed by a few useless features.

So did Aaron Greenspan listen carefully, take the advice to heart, and try and fix his site? Not exactly:

> By this point, I had lost my patience. **"What is wrong with these people?"** I asked my parents over dinner in Hilton Head. **"I make something useful, and all they can do is complain?** There's **nothing wrong with the site's security**, there's **something wrong with them!** [...]
>
> **My father had seen Brian's message, and declared him a "moron", which comforted me a little.** He was even more incensed at Dan Ellard, who he felt had a responsibility as a member of Lowell House's staff to portray things in an unbiased manner at the very least and to discipline students who were out of line. Yet Dan was going after me as much as anyone as if it were all a joke.
>
> **"People are just mean,"** my mother said. **"They shouldn't be allowed to do that, but they do**! They're just mean." **For once**, I agreed with her.

Aaron Greenspan

How mean of Harvard students to not want their usernames and passwords stolen by the world's biggest creep. They really shouldn't be allowed to do that, they should be forced to give Aaron Greenspan all their personal information, right? And what's up with Aaron saying he agrees with his Mom "for once"? Could this guy be any more of a pompous jerk? Aaron Greenspan has absolutely zero self-awareness or empathy for how his actions affect other people. It's always "me me me", why are they being so mean to me? He's been playing the victim for so many decades that he's failed to look back and see the trail of victims left in his wake — pretty much anyone who has had the misfortune of knowing him. I am trying to diagnose his various mental conditions, and believe he may have narcissistic personality disorder.

After Greenspan finished eating with his parents, he received another email from a student named Issac Hall who shared some of the same thoughts:

> 1. Although attentive people will notice that he houseSYSTEM is not an official Harvard initiative, I'd assert that Aaron and co. are under an **ethical obligation to state this clearly on the homepage.**
>
> 2. The idea that, in this day and age, it's reasonable for a private organization to **encourage thousands of university students to submit their confidential passwords** is, to put it bluntly, **crazy. I can't believe Aaron and his colleagues thought this would be uncontroversial.**
>
> 3. Aaron, your responses to these inquiries about the system have done nothing to inspire my confidence. **Instead of openness, clarity, or even a touch of humility in the face of legitimate criticism, you're projecting a sort of weary irritation boarding on arrogance**. [...]

> I started drafting a response, but I decided to wait before sending it. **I was too outraged** by the whole ordeal, and I wanted to be able to think with a level head before pressing the "Send" button. […] It appeared as though **my only crime was making the site look too professional**.
>
> Aaron Greenspan

No, your crime was that you tried to steal user's Harvard account credentials while designing the site in a misleading way to make it look like an official school website. How can someone be so tone-deaf?

Nothing has changed. Aaron is more arrogant than ever and will still attack anyone who dares to criticize him, no matter how legitimate their concerns. Aaron Greenspan seems to have serious anger issues that he should have sought help for long ago.

> I wanted to put everyone at ease, but it wasn't clear if it was worth responding to every piece of flame mail that landed in my inbox. […] It seemed as though winning Lowell House was a hopeless endeavor. […]
>
> I decided to write back [to Issac], taking great care to formulate my message.
>
> "I never thought the site would be uncontroversial. **I expected that a minor uproar along these lines would take place.** Major technological changes at traditional institutions usually generate some controversy"
>
> Aaron Greenspan

Sounds like he had a huge hit on his hands, if only Mark Zuckerberg hadn't stolen the idea from him! Imagine being that delusional.

If he expected there to be a major uproar against him trying to steal everyone's account information, then why did he do it?

Issac Hall then replied:

> I was pointing out that t**he site looks like it may have been created by Harvard** and that you should make it clear that the site is in no way endorsed by Harvard as an institution or the Houses, and that **you have not been authorized to collect FAS passwords** so that you can integrate Harvard email into your project.
>
> **Aaron, I can only conclude that you are playing dumb**. Obviously, I wasn't saying that it's crazy to ask college students to use passwords. I was saying that it's CRAZY TO ASK COLLEGE STUDENTS TO SUBMIT, TO A FELLOW STUDENT, **CONFIDENTIAL PASSWORDS** THAT ARE SET UP TO **GIVE THEM ACCESS TO THEIR UNIVERSITY EMAIL** AND IN SOME CASES TO THEIR **REGISTRAR'S ACCOUNT AND OTHER SENSITIVE INFORMATION**! I **can't believe you are pretending this is not an issue**, but **this is exactly the kind of disingenuousness that, in my opinion, has destroyed your credibility**.
>
> Aaron, correct me if I'm wrong, but you don't work for Harvard University! This is not a "major technological change at" a traditional institution. Rather, t**his is some kind of a guerrilla attempt at a technological coup.**
>
> Aaron Greenspan

Oooof. Worst product launch in the history of Harvard?

> "Aaron may see this as more of an attack than previous posts, but it's n**ot meant to be personal**"

"Not personal?" I thought. […] I **added Dan to my list of people I wished I could punch.** I wasn't evil, careless, or ignorant.

"Right, my knowledge of security is 'sketchy', because I haven't taken four million classes called 'Advanced Cryptography for Advanced Shmucks' like him. He doesn't know how many computers and networks I've worked on. He doesn't know a thing about me. I could know ten times more or ten times less about security than he does, and he wouldn't have a freaking clue. And in fact, that's what security is all about: not making faulty assumptions, testing everything". That's when it hit me. Dan Ellard wasn't just out of line — he was a hypocrite.

Aaron Greenspan

No Aaron, you're a hypocrite. The day you realize you are the cause of all your own problems is the day your life will finally start getting better.

Do most people who aren't evil have a long list of people they want to punch?

Despite Greenspan's temper tantrum, his parents continued to egg him on:

"This is totally inexcusable", my father said upon hearing my latest rant. "Why doesn't anyone in the administration tell these people to shut up? Don't they think it's inappropriate for a faculty member to beat up on a student? Or for students to beat up on other students?"

"No", I said plainly.

I was nervous about how The Crimson was going to portray the situation.

Aaron Greenspan

But wait, it gets worse. The student uproar was just the beginning. After that, Harvard faculty had to step in.

## HARVARD FACULTY STEPS IN TO STOP AARON GREENSPAN

My heart stopped.

