**EXHIBIT H**
United States Copyright Office Certificates of Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Registration Number:**

TX 6-890-602

**Effective date of registration:**

June 7, 2008

## Title

**Title of Work:** Authoritas: One Student's Harvard Admissions and the Founding of the Facebook Era

## Completion/ Publication

**Year of Completion:** 2008
**Date of 1st Publication:** April 13, 2008      **Nation of 1st Publication:** United States
**International Standard Number:** ISBN     978-1-60669-000-0

## Author

- **Author:** Aaron Greenspan
  **Author Created:** text, editing

  **Work made for hire:** No
  **Citizen of:** United States      **Domiciled in:** United States
  **Year Born:** 1983

## Copyright claimant

**Copyright Claimant:** Aaron Greenspan
884 College Avenue, Palo Alto, CA, 94306-1303, United States

## Rights and Permissions

**Organization Name:** Think Press
**Name:** Aaron Greenspan
**Email:** info@thinkpress.com      **Telephone:** 415-670-9350
**Address:** 884 College Avenue

Palo Alto, CA 94306-1303 United States

## Certification

**Name:** Aaron Greenspan
**Date:** June 7, 2008

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

**VA 2-215-227**

**Effective Date of Registration:**
July 18, 2020

**Registration Decision Date:**
August 26, 2020

## Title
| | |
|---|---|
| Title of Work: | Photograph of Aaron Greenspan in Purple Shirt |

## Completion/Publication
| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | September 10, 2017 |
| Nation of 1st Publication: | United States |

## Author
- 
| | |
|---|---|
| Author: | Eric Steven Teasley |
| Author Created: | photograph |
| Work made for hire: | No |
| Citizen of: | United States |
| Domiciled in: | United States |
| Year Born: | 1984 |

## Copyright Claimant
| | |
|---|---|
| Copyright Claimant: | Aaron Jacob Greenspan |
| | 956 Carolina Street, San Francisco, CA, 94107-3337, United States |
| Transfer statement: | By written agreement |

## Rights and Permissions
| | |
|---|---|
| Name: | Aaron Greenspan |
| Email: | aarong@thinkcomputer.com |
| Telephone: | (415)670-9350 |
| Address: | 956 Carolina Street |
| | San Francisco, CA 94107-3337 United States |

## Certification

**Name:** Aaron Greenspan
**Date:** July 18, 2020