**EXHIBIT I**
Example Redacted Tesla Litigation Vehicle Service Documents Displaying Improper "Goodwill" Charges



| | | |
|---|---|---|
| **Tesla Inc.**<br>6692 Auto Center Drive,<br>Buena Park, CA, US, 90621<br>Ph.:(714)735-5696 | **Invoice**<br><br>SERVICE DEPARTMENT HOURS<br>Mon-Fri: 8:00 am-6:00 pm<br>Saturday-Sunday: Sat9:00am-5:00pm<br>Sun-Closed<br><br>B.A.R.# ARD00281021<br>E.P.A.ID# CAL000409626 | Invoice date: 08-Jul-2019<br>Date/Time Received: 01-Jul-2019 10:13:43<br>Odometer In: 29026 Miles<br>Ready Date: 08-Jul-2019 04:13:09<br>Service Advisor: Luis Nieves<br><br>Invoice number: 3000S0000178398<br>Date/Time Promised: 03-Jul-2019 11:00:00<br>Odometer Out: 29039 Miles |

**Paid**

| Bill To | Mobile Phone | Additional Phone | Vehicle Identification Number |
|---|---|---|---|
| Harpreet Dhillon | | | 5YJSA1E29HF228596 |
| | Year | Model | License Plate Number | Colour |
| | 2017 | Model S | | Silver Paint |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** Courtesy Inspection-Please inspect cabin air filter<br><br>Inspected cabin air filter, no replacement needed at this time Tread depth Front Driver Outer: 0 Front Driver Middle: 0 Front Driver Inner: 0 Front Passenger Outer: 0 Front Passenger Middle: 0 Front Passenger Inner: 0 Back Driver Outer: 0 Back Driver Middle: 0 Back Driver Inner: 0 Back Passenger Outer: 0 Back Passenger Middle: 0 Back Passenger Inner: 0 Tire pressure Front Driver: 0 Front Passenger: 0 Back Driver: 0 Back Passenger: 0 New firmware staged Not Needed Washer fluid top off Performed: No Tire rotation recommended No<br><br>**Correction:** Courtesy Inspection<br><br>**Correction:** Check and Adjust Tire Pressure - CA MANDATE<br><br>Pay Type: Goodwill - Service | 0.00 |
| 2 | **Concern:** Customer states sport mode for steering wheel feels lose.<br><br>tested all modes of steering and is functioning as designed at this time.<br><br>**Correction:** General Diagnosis<br><br>Pay Type: Goodwill - Service | 0.00 |
| 3 | **Concern:** Customer states rattling noise at low speeds on rough roads.<br><br>lubricated left and right front axles.<br><br>**Correction:** General Diagnosis<br><br>Pay Type: Goodwill - Service | 0.00 |

Tesla Motors, 3500 Deer Creek Rd, Palo Alto, CA, 94304 USA

**Concern:** Customer states does not detect for auto park.

was able to use auto park feature multiple times for both parking lots and parallel parking. autopark is functioning as designed at this time. note, very specific parameters must be met before auto park feature will be presented.

**Correction:** General Diagnosis

4

Pay Type: Goodwill - Service    0.00

---

**Concern:** Customer states Since latest update the vehicle images move haphazardly on dash screen.

**Correction:** General Diagnosis

5

Pay Type: Goodwill - Service    0.00

---

Service Center hourly rate: USD 195

All parts are new unless otherwise specified.

Notes:

Payment Terms:
Due upon receipt.

| | |
|---|---|
| Total Parts (USD) | 0.00 |
| Total Labor (USD) | 0.00 |
| Discount | 0.00 |
| Subtotal (USD) | 0.00 |
| Tax | 0.00 |
| Total Amount (USD) | 0.00 |

I authorize the repair work, including parts, materials and labor, on my vehicle to be done as set forth in this service agreement document.

## Signature:                                    Date:

You agree that: Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle for the sole purpose of testing and/or inspection of repairs; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; Tesla and its employees will turn off any photo or video capturing devices, such as dashboard cameras, once we receive the vehicle in preparation for service; Items may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied); an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs and storage; the owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged $35 per day for storage fees from the fourth working day after you are notified that repairs on your vehicle are complete.

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla-issued New Vehicle Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Customer paid Tesla branded parts are covered under "Parts,Body, and Paint Limited Warranty" for the period of 12 months. Please visit https://www.tesla.com/support for exceptions, exclusions, and limitations.

Please be aware that your vehicle's dashcams and any other photo or video capturing devices will be automatically disabled for your service visit. Your vehicle's Tesla dashcam will be enabled when you pick up your Tesla from this Service Visit.

