**EXHIBIT J**
California Department of Motor Vehicles Correspondence Regarding Autonomous Driving

CALIFORNIA STATE TRANSPORTATION AGENCY

**DEPARTMENT OF MOTOR VEHICLES**
REGISTRATION OPERATIONS DIVISION
P.O. BOX 825393
SACRAMENTO, CA 94232-5393

GAVIN NEWSOM, Governor


March 6, 2020

Mr. Al Prescott
Tesla, Inc.
3500 Deer Creek Road
Palo Alto, CA 94304

Dear Mr. Prescott:

On November 1, 2019, Tesla representatives demonstrated the Smart Summon feature for the California Department of Motor Vehicles (DMV). During the demonstration, the DMV made the following observations:

1. The vehicle did not recognize a stop sign and proceeded without stopping.
2. The vehicle drove onto a soft curb and stopped at an awkward angle blocking lane access for other vehicles.
3. When summoned to a location requiring the vehicle travel on a public road, the system continued toward the intended location and stopped prior to entering the public road, effectively blocking other vehicles.

Many parking lots have features identical to those at the DMV, which raises concerns about the capabilities and operation of the Smart Summon feature. Please provide a written response addressing the Department's concerns with the operation of the Smart Summon feature no later than March 20, 2020.

In addition, the Department strongly encourages Tesla to provide clear and effective communication to Tesla owners accurately describing the technology's capabilities and its intended use and the importance of maintaining line of sight with the vehicle and actively monitoring the vehicle while using Smart Summon.

If you have any questions, please contact me at (916) 657-9735.

Sincerely,

MIGUEL ACOSTA, Chief
Autonomous Vehicles Branch

California Relay Telephone Service for the deaf or hard of hearing from TDD Phones: 1-800-735-2929; from Voice Phones: 1-800-735-2922

REG 186 HO (REV. 2/2019) **DMVWeb**       *A Public Service Agency*

**From:** **Bisnett, Emily J.@DMV** Emily.Bisnett@dmv.ca.gov
**Subject:** RE: Response to Public Records Act Request
**Date:** June 3, 2020 at 10:45 AM
**To:** aaron.greenspan@plainsite.org

Good morning,

Your follow-up inquiry regarding emails "involving so-called 'robotaxis' (with or without a hyphen)" was forwarded to me. Mr. Acosta has no such emails.

Regards,

Emily Bisnett
Attorney
Department of Motor Vehicles
Legal Affairs Division
2415 1st Avenue, MS-C128
Sacramento, CA 95818
Tel: 916-657-6469
Fax: 916-657-6243

*********************************************************************************************************************

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete the original and reply e-mail, and destroy all copies of the original message.

*********************************************************************************************************************