**EXHIBIT L**
Excerpts of Deposition Testimony of Martin Tripp, Karl Hansen and Elon Musk

```
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF NEVADA
 3                        -oOo-
 4
   TESLA, INC., a Delaware       :
 5 corporation,                  :
                                 :   CASE NO.
 6              Plaintiff,       :   3:18-cv-00296-LRH-CBC
                                 :
 7       vs.                     :
                                 :
 8 MARTIN TRIPP, an individual,  :
                                 :
 9              Defendants.      :
                                 :
10                               :
   AND RELATED COUNTERCLAIMS     :
11 =====================================================
12
13                   **CONFIDENTIAL**
14       VIDEOTAPED DEPOSITION OF KARL HANSEN
15          Wednesday, September 4, 2019
16                   Reno, Nevada
17
18
19
20
21 REPORTED BY:
22 MICHELLE BLAZER CCR #469 (NV)
23 CSR #3361 (CA)
24 FILE NO. 19-29471
25
```

**REPORTER CERTIFIED TRANSCRIPT**

**CONFIDENTIAL**

**Karl Hansen-Confidential**

Page 51:

```
10:17:02  1  accounts.
          2      Q    Do you know anything about the amount of
          3  scrap Tesla was generating at the Gigafactory?
          4      A    The amount of scrap that they were
10:17:20  5  generating?  I have no personal knowledge of the
          6  amount as it relates to Mr. Tripp.
          7      Q    Do you have knowledge about scrap at the
          8  Gigafactory otherwise?
          9      A    I do.
10:17:37 10           As part of my responsibility as an
         11  investigator I was tasked to conduct investigative
         12  activity related to widespread thefts of scrap, raw
         13  material, production materials and other things that
         14  resulted in a significant financial loss to Tesla.
10:18:04 15  But I was not assigned any part of the investigative
         16  role as it relates to Mr. Tripp, Mr. Tripp's
         17  mentioning of scrap numbers associated with that,
         18  losses to Tesla financially, or what have you.  Any
         19  knowledge I have of that was based on my
10:18:28 20  investigations of losses.
         21           Also, based on information provided to
         22  myself and others in a security operations pre-shift
         23  meeting on June 5th wherein Elon Musk, Tesla CFO
         24  Deepak, I forgot his last name, Director of Security
10:18:51 25  Operations Jeff Jones, had a telephone conference with
```

Page 52:

```
10:18:51  1  Mr. Gouthro as well as other leadership.  Mr. Musk
          2  directed that all employees be reminded of the NDAs
          3  that they had signed, that there was to be no
          4  discussion of any of these concerns.
10:19:12  5           And those concerns were Elon Musk
          6  specifically stating that between January and June a
          7  figure of $37 million in raw material was unaccounted
          8  for and missing.
          9           I became aware of that because Mr.
10:19:31 10  Gouthro, being my supervisor, directed me to
         11  previously conduct investigations into these thefts.
         12           Additionally, prior conversations with
         13  Mr. Gouthro at the onset of those investigations
         14  indicated that there were losses and thefts.  Now,
10:19:52 15  this is Mr. Gouthro stating thefts in excess of
         16  $100 million, and that this information -- when I
         17  asked I said, well, where are these figures coming
         18  from?  How are we going to account for this?  Based on
         19  my experience they had been investigating spot thefts
10:20:11 20  here and there, you know onesies and twosies, if you
         21  will.
         22           And I started to take a look at the
         23  overall picture and determined that there was probably
         24  a more widespread organized effort with respect to
10:20:28 25  theft.  And I'm not going to get into, I guess, my
```

Page 53:

```
10:20:28  1  investigations, and that's probably -- that's not even
          2  relevant to this matter, but at the end of the day Mr.
          3  Gouthro reported to me that his information from Jeff
          4  Jones and from folks in the accounting world were that
10:20:47  5  there was excess losses of 100 million-plus dollars.
          6      Q    Would it be fair to say that -- that your
          7  knowledge is about theft of scrap and missing raw
          8  materials; is that correct?
          9      A    Yes.
10:21:01 10      Q    But your knowledge is not about the
         11  amounts of scrap Tesla was generating?
         12      A    I would agree with that, yes.  That's
         13  fair to say.
         14      Q    And do you have any information about
10:21:14 15  whether -- how Tesla was storing scrap at the
         16  Gigafactory complied with all safety regulations?
         17  Whether it was maintained safely?
         18      A    I do have knowledge of that.  I know they
         19  weren't.
10:21:29 20      Q    And what's your knowledge of that?
         21      A    So my knowledge of the storage of scrap,
         22  the storage of lithium batteries, the storage of --
         23  I'm not sure of the industry term, but miss --
         24  mis-manufactured products or materials, maybe they
10:21:51 25  don't pass a QA inspection or whatnot, there was a
```

