COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

AARTI REDDY (274889)
(areddy@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
TESLA, INC. and ELON MUSK

KRONENBERGER ROSENFELD, LLP
Karl S. Kronenberger (226112)
(karl@KRInternetLaw.com)
Jeffrey M. Rosenfeld (222187)
(jeff@KRInternetLaw.com)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Defendants
OMAR QAZI and SMICK ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-03426-JD<br><br>**JOINT ADMINISTRATIVE MOTION FOR AN ORDER CHANGING TIME AND EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS THIRD AMENDED COMPLAINT**<br><br>**(CIV. L. R. 6-3, 7-11)**<br><br>Judge: Hon. James Donato<br>Trial Date: None Set<br>Date Action Filed: May 20, 2020 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT ADMIN MOTION RE
TAC MTD BRIEFING
CASE NO. 3:20-CV-03426-JD

Pursuant to Civil Local Rule 6-3 and 7-11, Defendants Elon Musk and Tesla, Inc. (together "Tesla Defendants") and Omar Qazi and Smick Enterprises, Inc. (together "Qazi Defendants"), by and through their respective attorneys, respectfully move for an extended briefing calendar and modest extension of page limitations for briefing on Defendants' forthcoming motions to dismiss Plaintiff's Third Amended and Supplemental Complaint ("TAC"). For the Court's convenience, in the interest of collaboration among the parties on administrative matters, and to avoid piecemeal filings governing the parties' briefing schedules, Defendants file this motion jointly. This motion is supported by the accompanying declaration of Aarti Reddy, filed concurrently herewith.

Plaintiff's TAC, like his previous three complaints, asserts a raft of diverse state and federal claims against Defendants. *See generally* ECF No. 103. In the TAC's 78 pages, it alleges that various of the Defendants violated federal copyright law and securities law, and that they are liable to Plaintiff for libel and civil stalking under California law. As just two illustrations of the TAC's breadth, it alleges that the Qazi Defendants made 38 separate libelous statements and that the Tesla Defendants violated the securities laws by making dozens of false and misleading statements that fall into 35 separate categories. Plaintiff also appended 350 pages of exhibits to the TAC, further increasing its factual complexity. *See* ECF Nos. 103-1 to 103-13. Both the Tesla Defendants and the Qazi Defendants intend to file motions to dismiss the TAC.

**Request for page extension (Civ. L.R. 7-11).** In order to best assist the Court by providing a complete set of arguments from the parties on the range of legal and factual issues presented by the TAC, Defendants seek a modest extension of the page limits set for motions to dismiss under Paragraph 18 of this Court's Standing Order for Civil Cases. Defendants request the same number of pages the Court directed for their respective motions to dismiss Plaintiffs' Second Amended Complaint and reply briefs in support of those motions. *See* ECF No. 71.[1] Specifically, Defendants propose that the Tesla Defendants and Qazi Defendants each be permitted to file a motion to dismiss of up to 18 pages, that Plaintiff be permitted to file a consolidated opposition brief of up to 36

---

[1] That order extended the limit for Plaintiff's opposition brief to 35 pages. In the interest of parity and at Plaintiff's request, Defendants here propose an opposition brief with page limits equal to the sum of the 18-page limits on both sets of Defendants' motions to dismiss.

Cooley LLP
Attorneys at Law
San Francisco

1

Joint Admin Motion re
TAC MTD Briefing
Case No. 3:20-cv-03426-JD

pages, and that the Tesla Defendants and Qazi Defendants each be permitted to file a reply of up to 12 pages.

***Request for an order changing time (Civ. L.R. 6-3).*** Consistent with this Court's practice for briefing on Plaintiffs' two prior amended complaints, Defendants respectfully submit that it would also be most efficient for the Court and all parties to submit briefing on these motions to dismiss the TAC on a consolidated schedule. Given the TAC's length and complexity, Defendants request that the Court extend the briefing schedule such that their respective motions to dismiss the TAC shall be due on March 12, 2021; Plaintiff's consolidated opposition to any such motions shall be due 28 days thereafter; and the Tesla Defendants' and Qazi Defendants' replies shall be due 14 days thereafter.

Defendants would have preferred to present this Court with a stipulation to these increased page limits. But despite the volume of his pleadings and the fact that Defendants' proposal broadly comports with the parameters this Court set *sua sponte* for briefing on Defendants' motions to dismiss Plaintiff's Second Amended Complaint, *see* ECF No. 71, Plaintiff has refused to give his consent to these changes. *See* Declaration of Aarti G. Reddy ¶¶ 2-3.

Accordingly, Defendants respectfully request that this Court enter an order extending the page limits and deadlines for briefing on any motions to dismiss the TAC as described above.

Respectfully submitted,

Dated: February 19, 2021            COOLEY LLP

By: */s/ Aarti Reddy*
Aarti Reddy (274889)

Attorneys for Defendants
TESLA, INC. and ELON MUSK

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT ADMIN MOTION RE
TAC MTD BRIEFING
CASE NO. 3:20-CV-03426-JD

| | |
|---|---|
| Dated: February 19, 2021 | KRONENBERGER ROSENFELD, LLP |
| | By: */s/ Karl S. Kronenberger* |
| | Karl S. Kronenberger (226112) |
| | Attorneys for Defendants |
| | OMAR QAZI and SMICK ENTERPRISES, INC. |

**ATTESTATION OF SIGNATURES**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 19, 2021          */s/ Aarti Reddy*
                                              Aarti Reddy

244735487

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT ADMIN MOTION RE
TAC MTD BRIEFING
CASE NO. 3:20-CV-03426-JD