1  COOLEY LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  3175 Hanover Street
   Palo Alto, CA  94304-1130
3  Telephone:     (650) 843-5000
   Facsimile:      (650) 849-7400
4
   AARTI REDDY (274889) (areddy@cooley.com)
5  REECE TREVOR (316685) (rtrevor@cooley.com)
   101 California Street, 5th Floor
6  San Francisco, CA  94111-5800
   Telephone:     (415) 693-2000
7  Facsimile:      (415) 693-2222
8  Attorneys for Defendants
   TESLA, INC. and ELON MUSK
9

10               UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  AARON GREENSPAN,                          Case No. 3:20-cv-03426-JD

15              Plaintiff,                     **DECLARATION OF AARTI G. REDDY IN
                                               SUPPORT OF JOINT ADMINISTRATIVE
16        v.                                   MOTION TO EXTEND PAGE LIMITS FOR
                                               BRIEFING ON DEFENDANTS' MOTIONS TO
17  OMAR QAZI, SMICK ENTERPRISES, INC.,        DISMISS THIRD AMENDED COMPLAINT**
    ELON MUSK, and TESLA, INC.,
18                                             **(CIV. L. R. 7-11)**
              Defendants.
19
                                               Judge: Hon. James Donato
20                                             Trial Date:  None Set
                                                Date Action Filed:  May 20, 2020
21

22

23

24

25

26

27

28

I, Aarti Reddy, declare as follows:

1. I am an attorney at Cooley LLP, and counsel for Defendants Elon Musk and Tesla, Inc. (together, "Tesla Defendants"). I am admitted to practice law before all California state courts and this Court. I have personal knowledge of the matters set forth below and if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Defendants' Joint Motion to Extend Page Limits for Briefing on Defendants' Motions to Dismiss Third Amended Complaint.

2. On February 16, 2021, counsel for the Tesla Defendants contacted Plaintiff and counsel for the Qazi Defendants via email to propose a briefing schedule and extended page limits for motions to dismiss the TAC. The Tesla Defendants explained that their proposal, which initially allocated three weeks for each party's principal brief on the anticipated motions to dismiss, was based on this Court's order governing the motions to dismiss Plaintiffs' Second Amended Complaint. Plaintiff initially responded that although he did not oppose the proposed briefing schedule, he would not consent to an extension of page limits.

3. However, on February 18, 2021, after counsel for the Tesla Defendants circulated a draft stipulation to an extended briefing schedule, Plaintiff indicated that he was unwilling to sign the stipulation as written because he believed that doing so could result in Mr. Qazi posting content on social media regarding Plaintiff. Counsel for the Tesla Defendants invited Plaintiff to propose revisions to the draft stipulation and emphasized that the Tesla Defendants were willing to consider Plaintiff's proposals, but Plaintiff declined to do so.

4. Substantial harm or prejudice would result to Defendants if forced to brief their motions to dismiss on the current timeline. The TAC spans 78 pages and includes claims for copyright infringement, violations of the federal securities laws, and California state-law claims. The TAC also includes thirteen exhibits totaling more than 300 additional pages. The TAC's length and complexity requires Defendants to develop and address numerous factual and legal arguments, warranting additional time.

Cooley LLP
Attorneys at Law
San Francisco

1

Reddy Decl. ISO
TAC Briefing Schedule
Case No. 3:20-cv-03426-JD

5.       Additionally, the Tesla Defendants would face prejudice under the current timeline because their lead counsel, John Dwyer, has been engaged in an arbitration during the week of February 15, and thus unable to devote significant time to this matter.

6.       This Court previously granted the Tesla Defendants' motion to set a briefing schedule for their motion to dismiss the First Amended Complaint. *See* ECF No. 40. The Court also set a briefing schedule for Defendants' motions to dismiss the Second Amended Complaint. *See* ECF No. 71. There have been no other time modifications in this case.

7.       Discovery in this case is stayed, a schedule for the case has not been set, and there is no case management conference on calendar. *See* ECF Nos. 63, 64. Thus, the extension of time in the Parties' stipulated request will not have any effect on the case schedule.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of February, 2021, at San Francisco, California.

*/s/ Aarti Reddy*
Aarti Reddy

244738125

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2