UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **AARON GREENSPAN**, <br><br> Plaintiff, <br><br> v. <br><br> **OMAR QAZI**, et al., <br><br> Defendants. | Case No. 3:20-cv-03426-JD <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS OMAR QAZI AND SMICK ENTERPRISES, INC.'S SPECIAL MOTION TO STRIKE CLAIMS UNDER CALIFORNIA'S ANTI-SLAPP STATUTE, CIV. PROC. CODE §425.16, AND MOTION TO DISMISS THIRD AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(B)(6)** <br><br> Time:     TBD <br> Date:     TBD <br> Before:   The Hon. James Donato <br> Ctrm.:    11, 19th Floor |

Before the Court is Defendants Omar Qazi and Smick Enterprises, Inc. ("Smick Defendants")'s Special Motion to Strike the Third Amended Complaint ("TAC") under California's anti-SLAPP statute, Code of Civil Procedure ("CCP") §425.16, and Motion to Dismiss the TAC under Federal Rule of Civil Procedure ("Rule") 12(b)(6) (collectively, "Motion"). Having reviewed and considered the Motion and supporting and opposing documents, as well as the other related papers and pleadings on file herein, and good cause appearing, the Court hereby finds and orders as follows:

IT IS ORDERED THAT the Smick Defendants' Motion is GRANTED.

IT IS FURTHER ORDERED THAT Plaintiff's First Cause of Action for Defamation Per Se and Third Cause of Action for Violation of the California Civil Anti-Stalking Statute are hereby stricken under CCP §425.16. The Smick Defendants have shown that the conduct at issue arises from protected activity, and Plaintiff has not shown a probability of prevailing on his claims as set forth in the TAC.

IT IS FURTHER ORDERED THAT Plaintiff's remaining claims against the Smick Defendants (Counts IV, V, VI, and VIII) are hereby dismissed with prejudice under Rule 12(b)(6).

IT IS FURTHER ORDERED THAT the Smick Defendants are entitled to their reasonable attorney's fees and costs incurred in connection with the Smick Defendants' Motion as relates to the Counts I, III, IV, V, and VI under CCP §425.16 and 17 U.S.C. §§505 and 1203. The Smick Defendants shall prepare a separate motion outlining their fees and costs within 45 days of the date of this Order.

**IT IS SO ORDERED.**

DATED: _____                    _____
                                          United States District Judge