1  COOLEY LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  3175 Hanover Street
   Palo Alto, CA  94304-1130
3  Telephone:      (650) 843-5000
   Facsimile:      (650) 849-7400
4
   AARTI REDDY (274889) (areddy@cooley.com)
5  REECE TREVOR (316685) (rtrevor@cooley.com)
   101 California Street, 5th Floor
6  San Francisco, CA  94111-5800
   Telephone:      (415) 693-2000
7  Facsimile:      (415) 693-2222

8  Attorneys for Defendants
   TESLA, INC. and ELON MUSK
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

| | |
|---|---|
| AARON GREENSPAN,<br><br>         Plaintiff,<br><br>    v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>         Defendants. | Case No. 3:20-cv-03426-JD<br><br>**[PROPOSED] ORDER GRANTING TESLA DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE IN SUPPORT OF TESLA DEFENDANTS' MOTION TO DISMISS THIRD SUPPLEMENTAL AND AMENDED COMPLAINT**<br><br>Trial Date:  None Set<br>Date Action Filed:  May 20, 2020 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Defendants Tesla, Inc. and Elon Musk's (collectively "Tesla Defendants") Request for Judicial Notice and Consideration of Documents Incorporated by Reference in support of Tesla Defendants' Motion to Dismiss Plaintiff's Third Supplemental and Amended Complaint was heard by the Honorable James Donato, Judge of the U.S. District Court for the Northern District of California. The Court, having considered all papers and pleadings submitted by the parties, and being fully advised, hereby grants the Tesla Defendants' request that the Court incorporate by reference and/or take judicial notice of Exhibits 1-7 in support of their Motion to Dismiss the Third Supplemental and Amended Complaint.

IT IS THEREFORE ORDERED that:

Tesla Defendants' Request for Judicial Notice and/or Incorporation by Reference of Exhibits 1-7 is GRANTED.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        The Honorable James Donato
                                        United States District Judge

246896597