Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA 94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AARON GREENSPAN,<br><br>    Plaintiff,<br><br>    v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>    Defendants. | Case No. 3:20-cv-03426-JD<br><br>**SECOND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S THIRD SUPPLEMENTAL AND AMENDED COMPLAINT AND SPECIAL MOTION TO STRIKE CLAIMS UNDER CALIFORNIA'S ANTI-SLAPP STATUTE, CIV. PROC. CODE § 425.16**<br><br>Judge: Hon. James Donato<br>Complaint Filed: May 20, 2020<br>TAC Filed: February 12, 2021 |

Pursuant to Federal Rule of Evidence 201 and *Rosales-Martinez v. Palmer*, 753 F.3d 890, 894-895 (9th Cir. 2014), Plaintiff Aaron Greenspan requests that the Court incorporate by reference or take judicial notice of the documents identified below, attached herein as Exhibits.

**I.   DOCUMENTS SUBJECT TO THIS REQUEST**

| Exhibit | Description | Basis for Notice and/or Incorporation |
|---|---|---|
| I | April 24, 2021 Twitter Post by Elon Musk Stating, "Lies can be beautiful" | Publicly available from a reliable source; TAC ¶ 279; Issues 1-35 |
| J | April 28, 2021 Twitter Post by Elon Musk Responding "exactly" to Assertion That Omar Qazi's | Publicly available from a reliable source; TAC |

| | |
|---|---|
| @WholeMarsBlog Twitter Account Has Replaced Tesla, Inc. Public Relations Team | ¶¶ 115, 138, 212 |

## II.   FACTUAL BASIS

Judicial notice is proper because the documents' existence and authenticity cannot reasonably be questioned.  Both Exhibits I and J did not exist at the time the Third Supplemental and Amended Complaint (ECF No. 103) or Plaintiff's opposition briefs to Defendants' most recent motions to dismiss were filed (ECF Nos. 109-110).

Defendants do not dispute that posts on Twitter are properly subject to judicial notice. ECF No. 108-10.  Elon Musk's tweets in particular have frequently been the subjects of requests for judicial notice. *Id*.

## III.   CONCLUSION

For the aforementioned reasons, Plaintiff respectfully requests that the Court take judicial notice of the above referenced documents.

Dated: April 28, 2021

*[signature]*
Aaron Greenspan
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

**EXHIBIT I**
April 24, 2021 Twitter Post by Elon Musk Stating, "Lies can be beautiful"



Explore

Settings

## Tweet

Search Twitter

**Elon Musk** @elonmusk · 7h
define ... beauty
28.2K 14.5K 120.3K

**Kuma** @KuroiKumanoashi · 7h
John Keats said it best:

"Beauty is truth, truth beauty,—that is all Ye know on earth, and all ye need to know."
50 102 2.1K

**Elon Musk** @elonmusk

Replying to @KuroiKumanoashi

Lies can be beautiful

2:23 AM · Apr 24, 2021 · Twitter for iPhone

**461** Retweets **176** Quote Tweets **7,510** Likes

**Sir Doge of the Coin** 🐶 @dogeofficialceo · 7h
Replying to @elonmusk and @KuroiKumanoashi

3 40

**AstroX** @A_S_T_R_O_X · 7h
Replying to @elonmusk and @KuroiKumanoashi
When your company worked endeavouredly and you have reached success.

2 4 30

💸💸💸 @itsALLrisky · 7h

**New to Twitter?**

Sign up now to get your own per

Sign up

**Relevant people**

**Elon Musk** @elonmusk
Technoking of Tesl
Mars 😉

**Kuma** @KuroiKumanoashi
Twitter bear.

**What's happening**

Premier League · 3 hours ago
**Liverpool vs Newcastle Un**
Trending with Klopp, Newcastle

Rap · Trending
**Kanye**
28.4K Tweets

Politics · Trending
**#ArmenianGenocide**
Trending with Ottoman Empire,

COVID-19 · LIVE
**COVID-19: News and upda for California**

SAINT · April 22, 2021
**Rapper "Shock G" Dead At Age of 57**

Show more

Terms of Service Privacy Polic
Ads info More ··· © 2021 Twit

**EXHIBIT J**

April 28, 2021 Twitter Post by Elon Musk Responding "exactly" to Assertion That Omar Qazi's @WholeMarsBlog Twitter Account Has Replaced Tesla, Inc. Public Relations Team

Explore

Settings

Tweet

**Warren Redlich** 🚀⚡🚗🔋🚇🧠 **Bishop of Muskanity** @... · 7h
This flow chart is for @garyblack00 and others who think @Tesla needs a PR Team.

@WholeMarsBlog @elonmusk

88 299 4.4K

**Elon Musk** @elonmusk

Replying to @WR4NYGov @garyblack00 and 2 others

🤣🤣 exactly

2:50 PM · Apr 28, 2021 · Twitter for iPhone

**194** Retweets **15** Quote Tweets **6,403** Likes

**Z** @PlaidModelS · 3h
Replying to @elonmusk @WR4NYGov and 3 others
How's Plaid+ coming along?
1 3

**Ben** 🔋🚀🌎 @cyberben007 · 3h
Replying to @elonmusk @WR4NYGov and 3 others
@WR4NYGov is the man with the plan!
1 3

**Chansoo Byeon** @ByeonChansoo · 3h
Replying to @elonmusk @WR4NYGov and 3 others
Elon can we get trackmode on AWD Model3?
1 6

**Dan of 6.2k** @spotted_model · 3h
Replying to @elonmusk @WR4NYGov and 3 others
🤣🤣🤣
2

**corey cummings** @nerdalator · 3h
Replying to @elonmusk @WR4NYGov and 3 others
Uh oh now Elon is responding to @WR4NYGov ! Haha

**Tesla in the Gong** 🇦🇺🦘🤖🚕 @TeslaGong · 3h
Replying to @elonmusk @WR4NYGov and 3 others

Search Twitter

## New to Twitter?

Sign up now to get your own per

Sign up

## Relevant people

**Elon Musk** @elonmusk
Technoking of Tesl
Mars 😉

**Warren Redlich** 🚀 @WR4NYGov
Elon fanboy. Tech V
SpaceX Boring Neu
linktr.ee/wredlich R
#Libertarian Long $
Illiterate in 4 langua

**Gary Black** @garyblack00
Former CEO Aegon
Co-CIO Calamos, C
Goldman Sachs As
CEO/CIO Janus. My
own and don't repr
advice.

## What's happening

Politics · LIVE
**Biden pitches his new Ame Families Plan during his fir joint session of Congress**
Trending with President of the U States, House Chamber

Politics · Trending
**First Lady**
35K Tweets

MLB · LIVE
**Royals at Pirates**
Trending with Beijing

Politics · Trending
**Kamala**
President Joe Biden opens h front of a joint session of Co acknowledgment of 'Madam Kamala Harris, words 'no pre said...from this podium'
Trending with #NancyPelosi

COVID-19 · LIVE
**COVID-19: News and upda for California**

Show more


