Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>    Plaintiff,<br><br>    v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>    Defendants. | Case No. 3:20-cv-03426-JD<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE COMBINED SUR-REPLY TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S THIRD SUPPLEMENTAL AND AMENDED COMPLAINT**<br><br>Judge: Hon. James Donato<br>TAC Filed: February 12, 2021 |

In order to file an updated proposed sur-reply containing a crucial citation only published in late January 2021, Plaintiff Aaron Greenspan hereby withdraws his Notice Of Motion And Motion For Leave To File Combined Sur-Reply To Defendants' Motions To Dismiss Plaintiff's Third Supplemental And Amended Complaint, recorded on the docket as ECF No. 118.

Dated: May 9, 2021

*/s/ Aaron Greenspan*
Aaron Greenspan
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org