COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

AARTI REDDY (274889) (areddy@cooley.com)
REECE TREVOR (316685) (rtrevor@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
TESLA, INC. and ELON MUSK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN, | Case No. 3:20-cv-03426-JD |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC., | Trial Date: None Set<br>Date Action Filed: May 20, 2020 |
| Defendants. | |

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, effective June 7, 2021, Cooley LLP will have relocated its

3  San Francisco office as shown below:

> Cooley LLP
> 3 Embarcadero Center, 20th Floor
> San Francisco, CA 94111-4004

6  PLEASE TAKE FURTHER NOTICE that our firm's telephone and facsimile numbers and

7  e-mail addresses remain the same.

8  All notices and other documents regarding this action should be sent to the above address

9  as of June 7, 2021.

10  Dated:  June 1, 2021                    COOLEY LLP

11                                          By: /s/ Aarti Reddy
                                                Aarti Reddy

13                                          Attorneys for Defendants
                                            Tesla, Inc. and Elon Musk

28  251014252