# EXHIBIT A
Plaintiff's Transactions in Tesla, Inc.

| Account | TSLA Security | Trade Type | Trade Date | Qty. | Unit Price | Cost / Proceeds |
|---|---|---|---|---|---|---|
| 1 | June 21 2019 $200 Put | Buy | 9/24/2018 | 2 | $23.65 | ($4,735.98) |
| 1 | June 21 2019 $200 Put | Buy | 10/29/2018 | 8 | 17.50 | (14,009.07) |
| 1 | January 17 2020 $75 Put | Buy | 12/26/2018 | 40 | 5.20 | (20,825.52) |
| 1 | August 16 2019 $40 Put | Buy | 3/8/2019 | 10 | 0.95 | (960.12) |
| 2 | May 17 2019 $30 Put | Buy | 3/8/2019 | 1 | 0.13 | (13.00) |
| 1 | January 17 2020 $50 Put | Buy | 3/19/2019 | 6 | 2.25 | (1,358.05) |
| 1 | January 17 2020 $50 Put | Buy | 3/19/2019 | 10 | 2.23 | (2,240.12) |
| 1 | January 17 2020 $50 Put | Buy | 3/19/2019 | 9 | 2.24 | (2,025.60) |
| 1 | January 17 2020 $20 Put | Buy | 3/19/2019 | 50 | 0.63 | (3,180.81) |
| 2 | May 17 2019 $30 Put | Expire | 5/18/2019 | 1 | 0.00 | 0.00 |
| 1 | June 21 2019 $200 Put | Sell | 5/23/2019 | 2 | 20.00 | 3,997.89 |
| 1 | June 21 2019 $200 Put | Sell | 5/23/2019 | 8 | 20.00 | 15,991.55 |
| 1 | January 17 2020 $100 Put | Buy | 5/23/2019 | 3 | 7.60 | (2,286.50) |
| 1 | January 17 2020 $100 Put | Buy | 5/23/2019 | 7 | 7.58 | (5,309.62) |
| 1 | January 17 2020 $100 Put | Buy | 5/23/2019 | 5 | 7.25 | (3,632.54) |
| 1 | August 16 2019 $40 Put | Expire | 8/16/2019 | 10 | 0.00 | 0.00 |
| 1 | October 18 2019 $220 Put | Buy | 9/3/2019 | 1 | 13.75 | (1,380.47) |
| 1 | November 15 2019 $175 Put | Buy | 9/27/2019 | 5 | 1.95 | (982.53) |
| 1 | November 15 2019 $175 Put | Sell | 10/3/2019 | 5 | 2.85 | 1,417.43 |
| 1 | October 18 2019 $220 Put | Expire | 10/18/2019 | 1 | 0.00 | 0.00 |
| 1 | January 17 2020 $20 Put | Expire | 1/17/2020 | 50 | 0.00 | 0.00 |
| 1 | January 17 2020 $50 Put | Expire | 1/17/2020 | 25 | 0.00 | 0.00 |
| 1 | January 17 2020 $75 Put | Expire | 1/17/2020 | 40 | 0.00 | 0.00 |
| 1 | January 17 2020 $100 Put | Expire | 1/17/2020 | 15 | 0.00 | 0.00 |
| 3 | May 15 2020 $250 Put | Buy | 3/12/2020 | 10 | 6.40 | (6,406.67) |
| 3 | May 15 2020 $250 Put | Sell | 3/16/2020 | 10 | 20.65 | 20,642.85 |
| 3 | May 15 2020 $200 Put | Buy | 3/19/2020 | 10 | 18.50 | (18,506.67) |
| 3 | June 19 2020 $200 Put | Buy | 3/23/2020 | 10 | 13.50 | (13,506.67) |
| 3 | May 15 2020 $200 Put | Expire | 5/15/2020 | 10 | 0.00 | 0.00 |
| 3 | June 19 2020 $200 Put | Expire | 6/19/2020 | 10 | 0.00 | 0.00 |