COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

AARTI REDDY (274889)
(areddy@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
TESLA, INC. and ELON MUSK

AARON GREENSPAN
(aaron.greenspan@plainsite.org)
956 Carolina Street
San Francisco, CA 94107-3337
Telephone: (415) 670-9350
Facsimile: (415) 373-3959

Plaintiff *Pro Se*

KRONENBERGER ROSENFELD, LLP
KARL S. KRONENBERGER (226112)
(karl@KRInternetLaw.com)
JEFFREY M. ROSENFELD (222187)
(jeff@KRInternetLaw.com)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Defendants
OMAR QAZI and SMICK ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>Plaintiff,<br><br>v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>Defendants. | Case No. 3:20-cv-03426-JD<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO SET SCHEDULE FOR BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS FOURTH AMENDED COMPLAINT**<br><br>**(CIV. L. R. 6-2, 7-12)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED REQUEST AND
[PROPOSED] ORDER RE 4AC BRIEFING
CASE NO. 3:20-CV-03426-JD

Pursuant to Civil Local Rules 6-2 and 7-12, Defendants Elon Musk and Tesla, Inc. (together "Tesla Defendants") and Omar Qazi and Smick Enterprises, Inc. (together "Qazi Defendants"), by and through their respective attorneys, and Plaintiff Aaron Greenspan ("Plaintiff," and together with the Tesla Defendants and Qazi Defendants, the "Parties") hereby stipulate to setting a briefing schedule for the Tesla Defendants' and Qazi Defendants' anticipated motions to dismiss Plaintiff's Fourth Amended Complaint ("4AC"). This stipulation is based on the accompanying declaration of Aarti Reddy, filed concurrently herewith.

WHEREAS, on August 13, 2021, Plaintiff filed the 4AC in this matter, *see* ECF No. 131;

WHEREAS, counsel for the Tesla Defendants are currently scheduled to participate in a trial in a different matter between September 20, 2021 and at least October 25, 2021;

WHEREAS, the Court ordered the parties to jointly propose a briefing schedule for any motions to dismiss the 4AC, with such motions to be due not before November 1, 2021, in light of counsel's trial schedule, *see* ECF No. 128;

WHEREAS, under Civil Local Rule 6-1(b), a Court order is required for any enlargement or shortening of time that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged with the Court;

WHEREAS, under Civil Local Rule 6-2, parties may file a stipulation complying with Civil Local Rule 7-12 to enlarge or shorten time; and

WHEREAS, the Parties have conferred and agree that the schedule proposed below is appropriate;

**NOW THEREFORE,** pursuant to Civil Local Rules 6-2 and 7-12, the Parties jointly stipulate and respectfully request that the Court enter an order that any motions to dismiss the 4AC shall be due on November 11, 2021; Plaintiff's oppositions to any such motions shall be due on December 9, 2021; and the Tesla Defendants' and Qazi Defendants' replies shall be due on December 23, 2021.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATED REQUEST AND
[PROPOSED] ORDER RE 4AC BRIEFING
CASE NO. 3:20-CV-03426-JD

Respectfully submitted,

Dated: August 24, 2021                                    COOLEY LLP


                                                          By: */s/ Aarti Reddy*
                                                               Aarti Reddy (274889)

                                                          Attorneys for Defendants
                                                          TESLA, INC. and ELON MUSK


Dated: August 24, 2021                                    By: */s/ Aaron Greenspan*
                                                               Aaron Greenspan

                                                          Plaintiff *Pro Se*


Dated: August 24, 2021                                    KRONENBERGER ROSENFELD, LLP


                                                          By: */s/ Karl S. Kronenberger*
                                                               Karl S. Kronenberger (226112)

                                                          Attorneys for Defendants
                                                          OMAR QAZI and SMICK ENTERPRISES, INC.


**ATTESTATION OF SIGNATURES**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 24, 2021                                    */s/ Aarti Reddy*
                                                          Aarti Reddy

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATED REQUEST AND
[PROPOSED] ORDER RE 4AC BRIEFING
CASE NO. 3:20-CV-03426-JD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                    Hon. James Donato
                    United States District Judge

255701004

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATED REQUEST AND
[PROPOSED] ORDER RE 4AC BRIEFING
CASE NO. 3:20-CV-03426-JD