**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendants Omar Qazi
and Smick Enterprises, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **AARON GREENSPAN**, <br><br> Plaintiff, <br><br> v. <br><br> **OMAR QAZI**, et al., <br><br> Defendants. | Case No. 3:20-cv-03426-JD <br><br> **DECLARATION OF OMAR QAZI IN SUPPORT OF OMAR QAZI'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO PRESERVE EVIDENCE** <br><br> Time: TBD <br> Date: TBD <br> Before: The Hon. James Donato <br> Ctrm.: 11, 19th Floor |

I, Omar Qazi, declare as follows:

1. I am a Defendant in this action. Unless otherwise stated, I have personal knowledge of the facts stated herein.

2. In August 2021, I decided to sell my 2018 Tesla Model 3 (the "Vehicle") through the car auction website <carsandbids.com>.

3. I am relying on the anticipated proceeds from the sale of the Vehicle to be able to pay for my basic living expenses and for the defense of this lawsuit.

4. The inability to realize the proceeds from the sale of my Vehicle would impose a significant financial hardship on me.

5. Elon Musk signed the visor of the Vehicle.

6. On the date of this declaration, I took screenshots of my Vehicle's navigation history to the extent it was reasonably available to me through the user interface.

7. I have not used the Vehicle as my primary vehicle since December 2020.

8. I have incurred significant expenses defending this lawsuit, and I expect to incur additional further expenses in continuing to defend this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Sep 2, 2021

*Omar Qazi*
Omar Qazi (Sep 2, 2021 08:18 PDT)

Omar Qazi