Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

AARON GREENSPAN,

    Plaintiff,

        v.

OMAR QAZI, SMICK ENTERPRISES, INC.,
ELON MUSK, and TESLA, INC.,

    Defendants.

Case No. 3:20-cv-03426-JD

**DECLARATION OF AARON GREENSPAN IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF EMERGENCY MOTION FOR ORDER TO PRESERVE EVIDENCE**

I, Aaron Greenspan, declare as follows:

1.     On September 1, 2021 at 1:20 P.M., after the filing of my Emergency Motion For Order To Preserve Evidence, Omar Qazi sold his Tesla Model 3 to Warren Redlich, an attorney with a history of disciplinary disputes in the State of New York who is also a social media influencer focused on Tesla and Elon Musk, now based in Florida.

2.     Through his @WholeMarsBlog account, Omar Qazi has repeatedly represented to the public that he was selling his car in order to file a new legal action against me and members of my family, not to finance his legal defense in this action or to pay for his basic living expenses, as he now claims.  To the best of my knowledge, he wrote, "Selling to sue AG." and "It's going to be so satisfying to sue Aaron, his company, his charity, and it's *[sic]* board. 🙂"

3.     To the best of my knowledge, Omar Qazi indicated a lack of any acute financial stress by also writing, "By the way, the car sale isn't actually needed to counter sue Aaron."

4.     As Exhibit A, I have attached a true and correct copy of the carsandbids.com auction page reflecting the sale of Omar Qazi's Tesla Model 3.

5.     As Exhibit B, I have attached a true and correct copy of Omar Qazi's LinkedIn resume, showing his employment at BQE Software, Inc.

6.     As Exhibit C, I have attached true and correct copies of the first page of each ProPublica Paycheck Protection Program federal loan database entry for BQE Software, Inc.

7.     As Exhibit D, I have attached a true and correct copy of the @WholeMarsBlog Twitter account discussing the purchase of a Tesla Model X "for Dad" on August 11, 2021.

8.     As Exhibit E, I have attached true and correct copies of select posts by the @WholeMarsBlog Twitter account discussing the supposed reason for the auction and sale of Omar Qazi's Tesla Model 3 from August 25, 2021 through August 31, 2021.

9.     As Exhibit F, I have attached a true and correct copy of a March 31, 2019 article from The Drive entitled, "Unencrypted Video and Personal Data Stored on Teslas Raise Significant Privacy Concerns: Report" by Rob Stumpf.

10.     In my declaration submitted to this Court on August 31, 2021 and docketed as ECF No. 134-1 in this action, I inadvertently overlooked a date on page 2, line 7. The date should have read August 31, 2021, not July 2, 2021.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct and that this declaration was executed on September 2, 2021 in San Francisco, California.


Dated: September 2, 2021


_____
Aaron Greenspan

**<u>EXHIBIT A</u>**

carsandbids.com Auction Page Reflecting Sale of Omar Qazi's Tesla Model 3

# 2018 Tesla Model 3 Long Range ☆

1 Owner, Unmodified, California-Kept, Autopilot Technology

Share ⬆



Exterior (58)

Interior (43)

All Photos (125)

| **Sold for $44,069** | 9/1/21 | Bids **22** |
| --- | --- | --- |

🔍 This auction has ended, see more Tesla Model 3 auctions here.

Ended September 1 at 1:23pm PDT

| Make | Tesla | Engine | Single Motor |
| --- | --- | --- | --- |
| Model | Model 3 ☆ | Drivetrain | Rear-wheel drive |
| Seller |  omarqazi | Transmission | Automatic |
| Location | Torrance, CA 90505 | Exterior Color | Black |
| VIN | 5YJ3E1EA5JF013920 | Interior Color | Black |
| Mileage | 76,900 | Title Status | Clean (CA) |
| Body Style | Sedan | Seller Type | Private Party |

### Doug's Take

*We love Teslas here on Cars & Bids, and this is a particularly desirable one -- a 2018 Model 3 Long Range that boasts a ton of great Tesla features. As the trim level suggests, this one touts long-range battery capacity in addition to Tesla's Autopilot technology and a panoramic roof. This is a one-owner car that's spent its life in dry-climate California, and this one comes with a clean, accident-free Carfax report -- and evidently, Elon Musk signed the sun visor, which is a cool detail. The Model 3 is one of my favorite cars currently on sale, and I have a feeling the next owner will be thrilled with this one.*

## Highlights

THIS... is a 2018 Tesla Model 3 Long Range, finished in black with a black interior.

- The attached Carfax history report lists no accidents in this Model 3's past. It also shows that this is a one-owner car that's been exclusively registered in California.

- Factory equipment includes 18-inch wheels, a panoramic roof, wood interior trim, leather upholstery, a 15-inch touchscreen, a premium sound system, the Premium Connectivity Package, and Full Self-Driving Capability. The seller reports no

modifications.

- Launched for 2018, the Tesla Model 3 was celebrated as a premium EV with a usable range and respectable performance, all at a reasonably attainable price. It's still available in 2021.

- Power for this Model 3 comes from an electric motor, which produces 271 horsepower and 307 lb-ft of torque. Connected to a 75-kWh lithium-ion battery pack, it zaps the rear wheels into motion. The Long Range version has an EPA-estimated driving range of up to 310 miles.

## Equipment

- 18-inch wheels
- Panoramic roof
- Wood interior trim
- Leather upholstery
- Power-adjustable front seats
- Premium sound system
- 15-inch touchscreen
- Lifetime Free Premium Connectivity Package
- Premium Connectivity Package
- Autopilot technology
- Full Self-Driving Capability

## Known Flaws

- Chips on the front end
- Some exterior scuffs and scratches
- Scratches on the wheels
- Some creases on the driver's seat's outer bolsters

## Recent Service History

- Invoices pictured in the gallery show that this Model 3 received new tires in December 2020, and that it was ceramic coated in February 2019.
- The seller notes additional service history is available in the Tesla app.

## Other Items Included in Sale

- 1 key
- Owner's manuals
- Charging cables

## Ownership History

The seller purchased this Model 3 new in April 2018.

## Seller Notes

The seller states Tesla co-founder and CEO Elon Musk signed this Model 3's passenger-side sun visor. He adds that Musk is shown signing the car in a video, and a photo of the signature is included in the gallery.

## Video




## Seller Q&A (1)

View all



SKGrowth ✓ ↑4

**Q:** Is there a way for you to confirm that the FSD is transferable to the next owner? I have read of cases where new owners are asked to pay for FSD on a M3 that the prior owner already paid for it ?

