| | |
|---|---|
| COOLEY LLP<br>JOHN C. DWYER (136533)<br>(dwyerjc@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone:     (650) 843-5000<br>Facsimile:      (650) 849-7400<br><br>AARTI REDDY (274889)<br>(areddy@cooley.com)<br>REECE TREVOR (316685)<br>(rtrevor@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA  94111-4004<br>Telephone:     (415) 693-2000<br>Facsimile:      (415) 693-2222<br><br>Attorneys for Defendants<br>TESLA, INC. and ELON MUSK | AARON GREENSPAN<br>(aaron.greenspan@plainsite.org)<br>956 Carolina Street<br>San Francisco, CA   94107-3337<br>Telephone:     (415) 670-9350<br>Facsimile:      (415) 373-3959<br><br>Plaintiff *Pro Se*<br><br>KRONENBERGER ROSENFELD, LLP<br>KARL S. KRONENBERGER (226112)<br>(karl@KRInternetLaw.com)<br>JEFFREY M. ROSENFELD (222187)<br>(jeff@KRInternetLaw.com)<br>150 Post Street, Suite 520<br>San Francisco, CA  94108<br>Telephone:     (415) 955-1155<br>Facsimile:      (415) 955-1158<br><br>Attorneys for Defendants<br>OMAR QAZI and SMICK ENTERPRISES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>          Plaintiff,<br><br>     v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>          Defendants. | Case No. 3:20-cv-03426-JD<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO ADJUST SCHEDULE FOR BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS FOURTH AMENDED COMPLAINT**<br><br>**(CIV. L. R. 6-2, 7-12)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED REQUEST AND
[PROPOSED] ORDER RE 4AC BRIEFING
CASE NO. 3:20-CV-03426-JD

Pursuant to Civil Local Rules 6-2 and 7-12, Defendants Elon Musk and Tesla, Inc. (together "Tesla Defendants") and Omar Qazi and Smick Enterprises, Inc. (together "Qazi Defendants"), by and through their respective attorneys, and Plaintiff Aaron Greenspan ("Plaintiff," and together with the Tesla Defendants and Qazi Defendants, the "Parties") hereby stipulate to setting a briefing schedule for the Tesla Defendants' and Qazi Defendants' anticipated motions to dismiss Plaintiff's Fourth Amended Complaint ("4AC"). This stipulation is based on the accompanying declaration of Aarti Reddy, filed concurrently herewith.

WHEREAS, on August 13, 2021, Plaintiff filed the 4AC in this matter, *see* ECF No. 131;

WHEREAS, at the time the 4AC was filed, counsel for the Tesla Defendants were scheduled to participate in a trial in a different matter between September 20, 2021 and at least October 25, 2021;

WHEREAS, the Court ordered the parties to jointly propose a briefing schedule for any motions to dismiss the 4AC, with such motions to be due not before November 1, 2021, in light of the Tesla Defendants' counsel's trial schedule, *see* ECF No. 128;

WHEREAS, the Court further ordered the parties to propose an earlier briefing schedule should the Tesla Defendants' counsel's trial schedule change;

WHEREAS, after the Court entered a stipulated order setting such a briefing schedule, *see* ECF No. 133, the trial in which the Tesla Defendants' counsel were to participate was continued until November 29, 2021, and is unlikely to proceed in light of that case's settlement;

WHEREAS, under Civil Local Rule 6-1(b), a Court order is required for any enlargement or shortening of time that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged with the Court;

WHEREAS, under Civil Local Rule 6-2, parties may file a stipulation complying with Civil Local Rule 7-12 to enlarge or shorten time; and

WHEREAS, the Parties have conferred and agree that the schedule proposed below is appropriate;

//

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATED REQUEST AND
[PROPOSED] ORDER RE 4AC BRIEFING
CASE NO. 3:20-CV-03426-JD

**NOW THEREFORE,** pursuant to Civil Local Rules 6-2 and 7-12, the Parties jointly stipulate and respectfully request that the Court enter an order that any motions to dismiss the 4AC shall be due on October 22, 2021; Plaintiff's oppositions to any such motions shall be due on November 29, 2021; and the Tesla Defendants' and Qazi Defendants' replies shall be due on December 13, 2021.

Respectfully submitted,

Dated: September 23, 2021                COOLEY LLP


By: */s/ Aarti Reddy*
    Aarti Reddy (274889)

Attorneys for Defendants
TESLA, INC. and ELON MUSK


Dated: September 23, 2021                By: */s/ Aaron Greenspan*
                                             Aaron Greenspan

                                         Plaintiff *Pro Se*


Dated: September 23, 2021                KRONENBERGER ROSENFELD, LLP


By: */s/ Karl S. Kronenberger*
    Karl S. Kronenberger (226112)

Attorneys for Defendants
OMAR QAZI and SMICK ENTERPRISES, INC.

## ATTESTATION OF SIGNATURES

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 23, 2021                */s/ Aarti Reddy*
                                         Aarti Reddy

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATED REQUEST AND
[PROPOSED] ORDER RE 4AC BRIEFING
CASE NO. 3:20-CV-03426-JD

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: _____

   _____
   Hon. James Donato
   United States District Judge

257115118

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATED REQUEST AND
[PROPOSED] ORDER RE 4AC BRIEFING
CASE NO. 3:20-CV-03426-JD