COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400

AARTI REDDY (274889) (areddy@cooley.com)
REECE TREVOR (316685) (rtrevor@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

Attorneys for Defendants
TESLA, INC. and ELON MUSK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>  Plaintiff,<br><br>  v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>  Defendants. | Case No. 3:20-cv-03426-JD<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF TESLA DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT** |

I, Aarti Reddy, declare:

1. I am an attorney at the law firm of Cooley LLP and counsel of record for Defendants Tesla, Inc. and Elon Musk (collectively, "Tesla Defendants") in the above-captioned action. I am duly licensed to practice before the courts of the State of California and this Court. I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would competently testify to them.

2. Attached as **Exhibit 1** is a true and correct excerpted copy of Tesla's Form 10-K for Fiscal Year 2018, filed with the Securities & Exchange Commission on February 19, 2019.

3. Attached as **Exhibit 2** is a true and correct copy of the transcript from Tesla's quarterly earnings conference call held on April 24, 2019.

4. Attached as **Exhibit 3** is a true and correct copy of an article titled "How Much Does Tesla Have in the Bank?" by Jamie Powell that appeared in the *Financial Times* on March 5, 2019.

5. Attached as **Exhibit 4** is a true and correct copy of a document titled "Reality Check" by Aaron Greenspan, dated January 7, 2020, and available to the public until at least November 8, 2021, at https://www.plainsite.org/realitycheck/tesla.html.

6. Attached as **Exhibit 5** is a true and correct copy of a tweet from the Twitter handle @AaronGreenspan, dated July 2, 2018, and available to the public until at least November 8, 2021, at https://twitter.com/AaronGreenspan/status/1013789426084917253.

7. Attached as **Exhibit 6** is a true and correct copy of a tweet from the Twitter handle @AaronGreenspan, dated August 16, 2018, and available to the public until at least November 8, 2021, at https://twitter.com/AaronGreenspan/status/1030241297196568577.

8. Attached as **Exhibit 7** is a true and correct copy of a tweet from the Twitter handle @AaronGreenspan, dated September 26, 2018, and available to the public until at least November 8, 2021, at https://twitter.com/AaronGreenspan/status/1044991549455495168.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of November, in San Francisco, California.

*/s/ Aarti Reddy*
Aarti Reddy

257489820

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF AARTI REDDY ISO
TESLA DEFS' MOTION TO DISMISS 4AC
CASE NO. 3:20-CV-03426-JD