# EXHIBIT 5



**Aaron Greenspan**
@AaronGreenspan

On the news of Elon Musk introducing a misleading new term, "factory gate," to the lexicon, I have added a few Tesla $TSLA put options to my portfolio. The phrase "smoke and mirrors" comes to mind.

7:20 AM · Jul 2, 2018 · Twitter Web Client