# EXHIBIT 6



**Aaron Greenspan**
@AaronGreenspan

I just can't let Kara get away with this without saying something. And that something is, are you kidding?! Mark Zuckerberg: "A nice boy." Bezos: "couldn't care less about being anyone's god." Musk violating securities laws: "deeply human." Jobs: "quiet." For shame, @NYTOpinion.

4:54 PM · Aug 16, 2018 · Twitter Web Client