# EXHIBIT 7



**Aaron Greenspan**
@AaronGreenspan

···

Tesla $TSLA, MiMedx $MDXG, and Credit Acceptance $CACC. What do they have in common? All are pro-forma bankrupt. All trading with truly insane valuations, enabling fraud, and promoting a bubble.

9:46 AM · Sep 26, 2018 · Twitter Web Client