COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

AARTI REDDY (274889) (areddy@cooley.com)
REECE TREVOR (316685) (rtrevor@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
TESLA, INC. and ELON MUSK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN, | Case No. 3:20-cv-03426-JD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING TESLA DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT** |
| v. | |
| OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC., | |
| Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS 4AC
CASE NO. 3:20-CV-03426-JD

Defendants Tesla, Inc. and Elon Musk's (collectively "Tesla Defendants") Motion to Dismiss Plaintiff's Fourth Amended Complaint was considered by the Honorable James Donato, Judge of the U.S. District Court for the Northern District of California. The Court, having considered all papers and pleadings submitted by the parties, and being fully advised, finds that the Fourth Amended Complaint (ECF No. 131) should be dismissed with prejudice.

IT IS THEREFORE ORDERED that:

1. Tesla Defendants' Motion to Dismiss Plaintiff's Fourth Amended Complaint is GRANTED; and

2. Plaintiff's Fourth Amended Complaint and this action are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable James Donato
United States District Judge

259633160

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS 4AC
CASE NO. 3:20-CV-03426-JD