**EXHIBIT B**
Redacted Internal Tesla, Inc. Directory Listing for Vivien Hantusch and SMTP Server Log Excerpt Confirming Vivien Hantusch's Active Tesla, Inc. E-Mail Address



# Vivien Hantusch

Assistant - Giga Berlin
Office of the CEO

    

**Email**
vhantusch@tesla.com

**Office**
EU-DE-Berlin - Gigafactory - Freienbrink

```
Dec  8 20:23:28 kermit sendmail[8455]: 1B91NPA4008455: from=
<aaron.greenspan@plainsite.org>, size=193818, class=0, nrcpts=1, msgid=
<0BAD6880-999D-4C26-8EB9-C5AFACBE5489@plainsite.
org>, proto=ESMTP, daemon=TLSMTA, relay=45-27-30-
38.lightspeed.sntcca.sbcglobal.net [45.27.30.38]
Dec  8 20:23:32 kermit sendmail[8465]: 1B91NPA4008455: to=
<vhantusch@tesla.com>, ctladdr=<aaron.greenspan@plainsite.org>
(1072/1035), delay=00:00:05, xdelay=00:00:03, mailer=esmtp
, pri=313818, relay=tesla-com.mail.protection.outlook.com.
[104.47.58.138], dsn=2.0.0, stat=Sent (<0BAD6880-999D-4C26-8EB9-
C5AFACBE5489@plainsite.org> [InternalId=82613695943849,
Hostname=MN2PR16MB3264.namprd16.prod.outlook.com] 205249 bytes in 0.129,
1547.419 KB/sec Queued mail for delivery)
```