1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Michael T. Lifrak (Bar No. 232430)
2  michaellifrak@quinnemanuel.com
   Jeanine Zalduendo (Bar No. 243374)
3  jeaninezalduendo@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone:    (213) 443-3000
5  Facsimile:    (213) 443-3100

6  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (*pro hac vice forthcoming*)
7  alexspiro@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
8  New York, New York 10010
   Telephone:    (213) 849-7000
9  Facsimile:    (213) 849-7100

10 Attorneys for Defendants
   TESLA, INC. and ELON MUSK

11

12                     UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16

17 AARON GREENSPAN,                        Case No. 3:20-cv-03426-JSC

18              Plaintiff,                 **NOTICE OF WITHDRAWAL AND
                                           SUBSTITUTION OF COUNSEL FOR
19     vs.                                 DEFENDANTS; [PROPOSED] ORDER**

20 OMAR QAZI, SMICK ENTERPRISES, INC.,
   ELON MUSK, and TESLA, INC.,
21

22              Defendant.

23

24

25

26

27

28

09172-00002/13097947.1

1    PLEASE TAKE NOTICE that Defendants Tesla, Inc., and Elon Musk have retained Quinn

2  Emanuel Urquhart & Sullivan, LLP to substitute as counsel for Cooley LLP in the above-

3  captioned matter. Cooley LLP has provided written notice of this withdrawal and substitution to

4  Plaintiff and Defendants Omar Qazi and Smick Enterprises, Inc.

5    Withdrawing counsel for Defendants Tesla, Inc. and Elon Musk are:

6    Aarti G. Reddy
     Cooley LLP
7    3 Embarcadero Center, 20th Floor
     San Francisco, CA 94111-4004
8    Phone: (415)-693-2000
     Fax: (415)-693-2222
9    Email: areddy@cooley.com

10

11   John C. Dwyer
     Cooley LLP
12   3175 Hanover Street
     Palo Alto, CA 94304
13   Phone: (650) 843-5000
     Fax: (650) 849-7400
14   Email: dwyerjc@cooley.com

15

16   Maurice Werter Trevor
     Cooley LLP
     3 Embarcadero Center, 20th Floor
17   San Francisco, CA 94111-4004
     Phone: (415)-693-2000
18   Fax: (415)-693-2222
     Email: rtrevor@cooley.com
19

20    All pleadings, orders and notices should henceforth be served upon the following

21  substituted counsel for Tesla, Inc. and Elon Musk:

22   Alex Spiro
     Quinn Emanuel Urquhart & Sullivan, LLP
23   51 Madison Avenue, 22nd Floor
     New York, New York 10010
24   Phone: (212) 849-7000
     Fax: (212) 849-7100
25   Email: alexspiro@quinnamenuel.com

26

27   Michael T. Lifrak
     Quinn Emanuel Urquhart & Sullivan, LLP
     865 South Figueroa Street, 10th Floor
28   Los Angeles, California 90017-2543
     Phone: (213) 443-3000

09172-00002/13097947.

1   Fax: (213) 443-3100
    Email: michaellifrak@quinnemanuel.com

2

3   Jeanine Zalduendo
    Quinn Emanuel Urquhart & Sullivan, LLP
    865 South Figueroa Street, 10th Floor

4   Los Angeles, California 90017-2543
    Phone: (213) 443-3000

5   Fax: (213) 443-3100
    Email: jeaninezalduendo@quinnemanuel.com

6

7       The undersigned parties consent to the above withdrawal and substitution of counsel.

8

9   DATED:  December 8, 2021                   TESLA, INC.

10

11                                            By  /S/ David Misler

12                                                David Misler

13

14  DATED:  December 15, 2021

15

16

17                                            By  /S/ Elon Musk

18                                                Elon Musk

19

20  DATED:  December 8, 2021                   COOLEY LLP

21

22                                            By  /S/ Aarti Reddy

23                                                Aarti Reddy

24

25

26

27

28

1    DATED:  December 15, 2021         QUINN EMANUEL URQUHART &
2                          SULLIVAN, LLP

3

4                          By  */S/ Michael T. Lifrak*

5                             Michael T. Lifrak

6                            ****

7       I hereby attest that I obtained concurrence in the filing of this document from each of the

8  other signatories on this e-filed document.

9    DATED:  December 15, 2021         QUINN EMANUEL URQUHART &
10                          SULLIVAN, LLP

11

12                         By  */S/ Jeanine Zalduendo*

13                           Jeanine Zalduendo

14

15                            ****

16       The above withdrawal and substitution of counsel is approved and so ORDERED.

17  DATED:  December __, 2021

18

19

20                        By
21                           HON. JAMES DONATO

22

23

24

25

26

27

28

09172-00002/13097947.1