Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>　　Defendants. | Case No. 3:20-cv-03426-JD<br><br>**SECOND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT**<br><br>Judge: Hon. James Donato<br>Complaint Filed: May 20, 2020<br>4AC Filed: August 13, 2021 |

Pursuant to Federal Rule of Evidence 201 and *Rosales-Martinez v. Palmer*, 753 F.3d 890, 894-895 (9th Cir. 2014), Plaintiff Aaron Greenspan requests that the Court incorporate by reference or take judicial notice of the attached documents identified below. The abbreviation "4AC" refers to the Fourth Amended Complaint.

I.　DOCUMENTS SUBJECT TO THIS REQUEST

| Exhibit | New Since 4AC | Description | Basis for Notice and/or Incorporation |
|---|---|---|---|
| U | Yes | Complaint in *Securities and Exchange Commission v. Medallion Financial Corp. et al*, Southern District of New York Case No. 1:21-cv-11125, Concerning "Illegal Touting" on Social Media | Publicly available from a government source; 4AC ¶¶ 255-268 |
| V | Yes | January 4, 2022 *New York Times* Article by Jack Ewing Entitled, "Tesla opens a dealership in Xinjiang, drawing accusations it's helping | Publicly available from a reliable source; 4AC ¶¶ 247-249 |

| | | | |
|---|---|---|---|
| | | China 'cover up genocide.'" | |
| W | Yes | Public Law 117-78, The Uyghur Forced Labor Prevention Act | Publicly available from a government source; 4AC ¶¶ 247-249 |
| X | Yes | January 11, 2022 *Los Angeles Times* Article by Russ Mitchell Entitled, "DMV 'revisiting' its approach to regulating Tesla's public self-driving test" | Publicly available from a reliable source; 4AC ¶ 245 (Issues 7, 10) |
| Y | Yes | January 15, 2022 *Wall Street Journal* Article by Rebecca Elliott, Justin Scheck and Drew FitzGerald Entitled, "Elon Musk's Tesla Asked Law Firm to Fire Associate Hired From SEC" | Publicly available from a reliable source; 4AC ¶¶ 5, 247-249 |
| Z | No | Transcript of May 22, 2019 Adam Jonas Morgan Stanley Investor Call | Publicly available from a reliable source; 4AC ¶ 245 (Issue 7) |
| AA | No | Federal Reserve Bank of New York Effective Federal Funds Rates for 2019 | Publicly available from a government source; 4AC ¶ 245 (Issue 1) |
| BB | No | Federal Reserve Bank of New York Effective Federal Funds Rates for 2020 | Publicly available from a government source; 4AC ¶ 245 (Issue 1) |
| CC | No | Fidelity Government Money Market Fund (SPAXX) 7-Day Average Yields 2019-2020 | Publicly available from a reliable source; 4AC ¶ 245 (Issue 1) |
| DD | No | September 2, 2020 Twitter Post by @ElonMusk Regarding Accidental Upgrade Purchases | Publicly available from a reliable source; 4AC ¶ 245 (Issue 2) |
| EE | No | July 10, 2020 Twitter Post by @WholeMarsBlog Regarding Reason for Reading Plaintiff's Autobiography | Publicly available from a reliable source; 4AC ¶¶ 201, 207 |
| FF | No | July 11, 2020 Twitter Post by @WholeMarsBlog Regarding Reason for Reading Plaintiff's Autobiography | Publicly available from a reliable source; 4AC ¶¶ 198, 201, 207 |
| GG | No | July 17, 2020 Twitter Post by @WholeMarsBlog Regarding Re-Posting of Copyrighted Material on Eastern European Server | Publicly available from a reliable source; 4AC ¶¶ 198, 205, 217-218 |
| HH | No | August 22, 2020 Twitter Post by @WholeMarsBlog Attacking Unrelated Harvard T.H. Chan School of Public Health Dean | Publicly available from a reliable source; 4AC ¶ 201 |
| II | Yes | January 5, 2022 Twitter Post by @WholeMarsBlog Advising Further Purchases of Tesla, Inc. Securities | Publicly available from a reliable source; 4AC ¶¶ 14, 255 |

## II. FACTUAL BASIS

Judicial notice is proper because the documents' existence and authenticity cannot reasonably be questioned. The documents listed, from Exhibit A to II, are all "widely known and beyond reasonable dispute," as required by Fed. R. Evid. 201.[1] Exhibits marked as "Yes" in the "New Since 4AC" column did not exist or were not accessible to Plaintiff at the time the 4AC (ECF No. 131) was filed on August 13, 2021 and could therefore not be referenced previously.

Tesla Defendants do not dispute that posts on Twitter are properly subject to judicial notice. ECF No. 143-10.

Finally, the Court has explicitly permitted this Request for Judicial Notice, stating, "If a motion to dismiss the federal securities claims is filed, Greenspan may file a request for judicial notice with his opposition that contains SEC filings and other documents that may be properly considered for the securities allegations. In all events, Greenspan should be assured that he will have ample opportunity to ask the Court to consider materials which may be appropriately noticed or otherwise taken up for a motion to dismiss." ECF No. 130 at 3:22-26.

## III. CONCLUSION

For the aforementioned reasons, Plaintiff respectfully requests that the Court take judicial notice of the above referenced documents.

---

[1] Only two Exhibits, Z and CC, come from sources that are not obviously the government, news media, or Twitter. Exhibit Z was widely shared on Twitter in 2019, as noted by the watermark in the document itself. The contents of Exhibit CC can be obtained from a Bloomberg terminal, which is an information source widely used in the financial industry.

Dated: January 16, 2022    Respectfully submitted,

*[signature: Aaron Greenspan]*

Aaron Greenspan
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org