UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C-18-2966-JD
Case Name: Yates v. East Side Union High School District

**EXHIBIT and WITNESS LIST**

| JUDGE: Hon. James Donato | PLAINTIFF'S ATTORNEY: Teresa Li, Daniel Balaban | DEFENSE ATTORNEY: Mark E. Davis, Adam J. Davis |
|---|---|---|
| TRIAL HEARING DATE: April 6, 2022 | REPORTER(S): Marla Knox | CLERK: Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:14 am |  |  | Court in session; all parties and jury present. |  |
|  |  |  |  |  | Defendant calls Nancy Pereira – direct examination. |  |
|  |  |  |  |  | Witness shown exhibit 5. |  |
|  | 6 |  | X | X | Nancy Pereira Note | LRC |
|  | 9 |  | X | X | Nancy Pereira's follow up note | LRC |
|  |  | 9:40 am |  |  | Cross-examination of Nancy Pereira. |  |
|  |  |  |  |  | Witness shown exhibit 5, 23. |  |
|  |  | 9:59 am |  |  | Re-direct of Nancy Pereira. |  |
|  |  | 10:02 am |  |  | Court questions witness. |  |
|  |  | 10:04 am |  |  | Defendant calls Steve Sellers – direct-examination |  |
|  |  |  |  |  | Witness shown exhibit 7, 8 |  |
|  |  | 10:22 am |  |  | Cross-examination of Steve Sellers. |  |
|  |  |  |  |  | Witness shown exhibit 7, 8, |  |
|  |  | 10:32 am |  |  | Re-direct of Steve Sellers. |  |
|  |  | 10:34 am |  |  | Court in recess. |  |
|  |  | 10:55 am |  |  | Court in session; all parties and jury present. |  |
|  |  |  |  |  | Defendant calls Janelle Jones -- direct examination. |  |
|  |  | 11:05 am |  |  | Cross-examination of Janelle Jones. |  |
|  |  | 11:10 am |  |  | Defendant rests. |  |
|  |  |  |  |  | Court advises the jury regarding the remainder of the trial. |  |
|  |  | 11:12 am |  |  | Court in recess. |  |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |