QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael T. Lifrak (Bar No. 232430)
michaellifrak@quinnemanuel.com
Jeanine Zalduendo (Bar No. 243374)
jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice forthcoming*)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (213) 849-7000
Facsimile:     (213) 849-7100

Attorneys for Defendants
TESLA, INC. and ELON MUSK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>Defendant. | Case No. 3:20-cv-03426-JSC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [PROPOSED] ORDER** |

1   PLEASE TAKE NOTICE that Defendants Tesla, Inc., and Elon Musk have retained Quinn
2   Emanuel Urquhart & Sullivan, LLP to substitute as counsel for Cooley LLP in the above-
3   captioned matter. Cooley LLP has provided written notice of this withdrawal and substitution to
4   Plaintiff and Defendants Omar Qazi and Smick Enterprises, Inc.
5   Withdrawing counsel for Defendants Tesla, Inc. and Elon Musk are:

Aarti G. Reddy
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Phone: (415)-693-2000
Fax: (415)-693-2222
Email: areddy@cooley.com

John C. Dwyer
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
Phone: (650) 843-5000
Fax: (650) 849-7400
Email: dwyerjc@cooley.com

Maurice Werter Trevor
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Phone: (415)-693-2000
Fax: (415)-693-2222
Email: rtrevor@cooley.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Tesla, Inc. and Elon Musk:

Alex Spiro
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
Email: alexspiro@quinnamenuel.com

Michael T. Lifrak
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Phone: (213) 443-3000

Fax: (213) 443-3100
Email: michaellifrak@quinnemanuel.com

Jeanine Zalduendo
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Phone: (213) 443-3000
Fax: (213) 443-3100
Email: jeaninezalduendo@quinnemanuel.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED:  December 8, 2021           TESLA, INC.


                                   By  */S/ David Misler*
                                       David Misler


DATED:  December 15, 2021


                                   By  */S/ Elon Musk*
                                       Elon Musk


DATED:  December 8, 2021           COOLEY LLP


                                   By  */S/ Aarti Reddy*
                                       Aarti Reddy

| | | |
|---|---|---|
|1| DATED:  December 15, 2021 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */S/ Michael T. Lifrak*
Michael T. Lifrak

\*\*\*\*

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED:  December 15, 2021            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */S/ Jeanine Zalduendo*
Jeanine Zalduendo

\*\*\*\*

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED:  April 6, 2022

By _____
HON. JAMES DONATO