**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendants Omar Qazi
and Smick Enterprises, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **AARON GREENSPAN**, <br><br> Plaintiff, <br><br> v. <br><br> **OMAR QAZI**, et al., <br><br> Defendants. | Case No. 3:20-cv-03426-JD <br><br> **DEFENDANTS OMAR QAZI AND SMICK ENTERPRISES, INC.'S JOINDER TO DEFENDANTS ELON MUSK AND TESLA, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO PARTIALLY LIFT PSLRA DISCOVERY STAY** <br><br> Time: 10:00 a.m. <br> Date: May 12, 2022 <br> Before: The Hon. James Donato <br> Ctrm.: 11, 19th Floor |

1   Defendants Omar Qazi ("Qazi") and Smick Enterprises, Inc. (collectively, "Smick
2   Defendants") join the opposition filed by Defendants Elon Musk and Tesla, Inc. (collectively,
3   "Tesla Defendants") to Plaintiff's Motion to Partially Lift Private Securities Litigation Reform Act
4   ("PSLRA") Discovery Stay Pertaining to Federal, State, and International Invesitgations of
5   Defendants Elon Musk and Tesla, Inc. [D.E. 162].

7   Respectfully Submitted,
8   DATED: April 21, 2022

**KRONENBERGER ROSENFELD, LLP**

By:      s/ Karl S. Kronenberger
         Karl S. Kronenberger

Attorneys for Defendants Omar Qazi and Smick Enterprises, Inc.