UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON JACOB GREENSPAN,

  Plaintiff,

  v.

OMAR QAZI, et al.,

  Defendants.

Case No.  20-cv-03426-JD

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, and the motion to dismiss orders, Dkt. Nos. 125 and 171, all of plaintiff's federal claims are dismissed with prejudice, and all of the California state law claims are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  May 19, 2022

_____
JAMES DONATO
United States District Judge