UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>        Plaintiff,<br><br>    v.<br><br>**OMAR QAZI**, et al.,<br><br>        Defendants. | Case No. 3:20-cv-03426-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS OMAR QAZI AND SMICK ENTERPRISES, INC.'S MOTION FOR ATTORNEY'S FEES**<br><br>Time:    10:00 a.m.<br>Date:    July 7, 2022<br>Before:  The Hon. James Donato<br>Ctrm.:   11, 19th Floor |

Defendants Omar Qazi and Smick Enterprises, Inc. (collectively, "Smick Defendants")'s Motion for Attorney's Fees was considered by the Honorable James Donato, Judge of the U.S. District Court for the Northern District of California. The Court, having considered all papers and pleadings submitted by the parties, and being fully advised, finds and orders as follows:

IT IS HEREBY ORDERED that the Smick Defendants' Motion for Attorney's Fees is GRANTED.

IT IS FURTHER ORDERED that Plaintiff Aaron Greenspan ("Plaintiff") is ordered to pay the Smick Defendants $112,462.19 in attorney's fees.

IT IS SO ORDERED.

DATED: _____, 2022

_____
The Honorable James Donato
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:20-cv-03426-JD        1        **[PROP.] ORDER GRANTING SMICK DEFENDANTS' MTN FOR FEES**