Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>  Plaintiff,<br><br>  v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>  Defendants. | Case No. 3:20-cv-03426-JD<br><br>**DECLARATION OF AARON GREENSPAN IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)** |

I, Aaron Greenspan, declare as follows:

1. On June 13, 2022, by way of explaining its fair use analysis regarding the copyright claim in this action, this Court falsely contended that my "autobiography" and "photograph" have "no known commercial value" in ECF No. 176-1 (originally filed under seal by the clerk in error as ECF No. 176).

2. My autobiography, *Authoritas: One Student's Harvard Admissions and the Founding of the Facebook Era*, has been sold for years for a suggested retail price of $25.95. Since its publication, I and/or my company, Think Computer Corporation ("Think"), which is the book's publisher under its "Think Press" label, have earned several thousand dollars from the sale of the book at bookstores, via electronic retailers, and via book distributors.

3. Upon request from a variety of textbook publishers, I have licensed photographs of myself numerous times over the years, for which I or Think have been paid.

4.      After the filing of the Fourth Amended Complaint in this action, several individuals provided me with information and documents from inside Tesla, Inc. ("Tesla"). Some of the exhibits to this declaration are sourced from that data.

5.      I am concerned that my sources and I will face retaliation from Tesla and Elon Musk based on the disclosures herein despite the protections afforded to whistleblowers under the Sarbanes-Oxley Act and Dodd-Frank Act.

6.      It is my understanding that any Tesla employee or contractor tasked with investigating the identities of my sources on the basis of this declaration would be part of a conspiracy to violate the aforementioned federal law(s) and associated regulations.

7.      It is my understanding that "deliveries" are the primary metric used by investors to gauge Tesla's business performance. Even minor differences in reported deliveries relative to Wall Street expectations are widely reported in the media and can have, and have had, a material impact on Tesla's stock price.

8.      I began asking questions regarding the definition of the term "deliveries" in early 2020, to which I never received any answers. I filed true and correct copies of my e-mails to Tesla's Board of Directors about this issue (to the extent that the embedded graphics were able to be fully reproduced in an Adobe Acrobat PDF document by my e-mail software) in this legal action as ECF Nos. 70-12 and 70-13.

9.      Based on the information provided to me since, it is my understanding that Tesla has never had an internally consistent definition of the term "deliveries," and that its delivery calculations have often been incorrect.

10.     It is also my understanding that Tesla frequently assigns ownership of its vehicles to various "marketing" groups worldwide. In Tesla's internal systems many of these groups have fake owner accounts whose contact information is fabricated and which typically make use of a variety of GMail e-mail addresses that are not e-mail accounts of actual owners.

11.     For example, one Model S in Tesla's system is owned by "Tesla Motors Pre-Runner" with the e-mail teslamotorsprototype@gmail.com. One Model 3 is owned by "Tesla

Motors DE Marketing" with the e-mail address teslademarketing@gmail.com. It had previously been owned by another similar account with the e-mail address teslamarketingeu@gmail.com. Another Model S, previously owned by three different owners during three different timeframes, two of which have no name and an address of only "China," is listed as being owned by "marketing TeslaCN" with the e-mail address teslacnmarketing@gmail.com.

12. Some Tesla vehicles are returned repeatedly and thus re-assigned to a fake marketing group owner repeatedly, which suggests that these vehicles may be considered "delivered" several times, depending upon which internal system and algorithm is used to calculate deliveries, even when each sale also generates a refund for the return.

13. When accessed on June 11, 2022, a YouTube video posted on or around May 4, 2020 by Galileo Russell on his "HyperChange" channel at https://www.youtube.com/watch?v=DsxTfxqZYog contained the following in its description: "An interview with Omar Qazi, who operated the legendary @tesla_truth Twitter account, and is an early Model 3 owner (and part of the Early Access Program)."

14. Tesla directed Omar Qazi to "remember that there are a lot of people that want Tesla to fail; don't let them mischaracterize your feedback and media posts" as part of the Early Access Program.

15. On or around September 19, 2021, Galileo Russell posted another video to YouTube at https://www.youtube.com/watch?v=gvgsoRPiWA8 in which he states at 2:14, "Um, but yeah, Tesla doesn't want us sharing all of the clips of the videos, um, just like when it looks good, because they know people take it out of context."

