Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>    Plaintiff,<br><br>    v.<br><br>OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, and TESLA, INC.,<br><br>    Defendants. | Case No. 3:20-cv-03426-JD<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Notice is hereby given that Aaron Greenspan, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Judgment (ECF No. 172) and Order Re Rule 60(b) Motion (ECF No. 182), entered in this action on May 19, 2022 and June 30, 2022, respectively.  This action was initially filed on May 20, 2020.  Fees for the appeal will be paid contemporaneously with this notice.  This is not a cross-appeal and there have been no previous appeals in this case.  A Representation Statement (Ninth Circuit Form 6) is attached to this filing.

Dated: July 25, 2022              Respectfully submitted,

*/s/ Aaron Greenspan*
Aaron Greenspan
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Aaron Greenspan |

Name(s) of counsel (if any):

| |
|---|
| Pro Se |

Address: 956 Carolina Street, San Francisco, CA 94107-3337

Telephone number(s): +1 415 670 9350

Email(s): aaron.greenspan@plainsite.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ⦿ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| 1. Elon Musk |
| 2. Tesla, Inc. |

Name(s) of counsel (if any):

| |
|---|
| Michael T. Lifrak, Quinn Emanuel Urquhart & Sullivan, LLP |
| Anthony Alden, Quinn Emanuel Urquhart & Sullivan, LLP |

Address: 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017-2543

Telephone number(s): +1 213 443 3000

Email(s): michaellifrak@quinnemanuel.com, anthonyalden@quinnemanuel.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                              1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

3. Omar Qazi
4. Smick Enterprises, Inc.

Name(s) of counsel (if any):

Karl Kronenberger, Kronenberger Rosenfeld LLP
Jeff Rosenfeld, Kronenberger Rosenfeld LLP

Address: 150 Post Street, Suite 520, San Francisco, CA 94108

Telephone number(s): +1 415 955 1155

Email(s): karl@krinternetlaw.com, jeff@krinternetlaw.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                         2                             *New 12/01/2018*