

956 Carolina Street
San Francisco, CA 94107
*Phone* +1 415 670 9350
*Fax* +1 415 373 3959
*E-Mail* aaron.greenspan@plainsite.org

August 9, 2022

*Via Electronic Filing*

Clerk of Court
United States Court of Appeals for the Ninth Circuit

RE:   Aaron Greenspan v. Omar Qazi, et al
      Case No. 22-16110

Dear Clerk of Court:

    Appellant hereby provides notice that there are no transcripts to be ordered from the District Court.

    Respectfully submitted,

    Aaron Greenspan

CC:   All enrolled counsel (via CM/ECF)

*N o t   a   L a w   F i r m   S i n c e   1 9 8 3*