| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 23 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

AARON GREENSPAN,

    Plaintiff-Appellant,

v.

OMAR QAZI; et al.,

    Defendants-Appellees.

No. 22-16110

D.C. No. 3:20-cv-03426-JD
Northern District of California,
San Francisco

ORDER

Before: M. SMITH and BRESS, Circuit Judges.

The court, in its discretion, denies appellee Omar Qazi's motion for appointment of pro bono counsel (Docket Entry No. 27).

The opening brief has been filed. Appellee Omar Qazi's answering brief is due March 29, 2023. The optional reply brief is due within 21 days after service of the answering brief.

MN/MOATT