| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | MAR 18 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

AARON GREENSPAN,

        Plaintiff-Appellant,

 v.

OMAR QAZI; et al.,

        Defendants-Appellees.

No. 22-16110

D.C. No. 3:20-cv-03426-JD
Northern District of California,
San Francisco

ORDER

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and records and the decisional process would not be significantly aided by oral argument. This case shall be submitted on the briefs and record, without oral argument, on April 1, 2024, in San Francisco, California. Fed. R. App. P. 34(a)(2).

                                      FOR THE COURT:

                                      MOLLY C. DWYER
                                      CLERK OF COURT