

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| AARON GREENSPAN, | No. 22-16110 |
| --- | --- |
| Plaintiff-Appellant, | D.C. No. 3:20-cv-03426-JD |
| v. | Northern District of California, San Francisco |
| OMAR QAZI; et al., | ORDER |
| Defendants-Appellees. | |

Before: HURWITZ and JOHNSTONE, Circuit Judges, and MORRIS,[*] District Judge.

The panel has voted to deny the petition for panel rehearing. Judge Johnstone has voted to deny the petition for rehearing en banc, and Judge Hurwitz and Chief Judge Morris have so recommended.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35. The petitions for rehearing and rehearing en banc (Dkt. 64) are DENIED.

---

[*] The Honorable Brian M. Morris, Chief Judge for the District of Montana, sitting by designation.