"**The Dean's office**, and the office of computing services for the FAS have asked that I contact you and **ask you to immediately stop collecting student email and password information** for security reasons. Any email address, passwords, or student information you currently have should not be used or transmitted in any form until this matter is cleared up. Paul Bottino, FAS computing services, and the dean's office will look into this matter next week"

He was asking me to prevent anyone from signing up for houseSYSTEM until at least Monday, with a potentially positive Crimson article running on the Friday before. Either way, the impact was most assuredly going to be negative when people found out they weren't allowed to sign up, based on the concerns of Harvard's administration.

I told my father. Peering over my shoulder, he read the message and did not seem pleased. I started drafting a reply.

Aaron Greensapn

Well gee Aaron, maybe you shouldn't have asked people for their school login credentials? Maybe you should have just had them register with an email and password? You know… like Mark Zuckerberg's Facebook, which was actually successful because it was created by someone who wasn't trying to steal student's private account information?

Anyone want to guess whether Aaron listened to the dean and shut down the website like he was supposed to? Of course not. He did what he always does: argue and throw a temper tantrum, rather than admit he was wrong.

> Before we disable anything, I would like to know precisely what security concerns there are, which Deans or staff members have them, and what they believe can be done to address them. I am sure we can find a solution to whatever concerns have been raised that will allow students to continue using the services on houseSYSTEM. […]
>
> Given that we do not store member passwords, but only their MD5 hashes, there is no risk of passwords being used or transmitted.
>
> Aaron Greenspan

This is, of course, not true. Students usernames and passwords were transmitted plain text over the wire to the server before they could be hashed, and Greenspan could choose to easily intercept the credentials whenever he pleased with a few lines of code. Given what we know about Aaron obsessively logging and storing all activity on his servers to try and use as blackmail, you can bet students were compromised the minute they signed up.

I wonder if the dean bought that?

> "Aaron,
>
> **There is no way for you to put a condition on this.** The security concerns are related to s**toring student passwords in a server not controlled or administered by Harvard.** This is a **clear violation of the Harvard College rules** governing passwords and your site also **requires students to violate the rules by giving the passwords to your site.**
>
> **You must immediately stop collecting student passwords**. This is not an option. You do not have to shut down the site, but it **must stop collecting this data in any form**. Additionally, **you must delete any database and record that you have that contains student passwords** and **send a list to me with all of the user names that were collected by the site since its inception**. Those students will be contacted by FAS computer services and **told to change their passwords immediately**.
>
> The concerns raised by the College will be discussed with Paul when he returns and there will be some attempts to address them with you and the HarvardSEC group. In the meantime, however, I am again instructing you to **stop collecting this information**, **delete what you have collected**, and **forward the list of all those whose information you have collected**"

"What!" I exclaimed after reading it. "Delete the database? That database has all of the course reviews in it! And I can't turn it over! People signed up for CriticalMass specifically because it allowed them to be anonymous!

I picked up the phone and dialed Jay Ellison's direct line in Cambridge. There was no answer. **I was furious**.

"How can they ask you to delete the database without even hearing your side of the story?" my father said, incredulous. "If everything about the security is how you say it is, then there's nothing wrong…"

"**It's more secure than their own damn systems!**" I fumed. "If anyone looked at Harvard's IT infrastructure with the same level of scrutiny as what they're doing to me, they'd be absolutely horrified"

Then, I remembered something else.

"You know… what's more, I actually asked them about this freshman year! I sent an e-mail to Franklin Steen asking him if there was anything wrong with setting up a web-based email system. **He didn't even respond!** and now, they want me to delete the whole thing? Two years later? It's the same freaking code!

I dialed Jay Ellison again. Again, there was no answer. he must have been using his e-mail from somewhere other than his office. Clearly, he didn't care about encrypting his password.

Aaron Greenspan

This is a classic case of Greenspan creating problems for himself and then getting angry and blaming them on others. All he had to do was apologize to the school, cooperate, and use some other form of login system. They didn't want him to delete the whole database, just the private account information he stole from students. The only reason the school started getting impatient was that his response created the impression that he wasn't willing to cooperate, and may have been planning to do something malicious with everyone's account information. All he had to do was pretend to take the dean seriously, but he couldn't even do that.

Lots more examples of Aaron Greenspan's anger issues here. Also, in what world is not responding to any email considered permission to start collecting students' school login information? The fact that you had to ask shows that you already knew it was wrong.

Also, I bet you that Jay Ellison was his office but didn't pick up because he knew Greenspan was calling. I'm sure the repeated calls definitely helped make him look more sane. You can also see another classic Greenspan technique here: misdirecting to a "straw man" issue. The security issue here is not about Harvard's own internal systems, which are managed by the school in accordance with the best security practices available at the time. The issue is about Aaron Greenspan collecting student account information that should only be between the school and the students. Does he really not understand, or is he just pretending not to because he really wants to collect the account information? Is it just that whenever anyone questions him, he gets irrationally angry?

"Hi, this is Jay Ellison [the dean]. Is Aaron there?" […]

"This is Neil Greenspan, Aaron's father", my father said, cutting in.

"Hello, have you been listening the entire time, Mr. Greenspan?"

"Yes, and it's Dr. Greenspan", my father said. "**I have there degrees, and one of them is from Harvard**, as a matter of fact". He was not happy.

"I've been watching as these people on the mailing list have reacted to Aaron's project, and I must say, I was quite shocked after reading that you continually monitor the list, that you didn't try to put an end to it. Aaron hasn't

done anything to hurt anyone. He hasn't publicly insulted anybody"

"Well, my main question is how we move forward," I said, trying to steer the conversation back on track. "**I can stop people from signing up, but I don't want to**, especially since **there's nothing wrong with the site's security**"

"**Well, you're going to have to**," Jay replied.

"And just out of curiosity, the consequences otherwise would be…"

"**If you don't comply with the request to remove the passwords, then the College may have to take disciplinary action**"

The first possibility was that the College would take away my network access at school, which would be disastrous. **The other option was for the College to simply kick me out.**

"Well, I'll delete the passwords then, and hopefully put the sign-up page back once that's done"

"Thanks for calling." **I didn't mean it.**

"No problem, and enjoy your vacation," Jay said.