Warning: Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.

Full Name:



**TESLA MOTORS**
5840 West Centinela Avenue
Los Angeles, CA 90045
Ph: 310-649-5463
Fax: (310) 649-5563

# Invoice

SERVICE DEPARTMENT HOURS
Mon-Fri: 8:00 a.m. to 6:00 p.m.
9:00 a.m. - 5:00 p.m.

B.A.R.# ARD00274743
E.P.A.ID# CAL000394278

| Invoice Date | Reference Number |
|---|---|
| 14-Apr-2017 | RONC9824025574 |
| Date/Time Received | Date/Time Promised |
| 14-Apr-2017 8:33 a.m. | |
| Odometer In | Odometer Out |
| 11074 Miles | 11075 Miles |
| Ready Date | |
| 14-Apr-2017 | |
| Service Advisor | |
| William Manganaro | |

| Bill To | Mobile Phone | Additional Phone | Vehicle Identification Number |
|---|---|---|---|
| Shervin Lalezary | | | 5YJSA1E16GF134035 |
| | Year | Model | License Plate | Color |
| | 2016 | Model S | | White Paint |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | Concern: Perform courtesy inspection.<br><br>Corrections: Courtesy Inspection<br><br>Checked for active faults: No active faults found (4/14/2017).<br>- Checked firmware version: Updated to latest version 8.1(17.11.10).<br>- Topped off washer fluid.<br>- Tested and inspected customer's charge cable: Good, no issue. Vehicle charged normally @40amps.<br>- Adjusted tire pressure to: 45 PSI front 45 PSI rear.<br>- Torqued wheels to 175Nm.<br>- Measured tire tread depth at:<br>    (Outer) (Center) (Inner)<br>LF:  7/32    7/32    7/32<br>RF:  7/32    7/32    7/32<br>LR:  6/32    6/32    6/32<br>RR:  6/32    6/32    6/32<br>Thank you for your business.<br><br>Pay Type: Goodwill | 0.00 |
| 2 | Concern: Customer states: The low tire pressure light is on.<br><br>Corrections: Check and Adjust Tire Pressure – CA MANDATE<br><br>All 4 tires found to be near low tire pressure threshold. No damage or puncture found. Set tires to spec. No further actions required at this time.<br><br>Pay Type: Goodwill | 0.00 |

| # | Details | Amount |
|---|---------|--------|
| 3 | Concern: Customer states: When using any streaming audio, there is a loading wheel that come up for about 10 seconds. Sometimes during the middle of playback it will stop and begin loading again.<br><br>Corrections: Audio System - Speakers Subwoofer Amplifier General Diagnosis<br>Conclusion: No Trouble Found<br><br>Concern related to firmware bug. Vehicle has been staged with latest firmware. Update is scheduled to install over night. No further repairs needed<br><br>Pay Type: Goodwill | 0.00 |
| 4 | Concern: Perform annual service. 1st.<br><br>Corrections: Fixed Price Annual Service 1 Year/12500 Mile/20000 km - All-Wheel Drive<br><br>- Pulled logs and checked for active faults: No active faults 4/14/17<br>- Checked firmware version: Updated to latest version 8.1 (17.14.23).<br>- Performed function check of closures (moving glass, doors, trunks): Cleaned and lubricated latches. Good, no issue.<br>- Replaced:<br>- Wiper Blades<br>- Key Fob Battery<br>- Cabin Air Filter<br>- Remote Keyless Entry: Good, no issue<br>- Seat belts and latches: Good, no issue<br>- Interior/exterior lighting and horn: Good, no issue<br>- Performed inspection of powertrain and chassis components: Good, no issues.<br>- Checked fluid levels: Topped off washer fluid. Brake and coolant levels optimal. No signs of leakage.<br>- Inspected tires and rotated as necessary.<br>- Measured tire tread depth at:<br>  (Outer) (Center) (Inner)<br>LF: 6/32  6/32  6/32<br>RF: 6/32  6/32  6/32<br>LR: 7/32  7/32  7/32<br>RR: 7/32  7/32  7/32<br><br>- Adjusted tire pressures to B-pillar spec: 45 psi Front, 45 psi Rear<br>- Measured brake pad thickness (mm)<br>LF: RF: LR: RR: Park:<br>8  8  8  8  5<br>- Performed 4-wheel alignment check: Performed adjustment necessary<br>- Test drive: Vehicle functions as designed<br><br>Pay Type: Goodwill | 0.00 |