Page 54:

```
10:21:51  1  designated area at the Gigafactory known as the
          2  recycle area.  Batteries, battery components, battery
          3  parts were stored and just thrown in boxes or on
          4  certain pallets.  They were stored in trailers, and I
10:22:14  5  say cargo van, dry trailers, tractor-trailer vans on
          6  various locations on the property.  There was an
          7  occasion of a fire involving an explosion or a what --
          8  what I was told was maybe a gas-off.  That's not my
          9  level of expertise with respect to lithium batteries,
10:22:37 10  but I did know that they needed to be stored -- I was
         11  told by engineering and environmental safety and
         12  health personnel that they were concerned because
         13  there were literally millions of batteries stored over
         14  in an area of the Gigafactory that was under
10:22:52 15  construction.  Their concern was that there was hot
         16  work going on, and these lithium batteries were there.
         17           The environmental health guy told me that
         18  he had spoken to people to get these batteries
         19  removed.  But literally, millions of them.  Pallets.
10:23:08 20           As far as the other scrap, there were
         21  drive unit parts, battery parts, other various
         22  production components that were just rampantly stored
         23  outside the back of the gigafactory.  It got to a
         24  point where a tent was set up or -- and being utilized
10:23:27 25  for materials that there was no more room for.
```

## Page 55

**Karl Hansen-Confidential**

```
10:23:27   1              So that's my -- my knowledge.  And inside
           2   corridors were blocked.  It was -- was not organized,
           3   was not orderly, and that's my knowledge of that.
           4        Q    And is your knowledge based on both your
10:23:48   5   own observations and conversations you had with other
           6   employees at the Gigafactory?
           7        A    Based on my personal knowledge, my
           8   observations, and my interactions with Tesla's
           9   recycling manager, Mr. Elles, who complained to me
10:24:01  10   when I got -- we got a report of a theft, that he was
          11   extremely frustrated that he could not manage this
          12   area because there were no SOPs.  Tesla had no
          13   standard operating procedures, no guidelines, and --
          14   and no practical application to organize this scrap
10:24:22  15   and materials and theft.
          16              Furthermore, he indicated that this is
          17   wide open, used some colorful language, and stated
          18   he's tired of these employees just driving up, backing
          19   their vehicles in here, grabbing stuff, throwing
10:24:38  20   materials in there, and telling me that then they are
          21   taking it down to scrap metal yards.
          22              He went into the telling me he's worked
          23   in the industry for 20 plus years, he's never seen an
          24   operation like this.
10:24:49  25              So that's the basis of my knowledge.
```

## Page 56

**Karl Hansen-Confidential**

```
10:24:49   1        Q    Do you recall Mr. Elles's first name?
           2        A    Michael, I believe.
           3        Q    And do you recall around what time this
           4   conversation occurred?
10:24:59   5        A    I do not.  I do not.
           6        Q    Was it when you were still an employee?
           7        A    Yes, it was.
           8        Q    For -- and I think you mentioned it was
           9   batteries and drive units that you saw being stored
10:25:41  10   poorly --
          11        A    Sure.
          12        Q    -- at the --
          13        A    Yeah.
          14        Q    -- Tesla?
10:25:44  15             Any other types of scrap that you recall?
          16        A    Absolutely.  Different plastics, molded
          17   components ultimately used in I want to say the end
          18   state assembly of the -- I'll say the Model 3 battery
          19   unit itself.  When it went through that production
10:26:09  20   line, plastic pieces, electrical wiring harnesses,
          21   things like that.  Lots of it.
          22             So, yeah, I mean, I -- I couldn't
          23   specifically tell you what those are called.  I -- I
          24   don't have that background.
10:26:25  25        Q    And concerning the batteries it was your
```