↑ 2                                    View answer

## 2018 Tesla Model 3 Long Range · Reserve

| | |
|---|---|
| **Sold to** 👤 wredlich | **Seller** 👤 omarqazi |
| **$44,069** | **Ended** 📅 Sep 1, 2021 1:23pm PDT |
| | **Bids** # 22 |
| | **Views** 👁 12,813 |

## Comments & Bids

Newest    Most Upvoted    Seller Comments    Bid History

Add a Comment...


**Nitro** ↑423  1 hour ago

Re: BenBarreto Order one now and you'll get it delivered in January 2022(According to Tesla) and who knows, it could be delayed even more than that! Some people are not willing to wait 4+ months for a car they could readily buy and drive within a week.

↑ 0    Reply ↩    Flag as inappropriate 🏳


**BenBarreto** ✓ ↑11  16 hours ago

Hmm. place an order for one now and have it in a few months. or pay msrp for a 3 year old model 3 with 76k miles.

**voltequity** ✅ ↑3  Bidder  21 hours ago

Congrats Warren for the win! Glad another Tesla bull will take care of this very special car

↑ 0    Reply ↳    Flag as inappropriate ⚑

**vinny808** ✅ ↑18  Bidder  22 hours ago

congrats @wredilch cant wait to see your youtube video about it

↑ 0    Reply ↳    Flag as inappropriate ⚑

**EV 4 SURE** ✅ ↑10  Bidder  22 hours ago

Congrats Warren! 👏👏👏

↑ 1    Reply ↳    Flag as inappropriate ⚑

**rwilla1023** ↑511  22 hours ago

Way to go @wredlich

↑ 0    Reply ↳    Flag as inappropriate ⚑

**Cars&Bids** ↑24.8k  22 hours ago

A Model 3 in triple black screams stealth and we're sure @wredlich can't wait to fly under the radar in their new Tesla! We're very excited to get this Long Range EV off to a happy new home for @omarqazi!

↑ 1    Reply ↳

| Sold to wredlich for $44,069 | 22 hours ago |
| --- | --- |

**wredlich** ✅ ↑22  22 hours ago

Bid $44,069    ↑ 4

**vinny808** ✅ ↑18  22 hours ago

Bid $43,440    ↑ 2

**wredlich** ✅ ↑22  22 hours ago

Bid $43,190    ↑ 2

**vinny808** ✅ ↑18  22 hours ago

Bid $42,940    ↑ 2

**wredlich** ✅ ↑22  22 hours ago

Bid $42,690    ↑ 3

**vinny808** ✅ ↑18  22 hours ago

Bid $42,369    ↑ 3

**griffd** ↑2  22 hours ago

Great car!!! Miss my early 2018 single motor Model 3. It had great build quality compared to the late 2018 models (quality slipped a bit during production hell ramp-up).

↑ 2    Reply ↳    Flag as inappropriate ⚑

**EV 4 SURE** ✅ ↑10  Bidder  22 hours ago

I'm Out Guys Thanks for the Excitement and Good Luck Omar! Truly for a Good Cause!😊 $42,069🙌

↑ 5    Reply ↳    Flag as inappropriate ⚑

**sweeneywinegeek** ✅  ↑ 714   22 hours ago

@SKGrowth you'll never get a solid answer from Tesla. Great cars, horrible communication. Can't ever get anyone on the phone. No one to email. All communication goes through the service section on the App. Cloak and Dagger kind of stuff. In fact once I stopped into the service department because the Dual Motor sticker was falling off our car and the guy there said 'just enter the info into the App'. We had to get one of the camera's replaced. The tech came to our house to do the work and only then was I able to get answers to my many questions. Great car though

↑ 1    Reply ↳    Flag as inappropriate ⚑

**jermhoop**  22 hours ago
The community has flagged this.  View

**wredlich** ✅  ↑22   22 hours ago
Bid **$42,069**    ↑ 10

**smdcapital** ✅  ↑3   22 hours ago
Bid **$41,369**    ↑ 3

Load more comments

## Why Cars & Bids?

**3,220**
Auctions completed

**85.6%+**
Sell-through rate

**$54 million+**
Value of cars sold

**140k+**
Registered members

## Success Stories

 Rob S. 1994 TVR Chimaera 400HC - $18,500

"Thanks to the Cars & Bids team for the platform to connect buyers and sellers, with a strong sense of community."

**<u>EXHIBIT B</u>**
LinkedIn Resume of Omar Qazi

 Omar Qazi - Chief Innovation Officer @ BQE Software | LinkedIn

**Omar Qazi** 



# Omar Qazi

Chief Innovation Officer @ BQE / CEO of Smick Enterprises

Los Angeles, California, United States · 135 connections

**Join to Connect**

 **BQE Software**

 **Santa Clara University**

 **Company Website** ↗

---

## About

Experienced software entrepreneur with a nearly lifelong history of working in the computer software industry. Skilled in Full Stack Development, Server Architecture, iOS & Android Applications, Go, Web Standards (HTML, CSS, Javascript) and Ruby on Rails.

---

## Activity

Omar Qazi - Chief Innovation Officer - BQE Software | LinkedIn







Omar Qazi

New from me: version 3 of Tesla's Solar Roof is being installed on homes in California, and after combing through permits and Instagram and YouTube...

Liked by Omar Qazi

---

## Experience



### Chief Innovation Officer
BQE Software

Jun 2015 - Present · 6 years 4 months

Torrance, California



### Tech Founder
Predpol, Inc.

Oct 2011 - Present · 10 years

Sillicon Valley and Los Angeles, California

Started this company with a bunch of really smart guys from a few different fields. Two of the other founders are academics who had researched and tested a statistical model for predicting where crimes are most likely to occur in the future. I've been handling the tech stuff as we build a product that let's any police department around the world predict and stop crime before it happens. Things are going pretty well. Someone you know is being protected by PredPol today.

News report about...

Show more ⌄



### Lead Mobile Developer
BQE Software

Jun 2007 - Sep 2011 · 4 years 4 months

Lead development of BQE Software's iPhone and Android applications.