16. In this document, "JIRA" refers to a software product that generally tracks issues with computer software developed by Atlassian Corporation PLC. JIRA is used within Tesla to track over 150 categories of software and hardware defects by employees worldwide.

17. To the best of my knowledge, Tesla has never disclosed any document from its JIRA system in any public court record or forum.

18. As Exhibit A, I have attached an excerpt of a true and correct copy of the United

1  States Securities and Exchange Commission's May 19, 2022 response to Freedom of
2  Information Act Request No. 21-01014-FOIA / 22-00079-APPS / 22-00019-REMD.
3       19.    As Exhibit B, I have attached an excerpt of a true and correct copy of the United
4  States Securities and Exchange Commission's March 15, 2022 response to Freedom of
5  Information Act Request No. 22-00056-FOPA / 22-000195-APPS.
6       20.    As Exhibit C, I have attached a true and correct copy of a version of Tesla's Early
7  Access Program ("EAP") contract from May 2020.
8       21.    As Exhibit D, I have attached an excerpt of a true and correct copy of an internal
9  Tesla document containing a section called "EAP Guidelines."
10      22.    As Exhibit E, I have attached an excerpt of a true and correct copy of a
11 spreadsheet containing reconciled trial balance figures for February 2014 exported from
12 Microsoft Dynamics AX, which I believe demonstrates that Tesla's accounting software has
13 been capable of tracking daily cash balances since at least as early as 2014.
14      23.    As Exhibit F, I have attached an excerpt of a true and correct copy of an internal
15 Tesla spreadsheet demonstrating a refund rate of over 25% for its "Full Self-Driving" feature at
16 various points in Q3 2021.
17      24.    As Exhibit G, I have attached a redacted true and correct copy of a screenshot of
18 the Tesla "Warp Deliveries Operations" system, which allows representatives to "IGNORE"
19 legal requirements.
20      25.    As Exhibit H, I have attached a true and correct copy of an internal Tesla
21 dashboard that identifies categories of "deliveries."
22      26.    As Exhibit I, I have attached excerpts of true and correct copies of select internal
23 Tesla JIRA tickets that discuss Tesla's various definitions of "deliveries."
24      27.    As Exhibit J, I have attached a true and correct copy of an internal Tesla
25 spreadsheet demonstrating that used vehicles can be, and have been, manually set to have a
26 "Delivery Count Type" of "New."
27      28.    As Exhibit K, I have attached an excerpt of a true and correct copy of a chart of
28

Tesla's internal general ledger accounts, showing the breakdown of its Accounts Receivable category.

29. As Exhibit L, I have attached a true and correct copy of a November 12, 2021 Tesla Knowledge Base article in part about "goodwill" repairs.

30. As Exhibit M, I have attached true and correct redacted copies of select invoices from Changzhou Almaden Co. Ltd. to Tesla, Inc. and associated internal Tesla documents.

31. As Exhibit N, I have attached a true and correct copy of an internal Tesla spreadsheet listing known solar product installations that caught on fire, referred to as "thermal cases."

32. As Exhibit O, I have attached excerpts of true and correct copies of internal Tesla records of Omar Qazi's vehicle service history, in which Mr. Qazi complains of various defects, some of which I believe he concealed from his social media followers.

33. As Exhibit P, I have attached a true and correct copy of the Tesla Code of Business Ethics, including the Code of Ethics for CEO and Senior Financial Officers.

34. As Exhibit Q, I have attached true and correct redacted copies of payments and/or evidence of payments made for my autobiography, *Authoritas: One Student's Harvard Admissions and the Founding of the Facebook Era*.

35. As Exhibit R, I have attached true and correct redacted copies of payments and/or evidence of payments made to license my photograph in various publications.

36. As Exhibit S, I have attached true and correct copies of select pages from the Solutus Legal Search website at https://www.solutuslegal.com.

37. As Exhibit T, I have attached an excerpt of a true and correct copy of James Joseph Donato's answers to the United States Senate Committee on the Judiciary's Public Questionnaire for Judicial Nominees, specifically regarding the issue of recusal.

1  I declare under penalty of perjury under the laws of the United States that the above
2  statements are true and correct and that this declaration was executed on June 15, 2022 in San
3  Francisco, California.

5  Dated: June 15, 2022

_____
Aaron Greenspan