"Yeah, this is exactly what I wanted to do on my vacation," I thought. **"What a joke."**

Aaron Greenspan

If I was stealing a bunch of students' passwords, my parents would slap me in the face and tell me I'm an idiot. Not shout at the school for not silencing students who were trying to warn each other about their account information getting stolen, granting creepy stalker Aaron Greenspan the ability to access their most personal information. This is no joke at all, but Aaron's out of control anger issues prevented him from taking it seriously until Harvard threatened him with expulsion.

Despite increasing scrutiny from Harvard, Greenspan still refused to admit that he had done anything wrong by asking students for their school login information:

I e-mailed Jay Ellison a summary of our conversation so that there would be a record in writing.

"Per our conversation," I wrote, "I will make further changes to houseSYSTEM in order to comply with the wishes of the College, though I maintain that none of my actions, nor those of [my Student Entrepreneurship Council club], ever violated any College policy."

I also bought myself a few days time by pointing out that correcting the alleged problems with houseSYSTEM would be slowed by my dial-up connection. […] So long as I could take down the sign-up page after the article ran in *The Crimson* , I thought I could at least try to look moderately competent.

Aaron Greenspan

So you lied to the school about dial up connection slowing you down so that you could try and use the article in *The Crimson* to rope in more victims? Aaron Greenspan has been lying to everyone for decades, and there's no evidence that anything has

changed. When he denies the crimes he's committing today, remember how he acted when the school asked him to **simply stop collecting student's login credentials.**

As usual, Aaron Greenspan then beginning spinning conspiracy theories to shift blame way from himself and his inexcusable conduct:

> Everything came into perspective. The administrator was the missing link. The "college.harvard.edu" web site — different from the "my.harvard" portal but arguably more similar to houseSYSTEM in functionality — hadn't been redesigned since the late 1990s when a friend of Carl's had worked on it. It just so happened that I had released houseSYSTEM at the exact same time that the College was planning to re-launch its own site. I was stepping on very large toes, and I hadn't even known that they were there.
>
> Aaron Greenspan

No Aaron, you asked Harvard students for their school username and password. As a student. On a site designed to look like it was an official Harvard website, but was not. You really think there was a conspiracy by the school to shut your site down because they didn't want it to compete with theirs? Wake up man, wake up! If that was true, why did they allow Mark Zuckerberg's Facebook (which didn't ask for students passwords) succeed in such a massive way? I suppose he must have been in on the conspiracy too.

Harvard faculty was not amused by Aaron Greenspan's failure to cooperate:

> The next morning, Jay Ellison sent me a reminder of what exactly the administration was saying.
>
> "In light of our recent email exchange, as well as the phone conversations you have had with me and other members of the College, there appears to be some confusion about the actions you need to take **immediately** with respect to your requesting FAS passwords. [...] In consultation with other members of the College administration, we have determined that you need to take the steps outlined below by noon on Friday August 15.
>
> 1. Stop asking for, collecting, or storing (in any form, encrypted or not) Harvard FAS passwords.
>
> 2. Provide a list of all FAS usernames which you have recorded as having submitted FAS passwords to the SEC we site.
>
> 3. Delete all FAS passwords
>
> You have stated that you do not believe that you have violated any Harvard policy. Because of the serious security concerns involved, we need you to comply with these requests, regardless of your personal beliefs. **I need to emphasize that this matter may quickly become a disciplinary issue if you do not take immediate action.**
>
> They had backed me into a corner. While the idea of being **forced out of Harvard to become a student hero had a certain appeal**, it quickly faded as I faced reality. Most of the students who had expressed their views on houseSYSTEM so far saw me as **anything but a hero**, and there was a good chance **no one would care if I left**.
>
> Aaron Greenspan

In the last paragraph, Aaron Greenspan's delusion is plainly in exhibit. Imagine: Harvard has a simple request, for you to not collect any students' school login information. Even under the threat of expulsion, **you still consider refusing to cooperate**

**with them** under the belief that stealing everyone's login information would make you a "student hero". Aaron, you're not a hero you're a villain. You are, and you always have been. When will you wake up and look at yourself in the mirror? How many more people will you have to hurt before that happens?

Recall that it was actually **the students** who complained about their login information being collected. The school only took action because they saw all the students going nuts over it on the school's mailing list. Imagine the mental gymnastics Aaron Greenspan has to go through to convince himself that he is a "student hero", when the victims who are complaining are the same students he expects to applaud him for "heroically" stealing their personal information?

So now that Aaron Greenspan is facing expulsion from Harvard, he has to start cooperating with the school? Right? Who wouldn't?

Aaron wouldn't. If you think he's going to stop just because people are telling him he's doing something wrong, you don't know the guy. Instead, Greenspan did what he does best: lie to everyone to create a fake uproar in order to threaten and intimidate the school faculty?

> I drafted a letter to send to every houseSYSTEM member. If I was going to have to turn over the database, I wasn't going to let it go without a fight. When I ran the new code to send out my third e-mail, I once again received my own personalized copy.
>
> I started CriticalMass about a year ago to try and improve the information available to Harvard College students about courses. My own experience led me to believe that it would be a helpful tool, and my peers confirmed this belief. Aside from Dean Gross's comment in the *Crimson* that, "Usually bulletin boards of this nature generate more heat than light", the administration had little to say about it. Nevertheless, I realized that many students, concerned about possible administrative repercussions, would only participate if they could **sign up anonymously.** This capability was programmed into CriticalMass, and later houseSYSTEM, as well.
>
> Unfortunately, those concerns were not as unfounded as I had once thought. Despite repeated attempts to explain the workings of houseSYSTEM to several administrators, I have been personally threatened with disciplinary action by the Harvard College administration if I do no turn over the e-mail address of every houseSYSTEM member, as well as proof that there are no longer any FAS passwords in our database. (The administration refuses to accept the argument that there never were.) In other words, I have been asked to disclose the entire table pertaining to members in unaltered form, complete with information about your choice to remain anonymous on houseSYSTEM. My only other option would be deleting houseSYSTEM in its entirety, but that is not an option that I am willing to entertain.
>
> I realize that this is an egregious breach of your privacy. Adding further irony to the situation is the College's claim that it is necessary in order to protect your privacy and the fact that it has been justified by administrators who actively refuse to understand the technical details necessarily involved. I have done all that I can to avoid this situation, but given that the administration never consulted me or anyone at the SEC about the manner in which the site functions, it has been an uphill battle.
>
> Harvard College has demanded member information by Friday, August 15 at noon. If you are dissatisfied with the College's handling of this situation, as I am, or with the idea that the professors whom you rightfully critique on CriticalMass could have your name, cell phone number, and e-mail address, please send an e-mail to Dean Gross (gross@math.harvard.edu).