| | | | |
|---|---|---|---|
| 5 | Concern: Additional Items for Annual Service (Included) Corrections: Fixed Price Annual Service 1 Year/12500 Mile/20000 km - All-Wheel Drive Annual parts replacement preformed. **Parts Replaced or Added** | | 0.00 |

| Part | Quantity |
|---|---|
| WIPER BLADE ASSEMBLY - PASSENGER SIDE (1051496-00-A) | 1 |
| WIPER BLADE ASSEMBLY - DRIVER SIDE - BOSCH 700MM MODEL S LEFT HAND DRIVE (1051495-00-A) | 1 |
| BATTERY LITHIUM COIN 3V 20MM (2006794) | 2 |
| Carbon filter (1035125-00-A) | 1 |

Pay Type: Service Plan

Service Center hourly rate: USD 175.00
All parts are new unless otherwise specified.
Notes:

| | |
|---|---|
| Total Labor & Miscellaneous Items | 0.00 |
| Total Parts | 0.00 |
| Shipping | 0.00 |
| Discount | 0.00 |
| Referral Credit | 0.00 |
| Subtotal | 0.00 |
| Sales Tax | 0.00 |
| **TOTAL AMOUNT** | **0.00** |

Payment Terms:
Due upon receipt. PLEASE QUOTE THE INVOICE NUMBER WITH YOUR PAYMENT

| Additional Amount | Revised Estimate | Job Number | Date & Time | Approved By (# If By Phone) |
|---|---|---|---|---|
| | | | | |

You agree that: Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees (including those of its affiliates) may access and operate your vehicle or transport your vehicle to another Tesla service location for the sole purpose of repairs, testing and/or inspection of repairs; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs and storage; the owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees from the fourth working day after you are notified that repairs on your vehicle are complete.

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla-issued New Vehicle Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done as set forth in this service agreement document.

**Signature:** **Date:**

Warning: Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.

Repairs

Internal Use Only

Payment

Internal Use Only



## TESLA MOTORS

811 S San Fernando Blvd,,
Burbank, CA 91502
Ph: 818-480-9217
Fax: 818-840-0021

## Invoice

SERVICE DEPARTMENT HOURS
Mon-Fri: 8AM-6PM

B.A.R.# ARD00281719
E.P.A.ID# CAL000411693

| Invoice Date | Reference Number |
|---|---|
| 29-May-2018 | RONC9711031723 |
| Date/Time Received | Date/Time Promised |
| 29-May-2018 9:40 a.m. | |
| Odometer In | Odometer Out |
| 11632 Miles | 11634 Miles |
| Ready Date | |
| 29-May-2018 | |
| Service Advisor | |
| Shant Petrossian | |

| Bill To | Mobile Phone | Additional Phone | Vehicle Identification Number |
|---|---|---|---|
| Steve Yazeji | | | 5YJSA1E28HF198913 |
| | Year | Model | License Plate | Color |
| | 2017 | Model S | | Solid Black Paint |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | Concern: #VSC customer states right directional/blinker does nothing.<br><br>Corrections: Exterior Lights General Diagnosis<br><br>Recommend to replace right head lamp assembly.<br><br>Corrections: Headlight Assembly - RH (Remove & Replace)<br><br>Removed and replaced right head lamp assembly.<br><br>**Parts Replaced or Added**<br><br>Part — Quantity<br>HD/LP ASY, SAE UP-LEVEL, RH (1053571-00-D) — 1<br><br>Pay Type: Goodwill - Service | 0.00 |
| 2 | Concern: #VSC Customer states AC randomly turns on.<br><br>Corrections: Cabin HVAC General Diagnosis<br><br>Updated over the air firmware to most current version: v 2018.18<br>Advise customer on the scroll wheel control for A/C system<br><br>Pay Type: Goodwill - Service | 0.00 |

| | | |
|---|---|---|
| 3 | Concern: Perform courtesy inspection.<br><br>Corrections: Courtesy Inspection<br><br>-Checked for Active alerts: No active alert exist<br>-Checked firmware version: Updated to latest Version<br>-Topped off washer fluid.<br>-Verified wiper and washer jet operation: Good no other issue.<br>-Set all tire pressure to proper specifications<br>-Measured tire tread depth at 32nds:<br>LF: 4/32<br>RF: 4/32<br>LR: 6/32<br>RR: 6/32<br>Checked and adjusted tire pressure per CA mandate.<br>Front 45 PSI and Rear 45 PSI.<br><br>Corrections: Check and Adjust Tire Pressure - CA MANDATE<br><br>Set tire pressure to proper inflation:<br>Left Front - 45 psi<br>Right Front - 45 psi<br>Left Rear - 45 psi<br>Right Rear - 45 psi.<br><br>Corrections: Car Wash<br><br>Performed courtesy car wash on vehicle per service.<br><br>Pay Type: Goodwill - Service | 0.00 |