## Page 57

**Karl Hansen-Confidential**

```
10:26:25   1   understanding that batteries were to be controlled in
           2   a -- I'm sorry, let me start again.
           3             It was your understanding that batteries
           4   were to be stored in a climate-controlled environment;
10:26:54   5   is that correct?
           6        A    That is correct.
           7        Q    And it's your understanding that the --
           8   there is millions of batteries, I think you said, that
           9   were not stored in the climate-controlled environment;
10:27:06  10   is that correct?
          11        A    That's correct.
          12        Q    And how do you know they weren't stored?
          13        A    I observed them, and I was approached
          14   while I was an employee there conducting a security
10:27:14  15   patrol by an environmental safety manager who also was
          16   an OSHA instructor, he told me and made it clear that
          17   he had spoken to somebody about these batteries, I
          18   believe it was over the last -- the preceding couple
          19   of days, and that no action had been taken.  And that
10:27:33  20   his -- the contractors had hot work permits that --
          21   that -- welding hot work, different things like that
          22   that needed to be done, and there was a concern that
          23   there could be a potentially dangerous situation
          24   involving the batteries, hot work, things like that.
10:27:50  25        Q    During your time at Tesla was that
```

## Page 58

**Karl Hansen-Confidential**

```
10:27:50   1   concern over the batteries and how those batteries
           2   were stored, was that ever addressed, to your
           3   knowledge?
           4        A    By who?  Was it addressed in what way?
10:28:08   5        Q    I'm just wondering if it was corrected.
           6   If they were put in a safe place.
           7        A    I never observed that during my tenure at
           8   all.  I reported the EHS guys' concerns.  What
           9   happened after that, I don't know.  But I can tell you
10:28:22  10   that I observed nothing changing with respect to that.
          11        Q    And could you just give me a sense of
          12   what you observed of the batteries?  How they were
          13   stored?  Where they were stored?
          14        A    Sure.  Outside the back area, inside
10:28:39  15   cargo vans, dry tractor-trailer vans.  The -- the
          16   pallets of millions of these battery cells, these
          17   individual battery cells were -- I believe they were
          18   in D and E quad.  I'd -- I'd have to look at a
          19   schematic, you know, of the area to -- to be specific
10:28:58  20   on that, but they were definitely in those two modules
          21   that were under construction.
          22             And those batteries were palletized,
          23   wrapped in plastic, various markings on them with
          24   respect to date of manufacture.
10:29:18  25             There were also markings that they were
```

**Karl Hansen-Confidential**

**Page 59**

```
10:29:18   1  bad cells, return to Panasonic, send to this person,
           2  this person, things like that.
           3        Additionally out back, individual battery
           4  cells. And on the production floor where there were
10:29:34   5  challenges with respect to maybe a production accident
           6  or something, these batteries were observed just being
           7  thrown in a vat of water, I guess a 30 or 50-gallon
           8  drum of water. And I don't know the end state of when
           9  they were removed, if they were removed, but during my
10:29:55  10  patrols and investigation into an incident occurring
          11  wherein a couple pallets of batteries crashed to the
          12  floor, started sparking, caused a little fire up
          13  there, my review of the video on that, as well as my
          14  inspection of the conveyor and the machine led me to
10:30:17  15  see that there were these drums with water.
          16        And during that incident these -- these
          17  batteries were being picked up and scooped and dumped
          18  into this container of water that was on the
          19  manufacturing floor.
10:30:31  20        Out back, same thing. Well, not -- well,
          21  there were -- there were, in fact, a couple of those
          22  out back against the back of the building during my
          23  observations and my tenure where batteries were inside
          24  a vat of water. They appeared to have been there for
10:30:46  25  an extended period of time.
```

**Page 60**

```
10:30:46   1        And the trailers, the tractor-trailers
           2  where you had -- again, I don't know the term, but you
           3  had a, I don't know, probably a 12-inch by eight-foot
           4  whatever unit module or -- or even more assembled -- a
10:31:12   5  bigger assembly units that were stacked in
           6  tractor-trailers, like I say, in different areas. An
           7  area known as the boneyard, there were several old
           8  tractor-trailers over there. Scrap steel, scrap
           9  metal, a whole bunch of things.
10:31:26  10        So those are my observations.
          11     Q   Do you know if the cargo trailers were
          12  temperature-controlled?
          13     A   They were not.
          14     Q   And how do you know that?
10:31:35  15     A   I have a commercial driver's license, and
          16  I'm aware of what those trailers look like, and they
          17  were not temperature-controlled trailers.
          18     Q   About how many --
          19     A   And there was no electric over there, so
10:31:47  20  even -- how many trailers?
          21     Q   Let me ask it again.
          22        And can you estimate how many trailers
          23  you saw with batteries?
          24     A   Yes. I am aware of five individual
10:32:05  25  trailers at different locations around the
```