 **in**    Omar Qazi    

 **Santa Clara University**
Bachelor's degree · Economics & Computer Science

2011 - 2015

 **Chadwick School**
-

 **Santa Clara University**
-

## Languages

**English**
-

**French**
-

## View Omar's full profile

⚭ See who you know in common

⧉ Get introduced

👥 Contact Omar directly

[ **Join to view full profile** ]

## People also viewed

 **Aumil Manzoor**
VP Research and Development at BQE Software

 **in**   Omar Qazi 

 Attended University of Kashmir, Srinagar

India

---

 **Patrick Allin**

Chairman Of The Board at BQE Software

Lake Forest, IL

---

 **Aumil Manzoor**

Vice President R&D at BQE Software Inc

Torrance, CA

---

 **Reyaz Beigh**

Founder/CTO at logicParadise Softwares

Handwara

---

 **Jake Alvarez Del Castillo**

Dynamic Application Support Manager | Results-Driven Customer Success Partner | Effective Cross-Functional Team Leader

Torrance, CA

---

 **Gulzar Bhat**

Software Engineer at BQE Software

India

---

 **Aqib Hanief Bhat**

UI/UX Developer at BQE Software's Inc.

Srinagar

---

 **Umar Farooq**

Product Manager at BQE Software

Srinagar

---

 **Tawseef Nazir**

Software Engineer at BQE Software

Srinagar

---

Show more profiles ⌄

## Others named **Omar Qazi**

 **Omar Qazi**

Project Director at Capital Development Authority

Pakistan

 **in**   Omar Qazi    

Raleigh-Durham-Chapel Hill Area

 **Omar Qazi**
Software Engineer | MERN Stack | TypeScript
Pakistan

 **Omar Qazi**
Web Development / Software Engineering Leader
New York City Metropolitan Area

30 others named Omar Qazi are on LinkedIn

**See others named Omar Qazi**

## Add new skills with these courses

 **Advanced iOS Development: Keychain Access**

 **Flutter: Part 09 Dart, Cupertino, and Widgets**

 **iOS Core Bluetooth for Developers**

**See all courses**

## Omar's public profile badge

Include this LinkedIn profile on other websites

 **Omar Qazi**
Chief Innovation Officer @ BQE / CEO of Smick Enterprises

   Chief Innovation Officer at BQE Software

   Santa Clara University

**View profile**

 Omar Qazi 

Linked © 2021

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language ⌄

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines

**<u>EXHIBIT C</u>**
ProPublica Paycheck Protection Program Federal Loan Database Entries for BQE Software, Inc.

 **PROPUBLICA** | TRACKING PPP                    

*Tracking PPP*

# Search Every Company Approved for Federal Loans

**Search for PPP loan applications by organization, lender, zip code and business type.**

|  | Search |
|---|---|

Home ›

### BQE SOFTWARE INC

 Why is my loan information here?

Loan Amount

**$1,187,610**

Where applicants said the money will go

| | |
|---|---|
| Payroll | $1,187,607 |
| Utilities | $1 |
| Mortgage Interest | $0 |
| Health Care | $0 |
| Rent | $0 |
| Refinance EIDL | $0 |
| Debt Interest | $0 |

Location
Torrance, CA
Urban

Industry
Software Publishers

Date Approved
Feb. 5, 2021 (Second Round)

Lender
Bank of America, National Association

Jobs Reported
63

Business Type
Corporation

Business Age

 TRACKING PPP

Donate

*Tracking PPP*

# Search Every Company Approved for Federal Loans

**Search for PPP loan applications by organization, lender, zip code and business type.**

Search

Home ›

## BQE SOFTWARE INC

 Why is my loan information here?

| Loan Amount | Amount Forgiven |
|---|---|
| **$1,136,142** | **$1,146,476** |
| | *Includes any accrued interest* |

Where applicants said the money will go

| | |
|---|---|
| Payroll | $1,136,142 |
| Utilities | $0 |
| Mortgage Interest | $0 |
| Health Care | $0 |
| Rent | $0 |
| Refinance EIDL | $0 |
| Debt Interest | $0 |

Location
Torrance, CA
Urban

Industry
All Other Professional, Scientific, and Technical Services

Date Approved
April 15, 2020 (First Round)

Lender
Bank of America, National Association

Jobs Reported
79

Business Type
Corporation

**<u>EXHIBIT D</u>**

August 11, 2021 @WholeMarsBlog Twitter Posts Concerning Tesla Model X Purchase

Case 3:20-cv-03426-JD   Document 137-1   Filed 09/02/21   Page 20 of 44





← **Thread**



Whole Mars Catalog @WholeMarsBlog · 11h  ···
Just ordered the best Tesla for Dad

Elon Musk

💬 70        ⟲ 29        ♡ 890        ⬆

Whole Mars Catalog  ···
@WholeMarsBlog

Replying to @WholeMarsBlog

Just to clarify i'm not paying for this car nor is it for me

I mean i'll definitely try and steal it when i'm home but it's my Dad getting a car for himself. was just there when it was time to order

12:23 AM · Aug 11, 2021 · Twitter for iPhone

**1** Retweet  **118** Likes

💬        ⟲        ♡        ⬆

Ananya Priyadarshi @Ananya_JaiHind · 8h  ···
Replying to @WholeMarsBlog
Haha anyone would love to have a ride in that beast! Kudos to your dad on his super amazing new car 🤣🤣🤣
💬        ⟲        ♡        ⬆

MR WHO? @mr_nobody69420 · 8h  ···
Replying to @WholeMarsBlog
Honestly is all we need🙌
💬        ⟲        ♡        ⬆

The Tesla Hunter @TeslaHunterX · 2h  ···
Replying to @WholeMarsBlog
Yeah wouldn't want the green grinch who plays lawyer to accuse you of using donation money. That dudes an asshole
💬 1        ⟲        ♡ 1        ⬆

Ryan "technopeasant" Scanlan (DVTO) @Xenius101 · 2h  ···
Super offensive to assholes, they at least have a purpose.
💬        ⟲        ♡        ⬆

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

🅖 Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**


Whole Mars Catalog       Follow
@WholeMarsBlog
part 24 hour EV news channel / part shitty stand up comedy routine. Testing Tesla FSD Beta

**What's happening**

COVID-19 · LIVE
**Experts say masks are safe and effective in preventing spread of COVID-19**


Trending in United States       ···
**The Delta Variant**
People discuss the spread of COVID-19's Delta variant across the country
Trending with My Fall

Politics · Trending       ···
**Emergency Alert System**
5,036 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for California**


🄴 The Economist ✔ · 5 hours ago
**The world is now living through climate change**


Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ···   © 2021 Twitter, Inc.





## New to Twitter?

Sign up now to get your own personalized timeline!

 Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

 **Whole Mars Catalog** Follow
@WholeMarsBlog

part 24 hour EV news channel / part shitty stand up comedy routine. Testing Tesla FSD Beta

### What's happening

COVID-19 · LIVE
**Experts say masks are safe and effective in preventing spread of COVID-19**


Trending in United States
**The Delta Variant**
People discuss the spread of COVID-19's Delta variant across the country
Trending with My Fall

Politics · Trending
**Emergency Alert System**
5,036 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for California**


 The Economist ✔ · 5 hours ago
**The world is now living through climate change**


Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

**EXHIBIT E**

August 25-31, 2021 @WholeMarsBlog Twitter Posts Concerning Tesla Model 3 Sale




← **Tweet**

 **Whole Mars Catalog**
@WholeMarsBlog                                    ⋯

2018 Tesla Model 3 Long Range signed by Elon Musk with FSD up for auction.

This is a very special car that is part of Tesla history. Was one of the first 200 privately owned cars to run Tesla's FSD beta. Hope it finds a good home 🙂 Selling to sue AG.



2018 Tesla Model 3 Long Range - 1 Owner, Unmodified, California-Kept, Autopil...
This 2018 Tesla Model 3 Long Range is for sale on Cars & Bids! Auction ends September 1 2021.
🔗 carsandbids.com

4:36 PM · Aug 25, 2021 · Twitter for iPhone

**59** Retweets　**8** Quote Tweets　**497** Likes

💬　　🔁　　♡　　⬆️

 **Joeys Cleaning Lady** @joeys_lady · Aug 25
Replying to @WholeMarsBlog
damn they attorney general done screwed up
💬　　🔁　　♡ 6　　⬆️

 **adam** @adamhoov · Aug 25
Replying to @WholeMarsBlog
Man I'm so sorry you're dealing with all this shit
💬 1　　🔁　　♡ 31　　⬆️

**Byron Ladias** @Byronn4561 · Aug 25
what is he dealing with
💬 1　　🔁　　♡ 1　　⬆️

　　Show replies

 **Arek** @ArkadiuszKula · Aug 25
Replying to @WholeMarsBlog
Oh noo, this is sad 😢❤️

And yes hope it will find a good home and wish you a success in fighting AG
💬 1　　🔁　　♡ 5　　⬆️

**Search Twitter**

### New to Twitter?
Sign up now to get your own personalized timeline!

**G** Sign up with Google

🍎 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people
 **Whole Mars Catalog** 　　**Follow**
@WholeMarsBlog
part 24 hour EV news channel / part shitty stand up comedy routine. Testing Tesla FSD Beta

### What's happening
**Weather** 🔴 LIVE
**Hurricane Ida makes landfall in Louisiana as an 'extremely dangerous' Category 4 storm**
Trending with #Hurricane_Ida, Louisiana


🅥 **Variety** ✔ · 41 minutes ago
**Ed Asner dies at 91**
Trending with Jonah


**Television** · LIVE
**BBNaija: All the action from the house** 🇳🇬


**Connecticut Post** · 1 hour ago
**The U.S. veteran helping Afghans through Kabul from his home office**


Trending in United States
**Mr. West**
3,596 Tweets

Show more

Terms of Service　Privacy Policy　Cookie Policy
Ads info　More ⋯　© 2021 Twitter, Inc.

Case 3:20-cv-03426-JD Document 137-1 Filed 09/03/21 Page 24 of 44







**Leif Johansson** @Nossnahojfiel1 · Aug 26

What does AG stand for?

💬 2      ♡ 1      ⬆

Show replies

---

**H T** @techhmt · Aug 25

Replying to @WholeMarsBlog

I bet that visor will be worth more than the whole rest of the car in a few years!

💬      ⇄      ♡ 8      ⬆

---



**Random NPC - Toxic Free (less sus than yesterday)** @Ra... · Aug 25

Replying to @WholeMarsBlog

This better go to a good home. 🤬

💬      ⇄      ♡ 1      ⬆

---



**Brian** @lqdchkn · Aug 25

Replying to @WholeMarsBlog

😢

💬      ⇄      ♡      ⬆

---



**Ali** @Ali_Tesla585 · Aug 25

Replying to @WholeMarsBlog

This is a collector's car. Sad that it has to go, and sadder what it's being sold for.

💬 1      ⇄      ♡ 31      ⬆

---

**Whole Mars Catalog** @WholeMarsBlog · Aug 25

it's an auction, won't sell if it's not worth it

💬 2      ⇄ 1      ♡ 32      ⬆

Show replies

← **Tweet**

**Whole Mars Catalog**
@WholeMarsBlog                                    · · ·

It's going to be so satisfying to sue Aaron, his
company, his charity, and it's board. 🙂

Thank you all for making it possible

10:19 AM · Aug 31, 2021 · Twitter for iPhone

**40** Retweets  **1** Quote Tweet  **720** Likes

💬          🔁          ♡          ↥

ℹ️ **Who can reply?**
People @WholeMarsBlog follows or mentioned can reply

**VM** @vm_one1 · Aug 31                            · · ·
Replying to @WholeMarsBlog
We with you bro. 👍👍

💬          🔁          ♡ 7          ↥

**Alex (AMA Mazing)** 😊🇦🇺💎🤝 @AMA_Mazing_ · Aug 31    · · ·
Replying to @WholeMarsBlog
Reminder to the people in the comments to donate if you have the money.
And thank you so much @WholeMarsBlog for using your time, money and
effort into fighting a very worthy fight.



|   | Aaron Jacob Greenspan |
|---|---|
|   | Smick Enterprises Inc., Elon Musk, Tesla, Inc. and Omar Qazi |
| r: | 3:2020cv03426 |
|   | May 20, 2020 |
|   | US District Court for the Northern District of California |
| ge: | Jacqueline Scott Corley |
| t: | Securities/Commodities |

Legal Defense Against Aaron Greenspan, organized by Omar Qazi
After threatening and harassing me ever since he doxxed me on my
25th birthday, Tesla … Omar Qazi needs your support for Legal Defens…
🔗 gofundme.com

💬 1          🔁 1          ♡ 10          ↥

**matt miller** @MattMillerCubed · Aug 31              · · ·
Ty for reposting this

💬 1          🔁          ♡ 3          ↥

Show replies

**Magnus Malm** @malm_magnus · Aug 31                 · · ·
Replying to @WholeMarsBlog

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Whole Mars Catalog**                          Follow
@WholeMarsBlog
part 24 hour EV news channel / part
shitty stand up comedy routine.
Testing Tesla FSD Beta

**What's happening**

Weather · LIVE
**Ida pummels parts of the
northeast with heavy rain,
historic flooding as a new named
storm forms**                              

Los Angeles Times ✔ · Yesterday
**Incarcerated firefighters are part
of the battle against the Caldor
fire**                                     

Texas Tribun ✔ · September 1, 2021
**Abortion as early as six weeks
pregnant is now banned in Texas,
giving the state one of the
strictest laws in the country**           

Sports · Trending                              · · ·
**Michael Irvin**

Television · LIVE
**BBNaija: All the action from the
house** 🇳🇬                                
Trending with Boma

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More · · ·   © 2021 Twitter, Inc.







Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

 **Whole Mars Catalog**    Follow
@WholeMarsBlog
part 24 hour EV news channel / part
shitty stand up comedy routine.
Testing Tesla FSD Beta

**What's happening**

Weather · LIVE
**Ida pummels parts of the
northeast with heavy rain,
historic flooding as a new named
storm forms** 

🗞 Los Angeles Times ✔ · Yesterday
**Incarcerated firefighters are part
of the battle against the Caldor
fire** 

🟣 Texas Tribun ✔ · September 1, 2021
**Abortion as early as six weeks
pregnant is now banned in Texas,
giving the state one of the
strictest laws in the country** 

Sports · Trending
**Michael Irvin**

Television · LIVE
**BBNaija: All the action from the
house** 🇳🇬 
Trending with  Boma

Show more

Terms of Service    Privacy Policy    Cookie Policy
Ads info    More •••    © 2021 Twitter, Inc.

---

GIF    HELLS YEAH!

💬    ⇄    ♡ 2    ⬆

**Norwegian Road**⚡ @NorwegianRoad · Aug 31
Replying to @WholeMarsBlog
Give'em hell 🔥

💬    ⇄    ♡ 5    ⬆

**Riley** @N8iveToEarth · Aug 31
Replying to @WholeMarsBlog
🔥👌

💬    ⇄    ♡    ⬆

**N1Q0** @wen2weeks · Aug 31
Replying to @WholeMarsBlog
👏

GIF    YOU CAN DO IT!

💬    ⇄    ♡    ⬆

**DaBooster**💎 @DaBoosterCali · Aug 31
Replying to @WholeMarsBlog
Go get'em tiger !!!

💬    ⇄    ♡ 10    ⬆

**SraM** 🎮 @SraMYaguchi · Aug 31
Replying to @WholeMarsBlog
Rest assured, the satisfaction is vastly shared...

💬    ⇄    ♡ 1    ⬆

**irajinator** 🔺⚡🎉❄ @irajinator · Aug 31
Replying to @WholeMarsBlog
Feels good man 😌

💬    ⇄    ♡ 1    ⬆

**Tesla Minded** @Teslaminded · Aug 31

Replying to @WholeMarsBlog
🤍🔥

💬    🔁    ❤️    ⬆️

🚗🚙🚀🛸⚫ @electrichead_ · Aug 31
Replying to @WholeMarsBlog
❤️

💬    🔁    ❤️    ⬆️

Donut @JoeHarper · Aug 31
Replying to @WholeMarsBlog
YAY! I hope that your doing so gives him the clarity to rethink the direction his life is moving in and choose a path with more happiness and more success.

but it likely won't.

💬 1    🔁    ❤️ 11    ⬆️

Doggiewumpus @Doggie_wumpus · Aug 31
No his brain is wired for revenge.

💬    🔁    ❤️ 6    ⬆️

⚡Teslatize⚡🇩🇪 @teslatize · Aug 31
Replying to @WholeMarsBlog
Bring him downnnnnn!!!

💬    🔁    ❤️ 1    ⬆️

Armchair Futurist @ArmchairFuturi1 · Aug 31
Replying to @WholeMarsBlog
I hope you lay an epic smackdown in a court of law.

💬    🔁    ❤️    ⬆️

DOGEARMY GENERAL @TheTeslaBull · Aug 31
Replying to @WholeMarsBlog
Wish you all the best brother!!! 👏🏻

💬    🔁    ❤️ 3    ⬆️

⚡D.v.H⚡ @dheeensted · Aug 31
Replying to @WholeMarsBlog
Hit him where it hurts 😏



GIF

💬    🔁    ❤️ 7    ⬆️

That EV Girl @allevehicles · Aug 31
Replying to @WholeMarsBlog
❤️

---

Search Twitter

### New to Twitter?
Sign up now to get your own personalized timeline!

**Sign up**

### Relevant people

 **Whole Mars Catalog**    **Follow**
@WholeMarsBlog
part 24 hour EV news channel / part shitty stand up comedy routine. Testing Tesla FSD Beta

### What's happening

Weather · LIVE
**Ida pummels parts of the northeast with heavy rain, historic flooding as a new named storm forms**


Los Angeles Times ✓ · Yesterday
**Incarcerated firefighters are part of the battle against the Caldor fire**


Texas Tribun ✓ · September 1, 2021
**Abortion as early as six weeks pregnant is now banned in Texas, giving the state one of the strictest laws in the country**


Sports · Trending
**Michael Irvin**

Television · LIVE
**BBNaija: All the action from the house** 🇳🇬
Trending with Boma

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Ads info    More •••    © 2021 Twitter, Inc.







GIF

reply    



Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

### Relevant people

Whole Mars Catalog    Follow
@WholeMarsBlog

part 24 hour EV news channel / part shitty stand up comedy routine. Testing Tesla FSD Beta

### What's happening

Weather · LIVE

**Ida pummels parts of the northeast with heavy rain, historic flooding as a new named storm forms**


Los Angeles Times · Yesterday

**Incarcerated firefighters are part of the battle against the Caldor fire**


Texas Tribun · September 1, 2021

**Abortion as early as six weeks pregnant is now banned in Texas, giving the state one of the strictest laws in the country**


Sports · Trending
**Michael Irvin**

Television · LIVE
**BBNaija: All the action from the house 🇳🇬**

Trending with  Boma


Show more

Terms of Service    Privacy Policy    Cookie Policy

Ads info    More ···    © 2021 Twitter, Inc.





Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

### Relevant people

 **Whole Mars Catalog**
@WholeMarsBlog **Follow**

part 24 hour EV news channel / part shitty stand up comedy routine. Testing Tesla FSD Beta

### What's happening

Weather · LIVE
**Ida pummels parts of the northeast with heavy rain, historic flooding as a new named storm forms**


 Los Angeles Times ✔ · Yesterday
**Incarcerated firefighters are part of the battle against the Caldor fire**


Texas Tribun ✔ · September 1, 2021
**Abortion as early as six weeks pregnant is now banned in Texas, giving the state one of the strictest laws in the country**


Sports · Trending
**Michael Irvin**
...