> Perhaps if enough students respond with words to enlighten the administration, Harvard will be more inclined to respond to the critical mass.
>
> Aaron Greenspan

This is how sick in the head Aaron Greenspan is. He has been doing this since his college days: Trying to create a fake uproar to manipulate people into letting him have his way, in this case keeping everyone's school login info on file. How hard is it to just use a different login system? It would have ended up working out for you anyway, if you ever wanted your website to expand beyond Harvard like Facebook did.

As Greenspan has done many times since, he plays the victim. "I'm being threatened with disciplinary action!". Yes... only because you're refusing to take some very simple actions to fix the problem. He also falsely claims that the school wants to see which users are anonymous, which is not true at all. All the school wants is a list of users who need to be told to reset their password, and proof that there are no passwords still stored. They didn't say anything about a field that has info about whether the user is posting anonymously.

There are two possibilities here. One is that he really wanted to keep student's login information on file so bad that he was willing to threaten and harass the faculty and risk expulsion to do it. That's pretty shocking. The other possibility is that he had been posting tons of fake reviews about professors he didn't like in an effort to blackmail them and retaliate against professors who he felt had slighted him. CriticalMass is the first time Aaron Greenspan realized he could manipulate an angry mob with carefully crafted lies to bully others into giving him what he wants — even when what he wants is illegal and against school policy.

Some students that didn't know better ate up Aaron's bullshit, unaware he was using them as pawns in his scheme to continue to continue to harvest their school login credentials:

> Dear Dean Gross,
>
> I am writing in support of a student I know named Aaron Greenspan. Aaron and I met in a freshman seminar, and have spoken little since then except for the occasional hello in economics class, [...]
>
> I am writing to support him because, having heard only his side of the story, it seems as if he is being unfairly required to turn over the members of his site.
>
> Aaron Greenspan

Of course, that wasn't what was happening at all. All the school wanted was a list of emails that needed to be reset, that's all. But just like today with PlainSite, people who didn't know Aaron Greenspan well had no reason to suspect he was blatantly lying, in the most pernicious way.

Other students weren't so easily fooled:

> I think that the idea behind CriticalMass and even the enhanced version in the houseSYSTEM are interesting and good. However, I have no desire to
>
> a) sacrifice any privacy (how, for instance, do you know if I have packages or not?) or

> b) be a party in this bizarre melodrama that seems to have engulfed the program in recent weeks. Also, the excellence of the idea seems to have been accompanied by poor planning and execution. I must say that I find this entire situation to be ridiculous. I innocently signed up for this program in its earlier stages, thinking that it was above board. Then, you demand my FAS password, get in trouble with the administration, and decide that you would rather sacrifice the privacy of your trusting members than do the honorable thing and delete the database or, if necessary, the entire system, even if it means that you will take a fall.
>
> Since obviously, I cannot compel you to take this course of action, I have instead tried to delete my account. Lo and behold, it seems that there is no "delete account" link on the MyAccount page on the website. I request that you manually remove my information.
>
> Aaron Greenspan

Absolutely scathing. Thank god Mark Zuckerberg didn't let this clown anywhere near Facebook.

Other students were also frustrated:

> "Exactly what information are you giving to Harvard? Do I need to change my FAS password? What a pain. I wish I'd never signed up for your system"
>
> In a way, I didn't blame people for being angry, though **I usually tried to substantiate my criticism of others, which was a step many of the angry students did not want to be burdened with.**
>
> Aaron Greenspan

Aaron Greenspan will never admit he's wrong, no matter how much harm he does. I am certain he suffers from some serious mental condition that prevents him from seeing the world as it actually is in front of him.

Another student tried to help Aaron understand:

> "I don't intend to be mean when I say this, but I do not support your crusade against the administration.
>
> This is because I do know something about website security. Enough to know that storing passwords on a server accessible from the Internet, even if encrypted, is not perfectly safe. Unless you have a professional-grade firewalling and the like (which I doubt), I would not trust my password with you (and I have not).
>
> Additionally, anybody who administers the houseSYSTEM website/database could easily abuse the system.
>
> As a result, I would prefer that you find a way to compromise with the administration. I do not think that giving them information that could link students to their anonymous posts is morally acceptable, no matter the circumstances"
>
> **That night, I went to bed knowing that if nothing else, I had rocked the boat.**
>
> Aaron Greenspan

There is no need to rock the boat. Just follow the rules. Just be nice to people. You shouldn't get satisfaction out of being a pain in the ass, lying, and stealing people's login information in a way that puts their security at risk.

The school eventually got a hold of the email addresses and reset everyone's password:

> "Welcome. You must change your password," my father's computer displayed across the screen.
>
> "Bastards!" I shouted. They were forcing everyone to change their passwords after all! I changed mine as they had asked me to do. then, I changed it back. Several of my friends did the same.
>
> Aaron Greenspan

Dude does not know when to give up. Yikes. What a psychopath.

But it turned out collecting everyone's Harvard login information was only the start of Aaron's problems with houseSYSTEM:

> "Yes, well aside from the security issues, there are some other problems that you need to fix before you can proceed. The SEC needs to register as an official student group with the College"
>
> "We are an official student group," I said. "We just changed our name. Before it was TECH SA."
>
> "Not according to what I have here," Dean Kidd responded.
>
> "Susan cooke approved the change!" I said. "There must be some mistake."
>
> "No. You will need to re-submit your by-laws to the Committee on College Life, which meets in October."
>
> "Alright..." I said. "Anything else?"
>
> "Certainly. Actually, I was looking at your... Think Commputer... site, and I noticed, you have a press release on there for doing, I don't know what, with the Harvard International Review?"
>
> "What?" I thought. I couldn't see how there was any connection to houseSYSTEM.
>
> "Yes, my company hosts the International Review's web site..." I said.
>
> "Right, well, your press release makes it sound as though the Harvard International Review is part of Harvard University. It's not, it's a student group. You need to make that clear. You're also using a photograph of the Harvard T stop on your site, I believe. You need to take that down."
>
> "I took that photograph, it's not copyrighted by the College. And the public transit system isn't even College property!"
>
> "It has to come down."
>
> Aaron Greenspan

Aaron Greenspan then sought out more legal help:

> "Try Alan Dershowitz," my father suggested. "Maybe he can give you some backing. He knows the law as well as anyone, and he's at Harvard." I sent Dershowitz an e-mail.