Service Center hourly rate: USD 195.00
All parts are new unless otherwise specified.
Notes:

Payment Terms:
Due upon receipt. PLEASE QUOTE THE INVOICE NUMBER WITH YOUR PAYMENT

| | |
|---|---|
| Total Labor & Miscellaneous Items | 0.00 |
| Total Parts | 0.00 |
| Shipping | 0.00 |
| Discount | 0.00 |
| Referral Credit | 0.00 |
| **Subtotal** | **0.00** |
| Sales Tax | 0.00 |
| **TOTAL AMOUNT** | **0.00** |

| Additional Amount | Revised Estimate | Job Number | Date & Time | Approved By (# If By Phone) |
|---|---|---|---|---|
| | | | | |



| | | |
|---|---|---|
| **TESLA MOTORS**<br>45500 Fremont Boulevard<br>Fremont, CA 94538<br>Ph: (510) 249-4092<br>Fax: (510) 249-2413 | **Invoice**<br><br>SERVICE DEPARTMENT HOURS<br>Mon-Fri: 9:00 a.m. to 6:00 p.m.<br><br>B.A.R.# ARD00269989 | **Invoice Date**: 19-Oct-2018 **Reference Number**: RONC9100099734<br>**Date/Time Received**: 19-Oct-2018 9:31 a.m. **Date/Time Promised**:<br>**Odometer In**: 15430 Miles **Odometer Out**: 15432 Miles<br>**Ready Date**: 02-Nov-2018<br>**Service Advisor**: Giovanna Toledo |

| Bill To | Mobile Phone | Additional Phone | Vehicle Identification Number |
|---|---|---|---|
| Karim Somani | ███ | | 5YJSA1E11GF176144 |
| | **Year** 2016 | **Model** Model S | **License Plate** | **Color** Deep Blue Metallic Paint |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | Concern: Check Tire Pressure per CA mandate<br><br>Corrections: Check and Adjust Tire Pressure - CA MANDATE<br><br>Set tire pressure to specified pressure:<br>Left Front - 45 psi<br>Right Front - 45 psi<br>Left Rear - 45 psi<br>Right Rear - 45 psi<br><br>Pay Type: Goodwill - Service | 0.00 |
| 2 | Concern: Perform courtesy inspection.<br><br>Corrections: Courtesy Inspection<br><br>-Checked for Active alerts: No active alert exist<br>-Checked firmware version: Updated to latest Version<br>-Topped off washer fluid.<br>-Verified wiper and washer jet operation: Good no other issue.<br>-Tested vehicle charge with a shop cable at 32 amps without issue.<br>-Tire pressure set to proper specifications<br><br>Pay Type: Goodwill - Service | 0.00 |

|   |   |   |
|---|---|---|
| 3 | Concern: Customer: Touchscreen is blank, does not come back on its own, scroll reset has no effect. Owner performed reset today 10/12 at 12:39pm ct. Nothing plugged into USB at this time. Vehicle is still drive-able. Note: touchscreen also has yellow border<br><br>Corrections: Media Control Unit (Touchscreen) General Diagnosis<br><br>Diagnostics show the media control unit is not working appropriately. Recommend replacement.<br><br>Corrections: Replace MCU Touchscreen, Model S<br><br>Removed and replaced the touchscreen/MCU, pushed updated firmware to ensure proper communication, and function tested to confirm concern has been rectified.<br><br>**Parts Replaced or Added**<br><br>| Part | Quantity |<br>|---|---|<br>| SERVICE MCU KIT - NORTH AMERICA (1458829-00-B) | 1 |<br><br>Pay Type: Goodwill - Service | 0.00 |
| 4 | Concern: please check the battery. It drains down much faster than before<br><br>Corrections: HV Battery Assembly General Diagnosis<br><br>Performed HV battery health check and inspected other aspects of the HV battery. Found battery degradation to be within acceptable parameters and is operating normally. Please note that as outside temperatures begin to drop, it is normal for range to decrease in colder temperatures. The HV battery needs to be able to warm the coolant in order to perform as designed.<br><br>Pay Type: Goodwill - Service | 0.00 |
| 5 | Concern: Check the steering column too. It pulls towards left when the steering wheel is straight.<br><br>Corrections: Four Wheel Alignment - Check and Adjust (with Air Suspension)<br><br>Performed four wheel alignment. Road tested to verify proper vehicle tracking after adjustments. Vehicle is now driving straight and steering wheel is no longer off center.<br><br>Pay Type: Goodwill - Service | 0.00 |