**Page 61**

```
10:32:05   1  Gigafactory. Also, Tesla has off-site warehouses out
           2  there, and there are trailers at -- cargo trailers
           3  that are around these warehouses that are also filled
           4  with various scrap materials and batteries, and I
10:32:28   5  would say -- and I -- I know five. I would say that
           6  there was approximately two more that I observed
           7  during another investigation in looking for some
           8  missing property over at those warehouses.
           9     Q   So there are five trailers at the
10:32:43  10  gigafactory, and you saw two more at off-site
          11  warehouses; is that correct?
          12     A   That's -- yes. Yes. I'll agree to that.
          13     Q   And the off-site trailers, those were
          14  also not temperature-controlled; is that correct?
10:32:58  15     A   That is correct.
          16     Q   And about how big were the trailers?
          17     A   They were 53-foot dry cargo dry vans. I
          18  believe approximately 53. I think that's what the
          19  overall length is.
10:33:12  20     Q   And about how many pallets do you recall
          21  seeing of batteries stored at the Gigafactory?
          22     A   Are you referring to the D and E mod?
          23     Q   Yes. Well, just that you saw that you
          24  thought were unsafe -- was unsafe storage of batteries
10:33:29  25  by being maintained on those pallets.
```

**Page 62**

```
10:33:29   1     A   Hundreds. Between -- I -- I --
           2  between 100 and 200, based on my recollection right
           3  now, and looking at those rows and remembering, you
           4  know, how many were in those rows, definitely between
10:33:57   5  100 and 200 at a minimum.
           6     Q   And you said those were stored in the D
           7  and E quad; is that correct?
           8     A   I believe they were D and E quad, yes.
           9     Q   And you mentioned one incident where you
10:34:14  10  are aware of that the -- some batteries fell over and
          11  there was some sparking; is that correct?
          12     A   Yeah. Caused a small fire, correct.
          13  Very, very small.
          14     Q   Is that -- is that the only incident you
10:34:26  15  recall with the batteries?
          16     A   I was -- I observed a video of a battery
          17  exploding, and then that was during a review of
          18  another investigation and a discussion we had after
          19  that particular incident, in fact, and the volatility
10:34:40  20  of these battery cells.
          21        Additionally, I'm -- I was made aware of
          22  an explosion, if you will, by battery cells that were
          23  in one of those vats of water behind the Gigafactory
          24  that caused a small fire back there. I did not
10:34:58  25  personally observe that. That was information told to
```

**Karl Hansen-Confidential**

```
10:34:58  1   me by Mr. Gouthro, as well as Mr. Halliday and others
          2   that had been part of the investigative team during
          3   that time.
          4        Q    So if I have that right those are three
10:35:19  5   separate instances?
          6        A    Yes.  Yeah.
          7        Q    So you mentioned you observed security
          8   footage of a battery exploding.  Can you describe what
          9   you observed?
10:35:35 10        A    Yeah.  I observed video surveillance, I
         11   guess surveillance footage of a vehicle that ran over
         12   a battery cell in one of the parking lots that
         13   exploded and shot through the air ultimately.  That
         14   was my observation on that.
10:35:57 15        Q    So the battery was just sitting on kind
         16   of the -- like the parking lot; is that accurate?
         17        A    That is accurate.
         18        Q    And do you know how it got there?
         19        A    I have no idea, no.
10:36:06 20        Q    And then the other incident was a -- I
         21   think you said that the -- a pallet crashed, and --
         22        A    Well, there were, like, I think three or
         23   four pallets on -- on the pro -- say the production --
         24   production conveyor system.  In the area I think it
10:36:31 25   was A mod, A module, where the -- the initial assembly
```