Television · LIVE
**BBNaija: All the action from the house** 🇳🇬
Trending with Boma


Show more

Terms of Service    Privacy Policy    Cookie Policy
Ads info    More ···    © 2021 Twitter, Inc.



← **Thread**

**Whole Mars Catalog**
@WholeMarsBlog                                    ···

By the way, the car sale isn't actually needed to
counter sue Aaron.

We had an anonymous donor tell us that they're willing
to contribute a large sum on the condition that it be
used only to finance litigation against Aaron
Greenspan & his board.

Finally, TSLAQ is on trial.

10:33 AM · Aug 31, 2021 · Twitter for iPhone

**43** Retweets  **4** Quote Tweets  **772** Likes

☐          ⟲          ♡          ⬆

**Who can reply?**
People @WholeMarsBlog follows or mentioned can reply

**Whole Mars Catalog** @WholeMarsBlog · Aug 31   ···
Replying to @WholeMarsBlog
Aaron will be forced to turn over all kinds of documents revealing what was
really going on behind the scenes of TSLAQ all these years.

He'll be forced to reveal the secrets he's been stalking and harassing Omar
for years to hide.

☐ 18        ⟲ 16        ♡ 338        ⬆

**Doggiewumpus** @Doggie_wumpus · Aug 31   ···
Replying to @WholeMarsBlog
Yes!!

☐          ⟲          ♡ 8          ⬆

**yatin kheti** @YatinKheti · Aug 31   ···
Replying to @WholeMarsBlog
Yes! Love this!

☐          ⟲          ♡ 4          ⬆

**Wendy Halder** 🚗⚡🔋😎🏭🚀🌲 @wendishen99 · Aug 31   ···
Replying to @WholeMarsBlog
🥂❤️

I hope that anonymous donor sees these posts and knows how much their
contribution is appreciated by the community!
#TeslaFam 🤍

☐ 1        ⟲          ♡ 43        ⬆

**Al Joe 🤖, FSD Button** 🙏 #dos_semanas #twoweeks @j... · Aug 31   ···
True

☐          ⟲          ♡ 3          ⬆

**MadManx** @madmanx89 · Aug 31   ···
Replying to @WholeMarsBlog

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

 **Whole Mars Catalog**   **Follow**
@WholeMarsBlog
part 24 hour EV news channel / part
shitty stand up comedy routine.
Testing Tesla FSD Beta

**What's happening**

Weather · LIVE
**Ida pummels parts of the
northeast with heavy rain,
historic flooding as a new named
storm forms**


🔴 AccuWeather ✓ · Yesterday
**Where Ida stands among the
worst hurricanes to hit Louisiana**


🔴 SFGATE ✓ · Yesterday
**A report shows extensive
damage in the Sierra-at-Tahoe
area in the wake of the Caldor
Fire**


News · Trending                           ···
**Candace Owens**
49.3K Tweets

Fitness · Trending                        ···
**RIP Daffney**
7,700 Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ···   © 2021 Twitter, Inc.

Whole Mars Catalog @WholeMarsBlog · we the resentment we feel toward our parents as we have as our children tell us that they're wil...

Thanks @MarkZukerberg

♡ 5

**Black Cats** @thoromyr · Aug 31
Replying to @WholeMarsBlog
I'm waiting for the motion to block the filing of any suits against Aaron Greenspan claiming anti-SLAPP

& then for the judge to deny it as being frivolous and effectively SLAPP

💬    ⇄    ♡ 9

**Kaley** @KaleyGoode · Aug 31
Replying to @WholeMarsBlog
This is fabulous news ✌️

💬    ⇄    ♡ 5

**jΞff** @feedyurhed · Aug 31
Replying to @WholeMarsBlog
His name rhymes with tusk

💬 1    ⇄    ♡ 9

**Lipsyte** @Lipsytee · Aug 31
That's what Aaron is gonna say, guaranteed.

💬    ⇄    ♡ 6

**TESLA SOUTHERN** @doge_southern · Aug 31
Replying to @WholeMarsBlog
THIS IS WONDERFUL NEWS THANK YOU ANONYMOUS DONOR!!!!!

💬    ⇄    ♡ 18

**That T3sla Guy** @thatt3slaguy · Aug 31
Replying to @WholeMarsBlog
I know his blood is boiling with anger reading this tweet

💬 3    ⇄    ♡ 71

**TeslaJokes** 🏕️🚕🚗🏕️&🌱🚗 /s @tesla_jokes · Aug 31
Fortunately, the law doesn't protect someone's feelings.
Not financial, nor legal advice. I know a good wannabe lawyer though.

💬    ⇄    ♡ 4

**TESLA SOUTHERN** @doge_southern · Aug 31
Replying to @WholeMarsBlog
Does this mean you don't have to sell your car?? I hope not

💬    ⇄    ♡ 12

**Rachel L. Cannata** 🌱🌍⚡🌱 @rachellee221 · Aug 31
Replying to @WholeMarsBlog
Awesome!

💬    ⇄    ♡ 1

**Whitney Savannah Robinson** 🖤 @WhitSavannah · Aug 31
Replying to @WholeMarsBlog
Anonymous donor? What is an anonymous donor? What is being donated?

💬 1    ⇄    ♡

**ostyn hyss** @OstynHyss · Aug 31
Someone is donating money to help sue Aaron but they don't want to disclose who they are.

💬    ⇄    ♡ 3

---

🔍 Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

## Relevant people

**Whole Mars Catalog**        **Follow**
@WholeMarsBlog
part 24 hour EV news channel / part shitty stand up comedy routine. Testing Tesla FSD Beta

## What's happening

Weather · LIVE
**Ida pummels parts of the northeast with heavy rain, historic flooding as a new named storm forms**

AccuWeather ✓ · Yesterday
**Where Ida stands among the worst hurricanes to hit Louisiana**

SFGATE ✓ · Yesterday
**A report shows extensive damage in the Sierra-at-Tahoe area in the wake of the Caldor Fire**

News · Trending
**Candace Owens**
49.3K Tweets

Fitness · Trending
**RIP Daffney**
7,700 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ···   © 2021 Twitter, Inc.

Whole ...