Aaron Greenspan

Alan Dershowitz was one of the lawyers that helped defend Jeffery Epstein. He would never work with a monster like Aaron though. You've gotta draw the line somewhere.

On Wednesday, August 20th, the administration was willing to play the waiting game no more.

"Now that you are back from vacation, I want to sit down with you to discuss some additional issues related to the web site associated with SEC, the houseSYSTEM site, and some issues related to your own business, Think Computer. I am planning to send a separate email message to the other students involved with SEC, as some of these issues concern them as well.

1. The SEC has not yet received approval from the Dean of Harvard College, and therefore at this point is not a recognized undergraduate student group. Until it obtains approval, the SEC does not have permission to use the name "Harvard".

2. Even if it were an approved undergraduate student group, the SEC would not be permitted to use any of Harvard's trademarks, including the VERITAS shield which currently appears on the SEC's home page without explicit permission.

3. Even assuming the SEC becomes a recognized student group, this does mean that a web site operated by the SEC is an "official" Harvard web site. Ass I've explained to you before, official Harvard web sites are those operated by the University itself. Currently, the SEC web site and the houseSYSTEM web site are designed so as to appear to be web sites operated or official endorsed by the University. The College is concerned that this may create confusion for students accessing or viewing the site.

4. A good deal of the current content of the houseSYSTEM web site constitutes copyright infringement, for example, the long descriptive passages about each of the Houses.

5. The SEC's intention to link to House facebooks or otherwise publish identifying information about the students raises separate concerns about student privacy.

6. The description of Think Computer as a "Harvard Student-Run Enterprise," which appears on the SEC web site, is unclear and potentially misleading. As currently worded, it sounds as though Think Computer is a Harvard business that is run by students, rather than a business that is run by a student who currently attends Harvard. Students with individual businesses may not use Harvard's name without permission or in any way suggest that their businesses are sponsored or endorsed by Harvard.

There are also several serious concerns about your operation of your business, Think Computer. These issues are as follows:

1. You have not registered your intent to operate a business from Harvard property with the Dean of the College and therefore, have not obtained permission from the College to do so, as the Handbook requires.

2. The Think Computer web site lists your Harvard mailing address and telephone number as one of your offices, which is prohibited.

> 3. The Think Computer web site states that Harvard University is using one of your products. As stated above, students may not in any way suggest that Harvard endorses a private business.
>
> I have provided this summary as I wanted you to be aware of the issues in advance of our meeting. All of these issues must be addressed in one way or another. As you know, violations of the College's regulations may lead to disciplinary action.
>
> Aaron Greenspan

Why is it so hard for him to follow rules? He must have no sense of right or wrong. This is the worst product launch in history! So much for inventing Facebook. Instead of coding, building features, and listening to customers he just spent a ton of time arguing with everyone like he always does.

Then, the school had to send an email to all the students to correct the misleading information Aaron had put out:

> I emphasize that the College did not ask for personal information about students or your subscribers but only for a list of usernames, so that it could inform those users to change their FAS passwords. Aaron was asked to comply by Friday, August 15, which he did. I note that, in addition to the usernames, Aaron provided information that the College had not requested.
>
> Aaron Greenspan

What did Aaron do when called out by the Dean?

What do you think?

> "DO NOT RESPOND to Jay Ellison's e-mail. I am speaking with a number of attorneys right now," I wrote frantically to everyone involved as I looked up the number for a law firm that Brad's father's friend had recommended.
>
> Aaron Greenspan

So… you're speaking to them or you're about to call them? You get your friends in trouble, and then you lie to them?

> "Well, it seems as though they're a little afraid of the competition you're giving them," one of the lawyers said. "This could be construed as anti-competitive behavior."
>
> "I'm not sure I see it like that," I said, still unsure of Harvard's real motive.
>
> "Well, regardless that's what is in a courtroom." Realizing that my opinion really didn't mater, I decided to let the lawyers handle the law.
>
> Aaron Grenspan

This must have been the moment Aaron Greenspan realized you need to lie about what's happening at all times to protect yourself in a situation where you're breaking the law. Stealing students' account information is now "competition". Sounds exactly like the kind of gaslighting Aaron Greenspan is still doing today.

> "Now just to clear something up you mentioned a while ago, I'd like you to use me as a conduit to speak to the rest of the administration."

I let Jay talk, and talk, and talk, re-hashing the same twisted arguments he had put forth over the previous two weeks, which had collectively made my life a living hell. I tried not to scoff or show any hint of emotion. My goal was perfect, icy silence. I would show them how much of a rebel I was.

Aaron Greenspan

Just cooperate with them! Do you not understand that the Dean is telling you he wants you to stop harassing the faculty? The only reason this process is difficult is that you're trying to be a "rebel". If you just followed instructions, there would be no need to make absolutely sure your project doesn't appear to be associated with Harvard in any way. They were embarrassed to see what kind of person Aaron was, and didn't want his actions and behavior to tarnish the good name of the school. Aaron Greenspan was a complete nightmare to deal with, but the faculty held strong because they knew they needed to protect the other students from people like him. Who knows what would have happened if they had let Aaron continue to run amok?

Aaron then decided to shout at the school dean some more.

"...I found out that Mr. Osterberg, who wasn't a student, but who claimed to be, had actually signed onto houseSYSTEM not only from his own computer, but from Georgene Herschbach's computer, in University Hall South. Now, I don't know what an average HASCS staffer would be doing loging on there, unless he was showing something to someone."

Jay looked unperturbed. "yes, there was a meeting where I believe HASCS gave some administrators a tour of your site..."

I cut him off.

"That's not acceptable! I offered to show you everything. I even offered to show you the source code! You said "no!". If you didn't want to see it, then why did you have to break in, and instruct someone to sign up under false pretenses?" I was raging mad; my cheeks were on fire.

"Not only that! But you just got finished telling me, for more than thirty minutes, how the club that I was elected President of in February, whatever you'd like to call it, wasn't even a valid student organization! So, if you really believe that, then Rick Osterberg wasn't even breaking into one of Harvard's own servers — he was breaking into MY server! Think Computer Corporation owns that server! Not Harvard! That Jay, is illegal!"