Service Center hourly rate: USD 175.00

All parts are new unless otherwise specified.

| | | |
|---|---|---|
| Notes: | Total Labor & Miscellaneous Items | 0.00 |
| | Total Parts | 0.00 |
| | Shipping | 0.00 |
| Payment Terms: | Discount | 0.00 |
| Due upon receipt. PLEASE QUOTE THE INVOICE NUMBER WITH YOUR PAYMENT | Referral Credit | 0.00 |
| | **Subtotal** | **0.00** |
| | Sales Tax | 0.00 |
| | **TOTAL AMOUNT** | **0.00** |

| Additional Amount | Revised Estimate | Job Number | Date & Time | Approved By (# If By Phone) |
|---|---|---|---|---|
| | | | | |

I agree that:
• Tesla is not responsible for any personal items left in my vehicle.
• Tesla and its employees may access and operate my vehicle or transport it to another Tesla service location for the purpose of repairs, testing and/or inspection of repairs.
• Tesla and its affiliates may access, download, and use the Telematics Log Data and any other data on my vehicle to diagnose or service issues with it, and Tesla may store the data for its own purposes.
• Tesla and its employees will turn off any photo or video capturing devices, such as dashboard cameras, once we receive the vehicle in preparation for service.
• Items may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied).
• I understand that if Tesla and its affiliates have to remove a child safety seat to complete service to my vehicle, I am responsible for reinstalling the child safety seat.
• Tesla may disclose information about me and details related to the damage and repair of my vehicle to its service providers and any insurance company that may contribute to the payment of repair services.
• An express mechanic's lien is hereby acknowledged on my vehicle to secure the amount of repairs, fines (if any) and storage.
• My insurance provides exclusive coverage for the vehicle while it is in Tesla's possession.
• I may be charged storage fees from the fourth working day after I am notified that repairs on my vehicle are complete.
• I am responsible for all repair charges incurred, including any insurance company deductible payments, betterments, and any costs associated with collection of unpaid amounts. I further acknowledge that I am responsible for full payment if anyone making payments on my behalf fail to make such payments.

I authorize Tesla to:
• complete the repair work, including parts, materials and labor, on my vehicle as set forth in this service agreement document.
• dispose of old parts unless otherwise instructed in writing.
• obtain sublet services as necessary.
• act with the Power of Attorney to endorse insurance checks to pay for the repair charges incurred.

I authorize the insurance carrier paying my claim to process direct payment to Tesla, Inc. for the repairs to my vehicle identified above.

**Signature:** **Date:**

Warning: Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.

Repairs

Internal Use Only

Payment

Internal Use Only



| TESLA MOTORS | Invoice | Invoice Date | Reference Number |
|---|---|---|---|
| 9428 Reisterstown Rd, | | 11-Jul-2018 | RONS820004997 |
| Owings Mills, MD 21117 | SERVICE DEPARTMENT HOURS | Date/Time Received | Date/Time Promised |
| Ph: 410-415-1411 | | 11-Jul-2018 9:17 a.m. | |
| Fax: | | Odometer In | Odometer Out |
| | | 14027 Miles | 14033 Miles |
| | M.V.R.T.# 3550 | Ready Date | |
| | | 24-Jul-2018 | |
| | | Service Advisor | |
| | | Zachary Rippeon | |

| Bill To | Mobile Phone | Additional Phone | Vehicle Identification Number |
|---|---|---|---|
| Scott Breza | | | 5YJXCBE22HF049273 |
|  | Year | Model | License Plate | Color |
| | 2017 | Model X | | Red Multi-Coat Paint |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** Customer: While using AP vehicle veered right and then back left. Also had issues on class 4 road. Logs pulled<br><br>**Corrections:** Autosteer General Diagnosis<br><br>This incident occurred on what is classified as a road class 4 (city roads with single lane but opposing traffic). As stated in the owner's manual: "Auto-steer is intended for use only on highways and limited-access roads with a fully attentive driver". Highways and limited-access roads are classified as roads such as (I-695) and (I-395).<br><br>Performed a full system diagnostics and are able to determine that there are no hardware issues, and is likely related to road conditions and the vehicles interpretation of its surroundings.<br><br>Pay Type: Goodwill - Service | 0.00 |
| 2 | **Concern:** Customer: Passenger front window went down but would not go back up.<br><br>**Corrections:** Window Regulator - Front - RH - Recalibrate<br><br>Performed window calibration procedure. Verified window operation has been restored.<br><br>Pay Type: Goodwill - Service | 0.00 |


Concern: Customer: Passenger front door rattles on rough pavement

Corrections: Door Glass and Regulators General Diagnosis

Found the upper bright work rubbing on the right front fender. Insulated the area between the right front fender and the bright work with an anti-friction material.