**Karl Hansen-Confidential**

```
10:36:31  1   of the battery units started.  And so yes, that's what
          2   I observed.  Several of those.  Just the machine
          3   apparently starting by itself, and pushing these right
          4   off on to the floor.
10:36:54  5        Q    What kind of machine was it?
          6        A    I don't know the name of it.  It's part
          7   of the manufacturing and production conveyor system,
          8   if you will, where pallets are brought in by these
          9   remote vehicles.  I say pallets.  I don't even know if
10:37:08 10   that's an accurate term, but they are like a tray,
         11   stacked individual trays with 140 something individual
         12   different battery cells, they are stacked 30 high, and
         13   they go through the process, you know, down the
         14   conveyor belt ultimately to whatever end -- end use
10:37:25 15   area.
         16             I'm not -- I don't know the production
         17   role.  So -- but that's what I observed.  Conveyor
         18   system, if you will, is what it appeared to me to be.
         19        Q    And then the -- your understanding is
10:37:37 20   that the conveyor system in some way malfunctioned
         21   causing the batteries to fall and sparking which led
         22   to a fire?
         23        A    That's correct.  That's correct.
         24        Q    And was anyone hurt within the fire?
10:37:47 25        A    To my knowledge, no.  No.
```

**Karl Hansen-Confidential**

```
10:37:47  1        Q    And do you --
          2        A    And that was information I was told by
          3   the supervisor.  I was tasked to look into that with
          4   Mr. Gouthro, Mr. Halliday, the -- Tesla's engineering
10:38:01  5   team came down because they were concerned about this,
          6   they didn't know how this could have happened.  I was
          7   asked to go up and conduct an investigation into this,
          8   review footage.  Because employees had been
          9   identified, as -- as it was explained to me, in an
10:38:16 10   effort to speed a process or somehow -- I believe it
         11   was speed a process.  But anyway, they would -- they
         12   would at times put tape over sensors on -- on these
         13   things, and that tape, obviously, over a sensor would
         14   prevent the -- the operation of the machine as it's
10:38:41 15   designed to do.
         16             That investigation was ultimately handled
         17   by -- by somebody else.
         18        Q    And are you aware of a similar incident
         19   occurred again at the -- at the Gigafactory where
10:39:02 20   batteries fell over or sparked?  That kind of thing?
         21        A    I'm not personally aware, but I have
         22   heard that it happens, and it happened on several
         23   other occasions.
         24             Actually, I am.  I am aware of one, yes.
10:39:17 25   In fact, it may have -- I don't know if it was that
```

Case 3:20-cv-03426-JD Document 103-12 Filed 02/12/21 Page 7 of 10
Case 3:18-cv-00296-LRH-CBC Document 180-6 Filed 03/05/20 Page 2 of 26
Martin Tripp-Confidential

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**REPORTER'S CERTIFIED TRANSCRIPT**

TESLA, INC., a Delaware )
corporation, )
                             ) Case No.:
      Plaintiff, )
                             ) 3:18-cv-00296 LRH-CBC
             v. )
                             )
MARTIN TRIPP, )    **CONFIDENTIAL**
                             )
      Defendant, )
_____)
                             )
AND RELATED COUNTER-CLAIMS.)
_____)

CONFIDENTIAL

VIDEOTAPE DEPOSITION OF MARTIN TRIPP

PHOENIX, ARIZONA
WEDNESDAY, SEPTEMBER 4, 2019
9:01 A.M.