**ostyn hyss** @OstynHyss · Aug 31
Replying to @WholeMarsBlog
WOW this is a big deal

💬 1          🔁          ♡ 32          ⬆

**Whole Mars Catalog** @WholeMarsBlog · Aug 31
yep :)

💬 1          🔁          ♡ 31          ⬆

Show replies

**Forstall** @forstall_ · Aug 31
Replying to @WholeMarsBlog
This is more exciting than battery day.

💬          🔁          ♡ 8          ⬆

**(Ar)²☄≡Y** @Ar_Squared89 · Aug 31
Replying to @WholeMarsBlog
That is awesome bro! Amazing part on that donor!



GIF

💬          🔁          ♡ 5          ⬆

**Bill Holder** @bh13850 · Aug 31
Replying to @WholeMarsBlog
Go get 'em!

💬          🔁          ♡ 2          ⬆

**Dr Eam Co Ding** 💎🙌 @xDreamCoding · Aug 31
Replying to @WholeMarsBlog
Excellent! 😎

💬          🔁          ♡ 2          ⬆

**Fermi's Pair of Socks** @SophistUnpaid · Aug 31
Replying to @WholeMarsBlog
Ha. Awesome.

💬          🔁          ♡ 11          ⬆

**Ruff Past** @ruffpast · Aug 31
Replying to @WholeMarsBlog

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**



**Whole Mars Catalog**          **Follow**
@WholeMarsBlog
part 24 hour EV news channel / part
shitty stand up comedy routine.
Testing Tesla FSD Beta

**What's happening**

Weather · LIVE
**Ida pummels parts of the
northeast with heavy rain,
historic flooding as a new named
storm forms**



AccuWeather ✔ · Yesterday
**Where Ida stands among the
worst hurricanes to hit Louisiana**



SFGATE ✔ · Yesterday
**A report shows extensive
damage in the Sierra-at-Tahoe
area in the wake of the Caldor
Fire**

News · Trending
**Candace Owens**
49.3K Tweets

Fitness · Trending
**RIP Daffney**
7,700 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ···   © 2021 Twitter, Inc.



Whole Mars Catalog @WholeMarsBlog · Aug 26 … will tell us that they're wil…

Replying to @WholeMarsBlog

That's awesome man, I hope everything works out in your favor!!

💬    🔁    ♡ 4    ⬆️



**Doggiewumpus** @Doggie_wumpus · Aug 31          ⋯

Replying to @WholeMarsBlog

Thanks to the anonymous donor

💬    🔁    ♡ 11    ⬆️

**Thinker** @goldentouch73 · Aug 31          ⋯

Replying to @WholeMarsBlog

This is really great.

💬    🔁    ♡ 4    ⬆️

🔍 Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

## Relevant people



**Whole Mars Catalog**          **Follow**
@WholeMarsBlog

part 24 hour EV news channel / part shitty stand up comedy routine. Testing Tesla FSD Beta

## What's happening

Weather · LIVE

**Ida pummels parts of the northeast with heavy rain, historic flooding as a new named storm forms**



  AccuWeather ✓ · Yesterday

**Where Ida stands among the worst hurricanes to hit Louisiana**

🔴 **SFGATE** ✓ · Yesterday

**A report shows extensive damage in the Sierra-at-Tahoe area in the wake of the Caldor Fire**



News · Trending          ⋯

**Candace Owens**

49.3K Tweets

Fitness · Trending          ⋯

**RIP Daffney**

7,700 Tweets



Show more

Terms of Service   Privacy Policy   Cookie Policy

Ads info   More ···   © 2021 Twitter, Inc.

Whole Mars Catalog... we tell us that they're will...





New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

### Relevant people



**Whole Mars Catalog**
@WholeMarsBlog

Follow

part 24 hour EV news channel / part shitty stand up comedy routine. Testing Tesla FSD Beta

### What's happening

Weather · LIVE

**Ida pummels parts of the northeast with heavy rain, historic flooding as a new named storm forms**



 AccuWeather · Yesterday

**Where Ida stands among the worst hurricanes to hit Louisiana**



SFGATE · Yesterday

**A report shows extensive damage in the Sierra-at-Tahoe area in the wake of the Caldor Fire**



News · Trending
**Candace Owens**
49.3K Tweets

Fitness · Trending
**RIP Daffney**
7,700 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy

Ads info    More ···    © 2021 Twitter, Inc.

**<u>EXHIBIT F</u>**

March 31, 2019 *The Drive* Article, "Unencrypted Video and Personal Data Stored on Teslas
Raise Significant Privacy Concerns: Report" by Rob Stumpf

Case 3:20-cv-03426-JD   Document 137   Filed 09/02/21   Page 36 of 44

Unencrypted Video and Personal Data Stored on Teslas Raise Significant Privacy Concerns: Report



**THE DRIVE**

CHANNELS 

# Unencrypted Video and Personal Data Stored on Teslas Raise Significant Privacy Concerns: Report

**Imagine crashing your car and someone blackmailing you with the footage later on.**

BY   ROB STUMPF   MARCH 31, 2019

**NEWS**



@KTVU/CAMERAMAN ON TWITTER

SHARE     



## ROB STUMPF

View Rob Stumpf's Articles

 RobDrivesCars

allthingslow



**A**s cars continue to become more advanced and stuffed full of technology, they've begun to catch the attention of security researchers. One analyst in particular recently purchased a salvaged Tesla Model 3 in order to conduct a series of tests, ultimately determining that the vehicle stores massive amounts of unencrypted personal data, accessible to any individual who has physical access to the car.

A researcher and self-proclaimed white hat hacker who goes by GreenTheOnly often takes advantage of Tesla's advantageous bug bounty program. The mutually beneficial strategy helps Tesla to patch serious security bugs while rewarding the researchers who find them with thousands of dollars in reward. Recently, the researcher spoke with CNBC under the condition of anonymity, showing just how much personal data he was able to extract from salvage vehicles.

The researcher and his colleague (who has bought and repaired hundreds of wrecked Tesla vehicles) recently purchased a salvage Model 3 found in a junkyard. The vehicle would be studied by GreenTheOnly, who was able to find an alarming amount of personal data left in the car after it had been hauled away for scrap.

Using information found in the car, the vehicle was able to be pinpointed back to its owner, a construction company based in the greater Boston area. The researchers were able to gather data stored by at least 17 different devices that had been connected to the car during its lifespan, none of which were encrypted. Data included 11 phonebooks' worth of contact information, calendar entries for the devices which paired, and even a series of email addresses. The researchers were also able to discover the last 73 locations which the driver(s) had navigated to.



**Look What Happens to a Low-Mile Ford Diesel With Tons of Idle Time and No Maintenance**

But perhaps the most damning evidence found in the car was video of two separate crashes that occurred in the wrecked Model 3.



*CAPTURE VIA CNBC*

The first video showed the crash that finally brought the car to the salvage yard. The vehicle sped out of control and crashed into trees on the wrong side of the road. GPS and timestamp data was also included, showing the precise time and location of the crash.