"And this, right here, is proof. Not from some random person. It's a signed letter, from the Harvard Registrar, certifying that Richard Osterberg is not, nor has ever been, a student in the Graduate School of Arts and Sciences."

"You lied! You did this all to find out what was on the site, and you lied to do it! I hope... that I never, ever have to be this disappointed... in my teachers... ever again!"

I couldn't help it; I had let down my guard by revealing my emotions. Fortunately, I had kept it up long enough that it didn't mater. Jay Ellison, for a moment, was speechless. When I left, we both knew who was the adult in the room.

Aaron Greenspan

Holy shit. This guy is fucking nuts. You really thought you could ask Harvard students for their school email and password and nobody from the school would try and investigate what's going on? How exactly is it illegal to register for a website?

Aaron Greenspan clearly has serious mental health and anger issues that continue to this day.

Anyway, that's the story of how Aaron Greenspan supposedly invented Facebook. He built an ugly site that tried to use the school login info and nearly got expelled for it. After harassing and threatening Harvard's faculty, rather than simply apologizing and cooperating, he then went on to claim Mark Zuckerberg was evil for stealing the idea from him. Later he claimed Square ripped of Square Cash from his shitty app FaceCash, which was also shut down for breaking the law.

Disciplined by Harvard for breaking the rules with houseSYSTEM. FaceCash, the worst app in Silicon Valley, shut down by the government for failing to comply with the laws around money transmitters after Aaron Greenspan couldn't raise money due to his own ineptitude. And now harassing and threatening people for cash with Think Computer and the fraudulent Think Computer foundation. Aaron Greenspan's entire life has been one long story of illegal activity and shocking blatant fraud mixed with impotent rage.

And remember, this is how Aaron tells the story. This is the version that tries to make him look good. Imagine hearing what really happened, from the school's perspective? Imagine how bad that version sounds.

**SHARE THIS:**

 Twitter     Facebook

POSTED IN AARON JACOB GREENSPAN.

## 2 THOUGHTS ON "HARVARD SHUT DOWN AARON GREENSPAN'S WEBSITE FOR STEALING STUDENT PASSWORDS"



**BURT**
DECEMBER 9, 2020 AT 12:31 AM

ROFL. "Alan Dershowitz was one of the lawyers that helped defend Jeffery Epstein. He would never work with a monster like Aaron though. You've gotta draw the line somewhere."

Aaron Greenspan to this very day post people's private information all over the web and refuses to remove it.

REPLY



**CRIMSON**
DECEMBER 9, 2020 AT 11:42 AM

Aaron Greenspan twisted the story around. Greenspan was behind all the negative comments about Robert Neugeboren and removed all the positive comments.

This is absolutely false.
"Yet when Greenspan attempted to get signatures on a letter he drafted to the administration calling for changes, he found students reluctant to put their names down on paper. "They were afraid that there would be some sort of reprisals," said Greenspan."

Professor Neugeboren should see this post and comment.

https://www.extension.harvard.edu/faculty-directory/robert-neugeboren



MENU



# WHOLE MARS CATALOG

**Access to tools for the new world**

WRITTEN BY STEVE

DECEMBER 9, 2020

## AARON GREENSPAN THREATENS TO FILE ANOTHER LAWSUIT FEARING PUBLICATION OF STORY

Here at Whole Mars, we're gearing to finally publish the Aaron Greenspan story — a 10 part series that will document years of harassment and criminal activity by Aaron Greenspan. Naturally, Greenspan is very very scared. Make sure you subscribe for updates as each chapter is published.

Today, Aaron Greenspan sent a series of threatening emails warning that "this will need to be handled somehow" and threatened to file another lawsuit while waiting to hear whether the first one would be dismissed or stricken under California's anti-SLAPP law.

Civility Order—this will need to be handled somehow.

Here are the options as I see it:

1. You can consent to my amending the complaint once again so that I can include the new Tesla items and Omar's activity since August in a Third Amended Complaint.

2. You can refuse consent to amend and I can file a motion for leave to amend. If it is denied...

3. I can file a separate lawsuit involving Omar's latest activity and later motion to relate and/or consolidate the two. This seems silly from a resources perspective for everyone, to be frank.

If you refuse and the SAC remains the operative complaint and Judge Donato grants your MTDs, with or without taking the RJNs into account, we'll just be litigating these circumstances at the Ninth Circuit, which will require more resources for everyone. And I have yet to file an RJN that would address most of the above issues. So I think it is in everyone's best interest to allow amendment, especially now that Tesla has suggested it.

Please let me know your thoughts.

Regards,

Aaron

PlainSite | https://www.plainsite.org

We've taken great risk to document the fact that Aaron Jacob Greenspan is an extremely dangerous individual. He is a ruthless and pernicious liar, who likely suffers from narcissistic personality disorder.

Greenspan has also admitted to anger issues that are completely out of control, driving him to seek revenge for even small or imagined slights. He has stated publicly that "When I get angry, I like to do something about it".



Well Aaron, for once try getting angry and not doing something about it. Try not retaliating every time someone calls you out while you ruthlessly smear others for money. You're on the road to destroying your own life, just as you did when houseSYSTEM was shut down for stealing students' login information, or when FaceCash was shut down for violating financial regulations. If you continue on the path you're on without apologizing and making a major change, soon you will run Think Computer and the Think Computer Foundation into the ground too.

Don't say nobody warned you.

**SHARE THIS:**

 Twitter     Facebook

POSTED IN AARON JACOB GREENSPAN.

## ONE THOUGHT ON "AARON GREENSPAN THREATENS TO FILE ANOTHER LAWSUIT FEARING PUBLICATION OF STORY"

 **GAR**
DECEMBER 9, 2020 AT 8:22 PM

Aaron Greenspan violated Computer Fraud and Abuse Act of 1986.

https://blog.simplejustice.us/2011/05/18/nobody-wants-to-hear-bad-things/

REPLY





# WHOLE MARS

WRITTEN BY STEVE ON JANUARY 13, 2021

## AARON GREENSPAN COMMENTS ON CHAPTER 7 OF STALKER STORY

On Monday, we published the latest chapter of the Aaron Greenspan stalker story, Chapter 7: Who is Aaron Greenspan? The shocking and sad story of Aaron Greenspan's life has made waves across the internet, attracting more page views than any other chapter.