**3**  Pay Type: Goodwill - Service                                                                 0.00

Concern: Customer: Popping when door is opening

Corrections: Front Door Drive Unit - RH

Replaced RH front door drive motor.

**Parts Replaced or Added**

**4**  
| Part | Quantity |
|---|---|
| FRONT DOOR DRIVE UNIT RH (1045352-00-E) | 1 |

0.00

Pay Type: Warranty

Concern: Customer: Falcon wing door makes noise when opening.

Corrections: Adjustment General Diagnosis

Verified noise when doors open/close. Performed adjustments to improve the clearance between the hinge covers and the hinges on both doors. Verified noise no longer present.

**5**  Pay Type: Goodwill - Service                                                                 0.00

Concern: Customer: Streaks on passenger rear FWD

Corrections: Seal - Belt - Door Inner - Rear - RH

Verified streaks, visual inspection found inner belt molding has debris embedded into the felt portion of the molding. Cleaned the molding and the streaking was drastically reduced but still slightly present.  Replaced belt molding.  verified fix,

**6** **Parts Replaced or Added**  0.00

| Part | Quantity |
|---|---|
| INNER BELT SEAL RH RR (1032180-88-C) | 1 |

Pay Type: Warranty

Concern: Customer: Parking sensors on right side of vehicle randomly detect ghost objects.

Corrections: Parking Sensors General Diagnosis

**7** Perform a sensor test on all 12 of the ultrasonic parking sensors and they all passed. Visually inspected the bumper sensors and they are all in good condition. As a note, dirt, debris, rain and snow can affect the operation of these sensors. At this time the sensors are functioning normally and detecting objects when present or no objects with none present as designed. 0.00

Pay Type: Goodwill - Service

Concern: Customer: MCU freezes

Corrections: Media Control Unit (Touchscreen) General Diagnosis

**8** viewing the infotainment data there was no system crash data that indicated a hardware failure or issue.  Cleared system memory, performed a factory reset. (user profile/memory settings/Bluetooth and homelink devices will need to be reentered)
Also websites that use a lot of data and have large or scrolling images can cause touch screens to run slow causing poor performance. 0.00

Pay Type: Goodwill - Service

**9**

Concern: Perform courtesy inspection.

Corrections: Courtesy Inspection

-Checked firmware version: Updated to latest Version.
-Topped off washer fluid.
-Verified wiper and washer jet operation: Good, no issue
-Checked all seat belts and latches.
-Vehicle charged normally. Yes
-Adjusted tire pressure to: 42 PSI front, 42 PSI rear.
-Measured tire tread depth at:
LF:  7/32
RF:  7/32
LR:  7/32
RR:  7/32

0.00

Pay Type: Goodwill - Service

Concern: Customer: Rear power hatch strut making noise when opening/closing.

Corrections: Power Strut - Liftgate

Replaced rear powered lift gate strut.

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| LIFTGATE POWER STRUT LH (1065664-00-A) | 1 |

**10**

Corrections: Carrier - Sensor - Ultrasonic - Rear Door - RH

0.00

Right falcon wing door showing false object detection. Technician noted that the RH falcon door sensor is picking up false objects. Replaced RH falcon door sensor.

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| SENSOR, ULTRASONIC, RADIAL,COUPLING TAPE (1055890-00-E) | 1 |

Pay Type: Warranty

Service Center hourly rate: USD 150.00

All parts are new unless otherwise specified.