DAVID M. LEE, RMR, CCR
Certified Reporter
Certificate Number 50391
File No.: 19-29468



```
09:51   1     Q.  How should you be viewed then?
09:51   2     A.  Preferably not viewed at all.
09:51   3     Q.  All right.  You wanted to remain anonymous.
09:51   4     A.  That is correct.
09:51   5     Q.  You wanted to continue with your job at
09:51   6   Tesla while continuing to provide information to
09:51   7   reporters.
09:51   8     A.  Only if it was necessary.
09:51   9     Q.  And you were going to do that for as long
09:51  10   as you thought it was necessary.
09:51  11     A.  Yes.
09:51  12     Q.  As determined by you.
09:51  13     A.  Yes.
09:51  14     Q.  So you thought by changing -- by -- excuse
09:51  15   me.  Let me start that again.
09:51  16             You thought by sharing information with
09:51  17   Linette Lopez, you would change the -- what was
09:52  18   being done at the Tesla Gigafactory; right?
09:52  19     A.  That was my hope.
09:52  20     Q.  And you were going to continue to provide
09:52  21   information from Tesla to Linette Lopez as long as
09:52  22   it was -- you thought there were things that needed
09:52  23   to be changed at Tesla's Gigafactory.
09:52  24     A.  If it involved public safety, yes.
09:52  25     Q.  So a lot of the information that you
```

```
09:53   1     A.  Not to my knowledge.
09:53   2     Q.  You also disclosed to her information about
09:53   3   the number of Model 3s that were being produced.
09:53   4   Do you remember that?
09:53   5     A.  Yes.
09:53   6     Q.  Was that an issue of public safety?
09:53   7     A.  I can't say that it is.
09:53   8     Q.  Why did you disclose it to Linette Lopez?
09:53   9     A.  Because Elon Musk was lying to investors and
09:54  10   the public about the amount of cars being produced
09:54  11   per day, and I was showing proof of that.
09:54  12     Q.  Okay.  Let's suppose that you thought the
09:54  13   numbers that you were being put to the public were
09:54  14   incorrect.  Why go to a reporter with Tesla
09:54  15   confidential information?  What's the importance of
09:54  16   that?
09:54  17     A.  I believed it was wrong.  I, myself, was an
09:54  18   investor with restricted stock units, and I believe
09:54  19   that it was wrong for him to say one thing, and we
09:54  20   were actually doing another.
09:54  21     Q.  So because you thought it was wrong, it was
09:54  22   okay to steal Tesla confidential information and
09:54  23   provide it to a reporter.
09:54  24     A.  Correct.
09:54  25     Q.  Did you raise the issue of the number of
```

```
09:52   1   disclosed had to do with the amount of dollar value
09:52   2   of scrap.  Do you remember that?
09:52   3     A.  Yes.
09:52   4     Q.  How is that an issue of public safety?
09:52   5     A.  I can't say that it is.
09:52   6     Q.  Then why were you disclosing it to Linette
09:52   7   Lopez?
09:52   8     A.  Because there was a concern internally
09:52   9   amongst many employees.
09:52  10     Q.  Okay.  So there was a concern internally
09:52  11   amongst employees, and you didn't see it was
09:52  12   changing to your liking; right?
09:52  13             MR. FISCHBACH:  Object to the form of the
09:53  14   question.
09:53  15             THE WITNESS:  It was not changing to the
09:53  16   liking of anyone.
09:53  17     Q.  BY MR. GATES:  You didn't think that Tesla
09:53  18   was changing sufficiently in response to the
09:53  19   concerns about the level of scrap.
09:53  20     A.  That is correct.
09:53  21     Q.  And so because of that, you decided to
09:53  22   provide Tesla confidential information to Linette
09:53  23   Lopez.
09:53  24     A.  Yes.
09:53  25     Q.  But that's not an issue of public safety.
```

Case 3:20-cv-03426-JD Document 103-12 Filed 02/12/21 Page 9 of 10
Case 3:18-cv-00296-LRH-CLB Document 177-1 Filed 05/05/20 Page 2 of 135
CONFIDENTIAL - Elon Musk - 2/21/2020

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

_____

TESLA, INC., a Delaware )
corporation, )
                            )
      Plaintiff, )
                            )
v. )          Case No.
                            )   3:18-CV-00296-LRH-CBC
MARTIN TRIPP, an )
individual, )
                            )
      Defendant. )
_____)
MARTIN TRIPP, an )
individual, )
                            )
   Counterclaimant, )
                            )
v. )
                            )
TESLA, INC., a Delaware )
corporation, )
                            )
   Counterdefendant, )
_____)

CONFIDENTIAL

Videotaped Deposition of Elon Musk

Los Angeles, California

Friday, February 21, 2020

Michael P. Hensley, RDR, CSR No. 14114

CONFIDENTIAL - Elon Musk - 2/21/2020

Page 13

```
 1   you supported -- or that you submitted in opposition to
 2   your deposition?
 3   A.      I suppose it was.
 4   Q.      All right.  Did you read this before you signed
 5   it?
 6   A.      Yeah.
 7   Q.      Is everything in this declaration true?
 8   A.      I certainly believed it to be true.  Do you want
 9   me to read it in detail?
10   Q.      I do not, Mr. Musk.
11   A.      Yeah.
12   Q.      I want to ask you, however, why this deposition
13   would pose a substantial burden and hardship to you in
14   this case.
15   A.      Well, I have a lot of obligations to run two
16   companies and make sure that the right thing happens
17   there.  This case, in my view, is a frivolous case
18   brought by a counterparty who is just a terrible human
19   being.  And, frankly, if I may say so, I -- I'm troubled
20   by your association with him.
21           So instead of me being able to do my duty for
22   the companies, I'm here.  This is not -- this is not --
23   this is not -- does not serve anyone.  It's not good.
24   It's a waste of time.
25   Q.      I think you knocked your microphone down,
```