But it gets deeper. Phone data from the time of the crash contained enough personally identifiable information to pinpoint who may have been in the car. A phone paired to the vehicle at the time happened to belong to a relative of the founder of the construction company who owned the Model 3, and incoming call logs showed that a family member had placed a call to the phone only moments before it had crashed.



*VIA REDDIT*

Location data shows the moment of the crash.

A second video uncovered an earlier accident where the Model 3 sideswiped a guard rail. More video footage shows a general disregard for safety or the possibility that the person behind the wheel was driving while impaired.

Unencrypted Video and Personal Data Stored on Teslas Raise Significant Privacy Concerns: Report





*VIA REDDIT*

Limited data can be collected by any individual willing to purchase a set of EDR cables from Crash Data Group for $995. Raw data output can be collected with Tesla's EDR tool and then re-uploaded to Tesla's website in order to generate a basic EDR report (a sample of Tesla's report from a Model S can be found here). Video and other personal data can't be collected through this method and requires a more invasive approach.

One feature which Tesla owners enjoy is the car's recently updated Sentry Mode, a security-like application which enables event-based recording while a vehicle is parked. Specifically, the feature is meant to help capture vandals and prevent thefts. But, the cameras aren't just recording when using Sentry Mode. In fact, there's no way for owners to know just when their cameras—including the cabin-facing interior camera—is capturing video.



Tesla Model 3 video caught in sentry mode

Opting out of data collection isn't exactly as simple as one might think. Though possible, GreenTheOnly goes on to explain that one caveat of giving up data





collection is also losing over-the-air software updates and other functionality which make Tesla's vehicles highly desirable to technology aficionados.

Collected information also serves to benefit the automaker directly, protecting it against false claims of Autopilot crashes. Tesla has provided information regarding fatal crashes to the public, which allowed it to both dispel rumors and calm public opinion. Tesla has seen a decrease in use of its Advanced Driver Assistance System, Autopilot, following a recent high-profile crash. Though the data collection is important for the automaker to prevent the spread of incorrect information, it certainly raises the question of just what reasonable expectation of privacy drivers should have when owning a Tesla vehicle and opting in to data collection.



Tesla says that customers are ultimately responsible for the data stored on their cars. Should their vehicle be sold or otherwise disposed of, it's the automaker's belief that the owner should first factory reset their car.

"Tesla already offers options that customers can use to protect personal data stored on their car, including a factory reset option for deleting personal data and restoring customized settings to factory defaults, and a Valet Mode for hiding personal data (among other functions) when giving their keys to a valet," explained a Tesla spokesperson to *CNBC*. "That said, we are always committed to finding and improving upon the right balance between technical vehicle needs and the privacy of our customers."



Such is true with vehicles that the automaker sells through a popular dealer-only auctioneering service, Manheim. Another tipster from the auction company told *CNBC* that Tesla does not wipe customer data from cars which traverse its sales block, nor do the auction's employees. Manheim declined to comment on the validity of the claim.

The security of the data at Tesla has also been previously questioned. A publicly exposed kubernetes cluster operated by Tesla was compromised in 2018 and used to mine cryptocurrency; it was then found to be the same cluster used to house Autopilot data. In 2017, Tesla exposed a private key used by its maps server for more than a year and reportedly did not respond to reports of the vulnerability for more than two months before it was brought to public attention. There have also been reports of database dumps from Tesla, several of which include wireless networks and their corresponding passwords, all of which were stored in plain text.

Two former Tesla service employees also told *CNBC* that Tesla has a few built-in security features to flag customers who may have attempted to reverse-engineer their cars. Those who are flagged reportedly will not be prioritized to receive cutting-edge updates.

Still, knowing that any individual with the right skills can reveal the final moments of a car's life could be daunting. Things people prefer to keep private —where they go, who has been in the car, or how they drive—can be exposed to the public in the blink of an eye. Celebrities and high-profile individuals in particular could shift their views of the automaker's cars should they know that their personal data could be exposed. Even individuals who oft have nothing to hide tend to change their stance once the shoe is on the other foot.



**TESLA DELAYING DELIVERIES OF STANDARD RANGE MODEL 3**
By Edward Niedermeyer
Posted in TECH

**THIS IS WHAT THE COCKPIT OF THE UPCOMING TESLA SEMI TRUCK LOOKS LIKE**
By James Gilboy
Posted in NEWS

**TESLA KILLS ANNUAL MAINTENANCE PROGRAM AFTER REALIZING ITS CARS ARE JUST TOO RELIABLE**
By Rob Stumpf
Posted in NEWS

**TESLA MO[...] HAND-DRIV[...] SPOTTE[...] POSSIBL[...] EXPA[...]**
By Jam[...]
Posted [...]

SPONSORED CONTENT

## Go On a Real Vacation ⧉

BY GO RVING

Real Food. Real Shows. #RealVacation #GoRVing

MORE TO READ



THE DRIVE

CHANNELS ⌄



RELATED

Tesla Delaying Deliveries of Standard Range Model 3

The saga of the $35,000 Tesla Model 3 rolls on, as customers report Tesla is delaying deliveries and attempting to upsell them.

RELATED

This Is What the Cockpit of the Upcoming Tesla Semi Truck Looks Like

Compare it to the Model 3 and you won't be surprised. Compare it to a traditional semi truck and you'll be floored.

RELATED

Tesla Kills Annual Maintenance Program After Realizing Its Cars Are Just Too Reliable

The longevity goal for Model 3 drive units is more than one million miles.

Case 3:20-cv-03426-JD   Document 137-1   Filed 09/02/21   Page 43 of 44



**RELATED**

Tesla Model 3 Right-Hand-Drive Prototype Spotted, Signals Possible Global Expansion

This prototype sighting seemingly confirms Tesla will be chasing sales in previously untapped markets like Britain, Australia, and Japan.

**RELATED**

Watch a Father Use Tesla's Summon Feature to Pull His Child's Baby Tooth

Think of it as a very expensive and high-tech alternative to the ol' doorknob trick.





## Sign Up For Our Newsletter

Technology, performance and design delivered to your inbox.

**SIGN UP**





   

The Drive Team

RV Rentals

Do Not Sell My Personal Information

Privacy Policy

Your California Privacy Rights

Terms of Service

Contact Us

© 2021 Brookline Media Inc. All Rights Reserved.

We are a participant in the Amazon Services LLC Associates Program, an affiliate advertising program designed to provide a means for us to earn fees by linking to Amazon.com and affiliated sites.