One person who has been eagerly reading each chapter of the story is Aaron Greenspan himself. In response to the publication of Chapter 7, he delivered the following series of threats. Wait until he sees Chapter 8!

> **From:** Aaron Greenspan <aaron.greenspan@PLAINSITE.ORG>
> **Sent:** Monday, January 11, 2021 3:31 PM
> **Subject:** Further Violations
>
> As of last week, Omar is attempting to shame people I know again, and I am concerned for their and my safety, especially given the current extremely frightening tinderbox political environment we find ourselves in fueled largely by disinformation on the internet. As I feared, what you deemed a "virtual shooting gallery" referring to the internet broadly has now become a real shooting gallery in places like the Capitol. So it deeply worries me that as of today, after deliberately moving more of his websites outside of the federal courts' direct jurisdiction to Eastern Europe just last week (while the lawsuit is pending), Omar has posted what I will diplomatically call a 143-page one-star book review full of so many lies I literally have lost count.
>
> This is not a healthy cycle. The more Omar lies and attempts to escape accountability for his actions, the more facts will be included in my proposed supplemental complaint, which means you will have to spend time reading and opposing it, which means it will cost Omar (and/or his donors) money, which means he will get more upset with me. And since he has now written over 300 pages as part of "The Story" alone, that expense is likely to be significant. And the tragedy here is that it's entirely avoidable.
>
> The closest thing to an olive branch as I can find is the sentence toward the beginning of Omar's "Chapter 7" expressing some hope that I would one day be his friend: "However, it's not as fun living it and I doubt Aaron will ever want to be friends (though I hope I'm wrong)." I'm not exactly sure how to interpret this given that the rest of what he wrote is adamant that I am a "criminal." If Omar wants to put this all behind him and emerge on good terms, to the extent that is even possible now, this is not the way to proceed. Suffice it to say that each and every public false statement and violation of our agreement is another violation of the Court's September 2, 2020 Order. Accordingly, I intend to file a motion to compel Omar to comply with that Order, which will involve the removal of all false and/or unlawful content posted about me on any website he controls since it was issued (which effectively means all content he has posted about me since then).
>
> Along those lines, I recently explained that one of Omar's posts concerning the server in New Jersey was completely false (https://wholemars.net/2020/12/25/aaron-greenspan-attempts-to-hack-into-whole-mars/), and

even offered to share evidence with you. You did not respond, yet that post remains on-line. So does the settlement e-mail that you yourself agreed would be kept confidential, leading to your recorded apology by voicemail when it was published the first time. I am confused as to why anything you designated confidential remains public when you have acknowledged that it should not be. And I'm not sure I can safely communicate with you—which is a reflection on your professionalism, not mine—when everything you forward to Omar ends up posted publicly and your promises via phone cannot be relied upon. If the e-mail I sent regarding proposed settlement is not removed from Omar's website at https://wholemars.net/2020/12/25/merry-christmas-and-thank-you-💙%ef%b8%8f/ **today** I will be forced to file for further sanctions. I should also be extremely clear that Omar does not have my permission to cite my book, Authoritas, in excess of what is permitted by copyright law under fair use doctrine, which means the minimum amount necessary to make whatever point he is trying to make.

On December 13th, Omar wrote "I don't know how to make it stop," with "it" presumably referring to the general conflict between us. The solution is really simple. The only person here churning out hundreds of pages of false information about the other is Omar. All Omar has to do is stop himself. Please ensure that he does.

Aaron

PlainSite | https://www.plainsite.org

In this first threatening e-mail message, Greenspan promises retaliation should we continue to tell the story of his "charity" Think Computer Foundation's harassment campaign against myself and other Tesla customers. He writes "The more Omar lies and attempts to escape accountability for his actions, the more facts will be included in my proposed supplemental complaint, which means you will have to spend time reading and opposing it, which means it will cost Omar (and/or his donors) money".

Threatening to file frivolous legal complaints against journalists exercising their first amendment rights with the stated goal of "cost[ing] Omar money" is not just unethical and wrong — it's also illegal. Aaron Greenspan knows there is no chance he will win his meritless lawsuit, but winning isn't the goal. As he openly admits, his only goal is to cost his victims money and time defending against his baseless allegations. This is called a **Strategic Lawsuit Against Public Participation**: A legal action initiated to stop someone from speaking up about an issue of public interest. Unfortunately for Aaron Greenspan, SLAPP-suits are illegal under California's anti-SLAPP law. This law forces anyone found guilty of filing an illegal SLAPP-suit to pay the legal bills of the opposing party. That means that in a beautiful dose of karma, any attempts by Aaron Greenspan to try and retaliate by inflicting financial harm would only end up costing Greenspan himself.

The next day, Aaron Greenspan followed up with another threatening e-mail:

**From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
**Sent:** Monday, January 11, 2021 8:24 PM
**Subject:** Fwd: Further Violations

Have it your way.

As of 4:51 P.M., Omar is now broadcasting further the settlement e-mail you agreed would be kept confidential and apologized about previously when you referenced violating our agreement the first time on September 9, 2020 in a recorded message. He is further using the e-mail to solicit the interest of author Ben Mezrich, with whom I have a history, to write a book about him.

I suggest that you resign as counsel for Omar Qazi and Smick Enterprises, Inc. Either way, I will be reporting you to the State Bar of California for numerous violations of the Rules of Professional Conduct and 18 U.S.C. § 1621.

Aaron

PlainSite | https://www.plainsite.org

You can read Aaron Greenspan's extortion letter, in which he demands $50,000 to drop his SLAPP-suit, on our blog here. The settlement proposal also included a number of other ridiculous demands, such as a donation to the "charity" that has been stalking and harassing me for two years, a public statement praising that charity, and a $100,000 fine for every future mention of Aaron Greenspan. Greenspan does not want people to see these demands because they expose his true intentions behind the lawsuit: **harassment and extortion**.

We will keep you posted on any further attempts at retaliation by Aaron Greenspan designed to silence us and prevent us from sharing the story of his fraudulent charity's harassment and threats. The ironic part of all this, of course, is that we don't want to be spending time talking about Aaron Greenspan. TSLAQ is now irrelevant, and an insignificant nobody like Aaron Greenspan is the last person we want to write about when there are so many more interesting things happening in the world. Bizarrely, Greenspan has repeatedly chosen to forcefully insert himself into our lives without consent, despite the consequences to his reputation and resulting criminal penalties. It is only because of Aaron Greenspan's own choices that we're forced to tell this story. We have no control over Greenspan's choices, but he is free to alter them at any time. Why he has chosen this path of destruction is anyone's guess.