Notes:

Payment Terms:
Due upon receipt. PLEASE QUOTE THE INVOICE NUMBER WITH YOUR PAYMENT

| | |
|---|---|
| Total Labor & Miscellaneous Items | 0.00 |
| Total Parts | 0.00 |
| Shipping | 0.00 |
| Discount | 0.00 |
| Referral Credit | 0.00 |
| **Subtotal** | **0.00** |
| Sales Tax | 0.00 |
| **TOTAL AMOUNT** | **0.00** |

Additional Amount    Revised Estimate    Job Number    Date & Time    Approved By (# If By Phone)



**TESLA MOTORS**
1605 Route 70 West,
Cherry Hill, NJ 08002
Ph: 856-356-1088
Fax:

**Invoice**

SERVICE DEPARTMENT HOURS

| | |
|---|---|
| Invoice Date | Reference Nu |
| 12-Nov-2018 | RONS151000 |
| Date/Time Received | Date/Time Pr |
| 12-Nov-2018 9:53 a.m. | |
| Odometer In | Odometer Ou |
| 1806 Miles | 1808 Miles |
| Ready Date | |
| 16-Nov-2018 | |
| Service Advisor | |
| Graeme Reeves | |

| Bill To | Mobile Phone | Additional Phone | Vehicle Identifica |
|---|---|---|---|
| James Early | | | 5YJ3E1EB3JF06 |
| Year | Model | License Plate | Color |
| 2018 | Model 3 | | Deep Blue Metal |

| Job Number | Description Of Work | Amount (U |
|---|---|---|
| 1 | Concern: Customer: was in on 10/17 to have his paint looked at again. He is not happy with the wet sanding that was done. He states that it looks like there is a layer of sand underneath the clear coat now. Customer also states that there are swirls in the paint and that the scratch that was supposed to be fixed is faintly still there. At this point, the customer is upset that his brand new vehicle has a service record and needs to be brought in again.<br><br>Corrections: Paint - Sublet<br><br>Sent vehicle to body shop for cosmetic corrections. All note corrections resolved by body shop. No additional attention required at this time.<br><br>Pay Type: Goodwill - Sales/Delivery | |

Service Center hourly rate: USD 175.00
All parts are new unless otherwise specified.
Notes:

Payment Terms:
Due upon receipt. PLEASE QUOTE THE INVOICE NUMBER WITH YOUR PAYMENT

Total Labor & Miscellaneous Items
Total Parts
Shipping
Discount
Referral Credit
**Subtotal**
Sales Tax
**TOTAL AMOUNT**

Additional Amount    Revised Estimate    Job Number    Date & Time    App
                                                                      Pho





| Tesla Inc. | Invoice | Invoice Date | Invoice Number |
|---|---|---|---|
| 135 Route 22 East Springfield, NJ 07081 Ph: (973) 921-0925 Fax: | SERVICE DEPARTMENT HOURS Mon-Fri: 9:00 a.m. to 6:00 p.m. | 25-Apr-2019 | US-009-0000864550 |
| | | Date/Time Received | Date/Time Promised |
| | | 25-Apr-2019 04:33 AM | 25-Apr-2019 08:45 AM |
| | | Odometer In | Odometer Out |
| | | 2095.1 Miles | 2096.9 Miles |
| | | Ready Date | |
| | E.P.A.ID# NJR986639698 | 2019-04-25T18:04:48Z | |
| | | Service Advisor | |
| | | Angie Ayo | |



| Bill To | Mobile Phone | Additional Phone | Vehicle Identification Number |
|---|---|---|---|
| Deepak Belani | | | 5YJXCAE2XJF135852 |
| | Year | Model | License Plate | Color |
| | 2018 | Model X | | |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Courtesy Inspection**<br><br>perform courtesy inspection of vehicle.Tread depth Front Driver Outer: 0 Front Driver Middle: 0 Front Driver Inner: 0 Front Passenger Outer: 0 Front Passenger Middle: 0 Front Passenger Inner: 0 Back Driver Outer: 0 Back Driver Middle: 0 Back Driver Inner: 0 Back Passenger Outer: 0 Back Passenger Middle: 0 Back Passenger Inner: 0Tire pressure Front Driver: 0 Front Passenger: 0 Back Driver: 0 Back Passenger: 0New firmware staged Not NeededWasher fluid top off Performed: NoTire rotation recommended No<br><br>**Correction: Courtesy Inspection**<br><br>Pay Type: Goodwill - Service | 0.00 |
| 2 | **Noise from 2nd and 3rd seats - RC**<br><br>confirmed customer complainant for rear seat squeak. Both rear seats were removed and both guide pin holes were modified to reduce contact with guide pins. vehicle test driven with drive tech to perform proper fix. no squeak is currently heard from rear of vehicle<br><br>**Correction: General Diagnosis**<br><br>Pay Type: Goodwill - Service | 0.00 |

Service Center hourly rate: 175.0

All parts are new unless otherwise specified.