Depo Dynamics
(888) 494-3370

CONFIDENTIAL - Elon Musk - 2/21/2020

Page 15

```
 1   Q.      And it references something called "NCM"; is
 2   that right?
 3   A.      Yes.
 4   Q.      NCM is shorthand for nonconforming material?
 5   A.      Yes.
 6   Q.      In other words, scrap; correct?
 7   A.      Yes.
 8   Q.      And the gist of this email is that Mr. Tripp is
 9   expressing concern to you regarding scrap in the
10   Gigafactory; correct?
11   A.      Yes.
12   Q.      Does Tesla encourage the practice of its
13   employees reaching directly out to the CEO if they see
14   something that concerns them?
15   A.      I do.
16   Q.      In May of 2018 was the amount of scrap at the
17   Gigafactory a serious concern for you?
18   A.      Yes.
19   Q.      Did you do anything in response to Mr. Tripp's
20   email?
21   A.      I -- I don't recall exactly what I did, but I
22   wanted to -- like, I forwarded it on to have it be
23   looked into.
24           (Exhibit 4 was marked for identification.)
25           MR. FISCHBACH:   4?
```

Depo Dynamics
(888) 494-3370

CONFIDENTIAL - Elon Musk - 2/21/2020

Page 14

```
 1   Mr. Musk.
 2   A.      Yeah.
 3   Q.      Thank you.
 4           THE VIDEOGRAPHER:  Mr. Musk, if it could be on
 5   your jacket, please.
 6           THE WITNESS:  Yeah.
 7           THE VIDEOGRAPHER:  Thank you, sir.
 8   BY MR. FISCHBACH:
 9   Q.      And, sir, if I understand you correctly, time is
10   a very precious commodity for you, given the
11   responsibilities you have to these various companies; is
12   that true?
13   A.      Yes.  This is -- I have a lot of responsibility,
14   and it's critical to execute that responsibility.  If I
15   am constantly deposed in cases that lack merit, as I
16   view this one to be --
17           MR. FISCHBACH:  May I have that marked, please?
18           (Exhibit 3 was marked for identification.)
19   BY MR. FISCHBACH:
20   Q.      Sir, the court reporter has handed you what has
21   been marked as deposition Exhibit 3.  That is an email
22   sent from Martin Tripp to you on May 16th of 2018.
23           The title of this email is "Stator Scrap Pareto
24   (Month of April)"; correct?
25   A.      Yes.
```

Depo Dynamics
(888) 494-3370

CONFIDENTIAL - Elon Musk - 2/21/2020

Page 16

```
 1           MR. SPIRO:  Copy for me?
 2           MR. FISCHBACH:  That is your copy.
 3   BY MR. FISCHBACH:
 4   Q.      Sir, the court reporter has handed you what has
 5   been marked as deposition Exhibit 4.  This is an email
 6   originally from Mr. Tripp to you on June 10th and then a
 7   response from you to Mr. Tripp.
 8           And in this email, you state "Getting scrap from
 9   when cells exit Panasonic to less than 1 percent needs
10   to be a hardcore goal."
11           Did you actually write that?
12   A.      Yeah.
13   Q.      And when you say something, do you mean it?
14   A.      Almost always.
15   Q.      Okay.  Well, should Tesla employees believe you
16   when you make a statement like that?
17   A.      Yes.
18   Q.      So Mr. Tripp should have believed you when you
19   stated that getting scrap down to 1 percent is a
20   hardcore goal for the company?
21   A.      Of course.
22   Q.      Did you do anything in response to this email to
23   meet that hardcore goal?
24   A.      We did many things, and we have achieved it.  No
25   thanks to Tripp.
```

Depo Dynamics
(888) 494-3370