Chapter 8 of the Aaron Greenspan story contains the most shocking and compelling evidence of criminal activity by the Think Computer Foundation yet. In this next chapter, we will share details of how Think Computer Foundation and Aaron Greenspan incited an anonymous online mob into a campaign of harassment, intimidation, and violent threats through false accusations, including that Tesla customers were paid by Elon Musk to praise the company.

We will share how he targeted my family when I refused to obey his orders to stay silent about his criminal activity.

We will share how Greenspan's irrational anger over a Bloomberg Businessweek feature I was included in lead him to file numerous false police reports against me, including a claim that I was a pedophile in possession of child pornography filed **just one day after the publication of the Bloomberg feature.** Filing a false police report is a crime that can land you in prison. We have a copy of the police report and proof that Aaron Greenspan knew he was lying to the police.

We will share how Greenspan silences journalists covering his criminal activity through campaigns of intimidation and fraudulent DMCA takedown notices. And that's all just the tip of the iceberg — we will share it all, the whole story.

It's bound to be the most shocking chapter of the story yet, and could very well send Aaron Greenspan to prison. Our intention in sharing this story is not to harm Aaron Greenspan in any way, but merely to share the truth behind all of Aaron Greenspan's false and deceptive allegations, with evidence to back it up. Once the story is finished, we will take it to the police to let them know what really happened. We will take it to the IRS, the State of California, and the State of Ohio. We will take it to the Securities and Exchange Commission. We will take it to anyone even remotely connected to Think Computer Foundation who is willing to listen.

In each case, we will press as hard as we can for the harshest civil & criminal penalties available, and push for new restrictions on abusive harassment by short-sellers if necessary. If Greenspan has done nothing wrong, he has nothing to worry about just

as his false accusations and demand for criminal charges against me yielded no results. However, Greenspan knows what he has done is very wrong. That's why he's starting to get very worried, as these escalating threats suggest.

Aaron Greenspan has admitted that he is willing to resort to violence to silence us if his attempts at non-violent retaliation fail. We've received death threats and threats of torture with vivid descriptions, including videos depicting lethal weapons being tested by TSLAQ members. If Greenspan wants to try and hurt us, financially or physically, so be it. If I have to die over this nonsense, so be it. We are going to tell this story, because Aaron Greenspan has left us no other choice.

Aaron, there's only one way out of this — and it's not threats and violence. Apologize and admit you were wrong. Put an end to your harassment campaign immediately. Admit that you were wrong about Tesla customers being compensated by Tesla, and apologize for the harm you caused with your demonstrably false conspiracy theories, designed to incite harassment. You will be amazed at how much easier life is, and how quickly everyone's opinion of you will change, when you stop acting like a complete asshole. You're walking down a path that will destroy your business and your life if you don't change course soon, and you're smart enough to know that. Turn your life around today — it's never too late. You're at a fork in the road. On one path lies the potential for greatness. On the other, a future in ruin.

Do the right thing and expect nothing in return. Try and undo the damage you've caused. Watch how quickly your heart heals without the constant corrosion of hatred eating you from the inside. You'll be pleasantly surprised at how quickly everyone's attitude towards you changes when you're not spending your days trying to hurt others.

The choice is yours, and yours alone. Please do the right thing. It would be an absolute shame for someone with your talents and abilities to languish in prison when there's so much you could do to help the world, instead of trying to burn it down.

We know you've been through a lot of pain, and life has often seemed unfair. But that doesn't mean it makes sense to turn on the world, or to hurt others the way you were hurt. Don't give up on the world. Don't give up on love. We are all Americans, and our country needs us now more than ever. Despite everything that's happened there is still hope, but only if we choose to chase it. Wasting time bickering with each other over complete bullshit is not going to cut it.



**SHARE THIS:**

[Twitter] [Facebook] [Reddit] [LinkedIn] [Email]

**LIKE THIS:**

Loading...

**RELATED**







[Chapter 7: Who is Aaron Greenspan?](#)
January 11, 2021
In "Aaron Jacob Greenspan"

[Aaron Greenspan Sends Dozenth DMCA Takedown Notice, This Time to Hide Evidence of Criminal Activity at Harvard](#)
January 5, 2021
In "Aaron Jacob Greenspan"

[Chapter 6: Meet Aaron Jacob Greenspan](#)
December 24, 2020
In "Aaron Jacob Greenspan"

POSTED IN AARON JACOB GREENSPAN, CYBERSTALKING, DAMN SHAWTY, DISINFORMATION CAMPAIGNS, FRAUD, GREENSPAN STORY, SHIT ON A PLATE, SHORT SELLERS.

## 2 THOUGHTS ON "AARON GREENSPAN COMMENTS ON CHAPTER 7 OF STALKER STORY"



**LESSMOG**
JANUARY 13, 2021 AT 6:45 AM

While I seriously doubt there is a bright future for Aaron along any road he may pick now, a reasonable start would be to simply stop hurting himself over and over with these fumblingly thuggish attacks which only come back to haunt him. That is the least bad outcome for Aaron at this point, as I see it. He really should have stopped much sooner.

But equally I doubt he is actually capable of doing what's best for him. A vital part is missing in his mental setup.

Meanwhile we can be grateful for Aaron and his cohorts of tsla-shorts for the enrichment they have provided us with, making it possible to support Omar's case, cause and course. Thanks a billion!

And thanks, Omar, for sharing this horror story! Best wishes!

REPLY



**SPENCER**
JANUARY 13, 2021 AT 7:57 AM

I can't wait to read chapter 8!

REPLY

## LEAVE A REPLY

Enter your comment here...

Search ...

## SUBSCRIBE VIA EMAIL

Enter your email address to get new posts sent straight to your inbox.

Join 18,175 other subscribers

Email Address

SUBSCRIBE

## LEGAL FUND

If you can, please donate to the Aaron Greenspan defense fund via GoFundMe or PayPal.

Thank you so much for your support, you have no idea how much it means. ❤️

## SPONSORED

Abused b
If you have i
abuse or co
men, call to

Ad   Jeff And

PREVIOUS POST