Notes:

1 of 2

Payment Terms:
Due upon receipt.

| | |
|---|---:|
| Subtotal Labor & Miscellaneous Items | 0.00 |
| Labor & Miscellaneous Items Price Adjustment | 0.00 |
| Total Labor | 0.00 |
| Subtotal Parts | 0.00 |
| Parts Price Adjustment | 0.00 |
| Total Parts | 0.00 |
| Shipping | 0.00 |
| Referral Credit | 0.00 |
| **Subtotal** | 0.00 |
| Sales Tax | 0.00 |
| **TOTAL AMOUNT** | 0.00 |
| **TOTAL PAID** | 0.00 |
| **DUE AMOUNT** | 0.00 |

I authorize the repair work, including parts, materials and labor, on my vehicle to be done as set forth in this service agreement document.

**Signature:**                                                                 **Date:**

You agree that: Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle for the sole purpose of testing and/or inspection of repairs; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; Tesla and its employees will turn off any photo or video capturing devices, such as dashboard cameras, once we receive the vehicle in preparation for service; Items may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied); an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs and storage; the owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged $35 per day for storage fees from the fourth working day after you are notified that repairs on your vehicle are complete.

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla-issued New Vehicle Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Customer paid Tesla branded parts are covered under "Parts, Body, and Paint Limited Warranty" for the period of 12 months. Please visit https://www.tesla.com/support for exceptions, exclusions, and limitations.

**FullName**



**TESLA MOTORS**
1605 Route 70 West,
Cherry Hill, NJ 08002
Ph: 610-407-7030
Fax: 610-650-4246

**Invoice**

SERVICE DEPARTMENT HOURS
Mon-Fri: 7:00 am-7:00 pm
Saturday 8:00am-4:00pm

| Invoice Date | Reference Number |
|---|---|
| 13-Sep-2018 | RONS1173000771 |
| Date/Time Received | Date/Time Promised |
| 13-Sep-2018 9:32 p.m. | |
| Odometer In | Odometer Out |
| 3 Miles | 3 Miles |
| Ready Date | |
| 13-Sep-2018 | |
| Service Advisor | |
| Jon Walker | |

| Bill To | Mobile Phone | Additional Phone | Vehicle Identification Number |
|---|---|---|---|
| Jeff Salvage | | | 5YJ3E1EA7JF005558 |
| | Year | Model | License Plate | Color |
| | 2018 | Model 3 | | |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | Concern: Mobile Service (on-site work performed)<br><br>Corrections: Mobile Service - Level 1 Vehicle<br><br>Performed on site Tesla mobile repair.<br><br>Pay Type: Goodwill - Service | 0.00 |
| 2 | Concern: Customer: Feature Request: Infotainment - Connectivity;<br>-Phones don't connect via bluetooth<br>Wife -Samsung note 8 and hub note 9<br>-Sometimes the app doesn't connect to the car<br>-Radio static while streaming<br>-Screech and scream and eventually crash<br>-Has trouble entering the car sometimes<br>-OTA Firmware updates have failed<br><br>Corrections: Audio System - Bluetooth General Diagnosis<br><br>Verified fixes in place for some issues, Bluetooth and phone for key are still having issues. Verified issues and collected timestamps. Going to submit engineering ticket for further diagnosis.Customer will submit timestamps if possible and bug reports when issues arise.<br><br>Pay Type: Goodwill - Service | 0.00 |

Service Center hourly rate: USD 150.00
All parts are new unless otherwise specified.

| | | |
|---|---|---:|
| Notes: | Total Labor & Miscellaneous Items | 0.00 |
| | Total Parts | 0.00 |
| | Shipping | 0.00 |
| | Discount | 0.00 |
| Payment Terms: | Referral Credit | 0.00 |
| Due upon receipt. PLEASE QUOTE THE INVOICE NUMBER WITH YOUR PAYMENT | **Subtotal** | **0.00** |
| | Sales Tax | 0.00 |
| | **TOTAL AMOUNT** | **0.00** |

| Additional Amount | Revised Estimate | Job Number | Date & Time | Approved By (# If By Phone) |
|---|---|---|---|---|

You agree that: Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle for the sole purpose of testing and/or inspection of repairs; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; Tesla and its employees will turn off any photo or video capturing devices, such as dashboard cameras, once we receive the vehicle in preparation for service; Items may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied); an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs and storage; the owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees from the fourth working day after you are notified that repairs on your vehicle are complete.   Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla-issued New Vehicle Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. I authorize the repair work, including parts, materials and labor, on my vehicle to be done as set forth in this service agreement document.

**Signature:**                                                                                        **Date:**

Warning: Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs  If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.

Repairs
Internal Use Only

Payment

Internal Use Only